**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Columbia__
                   (State)

Case number (*If known*): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy            06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Melben, Inc.

2. **All other names debtor used in the last 8 years**  Flavio and Flavio's Paper Moon

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)   5 2 – 1 3 6 7 2 7 2

4. **Debtor's address**

   **Principal place of business**

   1073 31st St., N.W.
   Number    Street

   Washington, DC
   _____
   City                State    ZIP Code

   _____
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City                State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____
   City                State    ZIP Code

5. **Debtor's website** (URL)  _____

Debtor  Melben, Inc.
_____
Name

Case number (*if known*)_____

| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   2  5  5  1

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check **all** that apply*:

   ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.  District _____ When _____ Case number _____
                                          MM / DD / YYYY
              District _____ When _____ Case number _____
                                          MM / DD / YYYY

Debtor     Melben, Inc.
           _____          Case number (if known)_____
           Name

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☒ No |
| --- | --- | --- |
| | List all cases. If more than 1, attach a separate list. | ☐ Yes.  Debtor _____  Relationship _____  District _____  When _____  MM / DD / YYYY  Case number, if known _____ |

| 11. | **Why is the case filed in *this district*?** | Check all that apply:  ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.  ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| --- | --- | --- |

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No  ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.  **Why does the property need immediate attention?** (*Check all that apply.*)  ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.  What is the hazard? _____  ☐ It needs to be physically secured or protected from the weather.  ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).  ☐ Other _____  **Where is the property?** _____  Number        Street  _____  _____    _____  _____  City                                                   State  ZIP Code  **Is the property insured?**  ☐ No  ☐ Yes.  Insurance agency _____  Contact name _____  Phone _____ |
| --- | --- | --- |

| | **Statistical and administrative information** | |
| --- | --- | --- |

| 13. | **Debtor's estimation of available funds** | Check one:  ☒ Funds will be available for distribution to unsecured creditors.  ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| --- | --- | --- |

| 14. | **Estimated number of creditors** | ☒ 1-49         ☐ 1,000-5,000       ☐ 25,001-50,000  ☐ 50-99        ☐ 5,001-10,000      ☐ 50,001-100,000  ☐ 100-199      ☐ 10,001-25,000     ☐ More than 100,000  ☐ 200-999 |
| --- | --- | --- |

Debtor  Melben, Inc.  
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☒ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☒ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/02/2024  
MM / DD / YYYY

✗ /s/ Mekki Karrakchou  
Signature of authorized representative of debtor

Mekki Karrackchou  
Printed name

Title  President

**18. Signature of attorney**

✗ /s/ James T. Bacon  
Signature of attorney for debtor

Date  07/02/2024  
MM / DD / YYYY

James T. Bacon  
Printed name

Mahdavi Bacon Halfhill & Young, PLLC  
Firm name

11350 Random Hills Rd., Suite 700  
Number    Street

Fairfax, VA 22030  
City    State    ZIP Code

(703) 352-1300  
Contact phone

jbacon@mbhylaw.com  
Email address

416209  
Bar number    State

THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE MELBEN, INC. ) ) ) Debtor ) ) | Docket Number 24-_____ Chapter 11 (Subchapter V) |

**STATEMENT FOR**
**BALANCE SHEET, STATEMENT OF**
<u>**OPERATIONS, AND CASH-FLOW STATEMENT**</u>

Pursuant to 11 U.S.C. § 1116, the Debtor states that there is no Balance Sheet, Statement of Operations, or Cash-Flow Statement available.

Melben, Inc.

By: */s/ Mekki Karrakchou*
Name: Mekki Karrakchou
Tittle: President

Date: July 1, 2022

THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

IN RE MELBEN, INC.  )
)
) Docket Number 24-_____
Debtor ) Chapter 11 (Subchapter V)
)

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Fed. R. Bankr. P. 7007.1(a), the Debtor states that there is no information to report to the Court pursuant to this Rule.

    Melben, Inc.

