IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: MELBEN, INC.<br><br>Debtor | Docket No. 24-00232-ELG<br>Chapter 11 (Subchapter V) |

**MOTION TO EXTEND TIME**

As its Motion to Extend Time for the Debtor to file its Statement of Financial Affairs pursuant to Fed. R. Bankr. P. 9006(b)(1), the Debtor states as follows:

1. The Debtor filed its voluntary petition for relief on July 2, 2024. At the time of filing, the Debtor met the minimum filing requirements.

2. The Debtor and counsel began efforts to assemble the information required to complete the Debtor's Schedules and Statement of Financial Affairs.

3. The Debtor has completed and filed in Schedules.

4. The process of obtaining and reviewing the information necessary to file the Statement of Financial Affairs has not been completed, and the Debtor requests an additional two (2) weeks to obtain and review this information.

5. The Debtor and counsel will be able to complete this process by August 16, 2024.

6. The bests interests of the Debtor and all interested parties will be advanced by the Debtor being granted additional time to file the Statement of Financial Affairs.

Wherefore, the Debtor requests that this Court extend the time for the Debtor to file its Statement of Financial Affairs through August 16, 2024 in accord with the proposed order attached hereto.

Respectfully submitted,

*/s/ James T. Bacon*

James T. Bacon
Mahdavi Bacon Halfhill & Young PLLC
11350 Random Hills Rd., Suite 700
Telephone: (703) 352-1300
Email: jbacon@mbhylaw.com
DC Bar No. 416209
*Proposed Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2024, a copy of this Motion to Extend Time was mailed to the parties in interest as shown on the attached service list, and served on the United States Trustee the Subchapter V Trustee through the Court's ECF System.

*/s/ James T. Bacon*
James T. Bacon