The order below is hereby signed.

Signed: October 16 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge

THE UNITED STATES BANKRUPTCY COURT
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: MELBEN, INC. | ) | Docket Number 24-00232-ELG |
| Debtor | ) | Chapter 11 (Subchapter V) |

**INTERIM ORDER ON**
**MOTION TO AUTHORIZE USE OF CASH**
**COLLATERAL AND AUTHORIZE ADEQUATE PROTECTION**

This matter came to be heard upon the Debtor's Motion to Authorize Use of Cash Collateral and Granting Adequate Protection [Docket Entry 58] (the "Motion").

Upon consideration of the Motion and the matters otherwise presented to the Court, it appearing to the Court that:

(a) The Debtor filed a Petition for Relief on July 2, 2024 (the "Petition Date").

(b) In the ordinary course of business, the Debtor requires cash flow from operations.

(c) The Debtor's cash as such term is defined in 11 U.S.C. § 363(a), "Cash Collateral") may be subject to a perfected security interest by one or more of (i) the Internal Revenue Service; (ii) American Express National Bank; (iii) the U.S. Small Business Administration; (iv) Blue Ridge Bank; (v) the CT Corporation System; (vi) Antipana Capital; (vii) the District of Columbia Government Office of Tax and Revenue; and (viii) Jaris Fund, LP

(individually a "Creditor" but collectively, the "Creditors");

(d) The value of the Cash Collateral of the Debtor as of the Petition Date was $7,143.07.

(e) The Debtor has a need to use Cash Collateral. Absent such use, the Debtor will be unable to fund operations, and its estate and creditors may suffer irreparable harm.

(f) Good cause has been shown to justify the grant of relief.

(g) The terms of the Debtor's use of Cash Collateral, as more fully set forth in this Order, are (i) fair and reasonable, (ii) reflect the Debtor's prudent business judgment consistent with its fiduciary duties, (iii) constitute reasonably equivalent value and fair consideration; and (iv) are essential and appropriate for the continued operation and management of the Debtor's business and the preservation of its property.

(h) Entry of this Order is in the best interests of the Debtor and its estate and the Creditors.

(i) The adequate protection provided to the Creditors under this Order is sufficient to protect the Creditors against any diminution in the value of its interests in any Cash Collateral and other assets as to which the Creditors may have a lien, and is fair, reasonable, and sufficient to satisfy the requirements of the Code.

It is, therefore, ORDERED:

1. The Motion is granted and the Debtor's use of Cash Collateral is approved as set forth below. Capitalized terms used in this Order but not defined herein shall have the meanings ascribed to such terms as in the Motion.

2. Subject to the terms and conditions of this Order, the Debtor may use Cash Collateral through November 30, 2024 (the "Interim Period"). There shall be a final hearing upon the Motion on November 13, 2024 at 10:00 a.m. or as soon thereafter as may be heard.

3. Except as otherwise expressly provided in this Order, Cash Collateral may be used solely during the Interim Period and up to the amounts stated for any line item in the Budget (attached to this Order as Exhibit 1) plus 10% for each line item, during the periods and for the purposes in the Budget.

4. Any deposits tendered to Counsel for the Debtor or the Subchapter V Trustee shall be held in trust pending any applications for compensation.

5. As adequate protection for the use and/or diminution of the interests of any Creditors in the Cash Collateral, pursuant to 11 U.S.C. § 361, each Creditor having an allowed secured claim with regard to any Cash Collateral shall have a replacement lien on all of the Debtor's post-petition assets and the proceeds thereof, which replacement liens shall be limited solely to any diminution in value of any such Creditor's interest in the Cash Collateral from and after the Petition Date on account of any allowed secured claim. As further adequate protection, the Debtor shall segregate the amount of the Cash Collateral within the Debtor in Possession account and not allow the balance of the Debtor in possession account to fall below the amount of the Cash Collateral.

7. At this time, the Court makes no findings as to the priority of any interest any Creditor may have in the Cash Collateral. Any such findings shall be made incident to the resolution of the Debtor's Motion to Determine Value and Secured Status [Docket Entry 60].

