The order below is hereby signed.

Signed: October 21 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge

THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: MELBEN, INC. | ) | |
| | ) | Docket No: 24-000232-ELG |
| Debtor | ) | Chapter 11 (Subchapter V) |

**INTERIM ORDER ON**
**<u>MOTION TO DETERMINE VALUE AND SECURED STATUS</u>**

Upon consideration of the Debtor's Motion to Determine Value and Secured Status [Docket Entry 60] (the "Motion") and the matters presented to the Court;

It appearing to the Court that the Court has jurisdiction over this Chapter 11 Case and this Motion pursuant to 28 U.S.C. §§ 157 and 1334; that pursuant to 28 U.S.C. § 157(b)(2), this is a core proceeding; and venue is proper in this District pursuant to 28 U.S.C. § 1409 as the bankruptcy case is pending in this court.

It further appearing to the Court that:

(a) the District of Columbia Office of Tax and Revenue (the "Office of Tax and Revenue") hold a lien against assets of the Debtor by reason of a Notice of Tax Lien

which appears among the records of the Recorder of Deeds as set forth in the Proof of Claim filed by the Office of Tax and Revenue;

(b) the value of the Debtor's assets to which the lien in favor of the Office of Tax and Revenue attaches is $35,364;

(c) the amount of the claim and lien asserted by the Office of Tax and Revenue exceeds the value of any property of the Debtor; and

(d) there is no equity in any property of the Debtor to secure any of the claims of the Internal Revenue Service, American Express National Bank, the U.S. Small Business Administration, Blue Ridge Bank, Antipana Capital, the CT Corporation System, or Jaris Fund, L.P. (collectively, the "Non-Secured Respondents"); it is, therefore,

**ORDERED** that the Motion is granted as set forth below; and it is further

**ORDERED** that, the collateral securing the claims of the Non-Secured Respondents not being subject to a security interest as stated in the Motion, the claims of the Non-Secured Respondents shall be deemed wholly unsecured, and the Non-Secured Respondents shall be treated for all purposes herein as an unsecured creditor; and it is further

**ORDERED** that the value of any allowed secured claim in favor of the Office of Tax and Revenue shall be $35,364; and it is further

**ORDERED** that interest upon any secured claim in favor of the Office of Tax and Revenue shall accrue at the applicable statutory rate set forth in 11 U.S.C. § 511; and it is further

**ORDERED** that, notwithstanding any other provision of this Order, these findings and this order are without prejudice to Jaris Fund LP arguing or proving that it has a constructive trust over proceeds of the Loan (as this term is defined in Jaris' response to the Motion [Docket Entry 79]), currently held by the Debtor or returned to the Debtor and further that Jaris Fund LP

must argue and prove that its claim to those Loan proceeds is superior to any other claim or lien, including for the avoidance of doubt, the claim of the Office of Tax and Revenue; and it is further

**ORDERED** that at such time as a Final Order is entered with respect to the Motion, the lien held in favor of any Respondent on the Debtor's assets is avoided and shall be immediately released.

I Ask for This:

/s/ James T. Bacon______________
James T. Bacon
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
(703) 352-1300
*Counsel for the Debtor*

/s/ John P. Forest________________
John P. Forest, II
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
(703) 691-4940
*Counsel for the Debtor*

Seen & No Objection:

/s/ Monique D. Almy_[by JTB w/ perm]
Monique D. Almy, Esq.
Crowel & Morning
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
*Subchapter V Trustee*

Seen & No Objection:

/s/ Nancy Alper [by JTB w/ perm]
Nancy Alper, Esq.
D.C. Office of Tax and Revenue
1101 4th St., S.W., Suite 270 W
Washington, DC 20024

Seen & No Objection:

/s/ Sunny Thompson [by JTB w/ perm]
Sunny Thompson, Esq.
Snell & Wilmner
2001 K. St., N.W.
Suite 425 – North
Washington, DC 20006
Tel: (202 908-4246
Email: sthompson@swlaw.com

Copies to:

Monique Desiree Almy malmy@crowell.com monique-almy-7127@ecf.pacerpro.com

James Bacon jbacon@mbhylaw.com

Sara Kathryn Jackson sara.kathryn.jackson@usdoj.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Dardi Gomez dgomez@washlaw.com

Mark G. Griffin mgriffin@washlaw.com

Sara Kathryn Jackson sara.kathryn.jackson@usdoj.gov, Robert.W.Ours@usdoj.gov

Bradley David Jones brad.jones@stinson.com brad.jones2020@ecf.pacerpro.com

Stephen W. Nichols snichols@offitkurman.com

Craig B. Rule crule@zwickerpc.com, bknotices@zwickerpc.com

Sunny Thompson sthompson@swlaw.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

All creditors on mailing matrix

**END OF ORDER**