The order below is hereby signed.

Signed: November 13 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge

THE UNITED STATES BANKRUPTCY COURT
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: MELBEN, INC. | ) | |
| | ) | Docket Number 24-00232-ELG |
| Debtor | ) | Chapter 11 (Subchapter V) |

**FINAL ORDER ON**
**MOTION TO AUTHORIZE USE OF CASH**
**COLLATERAL AND AUTHORIZE ADEQUATE PROTECTION**

This matter came to be heard upon the Debtor's Motion to Authorize Use of Cash Collateral and Granting Adequate Protection [Docket Entry 58] (the "Motion").

Upon consideration of the Motion and the matters otherwise presented to the Court, it appearing to the Court that:

(a) The Debtor filed a Petition for Relief on July 2, 2024 (the "Petition Date").

(b) In the ordinary course of business, the Debtor generates cash flow from operations.

(c) On October 21, 2024 this Court entered an Interim Order on Motion to Determine Value and Secured Status [in the form of Docket Entry 100] (the "Interim Order on Motion to

Determine") through which the Court made the following factual findings; namely:

> (a) the [District of Columbia] Office of Tax and Revenue . . . hold[s] a lien against assets of the Debtor by reason of a Notice of Tax Lien which appears among the records of the Recorder of Deeds as set forth in the Proof of Claim filed by the Office of Tax and Revenue;
>
> (b) the value of the Debtor's assets to which the lien in favor of the Office of Tax and Revenue attaches is $35,364;
>
> (c) the amount of the claim and lien asserted by the Office of Tax and Revenue exceeds the value of any property of the Debtor; and
>
> (d) there is no equity in any property of the Debtor to secure any of the claims of the Internal Revenue Service, American Express National Bank, the U.S. Small Business Administration, Blue Ridge Bank, Antipana Capital, the CT Corporation System, or Jaris Fund, L.P. (collectively, the "Non-Secured Respondents");[1] and

Incident to the Interim Order on Motion to Determine, based upon the facts outlined immediately above, this Court Ordered as follows; namely, that:

> the collateral securing the claims of the Non-Secured Respondents not being subject to a security interest as stated in the Motion, the claims of the Non-Secured Respondents shall be deemed wholly unsecured, and the Non-Secured Respondents shall be treated for all purposes herein as an unsecured creditor; and it is further
>
> the value of any allowed secured claim in favor of the Office of Tax and Revenue shall be $35,364; and it is further
>
> interest upon any secured claim in favor of the Office of Tax and Revenue shall accrue at the applicable statutory rate set forth in 11 U.S.C. § 511; and it is further
>
> notwithstanding any other provision of this Order, these findings and this order are without prejudice to Jaris Fund LP arguing or proving that it has a constructive trust over proceeds of the Loan (as this term is defined in Jaris' response to the Motion [Docket Entry 79]), currently held by the Debtor or returned to the Debtor

[1] The Non-Secured Respondents are also referred to collectively as the "Creditors" and individually as a "Creditor."

> and further that Jaris Fund LP must argue and prove that its claim to those Loan proceeds is superior to any other claim or lien, including for the avoidance of doubt, the claim of the Office of Tax and Revenue . . . ;

(e) The Debtor's cash as such term is defined in 11 U.S.C. § 363(a), "Cash Collateral") as of the Petition Date was $7,143.07.

(f) The Debtor has a need to use Cash Collateral. Absent such use, the Debtor will be unable to fund operations, and its estate and creditors may suffer irreparable harm.

(g) Good cause has been shown to justify the grant of relief.

(h) The terms of the Debtor's use of Cash Collateral, as more fully set forth in this Order, are (i) fair and reasonable, (ii) reflect the Debtor's prudent business judgment consistent with its fiduciary duties, (iii) constitute reasonably equivalent value and fair consideration; and (iv) are essential and appropriate for the continued operation and management of the Debtor's business and the preservation of its property.

(i) Entry of this Order is in the best interests of the Debtor and its estate and the Creditors.

(j) The adequate protection provided to the Creditors under this Order is sufficient to protect the Creditors against any diminution in the value of its interests in any Cash Collateral and other assets as to which the Creditors may have a lien, and is fair, reasonable, and sufficient to satisfy the requirements of the Code.

It is, therefore, ORDERED:

1. The Motion is granted and the Debtor's use of Cash Collateral is approved as set forth below. Capitalized terms used in this Order but not defined herein shall have the meanings ascribed to such terms as in the Motion.

