The order below is hereby signed.

Signed: April 20 2026



_____
Elizabeth L. Gunn
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | **Case No. 24-00232-ELG** |
| **Melben, Inc.**<br>**Debtor.** | **Chapter 11** |

### ORDER FOR JOHN P. FOREST II TO SHOW CAUSE

On November 13, 2024, the Court entered an *Order Appointing John P. Forest, II, as Attorney for the Debtor* (the "Appointment Order") (ECF No. 113). On March 20, 2026, the Virginia State Bar entered an *Interim Suspension Order* (the "VSB Order") suspending John Paul Forest II's license to practice law in the Commonwealth of Virginia effective March 24, 2026. Mr. Forest failed to provide notice to the Court within fourteen (14) days as required by the VSB Order. Further, Mr. Forest is not now, and has never previously been, admitted to practice before the District Court of the District of Columbia, rendering him ineligible to practice before this Court. Mr. Forest neither disclosed his admission status nor filed a motion for admission *pro hac vice*.

The Court has the inherent authority and power to discipline, sanction, or hold in contempt attorneys who appear before it pursuant to 11 U.S.C. § 105 and Federal Rule of Bankruptcy Procedure 9011. The Court is disturbed by Mr. Forest's (1) material misrepresentation in originally obtaining employment as general reorganization counsel; (2) ongoing misconduct in representing

1

Melben, Inc. (the "Debtor") for the last two years without proper admission before the Court; and (3) lack of candor in failing to comply with the clear terms of the VSB Order. The Court is further concerned by the Debtor's inability to proceed in this case without the assistance of general reorganization counsel. As a result, the Court finds cause to order Mr. Forest to appear and show cause as to why (1) the Appointment Order should not be vacated; (2) all fees paid to Mr. Forest in this matter should not be disgorged; and/or (3) Mr. Forest should not be sanctioned under Federal Rule of Bankruptcy Procedure 9011, Local Bankruptcy Rule 9011-1, 11 U.S.C. § 105(a), Virginia State Bar Rules of Professional Conduct 1.1 (Competence), 3.3 (Candor Toward the Tribunal), and/or 8.4 (Misconduct), and/or any other applicable rule(s).

Therefore, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Mr. Forest shall appear before the Court on **Wednesday, May 20, 2026**, at **12:00 P.M.** in Courtroom 1, 333 Constitution Avenue NW, Washington, D.C., 20001 to show cause as to why (1) the Appointment Order should not be vacated; (2) all fees paid to Mr. Forest should not be disgorged; and (3) Mr. Forest should not be sanctioned under Federal Rule of Bankruptcy Procedure 9011, Local Bankruptcy Rule 9011-1, 11 U.S.C. § 105(a), Virginia State Bar Rules of Professional Conduct 1.1 (Competence), 3.3 (Candor Toward The Tribunal), and/or 8.4 (Misconduct), and/or any other applicable rule(s).

2. Any written response to this Order to Show Cause shall be filed with the Court on or before **May 13, 2026** and served on the United States Trustee.

3. Any imposition of discipline by this Court may result in the imposition of reciprocal discipline by another court and/or disciplinary body. Therefore, Mr. Forest is encouraged, but not required, to obtain counsel. Notwithstanding this admonition, the Court will conduct the hearing on May 20, 2026, regardless of whether Mr. Forest is represented or is proceeding *pro se*.

[Signed and dated above.]

Copies to: Recipients of CM/ECF Notices, and

Melben, Inc.
1073 31st Street, NW
Washington, D.C. 20009

John P. Forest, II
11350 Random Hill Rd., Suite 700
Fairfax, VA 22030

Office of the United States Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314