The order below is hereby signed.

Signed: May 26 2026



_Elizabeth L. Gunn_
_U.S. Bankruptcy Judge_

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

In re:                                                     **Case No. 24-00232-ELG**

      **Melben, Inc.**

         **Debtor.**                              **Chapter 11**

### ORDER VACATING EMPLOYMENT ORDER, DISALLOWING COMPENSATION, AND IMPOSING SANCTIONS ON JOHN P. FOREST II

On April 20, 2026, the Court issued its _Order for John P. Forest II to Show Cause_ (the "Show Cause Order") (ECF No. 225), directing John P. Forest ("Counsel"), general reorganization counsel of record for Melben, Inc. (the "Debtor"), to appear before the Court on May 20, 2026 (the "Hearing") and show cause why this Court should not (1) vacate the _Order Appointing John P. Forest, II, as Attorney for the Debtor_ (the "Appointment Order") (ECF No. 113); (2) disgorge all fees paid to Counsel; and/or (3) sanction Counsel under Federal Rule of Bankruptcy Procedure 9011, Local Bankruptcy Rule 9011-1, 11 U.S.C. § 105(a), Virginia State Bar Rules of Professional Conduct 1.1 (Competence), 3.3 (Candor Toward The Tribunal), and/or 8.4 (Misconduct), and/or any other applicable rule(s) based upon Counsel's failure to provide notice of the suspension of his Virginia bar license as required under the _Interim Suspension Order_ entered by the Virginia State Bar (the "VSB Order") and his failure to disclose his lack of admission to the District Court for the District of Columbia (the "District Court Bar") or submit a _pro hac vice_ motion for

1

admission prior to practicing before the Court, as further described in the Show Cause Order. Written responses to the Show Cause Order were due on or before May 13, 2026. No response was filed.

Counsel appeared at the Hearing pro se in response to the Court's Show Cause Order. Counsel acknowledged that he served as Debtor's counsel throughout the case, despite no admission to the District Court Bar or *pro hac vice*. Despite Counsel's recognition of errors before the Court, Counsel failed to adequately explain why he failed timely notify the Court of his Virginia suspension, as required by the VSB Order.

Upon consideration of the errors and omissions raised in the Show Cause Order, the absence of sufficient justification from Counsel, and for the reasons stated on the record at the Hearing, the Court finds that cause exists to: (i) vacate the Appointment; (ii) order that no legal fees may be paid to Counsel by the Debtor for any work completed throughout the pendency of the case; (iii) reserve consideration of the question as to whether Counsel was entitled to draw down prepetition fees from the disclosed $4,000 retainer; and (iv) impose sanctions and limitations on Counsel for any future practice before this Court as set forth herein.

Therefore, for the foregoing reasons, and for the further reasons stated on the record at the Hearing, it is hereby **ORDERED, ADJUDGED, and DECREED** that:

1.      The Appointment Order (ECF No. 113) is **VACATED**.

2.      No compensation can be awarded or retained by Counsel for any work completed during the pendency of the case. The Court defers consideration and reserves the rights of all parties on the issue of all prepetition compensation obtained by Counsel.

3.      For a period of no less than (2) years following the termination or revocation of the Virginia State Bar suspension, any appearance before this Court shall require local counsel who shall be required to file any *pro hac vice* application to this Court for Counsel. The right of Counsel

to self-apply for *pro hac vice* status under Local Bankruptcy Rule 2090-1 shall be suspended during the two-year period. Nothing in this Order shall restrict the right of Counsel to independently become a member of the District Court Bar.

4.      Failure to comply with any part of this Order shall be cause for the Court to impose additional sanctions.

[Signed and dated above.]

Copies to: Debtor; recipients of e-notification of orders; and

John P. Forest, II
11350 Random Hill Rd., Suite 700
Fairfax, VA 22030

3