IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: MELBEN, INC. | )<br>)<br>)     Docket No. 24-232-ELG<br>)     Chapter 11 (Subchapter V)<br>) |
| Debtor | |

## **AMENDED**
## **MOTION TO APPOINT ATTORNEY FOR THE DEBTOR**

COMES NOW JAMES T. BACON and applies to this court for the entry of an order appointing him attorney for the debtor retroactively to April 23, 2026, and in support states:

1.     To perform its duties as a debtor in possession, the debtor requires the services of an attorney for the following purposes:

a.     To advise and consult with the Applicant concerning questions arising in the conduct of the administration of the estate and concerning the debtor's rights and remedies with regard to the estate's assets and the claims of secured, preferred and unsecured creditors and other parties in interest.

b.     To appear for, prosecute, defend, and represent the Applicant's interest in suits arising in or related to this case.

c.     To investigate and prosecute preference and other actions arising under the debtor's avoiding powers.

d.     To assist in the preparation of such pleadings, Motions, Notices and Orders as are required for the orderly administration of this estate; and to consult with and advise the debtor in connection with the operation of the business of the Debtor.

e.     To prepare and file an Amended Plan and to obtain the confirmation of a Plan of Reorganization, and to prepare a Final Report and a Final Accounting.

3.     For the foregoing and all other necessary and proper purposes, the debtor desires

to retain the applicant as counsel in this proceeding.

4.       After the case was filed, your applicant has been acting in the capacity of special counsel under 11 U.S.C. Section 327(e) for the debtor since June 28, 2024 to assist the Debtor with resolution of an adversary complaint filed against the Debtor by Jaris Fund, LP and to assist the Debtor in the resolution of a motion to compel abandonment of a lease and a motion to assume a lease.

5.       Because your applicant specializes in bankruptcy corporate reorganization and debtor/creditor matters, and because of his experience in those fields, he is well qualified to render the foregoing services.

6.       As a practical matter, this case is presently postured such that the filing of an amended plan of reorganization and confirmation of such plan are (other than the filing of any interim monthly operating reports) the sole substantive remaining tasks.[1]   However, if an amended plan of reorganization is not approved by the early fall, then there may be a need for the Debtor to obtain approval for a renewal of its casualty insurance policy (in the same form as the two prior motions the Debtor has filed in this regard).[2]

7.       Based upon the Amended Declaration attached hereto as <u>Exhibit 1</u>, the Applicant believes that he does not hold or represent any interest adverse to that of the debtor and that he is a disinterested person within the meaning of 11 U.S.C. § 101(13).

---

[1] An initial Plan of Reorganization was filed September 30, 2024.   That Plan contained contingencies for resolution of an adversary proceeding (brought by Jaris Fund) and a resolution of any issues surrounding the Debtor's operating lease.   Both these matters have been resolved in a manner which permits this case to proceed, and the initial Plan should be amended to address the resolution of these conditions, as well as addressing revised financial projections.

[2] The insurance program through which the Debtor has obtained its policies for the first two years of this case requires Court approval for the insurance broker to obtain a security interest in any pre-payment/deposit that the Debtor must place to obtain its annual insurance coverage.

8.      The applicant's normal hourly billing rate at the time of this Application is $500.00 per hour for attorney's time and $175.00 per hour for para-professionals.[3]   It is contemplated that your applicant will seek compensation based upon normal and usual hourly billing rates, and, it is further contemplated that your applicant will seek interim compensation during the case as permitted by 11 U.S.C. § 331.

9.      Prior to the filing of this case the applicant received a retainer of $6,000.

WHEREFORE, Applicant prays that this amended application for appointment as attorney for the debtor in this proceeding be approved, retroactively to April 23, 2026.

Respectfully submitted,


/s/ James T. Bacon
James T. Bacon
Mahdavi Bacon Halfhill & Young PLLC
11350 Random Hills Rd., Suite 700
Telephone: (703) 352-1300
Email:  jbacon@mbhylaw.com
DC Bar No. 416209
*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2026, a copy of this Amended Application was mailed to the parties in interest as shown on the attached service list, and served on the United States Trustee and any person who may have been appointed as Subchapter V Trustee through the Court's ECF System.


/s/ James T. Bacon
James T. Bacon

---

[3]  The undersigned will not engage or secure any services of John P. Forest, II with respect to any actions to be taken as counsel.