IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: MELBEN, INC. | ) | |
| | ) | Docket No. 24-00232-ELG |
| Debtor | ) | Chapter 11 (Subchapter V) |
| | ) | |

**<u>AMENDED DECLARATION OF JAMES T. BACON</u>**

I, James T. Bacon, declare:

1. I am a member of the Virginia State Bar, a member of the bar of the Court of Appeals of the District of Columbia, the Bar of the United States District Court for the District of Columbia, and the bar of this Court.

2. I am seeking to be employed as counsel for the debtor by the Amended Application to which this Amended Declaration is attached.

3. I have experience in bankruptcy, insolvency, corporate reorganization and debtor/creditor law, and I am well qualified to represent the debtor generally herein, and am willing to accept employment on the basis set forth in the annexed Application.

4. I do not hold any interest adverse to the above-entitled estate and I am a disinterested person as defined in 11 U.S.C. § 101(13).

5. Other than as set forth in ¶ 6 of this Declaration, prior to this case having been filed I had no connection with nor have I ever represented the debtor, a principal of the debtor, any of the debtor's creditors, any other party in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

6. This matter was referred to me by James T. Zelloe, who had represented Melben, Inc. in proceedings before the Superior Court of the District of Columbia.   From 2003 through the present, Mr. Zelloe has rented office space from this firm.

**EXHIBIT 1**

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ James T. Bacon_
James T. Bacon

June 25, 2026