Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Proposed Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                        )               Case No. 24-232-ELG
                            )               (Chapter 11)

MELBEN, INC.            )

                            )

Debtor.          )

**DECLARATION IN SUPPORT OF APPLICATION
TO (I) APPROVE EMPLOYMENT OF
MAURICE B. VERSTANDIG, ESQ. AND THE
BELMONT FIRM AS BANKRUPTCY COUNSEL TO
MELBEN, INC. *AND* (II) APPROVE EVERGREEN RETAINER**

1.    My name is Maurice VerStandig, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2.    I am an attorney licensed to practice before the highest courts of the District of Columbia, the State of Nevada, the State of Maryland, the Commonwealth of Virginia, and the State of Florida; as well as before the United States District and Bankruptcy Courts for the District of Columbia, the District of Maryland, the Eastern District of Virginia, the Western District of Virginia, the Northern District of Florida, the Middle District of Florida, the Southern District of Florida, the District of Nevada, the Western District of Wisconsin, the District of Colorado, the District of Nebraska, the Southern District of Illinois, the Central District of Illinois, the Eastern District of Oklahoma, the Eastern District of Missouri, and the District of North Dakota; as well as before the Supreme Court of the United States; as well as before the United States Courts of

1

Appeal for the District of Columbia Circuit, the Fourth Circuit, the Eleventh Circuit, and the Ninth Circuit; as well as before the United States Tax Court.

3.      I maintain a Nevada mailing address of 1452 W. Horizon Ridge Parkway, #665, Henderson, Nevada 89012 and, within the District of Columbia, a mailing address of 1050 Connecticut Avenue, Suite 500, Washington, District of Columbia 20036. I also maintain a mailing address of 9812 Falls Road, #114-160, Potomac, Maryland 20854.

4.      I represent no other person in connection with this case and am disinterested as that term is defined in 11 U.S.C. §101(14).  I (i) am not a creditor, an equity security holder, or an insider of Debtor; (ii) am not and was not, within two years before the date of filing of the petition for relief, a director, officer or employee of the Debtor; and (iii) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.  Further, I hold no interest adverse to the interest of the Debtor.

5.      I have no connection with the Debtor, the Debtor's creditors, any other party in interest, their respective attorneys, the United States Trustee, or any person employed in the office of the United States Trustee, *except* as follows:

      a.      I hold a personal American Express card and my firm is liable on two corporate American Express cards (payment on all such cards being fully current);

      b.      I formerly owned a controlling interest in a restaurant that was serviced by Sysco, Inc. (to which no debt was owed at the time of the restaurant's closure);

      c.      As an American citizen, I remit taxes to the Internal Revenue Service on an annual basis (which taxes are fully paid);

d.      I hold two personal bank accounts, and my law firm holds a Nevada IOLTA account, at Bank of America (though my law firm's primary IOLTA account is at Middletown Valley Bank, which is not a creditor herein);

e.      I was formerly an attorney affiliated with Offit Kurman, P.A. (from which I departed approximately eight years prior to this case's commencement);

f.      In prior, unrelated cases, I have represented parties actively adverse to creditors in this case including Vox Funding, American Express National Bank, the Internal Revenue Service, and the D.C. Office of Tax and Revenue; and

g.      I maintain a professional relationship with at least one attorney appearing in this case.

6.      All facts contained in the application to which this declaration is affixed are true and correct to the best of my knowledge.


I, Maurice VerStandig, pursuant to Section 1746 of Title 29 of the United States Code, do hereby declare, under the penalty of perjury, that I have personal knowledge of the matters set forth herein and the foregoing are true and correct.


Dated: June 28, 2026            By:     /s/ Maurice B. VerStandig
                                        Maurice B. VerStandig, Esq.
                                        Bar No. MD18071
                                        The Belmont Firm
                                        1050 Connecticut Avenue, NW
                                        Suite 500
                                        Washington, DC 20036
                                        Phone: (202) 991-1101
                                        mac@dcbankruptcy.com


3