# THE BELMONT FIRM

Telephone: (202) 991-1101
Toll Free: (855) 987-DEBT

Licensed in DC, VA,
MD, FL and NV

June 24, 2026

*__Via E-mail__*
Melben, Inc.
1073 31st Street, NW
District of Columbia, DC 20009
mekkikarrakchou@gmail.com

**Re: Engagement of The Belmont Firm**

Dear Mekki:

Thank you for engaging The VerStandig Law Firm, LLC d/b/a The Belmont Firm (the "Firm") to represent Melben, Inc. (the "Company") as legal counsel. I look forward to personally working with you and appreciate the confidence you are placing in the Firm. In an effort to ensure we are in agreement concerning the scope and details of this representation, please review the following terms and, if you find the same agreeable, return a countersigned copy of this letter to my attention.

1.      **Scope of Services**. The Firm will represent the Company in connection with the pending chapter 11 case of *In re Melben, Inc.*, Case No. 24-232-ELG (Bankr. D.D.C. 2024) where, the Firm understands, the Company's prior counsel has suffered a suspension of his privileges to practice law. The representation will include all facets of a chapter 11 case, including—but not limited to—efforts to seek confirmation of a plan of reorganization.

2.      **Excluded Services**. While the Firm will represent the Company in connection with the chapter 11 case, such representation shall automatically terminate if the case is converted to chapter 7 or if the bankruptcy court denies an application for the Firm to be engaged as the Company's counsel. The representation will *not* include any appeals or any matters brought in separate or other courts. Additionally, it bears notation that the Firm will *not* serve as your personal counsel.

3.      **Billable Time and Time Entry.** Time spent working on the Company's matter will be billed at the partner rate of Six Hundred Dollars and No Cents ($600.00) per hour, the associate rate of Three Hundred Dollars and No Cents ($300.00) per hour, and the paralegal rate of One Hundred Dollars and No Cents ($100.00) per hour, with all time recorded in increments of one-tenth (1/10) of an hour and all time entries rounded up to the next increment of one-tenth (1/10) of an hour. The Firm's rates may change from time to time, and should such a change occur you will be notified of the same in writing at least one month before the changed rate goes into effect.

*We are a debt relief agency. We help people file for bankruptcy relief under the Bankruptcy Code.*



4.  **Billable Events.** Any and all activities conducted by the professional members of our staff, including, but not limited to, the making and receipt of telephone calls; drafting and review of correspondence and electronic mail; preparation and review of pleadings, papers, agreements and memoranda; fact investigation; legal research; reading and analyzing written materials; preparation for meetings and court appearances; conferences with you, experts, courthouse personnel, and/or other attorneys; and analysis of pertinent issues, will be considered as billable time.

5.  **Retainer**. The Firm will—alongside application to be employed as the Company's general reorganization counsel—ask the United States Bankruptcy Court for the District of Columbia to approve a post-petition monthly retainer of Two Thousand Dollars and No Cents ($2,000.00). This is *not* a flat fee but, rather, merely the payment of monies to be held as security for the payment of hourly fees. This retainer is expressly contingent upon court approval and under no circumstances should the monies be paid unless and until approved by the court. This retainer, if approved, will be held in trust pending withdrawal of monies to pay the Firm's invoices, which will only occur after the first to occur of (a) approval being granted from the bankruptcy court; or (b) the bankruptcy case being concluded in a manner that does not require further leave of court for fees to be taken when earned.

6.  **Division of Responsibilities.** The Firm will endeavor to consult with you throughout the progression of the Company's matter and to ensure you remain informed as to all key aspects of your matter. The Firm will not, however, seek your review of, or input on, every document that is prepared or filed, or in connection with every element of case management or trial strategy.

7.  **Duration and Termination.** It is impossible to project the amount of time that will be devoted by the Firm to the Company's needs. However, if at any time you decide that you desire that we cease further activity on the Company's behalf, you should notify the Firm in writing. If the case has already been filed, we will need judicial permission to cease work on the matter. If the case has not already been filed, we will be able to cease work immediately upon receiving the Company's notification. Copies of all pertinent papers in the file will be turned over to you or to any attorney of the Company's selection, upon request.

8.  **Withdrawal.** The Firm and I may withdraw as counsel, terminate this agreement, and be relieved of the responsibility of performing further work on the Company's behalf, by notifying you in writing and, if the case has already been filed, by receiving judicial approval. Reasons for such termination may include, but are not limited to, failure on the Company's part to pay fees or expenses under the terms of this agreement in a timely manner, failure to cooperate with the Firm in preparation and/or prosecution of the Company's legal needs, reasons mandated by the rules of professional conduct governing lawyers, a significant disagreement as to legal strategy, or discovery of—or analysis of—facts and/or law which leads the Firm to conclude that the matter should not be pursued. The Company agrees to execute such documents as will permit the Firm to withdraw from representing the Company and the Company agrees to pay any remaining balance owed on its account at the time of such withdrawal.

*We are a debt relief agency. We help people file for bankruptcy relief under the Bankruptcy Code.*



9.      **File Retention.** After the Firm's representation of you has ended, whether or not you have requested your file or any part of it, the Firm may request that you or an authorized representative pick up the Company's files or documents that have been produced during the course of the representation. Absent circumstances where the Firm specifically agrees, in writing, to hold certain documents, The Company agrees to retrieve all documents within ninety (90) days of the termination or expiration of the matter. If you do not want us to return these to you, please be advised that we may destroy all paper copies other than those original paper copies that we determine, in our sole and absolute judgment, must be maintained. In addition, if we have not heard back from you after the ninety (90) day period has passed, the Firm will assume that you have no objections to the destruction of the Company's files or documents. The foregoing notwithstanding, the Firm may create an electronic copy of part or all of the Company's file, including the Firm's work product, and may, at its sole election, retain the same in perpetuity.

10.      **Disputes**. Should any disputes arise between the Company and the Firm, we will work to resolve the same amicably and cordially. However, should it become necessary for any legal action to be taken, whether in connection with the collection of fees or in connection with any other matter included in this agreement or related to the subject matter of this agreement, the Company agrees that the sole venues for such action shall be the bankruptcy court in which The Company's case is pending or, if that court is without jurisdiction for any reason (and only if that court is without jurisdiction), the state or federal courts sitting in Garrett County, Maryland, and the Company irrevocably consents to the personal jurisdiction of those venues.

11.      **Modification.** This agreement may not be modified except in a writing executed in a manner of equal or greater dignity than that with which this agreement is itself executed.

12.      **Previous Agreements.** This agreement supersedes any and all previous agreements governing the legal representation of The Company and any entities under your control.

*[Continued on Following Page]*

**3 of 4**
*We are a debt relief agency. We help people file for bankruptcy relief under the Bankruptcy Code.*



Please countersign this letter in the space provided below for your signature to acknowledge acceptance of the terms and conditions of this engagement. **Upon receipt of this countersigned letter, we will commence services on the matter.**

On behalf of the Firm, and holding aside the formality of this letter, we look forward to working with you and assisting you through the bankruptcy process.

Sincerely,

Maurice "Mac" VerStandig, Esq.
*For the Firm*

Read and Accepted:

**MELBEN, INC.**

*Mekki karrakchou* [SEAL]
**By: Mekki Karrakchou**
**Its: Authorized Agent**

6/25/2026
**Date**

**4 of 4**
*We are a debt relief agency. We help people file for bankruptcy relief under the Bankruptcy Code.*