Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Proposed Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-232-ELG |
| | ) | (Chapter 11) |
| MELBEN, INC. | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF DEADLINE TO FILE AND
SERVE OBJECTIONS TO APPLICATIONTO
(I) APPROVE EMPLOYMENT OF MAURICE B. VERSTANDIG,
ESQ. AND THE BELMONT FIRM AS BANKRUPTCY COUNSEL
TO MELBEN, INC. *AND* (II) APPROVE EVERGREEN RETAINER**

NOTICE IS HEREBY GIVEN that Melben, Inc. ("Melben" or the "Debtor") has filed an

application to employ Maurice B. VerStandig, Esq. and The VerStandig Law Firm, LLC as

bankruptcy counsel in this matter *and* to pay a post-petition retainer, on a monthly basis, to such

counsel (the "Application").

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the

Application or if you would like the Court to consider your views, then ON OR BEFORE JULY

10, 2026, you must file and serve a written objection to the Application. The objection must be

filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W.,

Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The

objection must contain a complete specification of the factual and legal grounds upon which it is

based. You may append affidavits and documents in support of your objection.

1

NOTICE OF HEARING. A hearing on the application has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for July 15, 2026 at 10:00 AM. The hearing will be held both in-person, in Courtroom 1 at the foregoing address, and via Zoom video conferencing. For meeting code, contact Gunn_Hearings@dcb.uscourts.gov.

Respectfully submitted,

Dated: June 28, 2026          By:     /s/ Maurice B. VerStandig
                                       Maurice B. VerStandig, Esq.
                                       Bar No. MD18071
                                       The Belmont Firm
                                       1050 Connecticut Avenue, NW
                                       Suite 500
                                       Washington, DC 20036
                                       Phone: (202) 991-1101
                                       mac@dcbankruptcy.com
                                       *Proposed Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of June, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein including, *inter alia*, counsel for the United States Trustee.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2