**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | Case No. 24-00232-ELG |
| **Melben, Inc.**<br>**Debtor** | Chapter 11 |

## NOTICE OF DEFICIENT FILING

**To Filer(s) and/or Filer's Attorney:**

Upon authority of Local Bankruptcy Rule 5003-1, notice is hereby given that the documents submitted by you:

**[ECF No. 247 - Amended Application to Employ JAMES T. BACON as ATTORNEY]**

contains certain deficiencies as set forth below. You must correct the deficiencies on or before **7/10/2026**. Failure to timely correct the deficiencies may result in the pleading or other paper ***being stricken from the record.***

| | |
|---|---|
| ☐ | The case number(s) does not match the above-captioned case. Please review this filing and docket to the correct case. |
| ☐ | The document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry or redocket to attach the correct document. |
| ☐ | Document does not appear to be complete. Please review this filing for possible error and relate any amendment/correction to the original document. |
| ☐ | The document has an electronic signature in an incorrect format. *See* Local Bankruptcy Rules Appendix D § 7(a). |
| ☐ | The document was filed using an out of date and/or unapproved form. |
| ☐ | The document is unsigned. |
| ☐ | The document has an insufficient attorney identifier as required by Local Bankruptcy Rule 5005-1(c). |
| ☐ | The document linked hereto contains an error which requires corrective action. |
| ☐ | The ECF registered participant attorney filing the document does not match the attorney's signature on the document. |
| ☐ | The document requires a proposed order. *See* Local Bankruptcy Rule 9072-1. |
| ☐ | The document is not formatted correctly, is double-sided, and/or is not legible. *See* Local Bankruptcy Rule 5005-1(b). |
| ☐ | The document contains information that should have been redacted and has been made inaccessible to the public. *See* Fed. R. Bankr. P. 9037. |
| ☐ | A filing fee of $_____ is required with this filing. |
| ☐ | Coversheet for Amending Creditors or Creditor Information (Local Official Form 101) is required with this document. *See* Local Bankruptcy Rule 1009-1. |
| ☐ | Amended schedules do not include Declaration About an Individual Debtor's Schedules (Official Form 106Dec). |
| ☐ | Amended schedules do not include Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form B 202). |
| ☐ | Amended schedules do not include Summary of Assets and Liabilities for Individuals (Official Form 106Sum). |
| ☐ | Amended schedules do not include Summary of Assets and Liabilities for Non-Individuals (Official Form B206Sum). |
| ☐ | A certificate of service must be filed either separately or as an attachment to your pleading. *See Local Bankruptcy Rule 9013-1.* |
| ☒ | The document requires a notice of objection deadline. |
| ☐ | The hearing date, time, and/or location in the notice is omitted. |
| ☐ | This document requires a notice of hearing. |
| ☐ | The notice is not properly linked to the associated pleading. |

1

| | |
|---|---|
| ☐ | The Clerk has determined that either the objection deadline and/or hearing date, time, and/or location was not properly scheduled in the court's system or in compliance with the applicable rules. An improperly scheduled hearing will not appear on the Court's docket. Movant must refile the notice under the proper notice event to schedule the hearing date and/or objection deadline. |
| ☐ | The title of the motion does not identify it as a motion for relief from the automatic stay and/or from the co-debtor stay. *See* Local Bankruptcy Rule 4001-1(a)(1). |
| ☐ | Signature/Admission to Practice. Documents must be signed by an attorney authorized to practice in this Court or admitted pro hac vice in this case. *See* Local Bankruptcy Rule 5005-1(a). |
| ☐ | Other: |

For the Court:
Angela D. Caesar
BY: MB
Dated: 06/26/2026

Copies to: Recipients of electronic notifications; Debtor; appointed trustee.

United States Bankruptcy Court

District of Columbia

In re:                                                                    Case No. 24-00232-ELG

Melben, Inc.                                                              Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 26, 2026 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2026:**

**Recip ID               Recipient Name and Address**
dbpos               + Melben, Inc., 1073 31st Street, NW, District of Columbia, DC 20007-4408

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2026 at the address(es) listed below:**

**Name                          Email Address**

Craig B. Rule
                              on behalf of Creditor American Express National Bank c/o Zwicker & Associates  P.C. crule@zwickerpc.com, bknotices@zwickerpc.com

Dardi Gomez
                              on behalf of Creditor 1069-73 31st St. Ltd Partnership dgomez@washlaw.com

Douglas Neil Gottron
                              on behalf of Creditor 1069-73 31st St. Ltd Partnership dgottron@morrispalerm.com  R43505@notify.bestcase.com

James Bacon
                              on behalf of Debtor In Possession Melben  Inc. jbacon@mbhylaw.com, mkemp@mbhylaw.com;john@forestlawfirm.com

James Bacon
                              on behalf of Defendant Melben  Inc. jbacon@mbhylaw.com, mkemp@mbhylaw.com;john@forestlawfirm.com

Katharine Toledo
                              on behalf of U.S. Trustee U. S. Trustee for Region Four katharine.i.toledo@usdoj.gov  Robert.W.Ours@usdoj.gov

District/off: 0090-1                                    User: admin                                         Page 2 of 2
Date Rcvd: Jun 26, 2026                                  Form ID: pdf001                                     Total Noticed: 1

Kristen S. Eustis

on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Mark G. Griffin

on behalf of Creditor 1069-73 31st St. Ltd Partnership mgriffin@washlaw.com

Monique Desiree Almy

malmy@crowell.com  monique-almy-7127@ecf.pacerpro.com

Nancy L. Alper

on behalf of Creditor Office of the Attorney General for the District of Columbia nancy.alper@dc.gov

Sara Kathryn Jackson

on behalf of U.S. Trustee U. S. Trustee for Region Four sara.kathryn.jackson@usdoj.gov  Robert.W.Ours@usdoj.gov

Stephen A. Metz

on behalf of Creditor Macomb Properties  LLC smetz@offitkurman.com, mmargulies@offitkurman.com

Stephen W. Nichols

on behalf of Creditor Macomb Properties  LLC snichols@offitkurman.com

Stephon Woods

on behalf of Creditor Office of the Attorney General for the District of Columbia stephon.woods@dc.gov

Sunny Thompson

on behalf of Plaintiff Jaris  Inc as servicer for Jaris Fund, LP as successor in interest from First Internet Bank of Indiana sthompson@swlaw.com,
rkinas@swlaw.com;nkanute@swlaw.com;jfung@swlaw.com;mfull@swlaw.com;sdugan@swlaw.com;docket_las@swlaw.com

Sunny Thompson

on behalf of Creditor Jaris  Inc. as servicer for Jaris Fund, LP as successor in interest from First Internet Bank of Indiana sthompson@swlaw.com,
rkinas@swlaw.com;nkanute@swlaw.com;jfung@swlaw.com;mfull@swlaw.com;sdugan@swlaw.com;docket_las@swlaw.com

U. S. Trustee for Region Four

USTPRegion04.DC.ECF@USDOJ.GOV


TOTAL: 17