**22ntcftrn**



In Re:  **Melben, Inc.**

United States Bankruptcy Court for the
District of Columbia

Case No.:  **24–00232–ELG**

Chapter:  **11**

E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354–3280

www.dcb.uscourts.gov

### NOTICE OF REQUIREMENT TO REVIEW TRANSCRIPT
==================================================

A transcript of the proceeding held on 5/20/2026 was filed on 8/4/2026 . The following deadlines apply:

1.     The parties have until 8/11/2026 [seven (7) calendar days from the date of filing of the transcript] to file with the Court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *Request for Redaction* under Fed. R. Bankr. P. 9037 and Local Bankruptcy Rule 9037–1 is 8/25/2026 [21 days from the date of filing of the transcript].

2.     If a Request for Redaction is filed, the redacted transcript is due 9/4/2026 [31 days from the date of filing the request for redaction].

3.     If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 11/2/2026 [90 calendar days from the date of filing of the transcript] unless extended by Court order.

For the Court:

Angela D. Caesar

Dated:  8/4/26

By:
am

Copies To:
Recipients of Electronic Notifications;
Debtor;
All Parties to the Hearing.

United States Bankruptcy Court
District of Columbia

In re:                                                    Case No. 24-00232-ELG

Melben, Inc.                                              Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1              User: admin                          Page 1 of 2

Date Rcvd: Aug 04, 2026          Form ID: ntcftrn                      Total Noticed: 5

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + James Bacon, Mahdavi, Bacon, Halfhill & Young, PLLC, 11350 Random Hills Road, Suite 700, Fairfax, VA 22030-6044 |
| aty | + Katharine Toledo, Office of the United States Trustee, 1725 Duke St., Alexandria, VA 22314-3456 |
| aty | + Sara Kathryn Jackson, DOJ-Ust, 1725 Duke Street, Alexandria, VA 22314-3456 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Aug 04 2026 23:08:00 | Kristen S. Eustis, Office of the United States Trustee, 1725 Duke Street, Ste 650, Alexandria, VA 22314-3489 |
| ust | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Aug 04 2026 23:08:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2026              Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2026 at the address(es) listed below:**

**Name**    **Email Address**

Craig B. Rule

    on behalf of Creditor American Express National Bank c/o Zwicker & Associates  P.C. crule@zwickerpc.com,

| District/off: 0090-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 04, 2026 | Form ID: ntcftrn | Total Noticed: 5 |

bknotices@zwickerpc.com

Dardi Gomez

on behalf of Creditor 1069-73 31st St. Ltd Partnership dgomez@washlaw.com

Douglas Neil Gottron

on behalf of Creditor 1069-73 31st St. Ltd Partnership dgottron@validuslaw.com
dgottron.ecfmail@gmail.com,r43505@notify.bestcase.com,r43505@notify.bestcase.com,dngottron@gmail.com,bvardan@validus
law.com

James Bacon

on behalf of Defendant Melben  Inc. jbacon@mbhylaw.com, mkemp@mbhylaw.com;john@forestlawfirm.com

James Bacon

on behalf of Debtor In Possession Melben  Inc. jbacon@mbhylaw.com, mkemp@mbhylaw.com;john@forestlawfirm.com

Katharine Toledo

on behalf of U.S. Trustee U. S. Trustee for Region Four katharine.i.toledo@usdoj.gov  Robert.W.Ours@usdoj.gov

Kristen S. Eustis

on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Mark G. Griffin

on behalf of Creditor 1069-73 31st St. Ltd Partnership mgriffin@washlaw.com

Maurice Belmont VerStandig

on behalf of Debtor In Possession Melben  Inc. mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Monique Desiree Almy

malmy@crowell.com  monique-almy-7127@ecf.pacerpro.com

Nancy L. Alper

on behalf of Creditor Office of the Attorney General for the District of Columbia nancy.alper@dc.gov  william.burk@dc.gov

Sara Kathryn Jackson

on behalf of U.S. Trustee U. S. Trustee for Region Four sara.kathryn.jackson@usdoj.gov  Robert.W.Ours@usdoj.gov

Stephen A. Metz

on behalf of Creditor Macomb Properties  LLC smetz@offitkurman.com, mmargulies@offitkurman.com

Stephen W. Nichols

on behalf of Creditor Macomb Properties  LLC snichols@offitkurman.com

Stephon Woods

on behalf of Creditor Office of the Attorney General for the District of Columbia stephon.woods@dc.gov

Sunny Thompson

on behalf of Creditor Jaris  Inc. as servicer for Jaris Fund, LP as successor in interest from First Internet Bank of Indiana
sthompson@swlaw.com,
rkinas@swlaw.com;nkanute@swlaw.com;jfung@swlaw.com;mfull@swlaw.com;sdugan@swlaw.com;docket_las@swlaw.com

Sunny Thompson

on behalf of Plaintiff Jaris  Inc as servicer for Jaris Fund, LP as successor in interest from First Internet Bank of Indiana
sthompson@swlaw.com,
rkinas@swlaw.com;nkanute@swlaw.com;jfung@swlaw.com;mfull@swlaw.com;sdugan@swlaw.com;docket_las@swlaw.com

U. S. Trustee for Region Four

USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 18