    By: */s/ Mekki Karrakchou*
    Name: Mekki Karrakchou
    Tittle: President

    Date: July 1, 2022

THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

|   |   |
|---|---|
| IN RE MELBEN, INC. ) | |
| ) | Docket Number 24-_____ |
| Debtor ) | Chapter 11 (Subchapter V) |
| ) | |

# **LIST OF EQUITY SECURITY HOLDERS**

The persons hold equity securities in the Debtor:

| Name: | Issued Shares: |
|---|---|
| HER Family Enterprises, LLC | 75% |
| Hamza Hadani | 20% |
| Redouana Salhami | 5% |

Under penalty of perjury, the undersigned certifies that the above is list is true and correct.

Melben, Inc.


By:    */s/ Mekki Karrakchou*
Name:  Mekki Karrakchou
Tittle: President

Date:  July 1, 2022

# MINUTES OF THE MEETING OF THE DIRECTORS OF MELBEN, INC.

Minutes of the special meeting of the Directors of Melben, Inc. (the "Company") called pursuant to proper notice and the vote of the Directors as indicated by any signature(s) hereon.

WHEREAS, the Directors of the Company have convened a special meeting of the directors, and each Director acknowledges, by his signature below, either proper notice of the meeting or a waiver of any notice of the meeting;

WHEREAS, Mohamed El-Mekki Karrakchou was appointed as Chairman of the meeting and Mohamed El-Mekki Karrakchou was appointed as Secretary of the Meeting;

WHEREAS, it is appropriate that the Company to consider seeking relief pursuant to Title 11 of Chapter 11 of the United States Code; it is, therefore,

RESOLVED, that the President of the Company, Mohamed El-Mekki Karrakchou, be and hereby is, authorized and directed to engage James T. Bacon and John P. Forest, II to file a petition for relief for the Company and the President of the Company, be and hereby is, authorized and directed to take such action and sign such papers as may be appropriate to file a petition for relief for the Company.

There being no further business, the meeting was thereupon adjourned.

DATED and effective this 1st day of July 2024.


/s/ Mohamed El-Mekki Karrakchou
Mohamed El-Mekki Karrakchou
Secretary of the Special Meeting of Directors


APPROVED:


/s/ Mohamed El-Mekki Karrakchou
Mohamed El-Mekki Karrakchou
Chairman of the Special Meeting of Directors

DIRECTOR:


s/ Mohamed El-Mekki Karrakchou
Mohamed El-Mekki Karrakchou

## **RESOLUTION OF THE DIRECTORS OF MELBEN, INC.**

Resolution of the Directors of Melben, Inc. (the "Company") called pursuant to proper notice and the vote of the Directors as indicated by any signature(s) hereon.

WHEREAS, the Directors of the Company have convened a special meeting of the directors, and each Director acknowledges, by his signature below, either proper notice of the meeting or a waiver of any notice of the meeting;

WHEREAS, Mohamed El-Mekki Karrakchou was appointed as Chairman of the meeting and Mohamed El-Mekki Karrakchou was appointed as Secretary of the Meeting;

WHEREAS, it is appropriate that the Company to consider seeking relief pursuant to Title 11 of Chapter 11 of the United States Code; it is, therefore,

RESOLVED, that the President of the Company, Mohamed El-Mekki Karrakchou, be and hereby is, authorized and directed to engage James T. Bacon and John P. Forest, II to file a petition for relief for the Company and that Raymond Rahbar, as President of the Company, be and hereby is, authorized and directed to take such action and sign such papers as may be appropriate to file a petition for relief for the Company.

There being no further business, the meeting was thereupon adjourned.

DATED and effective this 1st day of July 2024.

DIRECTOR:

s/ Mohamed El-Mekki Karrakchou
Mohamed El-Mekki Karrakchou

THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

IN RE: MELBEN, INC.      )
                         )
                         )  Docket No. 24-_____
         Debtor          )  Chpter 11
                         )

# LIST OF 20 LARGEST UNSECURED CLAIMS

Attached hereto is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accord with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. This list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims:

Melben, Inc.