I Ask for This:

/s/ James T. Bacon______________
James T. Bacon
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
*Counsel for the Debtor*

/s/ John P. Forest________________
John P. Forest, II
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
*Counsel for the Debtor*

Seen & No Objection:

GERALD VETTER
ACTING U.S. TRUSTEE, REVION 4

By: Sara Kathryn Jackson [w/ permission]
Sara Kathryn Jackson, Esq.
Office of the U.S. Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314

Seen & No Objection:

Monique D. Almy [w/ permission]
Monique D. Almy, Esq.
Crowel & Morning
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
*Subchapter V Trustee*

Seen & No Objection:

/s/ Nancy Alper [w/ permission]
Nancy Alper, Esq.
D.C. Office of Tax and Revenue
1101 4th St., S.W., Suite 270 W
Washington, DC 20024

Seen & No Objection:

/s/ Brad D. Jones [w/ permission]
Brad D. Jones, Esq.
Stinson LLP
1775 Pennsylvania Ave., N.W.
Suite 800
Washington,DC 2006
Tel: (202) 572-9903
Email: brad.jones@stinson.com

Seen & No Objection:

/s/ Sunny Thompson [w/ permission]
Sunny Thompson, Esq.
Snell & Wilmner
2001 K. St., N.W.
Suite 425 – North
Washington, DC 20006
Tel: (202 908-4246
Email: sthompson@swlaw.com

Copies to:

Monique Desiree Almy malmy@crowell.com monique-almy-7127@ecf.pacerpro.com

James Bacon jbacon@mbhylaw.com

Sara Kathryn Jackson sara.kathryn.jackson@usdoj.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov,

Robert.W.Ours@usdoj.gov

Dardi Gomez dgomez@washlaw.com

Mark G. Griffin mgriffin@washlaw.com

Sara Kathryn Jackson sara.kathryn.jackson@usdoj.gov, Robert.W.Ours@usdoj.gov

Bradley David Jones brad.jones@stinson.com, brad.jones2020@ecf.pacerpro.com

Stephen W. Nichols snichols@offitkurman.com

Craig B. Rule crule@zwickerpc.com, bknotices@zwickerpc.com

Sunny Thompson sthompson@swlaw.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

All creditors on mailing matrix

**EXHIBIT 1 – BUDGET FOLLOWS THIS PAGE**

BUDGET FOR CASH COLLATERAL ORDER

Projected Net Sales[1] (**October 2024**): $315,000

Proposed Expenses:

| Item: | Amount: | |
|---|---|---|
| Rent | $42,144 | |
| Utility-Washington Gas | 4,000 | |
| Utility-Pepco | 4,800 | |
| Utility-DC Water | 2,500 | |
| Open Table | 2,300 | |
| Marketing | 1,500 | |
| Comcast | 950 | |
| Phone | 650 | |
| Trash | 550 | |
| Kitchen Hood | 750 | |
| Insurance | 23,267 | |
| Chef Car/Insurance | 1,200 | |
| CPA | 2,500 | |
| Orkin | 500 | |
| Ecolob | 240 | |
| Alsco | 3,600 | |
| Building Maintenance | 5,000 | |
| Escrow for Sub V Trustee | 6,000 | |
| Salaries/Wages | 100,800 | |
| Credit Card Fee | 11,025 | |
| Food and Liquor | 88,200 | |
| Total: | | $314,802 |
| | Projected Net Income: | $ 14,184 |

[1] The Projected Net Sales for October and November reflects Gross Sales minus the amount of taxes specifically segregated and reserved for tax payments to the Internal Revenue Service (the "IRS") and the District of Columbia Office of Tax and Revenue (the "OTR"), which such payments to the IRS and OTR must be remitted to the IRS and OTR monthly.

BUDGET FOR CASH COLLATERAL ORDER

Projected Net Sales (**November 2024**): $260,000

Proposed Expenses:

| Item: | Amount: | |
|---|---|---|
| Rent | $42,144 | |
| Utility-Washington Gas | 4,000 | |
| Utility-Pepco | 4,800 | |
| Utility-DC Water | 2,500 | |
| Open Table | 2,300 | |
| Marketing | 1,500 | |
| Comcast | 950 | |
| Phone | 650 | |
| Trash | 550 | |
| Kitchen Hood | 750 | |
| Insurance | 5,670 | |
| Chef Car/Insurance | 1,200 | |
| CPA | 2,500 | |
| Orkin | 500 | |
| Ecolob | 240 | |
| Alsco | 3,600 | |
| Building Maintenance | 5,000 | |
| Escrow for Sub V Trustee | 3,000 | |
| Escrow for Debtor Counsel | 2,500 | |
| Salaries/Wages | 83,200 | |
| Credit Card Fee | 8,000 | |
| Food and Liquor | 72,000 | |
| Total: | | $242,394 |
| | Projected Net Income: | $ 12,104 |

**END OF ORDER**