2. The terms of the Interim Order on Motion to Determine are incorporated into this

Order.

3. Subject to the terms and conditions of this Order, the Debtor may use Cash Collateral through December 31, 2025; or in the event an order is entered confirming any plan of reorganization, then through the effective date of any order confirming a plan of reorganization.

4. Except as otherwise expressly provided in this Order, Cash Collateral may be used during November 2024 for up to the amounts stated for any line item in the December Budget (attached to this Order as Exhibit 1) plus 10% for each line item, and for the period of January 1, 2025 through December 31, 2025, for up to the amounts stated for any line item in the 2025 Budget (attached to this Order as Exhibit 2) plus 10% for each line item; provided, however, that although not set forth in the 2025 Budget, the Debtor may make a fee deposit of Three Thousand Dollars ($3,000) per month to the Subchapter V Trustee and a deposit of Two Thousand Five Hundred Dollars ($2,500) per month to counsel.

5. Any deposits tendered to Counsel for the Debtor or the Subchapter V Trustee (as set forth above) shall be held in trust pending any applications for compensation.

6. As adequate protection for the use and/or diminution of the interests of any Creditors in the Cash Collateral, pursuant to 11 U.S.C. § 361, each Creditor having an allowed secured claim with regard to any Cash Collateral shall have a replacement lien on all of the Debtor's post-petition assets and the proceeds thereof, which replacement liens shall be limited solely to any diminution in value of any such Creditor's interest in the Cash Collateral from and after the Petition Date on account of any allowed secured claim. As further adequate protection, the Debtor shall segregate the amount of the Cash Collateral within the Debtor in Possession account and not allow the balance of the Debtor in possession account to fall below the amount of the Cash Collateral.

I Ask for This:

/s/ James T. Bacon______________
James T. Bacon
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
*Counsel for the Debtor*

/s/ John P. Forest________________
John P. Forest, II
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
*Counsel for the Debtor*

Seen & No Objection:

GERALD VETTER
ACTING U.S. TRUSTEE, REVION 4

By: Sara Kathryn Jackson [w/ permission]
Sara Kathryn Jackson, Esq.
Office of the U.S. Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314

Seen & No Objection:

Monique D. Almy [w/ permission]
Monique D. Almy, Esq.
Crowel & Morning
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
*Subchapter V Trustee*

Seen & No Objection:

/s/ Nancy Alper [w/ permission]
Nancy Alper, Esq.
D.C. Office of Tax and Revenue
1101 4th St., S.W., Suite 270 W
Washington, DC 20024

Seen & No Objection:

/s/ Brad D. Jones [w/ permission]
Brad D. Jones, Esq.
Stinson LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 2006
Tel: (202) 572-9903
Email: brad.jones@stinson.com

Copies to:

Monique Desiree Almy malmy@crowell.com monique-almy-7127@ecf.pacerpro.com

James Bacon jbacon@mbhylaw.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov,

Robert.W.Ours@usdoj.gov

Dardi Gomez dgomez@washlaw.com

Mark G. Griffin mgriffin@washlaw.com

Sara Kathryn Jackson sara.kathryn.jackson@usdoj.gov Robert.W.Ours@usdoj.gov

Bradley David Jones brad.jones@stinson.com, brad.jones2020@ecf.pacerpro.com

Stephen W. Nichols snichols@offitkurman.com

Craig B. Rule crule@zwickerpc.com, bknotices@zwickerpc.com

Sunny Thompson sthompson@swlaw.com

Nancy Alper nancy.alper@dc.gov

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

All creditors on mailing matrix

# EXHIBIT 1

## PROPOSED CASH COLLATERAL BUDGET
## FOR DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024

## FOLLOWS THIS PAGE

# PROPOSED CASH COLLATERAL BUDGET
# FOR DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024

Projected Net Sales[1] (**December 2024**): $285,000

Proposed Expenses:

| Item: | Amount: | |
|---|---|---|
| Rent | $42,144 | |
| Utility-Washington Gas | 4,000 | |
| Utility-Pepco | 4,800 | |
| Utility-DC Water | 2,500 | |
| Open Table | 2,300 | |
| Marketing | 1,500 | |
| Comcast | 950 | |
| Phone | 650 | |
| Trash | 550 | |
| Kitchen Hood | 750 | |
| Insurance | 5,670 | |
| Chef Car/Insurance | 1,200 | |
| CPA | 2,500 | |
| Orkin | 500 | |
| Ecolob | 240 | |
| Alsco | 3,600 | |
| Building Maintenance | 5,000 | |
| Escrow for Sub V Trustee | 3,000 | |
| Escrow for Debtor Counsel | 2,500 | |
| Salaries/Wages | 91,200 | |
| Credit Card Fee | 9,975 | |
| Food and Liquor | 79,800 | |
| Total: | | $265,329 |
| | Projected Net Income: | $ 19,671 |