By:    /s/ Mekki Karrakchou
Name:  Mekki Karrakchou
Title: President

Date:  July 2, 2024

ATTACHMENT – LIST OF 20 LARGEST CLAIMS:

1069-73 31st St. Ltd Partnership
1320 19th St., N.W., Suite 800
Washington, DC 20036

Atipana Capital
43 W. 23rd St., Second Fl.
New York, NY 10010

American Express National Bank
P.O. Box 30384
Salt Lake City, Utah 84130

Blue Ridge Bank, NA
17 W. Main St.
Luray, VA 22835

CT Corporation System
330 N. Brand Blvd., Suite 700
Glendale, CA 91023

Funding Metrics LLC
3220 Tillman Dr., Suite 200
Bensalem, PA 19020

Jose N. Sorto
520 Irving St., N.W.
Washington, DC 20010

Max Merchant Funding LLC
6931 Arlington Rd., Suite 480
Bethesda, MD 20814

Step 1 Enterprises LLC
6207 Kersey Ct.
Burke, VA 22015

U.S. Small Business Admin.
2 N. 20th St., Suite 203
Birmingham, AL 35203

D.C. Office of Tax and Revenue
1101 4th St., S.W., Suite 270 W
Washington, DC 20024

Sysco, Inc.
1920 Stanford Ct.
Landover, MD 20785

Pepco
701 9th St., N.W.
Washington, DC 20001

Sysco
235 Giaconda Way, Suite 217
Tucson, AZ 85704

Vox Funding
1407 Broadway, 29th Fl.
New York, NY 10018

Ecolab
1 Ecolab Pl.
St. Paul, MN 55102

Jaris
1409 Chapin Ave., Suite 2
Burlingame, CA 94010

Internal Revenue Service
Centralized Insolvency Operations
Box 7346
Philadelphia, PA 19101-7346

```
1069-73 31st St. Ltd Partnership
1320 19th St., N.W., Suite 800
Washington, DC 20036

Atipana Capital
43 W. 23rd St., Second Fl.
New York, NY 10010

American Express National Bank
P.O. Box 30384
Salt Lake City, Utah 84130

Blue Ridge Bank, NA
17 W. Main St.
Luray, VA 22835

CT Corporation System
330 N. Brand Blvd., Suite 700
Glendale, CA 91023

Funding Metrics LLC
3220 Tillman Dr., Suite 200
Bensalem, PA 19020

Jose N. Sorto
520 Irving St., N.W.
Washington, DC 20010

Max Merchant Funding LLC
6931 Arlington Rd., Suite 480
Bethesda, MD 20814

Step 1 Enterprises LLC
6207 Kersey Ct.
Burke, VA 22015

U.S. Small Business Admin.
2 N. 20th St., Suite 203
Birmingham, AL 35203

D.C. Office of Tax and Revenue
1101 4th St., S.W., Suite 270 W
Washington, DC 20024

Sysco, Inc.
1920 Stanford Ct.
Landover, MD 20785
```

```
Pepco
701 9th St., N.W.
Washington, DC 20001

Sysco
235 Giaconda Way, Suite 217
Tucson, AZ 85704

Vox Funding
1407 Broadway, 29th Fl.
New York, NY 10018

Ecolab
1 Ecolab Pl.
St. Paul, MN 55102

Jaris
1409 Chapin Ave., Suite 2
Burlingame, CA 94010

Internal Revenue Service
Centralized Insolvency Operations
Box 7346
Philadelphia, PA 19101-7346

Hamza Hadani
400 Army Navy Dr.
Apt. 911
Arlington, VA 22202

Youane Salhami
309 Yoakum Pkwy.
Apt. 912
Alexandria, VA 22304

H&R Family Enterprises, LLC
7902 Tysons One Pl
Apt. 1903
McLean, VA 22102
```