[1] The Projected Net Sales for December reflects Gross Sales minus the amount of taxes specifically segregated and reserved for tax payments to the Internal Revenue Service (the "IRS") and the District of Columbia Office of Tax and Revenue (the "OTR"), which such payments to the IRS and OTR must be remitted to the IRS and OTR monthly.

# EXHIBIT 2

## PROPOSED CASH COLLATERAL BUDGET
## FOR JANUARY 1, 2025 THROUGH DECEMBER 31, 2025

## FOLLOWS THIS PAGE

# PROPOSED CASH COLLATERAL BUDGET
# FOR JANUARY 1, 2025 THROUGH DECEMBER 31, 2025

YEAR 2025
12 - MONTH FINANCIAL PROJECTIONS

| COMPANY NAME |
|---|
| Melben Inc dba FLAVIO RESTAURANT |

| 2025 | TOTAL 2025 | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SALES** | | | | | | | | | | | | | |
| Gross Sales | $ 4,035,000.00 | $ 285,000.00 | $ 295,000.00 | $ 328,000.00 | $ 362,000.00 | $ 410,000.00 | $ 372,000.00 | $ 339,000.00 | $ 317,000.00 | $ 325,000.00 | $ 365,000.00 | $ 305,000.00 | $ 332,000.00 |
| Less Sales Tax | $ (366,808.74) | $ (25,900.00) | $ (26,818.00) | $ (29,818.00) | $ (32,909.00) | $ (37,273.00) | $ (33,818.00) | $ (30,818.10) | $ (28,818.20) | $ (29,545.54) | $ (33,181.81) | $ (27,727.27) | $ (30,181.82) |
| **NET SALES** | **$ 3,668,191.26** | **$ 259,100.00** | **$ 268,182.00** | **$ 298,182.00** | **$ 329,091.00** | **$ 372,727.00** | **$ 338,182.00** | **$ 308,181.90** | **$ 288,181.80** | **$ 295,454.46** | **$ 331,818.19** | **$ 277,272.73** | **$ 301,818.18** |
| **COST OF GOODS SOLD** | | | | | | | | | | | | | |
| Food and Liquor Cost | $ 1,027,092.58 | $ 72,548.00 | $ 75,090.00 | $ 83,490.96 | $ 92,145.48 | $ 104,363.56 | $ 94,690.96 | $ 86,290.93 | $ 80,690.90 | $ 82,727.25 | $ 92,909.09 | $ 77,636.36 | $ 84,509.09 |
| **TOTAL COST OF GOODS SOLD** | **$ 1,027,092.58** | **$ 72,548.00** | **$ 75,090.00** | **$ 83,490.96** | **$ 92,145.48** | **$ 104,363.56** | **$ 94,690.96** | **$ 86,290.93** | **$ 80,690.90** | **$ 82,727.25** | **$ 92,909.09** | **$ 77,636.36** | **$ 84,509.09** |
| **GROSS MARGIN** | **$ 2,641,098.68** | **$ 186,552.00** | **$ 193,092.00** | **$ 214,691.04** | **$ 236,945.52** | **$ 268,363.44** | **$ 243,491.04** | **$ 221,890.97** | **$ 207,490.90** | **$ 212,727.21** | **$ 238,909.10** | **$ 199,636.37** | **$ 217,309.09** |
| **OPERATING EXPENSES** | | | | | | | | | | | | | |
| Rent | $ 528,370.68 | $ 43,800.00 | $ 43,800.00 | $ 43,800.00 | $ 43,800.00 | $ 43,800.00 | $ 43,800.00 | $ 43,800.00 | $ 43,800.00 | $ 43,800.00 | $ 43,800.00 | $ 45,185.34 | $ 45,185.34 |
| Washington Gas | $ 48,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 |
| PEPCO | $ 28,800.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 |
| DC Water | $ 21,600.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 |
| Opentable | $ 27,600.00 | $ 2,300.00 | $ 2,300.00 | $ 2,300.00 | $ 2,300.00 | $ 2,300.00 | $ 2,300.00 | $ 2,300.00 | $ 2,300.00 | $ 2,300.00 | $ 2,300.00 | $ 2,300.00 | $ 2,300.00 |
| Marketing | $ 30,000.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 |
| Phone/Cable | $ 7,800.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 |
| Trash | $ 6,600.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 |
| Kitchen Hood | $ 9,000.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 |
| American Filter | $ 4,080.00 | $ 340.00 | $ 340.00 | $ 340.00 | $ 340.00 | $ 340.00 | $ 340.00 | $ 340.00 | $ 340.00 | $ 340.00 | $ 340.00 | $ 340.00 | $ 340.00 |
| Insurance | $ 57,600.00 | $ 4,800.00 | $ 4,800.00 | $ 4,800.00 | $ 4,800.00 | $ 4,800.00 | $ 4,800.00 | $ 4,800.00 | $ 4,800.00 | $ 4,800.00 | $ 4,800.00 | $ 4,800.00 | $ 4,800.00 |
| Chef Car / Insurance | $ 14,400.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 |
| Bookkeeping | $ 19,200.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 |
| Orkin | $ 6,000.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| Ecolob | $ 2,880.00 | $ 240.00 | $ 240.00 | $ 240.00 | $ 240.00 | $ 240.00 | $ 240.00 | $ 240.00 | $ 240.00 | $ 240.00 | $ 240.00 | $ 240.00 | $ 240.00 |
| Alsco | $ 43,200.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 |
| Facility/BuildingMaintenance | $ 60,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 |
| Payroll / Labor Cost | $ 917,048.79 | $ 64,775.00 | $ 67,045.00 | $ 74,546.00 | $ 82,273.00 | $ 93,182.00 | $ 84,546.00 | $ 77,045.45 | $ 72,045.45 | $ 73,863.61 | $ 82,954.55 | $ 69,318.18 | $ 75,454.55 |
| Payroll Expenses - Employer Tax Portion IRS | $ 183,409.34 | $ 12,955.00 | $ 13,409.00 | $ 14,909.00 | $ 16,454.55 | $ 18,636.35 | $ 16,909.10 | $ 15,409.09 | $ 14,409.09 | $ 14,772.72 | $ 16,590.91 | $ 13,863.63 | $ 15,090.90 |
| Credit Card Fee | $ 128,386.63 | $ 9,068.50 | $ 9,386.33 | $ 10,436.37 | $ 11,518.18 | $ 13,045.44 | $ 11,836.36 | $ 10,786.36 | $ 10,086.36 | $ 10,340.91 | $ 11,613.64 | $ 9,704.55 | $ 10,563.63 |
| | | | | | | | | | | | | | |
| **TOTAL OPERATING EXPENSES** | **$ 2,143,975.44** | **$ 162,828.50** | **$ 165,870.33** | **$ 175,921.37** | **$ 186,275.73** | **$ 200,893.79** | **$ 189,321.46** | **$ 179,270.90** | **$ 172,570.90** | **$ 175,007.24** | **$ 187,189.10** | **$ 170,301.70** | **$ 178,524.42** |
| **NET INCOME** | **$ 497,123.24** | **$ 23,723.50** | **$ 27,221.67** | **$ 38,769.67** | **$ 50,669.79** | **$ 67,469.65** | **$ 54,169.58** | **$ 42,620.07** | **$ 34,920.00** | **$ 37,719.97** | **$ 51,720.00** | **$ 29,334.67** | **$ 38,784.67** |
| **Year End Tax Liability** | **$ (104,395.88)** | **$ (4,981.94)** | **$ (5,716.55)** | **$ (8,141.63)** | **$ (10,640.66)** | **$ (14,168.63)** | **$ (11,375.61)** | **$ (8,950.21)** | **$ (7,333.20)** | **$ (7,921.19)** | **$ (10,861.20)** | **$ (6,160.28)** | **$ (8,144.78)** |
| **NET CASHFLOW** | **$ 392,727.36** | **$ 18,741.57** | **$ 21,505.12** | **$ 30,628.04** | **$ 40,029.13** | **$ 53,301.02** | **$ 42,793.97** | **$ 33,669.86** | **$ 27,586.80** | **$ 29,798.78** | **$ 40,858.80** | **$ 23,174.39** | **$ 30,639.89** |

**END OF ORDER**