**Fill in this information to identify the case:**

Debtor Name Melben, Inc.

United States Bankruptcy Court for the: District of Columbia

Case number: 24-00232

❑ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11 12/17

Month: April 2026

Date report filed: 08/24/2026 (MM / DD / YYYY)

Line of business: Restaurant

NAISC code: ___________

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Mekki Karrakchou

Original signature of responsible party: DocuSigned by: Mekki Karrakchou 1B4B54202D984D7...

Printed name of responsible party: Mekki Karrakchou

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ❑ | ❑ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ❑ | ❑ |
| 3. Have you paid all of your bills on time? | ☑ | ❑ | ❑ |
| 4. Did you pay your employees on time? | ☑ | ❑ | ❑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ❑ | ❑ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ❑ | ❑ |
| 7. Have you timely filed all other required government filings? | ❑ | ❑ | ☑ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ❑ | ❑ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ❑ | ☑ | ❑ |
| 11. Have you sold any assets other than inventory? | ❑ | ☑ | ❑ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ☑ | ❑ |
| 13. Did any insurance company cancel your policy? | ❑ | ☑ | ❑ |
| 14. Did you have any unusual or significant unanticipated expenses? | ❑ | ☑ | ❑ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ☑ | ❑ |
| 16. Has anyone made an investment in your business? | ❑ | ☑ | ❑ |

Debtor Name Melben, Inc. Case number 24-00232

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ❑ | ☑ | ❑ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ❑ | ☑ | ❑ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 8,311.17

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 239,762.89

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ 189,917.74

22. **Net cash flow** + $ 49,845.15

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 58,156.32

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 0.00

*(Exhibit E)*

Debtor Name Melben, Inc. Case number 24-00232

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 0.00

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 29

27. What is the number of employees as of the date of this monthly report? 29

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 3,000.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 3,000.00

30. How much have you paid this month in other professional fees? $ 1,497.00

31. How much have you paid in total other professional fees since filing the case? $ 1,497.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A*<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | – | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | *Column C*<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 295,000.00 | – | $ 239,762.89 | = | $ 55,237.11 |
| 33. **Cash disbursements** | $ 264,372.00 | – | $ 189,917.74 | = | $ 74,454.26 |
| 34. **Net cash flow** | $ 30,628.00 | – | $ 49,845.15 | = | $ -19,217.15 |

35. Total projected cash receipts for the next month: $ 301,944.75

36. Total projected cash disbursements for the next month: - $ 269,904.80

37. Total projected net cash flow for the next month: = $ 32,039.95

Debtor Name Melben, Inc. Case number 24-00232

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☑ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

# Exhibit C

| Date | Source/Payor | Amount |
|---|---|---|
| 4/1/26 | SpotOn | $5,139.99 |
| 4/1/26 | SpotOn | $4,463.55 |
| 4/2/26 | SpotOn | $3,439.52 |
| 4/2/26 | Owner.com | $21.13 |
| 4/3/26 | DoorDash | $270.95 |
| 4/6/26 | SpotOn | $36,054.69 |
| 4/6/26 | SpotOn | $3,763.68 |
| 4/6/26 | SpotOn | $3,037.80 |
| 4/6/26 | Uber | $167.04 |
| 4/7/26 | SpotOn | $2,657.81 |
| 4/8/26 | SpotOn | $2,240.64 |
| 4/8/26 | Owner.com | $30.63 |
| 4/9/26 | SpotOn | $4,319.78 |
| 4/10/26 | SpotOn | $7,623.51 |
| 4/10/26 | SpotOn | $350.90 |
| 4/13/26 | SpotOn | $38,360.08 |
| 4/13/26 | SpotOn | $6,808.05 |
| 4/13/26 | Uber | $435.42 |
| 4/14/26 | SpotOn | $1,676.58 |
| 4/15/26 | SpotOn | $3,188.49 |
| 4/15/26 | Owner.com | $115.83 |
| 4/16/26 | Owner.com | $61.04 |
| 4/17/26 | SpotOn | $8,618.79 |
| 4/17/26 | SpotOn | $4,042.47 |
| 4/17/26 | DoorDash | $302.49 |
| 4/17/26 | Owner.com | $47.70 |
| 4/20/26 | SpotOn | $30,879.28 |
| 4/20/26 | Uber | $475.32 |
| 4/21/26 | SpotOn | $17,340.90 |
| 4/21/26 | SpotOn | $5,912.65 |
| 4/22/26 | SpotOn | $7,199.70 |
| 4/23/26 | SpotOn | $3,698.86 |
| 4/24/26 | SpotOn | $3,599.87 |
| 4/24/26 | DoorDash | $386.46 |
| 4/27/26 | SpotOn | $21,129.89 |
| 4/27/26 | Uber | $575.28 |
| 4/27/26 | Owner.com | $66.44 |
| 4/28/26 | SpotOn | $5,971.53 |
| 4/28/26 | SpotOn | $1,667.01 |
| 4/28/26 | Owner.com | $68.80 |
| 4/29/26 | SpotOn | $2,071.22 |
| 4/29/26 | Owner.com | $389.43 |
| 4/30/26 | SpotOn | $1,091.69 |
| **Total** | | **$239,762.89** |

# Exhibit D

| Check No. | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | 4/1/26 | Restaurant Depot | Food and Beverage Inventory | $996.99 |
| | 4/1/26 | Good Friends | Waste Management | $550.00 |
| | 4/1/26 | Uber | Transportation/Delivery | $194.04 |
| | 4/1/26 | Walmart | Operating Supplies | $151.65 |
| | 4/1/26 | American Filter Steam | Equipment/Maintenance Supplies | $118.48 |
| | 4/1/26 | Amazon | Operating Supplies | $110.76 |
| | 4/1/26 | LIDL | Food and Beverage Inventory | $88.08 |
| | 4/1/26 | Safeway | Food and Beverage Inventory | $71.68 |
| | 4/2/26 | DC Water | Utilities | $1,560.18 |
| | 4/2/36 | SpotOn | Payment-Processing Fee | $549.40 |
| | 4/2/46 | Resy | Reservation-Platform Fee | $263.94 |
| | 4/2/56 | Amazon | Operating Supplies | $56.42 |
| | 4/2/66 | SpotOn | Payment-Processing Fee | $0.15 |
| 2864 | 4/2/76 | Aziza Naji | Wages | $895.00 |
| 2870 | 4/2/86 | Jose Abimael | Wages | $281.00 |
| 2873 | 4/2/96 | Mohamed Omary | Floor Repair and Kitchen Hood Installation | $800.00 |
| | 4/3/26 | Restaurant Depot | Food and Beverage Inventory | $1,205.17 |
| 2869 | 4/3/26 | Capital Eagle | Alcohol Inventory | $353.00 |
| | 4/6/26 | Restaurant Depot | Food and Beverage Inventory | $3,056.64 |
| | 4/6/26 | Restaurant Depot | Food and Beverage Inventory | $1,811.40 |
| | 4/6/26 | New Grand Mart | Food and Beverage Inventory | $660.22 |
| | 4/6/26 | Amazon | Operating Supplies | $89.27 |
| | 4/6/26 | Uber | Transportation/Delivery | $74.57 |
| | 4/6/26 | Safeway | Food and Beverage Inventory | $59.78 |
| | 4/6/26 | Amazon | Operating Supplies | $45.57 |
| 2793 | 4/6/26 | Heberto Lopez | Wages | $2,884.62 |
| 2794 | 4/6/26 | Edwin Lopez | Wages | $1,860.52 |
| 2796 | 4/6/26 | Rogelio Lopez | Wages | $1,523.90 |
| 2801 | 4/6/26 | Erick Lopez | Wages | $1,375.94 |
| 2883 | 4/6/26 | Aziza Naji | Wages | $2,885.00 |

**Exhibit D**

| Check No. | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 4/7/26 | Potomac Wines | Alcohol Inventory | $647.11 |
| | 4/7/26 | Safeway | Food and Beverage Inventory | $547.89 |
| | 4/7/26 | Amazon | Operating Supplies | $39.12 |
| 2792 | 4/7/26 | Leonel Suchite | Wages | $1,950.00 |
| 2803 | 4/7/26 | Danilo Suchite | Wages | $799.11 |
| 2804 | 4/7/26 | Adelso Lopez | Wages | $1,568.18 |
| 2881 | 4/7/26 | Mostafa Belainass | Tips | $2,500.00 |
| 2856 | 4/7/26 | Mohamed Sabila | Maintenance | $410.00 |
| 2874 | 4/7/26 | Opici Wine | Alcohol Inventory | $359.64 |
| | 4/8/26 | Restaurant Depot | Food and Beverage Inventory | $1,274.70 |
| | 4/8/26 | AT&T | Telephone/Internet | $848.81 |
| | 4/8/26 | Southern Glazer's Wine & Spirits | Alcohol Inventory | $541.30 |
| | 4/8/26 | Door Dash | Delivery/Online-Platform Fee | $10.59 |
| 2884 | 4/8/26 | Ulziikhamd Chuluunbaatar | Tips | $606.00 |
| | 4/9/26 | Internal Revenue Service | Tax | $1,779.38 |
| | 4/9/26 | Alsco, Inc | Linen, Uniform, or Facility Services | $423.32 |
| 2880 | 4/9/26 | Gamailel Landeros | Tips | $240.00 |
| 2871 | 4/9/26 | E-Wines | Alcohol Inventory | $910.00 |
| | 4/10/26 | Restaurant Depot | Food and Beverage Inventory | $1,804.42 |
| | 4/10/26 | OPFL | Tax | $957.25 |
| | 4/10/26 | Owner.com | Online-Ordering Platform Fee | $528.94 |
| | 4/10/26 | Amazon | Operating Supplies | $68.29 |
| | 4/10/26 | Amazon | Operating Supplies | $36.04 |
| | 4/10/26 | Amazon | Operating Supplies | $30.67 |
| | 4/10/26 | Amazon | Operating Supplies | $26.49 |
| | 4/10/26 | Amazon | Operating Supplies | $16.25 |
| 2773 | 4/10/26 | Petrona Garcia | Wages | $838.39 |
| 2797 | 4/10/26 | Petrona Garcia | Wages | $1,003.10 |
| 2872 | 4/10/26 | Tyrone Hunter | Maintenance | $800.00 |
| | 4/13/26 | Washington Gas | Utilities | $4,910.84 |
| | 4/13/26 | Restaurant Depot | Food and Beverage Inventory | $3,065.45 |
| | 4/13/26 | Restaurant Depot | Food and Beverage Inventory | $2,375.06 |

# Exhibit D

| Check No. | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 4/13/26 | Restaurant Depot | Food and Beverage Inventory | $2,113.76 |
| | 4/13/26 | Ally Finance | Vehicle Financing | $1,202.82 |
| | 4/13/26 | Geico | Insurance | $458.93 |
| | 4/13/26 | Uber | Transportation/Delivery | $49.75 |
| 2780 | 4/13/26 | Herberto Lopez | Wages | $2,884.62 |
| 2787 | 4/13/26 | Redouane Salhami | Tips | $2,711.00 |
| 2812 | 4/13/26 | Teresa Lopez | Wages | $1,218.11 |
| 2807 | 4/13/06 | Mohamed Karrakchou | Wages | $4,099.89 |
| 2808 | 4/13/26 | Aziza Naji | Outdoor Table/Capital Eagle | $1,100.00 |
| 2816 | 4/13/26 | Nerlyn Cedillo | Wages | $1,007.05 |
| 2821 | 4/13/26 | Eliseo Lopez | Wages | $467.42 |
| 2875 | 4/13/26 | Breakthru | Alcohol Inventory | $767.55 |
| 2876 | 4/13/26 | Capital Eagle | Alcohol Inventory | $116.60 |
| 2836 | 4/13/26 | Aziza Naji | Wages | $2,885.00 |
| 2859 | 4/13/26 | Crowll & Moring, LLP | Subchapter V Trustee Fee | $3,000.00 |
| | 4/14/26 | Potomac Wines | Alcohol Inventory | $696.33 |
| | 4/14/26 | DC OTR | Tax | $337.30 |
| | 4/14/26 | Comp of Maryland | Tax | $316.41 |
| | 4/14/26 | Internal Revenue Service | Tax | $258.16 |
| | 4/14/26 | GoDaddy | Website/Domain Services | $199.99 |
| | 4/14/26 | Amazon | Operating Supplies | $82.66 |
| | 4/14/26 | Amazon | Operating Supplies | $14.83 |
| 2817 | 4/14/26 | Mabilia Miranda | Wages | $430.33 |
| 2818 | 4/14/26 | Issac Colato | Wages | $1,067.26 |
| 2819 | 4/14/26 | Esmeralda Colato | Wages | $602.74 |
| 2823 | 4/14/26 | Analy Gualoto | Wages | $1,054.91 |
| | 4/15/26 | Internal Revenue Service | Tax | $2,232.58 |
| | 4/15/26 | Restaurant Depot | Food and Beverage Inventory | $1,912.64 |
| | 4/15/26 | EESP | Tax | $868.83 |
| | 4/15/26 | RNDC | Alcohol Inventory | $314.28 |
| | 4/15/26 | OPFL | Tax | $310.29 |
| | 4/15/26 | ESPRIGAS.Com | Utilities | $226.74 |

**Exhibit D**

| Check No. | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 4/15/26 | DC OTR | Tax | $192.18 |
| | 4/15/26 | Adobe | Software Subscription | $21.19 |
| 2814 | 4/15/26 | Petrona Garcia | Wages | $1,020.23 |
| | 4/16/25 | VA Dept. of Taxation | Tax | $330.00 |
| | 4/16/26 | Dollar Tree | Operating supplies | $171.77 |
| | 4/16/27 | Door Dash | Delivery/Online-Platform Fee | $37.15 |
| | 4/16/28 | Amazon | Operating supplies | $14.83 |
| 2822 | 4/16/26 | Danilo Suchite | Wages | $811.22 |
| 2877 | 4/16/26 | Gamaliel Lendores | Tips | $240.00 |
| 2878 | 4/16/26 | Zakaria Akli | Maintenance | $500.00 |
| | 4/17/26 | Restaurant Depot | Food and Beverage Inventory | $836.78 |
| | 4/17/26 | ALSCO, Inc. | Linen, Uniform, or Facility Services | $506.27 |
| | 4/17/26 | Dollar Tree | Operating Supplies | $97.65 |
| | 4/17/26 | Dollar Tree | Operating Supplies | $57.17 |
| | 4/17/26 | Dollar Tree | Operating Supplies | $52.47 |
| 2879 | 4/17/26 | Aziza NaJI | Tips | $2,243.00 |
| 2889 | 4/17/26 | Opici Wine | Alcohol Inventory | $551.52 |
| 2890 | 4/17/26 | Coca Cola | Beverage Inventory | $717.66 |
| 2895 | 4/17/26 | Capital Eagle | Alcohol Inventory | $250.30 |
| | 4/20/26 | Restaurant Depot | Food and Beverage Inventory | $3,408.17 |
| | 4/20/26 | Restaurant Depot | Food and Beverage Inventory | $2,543.22 |
| | 4/20/26 | Restaurant Depot | Food and Beverage Inventory | $2,132.06 |
| | 4/20/26 | Total Wine 205 | Alcohol Inventory | $275.50 |
| | 4/20/26 | ESPRIGAS.COM | Utilities | $271.03 |
| | 4/20/26 | Michaels | Operating Supplies | $46.58 |
| | 4/20/26 | Door Dash - Safeway | Food and Beverage Inventory | $41.40 |
| | 4/20/26 | Spotify | Subscription Service | $20.13 |
| | 4/20/26 | Amazon | Operating Supplies | $16.93 |
| | 4/20/26 | Amazon | Subscription Service | $15.89 |
| 2810 | 4/20/26 | Herberto Lopez | Wages | $2,884.62 |
| 2811 | 4/20/26 | Edwin Lopez | Wages | $1,600.06 |
| 2813 | 4/20/26 | Rogelio Gonzalez | Wages | $1,351.95 |

# Exhibit D

| Check No. | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| 2820 | 4/20/26 | Erick Lopez | Wages | $1,442.38 |
| 2825 | 4/20/26 | Mohamed Karrakchou | Wages | $4,099.89 |
| 2850 | 4/20/26 | Aziza Naji | Wages | $2,885.00 |
| 2899 | 4/20/26 | Melvin Garcia | Tips | $834.00 |
| 2898 | 4/20/26 | Cengizhan Shahin | Tips | $1,241.00 |
| 2888 | 4/20/26 | RNDC | Alcohol Inventory | $919.81 |
| | 4/21/26 | DC-OTR | Tax | $14,672.66 |
| | 4/21/26 | Potomac Wines | Alcohol Inventory | $414.88 |
| 2824 | 4/21/26 | Adelso Lopez | Wages | $1,423.34 |
| 2809 | 4/21/26 | Leonel Suchite | Wages | $1,950.00 |
| 2896 | 4/21/26 | Opici Wines | Alcohol Inventory | $152.00 |
| | 4/22/26 | Restaurant Depot | Food and Beverage Inventory | $1,374.96 |
| | 4/22/26 | ALSCO, Inc | Linen, Uniform, or Facility Services | $466.64 |
| 2887 | 4/22/26 | Breakthru | Alcohol Inventory | $301.59 |
| 2891 | 4/22/26 | Breakthru | Alcohol Inventory | $399.60 |
| 2892 | 4/22/26 | Jose Abimael | Tips | $199.00 |
| 2826 | 4/23/26 | Aziza Naji | Tips | $4,918.00 |
| 2897 | 4/23/26 | Mostafa Belainass | Tips | $2,338.00 |
| | 4/24/26 | National Fire Protection | Fire-Safety Service | $230.00 |
| | 4/24/26 | MerchantsRoll.com | Payroll-Processing Service | $201.56 |
| 2851 | 4/24/26 | Mohammed Omary | Maintenance/Repair | $740.00 |
| 2902 | 4/24/26 | Redouane Salhami | Tips | $1,831.00 |
| | 4/27/26 | Restaurant Depot | Food and Beverage Inventory | $2,309.29 |
| | 4/27/26 | Restaurant Depot | Food and Beverage Inventory | $1,194.81 |
| | 4/27/26 | SpotHopper | Website/Marketing Service | $611.04 |
| | 4/27/26 | Dollartree | Operating Supplies | $153.44 |
| | 4/27/26 | Amazon | Operating Supplies | $61.58 |
| | 4/27/26 | Microsoft | Software Subscription | $9.99 |
| 2831 | 4/27/26 | Nerlyn Cedillo | Wages | $1,013.93 |
| 2832 | 4/27/26 | Mabilia Miranda | Wages | $694.67 |
| 2838 | 4/27/26 | Eliseo Lopez | Wages | $537.01 |
| | 4/28/26 | Aldana & Associate | Professional Services | $1,497.00 |

# Exhibit D

| Check No. | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 4/28/26 | Potomac Wines | Alcohol Inventory | $728.25 |
| | 4/28/26 | Amazon Prime | Subscription Services | $15.89 |
| | 4/28/26 | Prime Video | Subscription Services | $11.65 |
| | 4/28/26 | Prime Video | Subscription Services | $4.23 |
| | 4/28/26 | Demetriou Insurance | Insurance | $4,020.12 |
| | 4/28/26 | TD Bank | Wire Transfer Fee | $30.00 |
| 2828 | 4/28/26 | Teresa Lopez | Wages | $1,140.69 |
| 2833 | 4/28/26 | Issac Colato | Wages | $960.47 |
| 2834 | 4/28/26 | Estefani Sorto | Wages | $975.81 |
| 2839 | 4/28/26 | David Cerezo | Wages | $805.47 |
| 2840 | 4/28/26 | Danilo Suchite | Wages | $411.60 |
| 2841 | 4/28/26 | Abeska Cordova | Wages | $666.17 |
| 2843 | 4/28/26 | Gamaliel Lendores | Wages/Tips | $1,044.00 |
| 2904 | 4/28/26 | Capital Eagle | Alcohol Inventory | $219.60 |
| 2893 | 4/28/26 | Mostafa Belainass | Wages | $1,500.00 |
| | 4/29/26 | Internal Revenue Service | Tax | $2,179.44 |
| | 4/29/26 | Restaurant Depot | Food and Beverage Inventory | $2,038.35 |
| 2835 | 4/29/26 | | | $669.07 |
| 2905 | 4/29/26 | | | $350.00 |
| | 4/30/26 | Potomac Electric | Utilities | $5,863.29 |
| | 4/30/26 | Owners.com | Online-Ordering Platform Fee | $272.50 |
| | 4/30/26 | Doordash | Delivery/Online-Platform Fees | $109.17 |
| | 4/30/26 | Prime Video | Subscription Services | $21.19 |
| | 4/30/26 | Amazon Prime | Subscription Services | $5.29 |
| **Total** | | | | **$189,917.74** |

Go paperless.
Scan the QR code to opt in to paperless statements.

TD Bank
America's Most Convenient Bank®

T

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DIST DC
1073 31ST STREET NW
WASHINGTON DC 20007

Page: 1 of 9
Statement Period: Apr 01 2026-Apr 30 2026
Cust Ref #: [redacted]
Primary Account #: [redacted]

## Chapter 11 Checking

MELBEN INC
DIP CASE 24-00232 DIST DC

Account # [redacted]

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 8,311.17 | Average Collected Balance | 42,556.90 |
| Electronic Deposits | 239,762.89 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 97,089.54 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 88,778.08 | Days in Period | 30 |
| Other Withdrawals | 4,050.12 | | |
| Ending Balance | 58,156.32 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/01 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 5,139.99 |
| 04/01 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 4,463.55 |
| 04/02 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 3,439.52 |
| 04/02 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-S3K5X3H1Z2C6 | 21.13 |
| 04/03 | CCD DEPOSIT, DOORDASH, INC. 1073 31ST ST-S5Q3S5M2T7U7 | 270.95 |
| 04/06 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 36,054.69 |
| 04/06 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 3,763.68 |
| 04/06 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 3,037.80 |
| 04/06 | ACH DEPOSIT, UBER USA, LLC PARTNER 345WYCGBQ3H7FKR | 167.04 |
| 04/07 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 2,657.81 |
| 04/08 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 2,240.64 |
| 04/08 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-J8S5V9I8O0P3 | 30.63 |
| 04/09 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 4,319.78 |
| 04/10 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 7,623.51 |
| 04/10 | CCD DEPOSIT, DOORDASH, INC. 1073 31ST ST-T8M9C4M2T6F3 | 350.90 |
| 04/13 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 38,360.08 |
| 04/13 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 6,808.05 |
| 04/13 | ACH DEPOSIT, UBER USA, LLC PARTNER 59OJO0V5D8DAUPY | 435.42 |
| 04/14 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 1,676.58 |
| 04/15 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 3,188.49 |
| 04/15 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-S1Z9E0W0K3R4 | 115.83 |
| 04/16 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-W7Q4E7R5Z9G4 | 61.04 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account



**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| 1 Ending Balance | | 58,156.32 |
| 2 Total Deposits | + | |
| 3 Sub Total | | |
| 4 Total Withdrawals | - | |
| 5 Adjusted Balance | | |

2

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | 2 |

4

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | 4 |

## FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

## INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

## FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DIST DC

Page: 3 of 9
Statement Period: Apr 01 2026-Apr 30 2026
Cust Ref #: [redacted]
Primary Account #: [redacted]

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/17 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 8,618.79 |
| 04/17 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 4,042.47 |
| 04/17 | CCD DEPOSIT, DOORDASH, INC. 1073 31ST ST-F3B8G6L9E7N8 | 302.49 |
| 04/17 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-H1M1M3P8N6B5 | 47.70 |
| 04/20 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 30,879.28 |
| 04/20 | ACH DEPOSIT, UBER USA, LLC PARTNER 3CKO25YR3YYFV9I | 475.32 |
| 04/21 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 17,340.90 |
| 04/21 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 5,912.65 |
| 04/22 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 7,199.70 |
| 04/23 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 3,698.86 |
| 04/24 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 3,599.87 |
| 04/24 | CCD DEPOSIT, DOORDASH, INC. 1073 31ST ST-I5F4H7S2E7L4 | 386.46 |
| 04/27 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 21,129.89 |
| 04/27 | ACH DEPOSIT, UBER USA, LLC PARTNER IJNKQO0W457E4C7 | 575.28 |
| 04/27 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-N5U5Z3Z2T2Q6 | 66.44 |
| 04/28 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 5,971.53 |
| 04/28 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 1,667.01 |
| 04/28 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-H6N0K7A5A3I4 | 68.80 |
| 04/29 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 2,071.22 |
| 04/29 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-H6V1U3A9T0W6 | 389.43 |
| 04/30 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 1,091.69 |
| | Subtotal: | 239,762.89 |

### Checks Paid

No. Checks: 77

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 04/10 | 2773 | 838.39 | 04/20 | 2810 | 2,884.62 |
| 04/13 | 2780* | 2,884.62 | 04/20 | 2811 | 1,600.06 |
| 04/13 | 2787* | 2,711.00 | 04/13 | 2812 | 1,218.11 |
| 04/07 | 2792* | 1,950.00 | 04/20 | 2813 | 1,351.95 |
| 04/06 | 2793 | 2,884.62 | 04/15 | 2814 | 1,020.23 |
| 04/06 | 2794 | 1,860.52 | 04/13 | 2816* | 1,007.05 |
| 04/06 | 2796* | 1,523.90 | 04/14 | 2817 | 430.33 |
| 04/10 | 2797 | 1,003.10 | 04/14 | 2818 | 1,067.26 |
| 04/06 | 2801* | 1,375.94 | 04/14 | 2819 | 602.74 |
| 04/07 | 2803* | 799.11 | 04/20 | 2820 | 1,442.38 |
| 04/07 | 2804 | 1,568.18 | 04/13 | 2821 | 467.42 |
| 04/13 | 2807* | 4,099.89 | 04/16 | 2822 | 811.22 |
| 04/13 | 2808 | 1,100.00 | 04/14 | 2823 | 1,054.91 |
| 04/21 | 2809 | 1,950.00 | 04/21 | 2824 | 1,423.34 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DIST DC

Page: 4 of 9
Statement Period: Apr 01 2026-Apr 30 2026
Cust Ref #: [redacted]
Primary Account #: [redacted]

## DAILY ACCOUNT ACTIVITY

### Checks Paid (continued)

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 04/20 | 2825 | 4,099.89 | 04/13 | 2875 | 767.55 |
| 04/23 | 2826 | 4,918.00 | 04/13 | 2876 | 116.60 |
| 04/28 | 2828* | 1,140.69 | 04/16 | 2877 | 240.00 |
| 04/27 | 2831* | 1,013.93 | 04/16 | 2878 | 500.00 |
| 04/27 | 2832 | 694.67 | 04/17 | 2879 | 2,243.00 |
| 04/28 | 2833 | 960.47 | 04/09 | 2880 | 240.00 |
| 04/28 | 2834 | 975.81 | 04/07 | 2881 | 2,500.00 |
| 04/29 | 2835 | 669.07 | 04/06 | 2883* | 2,885.00 |
| 04/13 | 2836 | 2,885.00 | 04/08 | 2884 | 606.00 |
| 04/27 | 2838* | 537.01 | 04/22 | 2887* | 301.59 |
| 04/28 | 2839 | 805.47 | 04/20 | 2888 | 919.81 |
| 04/28 | 2840 | 411.60 | 04/17 | 2889 | 551.52 |
| 04/28 | 2841 | 666.17 | 04/17 | 2890 | 717.66 |
| 04/28 | 2843* | 1,044.00 | 04/22 | 2891 | 399.60 |
| 04/20 | 2850* | 2,885.00 | 04/22 | 2892 | 199.00 |
| 04/24 | 2851 | 740.00 | 04/28 | 2893 | 1,500.00 |
| 04/07 | 2856* | 410.00 | 04/17 | 2895* | 250.30 |
| 04/13 | 2859* | 3,000.00 | 04/21 | 2896 | 152.00 |
| 04/02 | 2864* | 895.00 | 04/23 | 2897 | 2,338.00 |
| 04/03 | 2869* | 353.00 | 04/20 | 2898 | 1,241.00 |
| 04/02 | 2870 | 281.00 | 04/20 | 2899 | 834.00 |
| 04/09 | 2871 | 910.00 | 04/24 | 2902* | 1,831.00 |
| 04/10 | 2872 | 800.00 | 04/28 | 2904* | 219.60 |
| 04/02 | 2873 | 800.00 | 04/29 | 2905 | 350.00 |
| 04/07 | 2874 | 359.64 | | | |

Subtotal: 97,089.54

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/01 | DBCRD PUR AP, *****04036012809, AUT 033126 VISA DDA PUR AP<br>RESTAURANT DEPOT ALEXANDRIA * VA | 996.99 |
| 04/01 | DBCRD PUR AP, *****04037062399, AUT 033126 VISA DDA PUR AP<br>IN GOOD FRIENDS WASTE M 703 5438671 * VA | 550.00 |
| 04/01 | DEBIT POS AP, *****04037062399, AUT 040126 DDA PURCHASE AP<br>UBER TECHNOLOGIES INC WILMINGTON * DE | 194.04 |
| 04/01 | DEBIT POS AP, *****04037062399, AUT 040126 DDA PURCHASE AP<br>WAL MART 5936 VIENNA * VA | 151.65 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DIST DC

Page: 5 of 9
Statement Period: Apr 01 2026-Apr 30 2026
Cust Ref #: [redacted]
Primary Account #: [redacted]

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/01 | DBCRD PUR AP, *****04037062399, AUT 033126 VISA DDA PUR AP<br>AMERICAN FILTER STEAM 202 8296060 * DC | 118.48 |
| 04/01 | DBCRD PUR AP, *****04037062399, AUT 033026 VISA DDA PUR AP<br>AMAZON MKTPL BG0Z25NA0 AMZN COM BILL * WA | 110.76 |
| 04/01 | DEBIT POS AP, *****04037062399, AUT 040126 DDA PURCHASE AP<br>LIDL 1546 8387 LEESBU VIENNA * VA | 88.08 |
| 04/01 | DEBIT POS AP, *****04037062399, AUT 040126 DDA PURCHASE AP<br>SAFEWAY 1048 ARLINGTON * VA | 71.68 |
| 04/02 | ELECTRONIC PMT-WEB, DC WATER COM-WATER 1463134 | 1,560.18 |
| 04/02 | CCD DEBIT, SPOTON TRANSACT ACH ***-*14-4102 | 549.40 |
| 04/02 | DBCRD PMT AP, *****04037062399, AUT 040126 VISA DDA PUR AP<br>RESYNETWORKINC RESY COM * NY | 263.94 |
| 04/02 | DBCRD PUR AP, *****04037062399, AUT 040126 VISA DDA PUR AP<br>AMAZON MKTPL B761W4OB2 AMZN COM BILL * WA | 56.42 |
| 04/02 | CCD DEBIT, SPOTON, INC. MTHLY DISC ****00001439744 | 0.15 |
| 04/03 | DBCRD PUR AP, *****04036012809, AUT 040226 VISA DDA PUR AP<br>RESTAURANT DEPOT ALEXANDRIA * VA | 1,205.17 |
| 04/06 | DBCRD PUR AP, *****04036012809, AUT 040426 VISA DDA PUR AP<br>RESTAURANT DEPOT ALEXANDRIA * VA | 3,056.64 |
| 04/06 | DBCRD PUR AP, *****04036012809, AUT 040326 VISA DDA PUR AP<br>RESTAURANT DEPOT ALEXANDRIA * VA | 1,811.40 |
| 04/06 | DBCRD PUR AP, *****04036012809, AUT 040526 VISA DDA PUR AP<br>NEW GRAND MART FALLS CHURCH * VA | 660.22 |
| 04/06 | DBCRD PUR AP, *****04037062399, AUT 040126 VISA DDA PUR AP<br>AMAZON MKTPL BG7SQ2KL0 AMZN COM BILL * WA | 89.27 |
| 04/06 | DEBIT POS AP, *****04037062399, AUT 040426 DDA PURCHASE AP<br>UBER TECHNOLOGIES INC WILMINGTON * DE | 74.57 |
| 04/06 | DBCRD PUR AP, *****04036012809, AUT 040326 VISA DDA PUR AP<br>SAFEWAY 2912 WASHINGTON * DC | 59.78 |
| 04/06 | DBCRD PUR AP, *****04037062399, AUT 040526 VISA DDA PUR AP<br>AMAZON MKTPL B771W0812 AMZN COM BILL * WA | 45.57 |
| 04/07 | DBCRD PUR AP, *****04037062399, AUT 040626 VISA DDA PUR AP<br>POTOMAC WINES SPIRITS WASHINGTON * DC | 647.11 |
| 04/07 | DBCRD PUR AP, *****04036012809, AUT 040526 VISA DDA PUR AP<br>SAFEWAY 2883 FALLS CHURCH * VA | 547.89 |
| 04/07 | DBCRD PUR AP, *****04037062399, AUT 040626 VISA DDA PUR AP<br>AMAZON RETA BC00X3X81 WWW AMAZON CO * WA | 39.12 |
| 04/08 | DBCRD PUR AP, *****04036012809, AUT 040726 VISA DDA PUR AP<br>RESTAURANT DEPOT ALEXANDRIA * VA | 1,274.70 |
| 04/08 | DBCRD PUR AP, *****04037062399, AUT 040626 VISA DDA PUR AP<br>AT T BILL PAYMENT 800 331 0500 * TX | 848.81 |
| 04/08 | ELECTRONIC PMT-WEB, SGWS OF DC 3056254171 | 541.30 |
| 04/08 | DBCRD PUR AP, *****04037062399, AUT 040726 VISA DDA PUR AP<br>DD DOORDASHDASHPASS DOORDASH COM * CA | 10.59 |
| 04/09 | CCD DEBIT, IRS USATAXPYMT ****49910020576 | 1,779.38 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TD Bank

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DIST DC

Page: 6 of 9
Statement Period: Apr 01 2026-Apr 30 2026
Cust Ref #: [redacted]
Primary Account #: [redacted]

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/09 | DBCRD PUR AP, *****04037062399, AUT 040826 VISA DDA PUR AP ALSCO INC 703 751 5785 * VA | 423.32 |
| 04/10 | DBCRD PUR AP, *****04036012809, AUT 040926 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 1,804.42 |
| 04/10 | CCD DEBIT, OPFL OPFL TAX 247497 1 | 957.25 |
| 04/10 | DBCRD PMT AP, *****04037062399, AUT 040926 VISA DDA PUR AP OWNER COM OWNER COM * CA | 528.94 |
| 04/10 | DBCRD PUR AP, *****04037062399, AUT 040826 VISA DDA PUR AP AMAZON MKTPL BC5O21X90 AMZN COM BILL * WA | 68.29 |
| 04/10 | DBCRD PUR AP, *****04037062399, AUT 040826 VISA DDA PUR AP AMAZON MKTPL BY78P8L42 AMZN COM BILL * WA | 36.04 |
| 04/10 | DBCRD PUR AP, *****04037062399, AUT 040826 VISA DDA PUR AP AMAZON MKTPL BC3047KM1 AMZN COM BILL * WA | 30.67 |
| 04/10 | DBCRD PUR AP, *****04037062399, AUT 040826 VISA DDA PUR AP AMAZON MKTPL BY6ZP3NT2 AMZN COM BILL * WA | 26.49 |
| 04/10 | DBCRD PUR AP, *****04037062399, AUT 040826 VISA DDA PUR AP AMAZON RETA BC1OC2VS0 WWW AMAZON CO * WA | 16.25 |
| 04/13 | ELECTRONIC PMT-WEB, WASHINGTON GAS D BILL PAY ****6945511 | 4,910.84 |
| 04/13 | DBCRD PUR AP, *****04036012809, AUT 041126 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 3,065.45 |
| 04/13 | DBCRD PUR AP, *****04036012809, AUT 041226 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 2,375.06 |
| 04/13 | DBCRD PUR AP, *****04036012809, AUT 041026 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 2,113.76 |
| 04/13 | ELECTRONIC PMT-TEL, ACI PAYMENTS INC ACI ALLYFI ****33035890 | 1,202.82 |
| 04/13 | DBCRD PMT AP, *****04037062399, AUT 041026 VISA DDA PUR AP GEICO AUTO 800 841 3000 * DC | 458.93 |
| 04/13 | DEBIT POS AP, *****04037062399, AUT 041226 DDA PURCHASE AP UBER TECHNOLOGIES INC WILMINGTON * DE | 49.75 |
| 04/14 | DBCRD PUR AP, *****04037062399, AUT 041326 VISA DDA PUR AP POTOMAC WINES SPIRITS WASHINGTON * DC | 696.33 |
| 04/14 | CCD DEBIT, DC-OTR-WEB-WTH PAYMENTS 8279933 | 337.30 |
| 04/14 | ACH DEBIT, COMP OF MARYLAND DIR DB RAD ****41062397534 | 316.41 |
| 04/14 | CCD DEBIT, IRS USATAXPYMT ****50441310402 | 258.16 |
| 04/14 | DBCRD PMT AP, *****04037062399, AUT 041326 VISA DDA PUR AP DNH GODADDY 4063432043 480 5058855 * AZ | 199.99 |
| 04/14 | DBCRD PUR AP, *****04037062399, AUT 041326 VISA DDA PUR AP AMAZON MKTPL B71KK6ZF0 AMZN COM BILL * WA | 82.66 |
| 04/14 | DBCRD PUR AP, *****04037062399, AUT 041326 VISA DDA PUR AP AMAZON MKTPL BY6AC27H2 AMZN COM BILL * WA | 14.83 |
| 04/15 | CCD DEBIT, IRS USATAXPYMT ****50512392465 | 2,232.58 |
| 04/15 | DBCRD PUR AP, *****04036012809, AUT 041426 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 1,912.64 |
| 04/15 | CCD DEBIT, ESSP ESSP TAX 894880 1 | 868.83 |
| 04/15 | CCD DEBIT, RNDC PAYMENT 40636377 | 314.28 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DIST DC

Page: 7 of 9
Statement Period: Apr 01 2026-Apr 30 2026
Cust Ref #: [redacted]
Primary Account #: [redacted]

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/15 | CCD DEBIT, OPFL OPFL TAX 248220 1 | 310.29 |
| 04/15 | DBCRD PUR AP, *****04036012809, AUT 041426 VISA DDA PUR AP WWW ESPRIGAS COM ORDER ESPRIGA * TX | 226.74 |
| 04/15 | CCD DEBIT, DC-OTR-WEB-WTH PAYMENTS 8219479 | 192.18 |
| 04/15 | DBCRD PMT AP, *****04037062399, AUT 041426 VISA DDA PUR AP ADOBE INC 800 8336687 * CA | 21.19 |
| 04/16 | CCD DEBIT, VA DEPT TAXATION TAX PAYMEN *****7272 | 330.00 |
| 04/16 | DEBIT POS AP, *****04037062399, AUT 041626 DDA PURCHASE AP DOLLARTREE 8416 ROUTE 29 FAIRFAX * VA | 171.77 |
| 04/16 | DBCRD PUR AP, *****04037062399, AUT 041426 VISA DDA PUR AP DD DOORDASH TOUSLESJO DOORDASH COM * CA | 37.15 |
| 04/16 | DBCRD PUR AP, *****04037062399, AUT 041526 VISA DDA PUR AP AMAZON MKTPL BS2WP5J42 AMZN COM BILL * WA | 14.83 |
| 04/17 | DBCRD PUR AP, *****04036012809, AUT 041626 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 836.78 |
| 04/17 | DBCRD PUR AP, *****04037062399, AUT 041626 VISA DDA PUR AP ALSCO INC 703 751 5785 * VA | 506.27 |
| 04/17 | DEBIT POS AP, *****04037062399, AUT 041726 DDA PURCHASE AP DOLLAR TREE HERNDON * VA | 97.65 |
| 04/17 | DEBIT POS AP, *****04037062399, AUT 041726 DDA PURCHASE AP DOLLAR TREE STERLING * VA | 57.17 |
| 04/17 | DEBIT POS AP, *****04037062399, AUT 041726 DDA PURCHASE AP DOLLAR TREE STERLING * VA | 52.47 |
| 04/20 | DBCRD PUR AP, *****04036012809, AUT 041926 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 3,408.17 |
| 04/20 | DBCRD PUR AP, *****04036012809, AUT 041726 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 2,543.22 |
| 04/20 | DBCRD PUR AP, *****04036012809, AUT 041826 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 2,132.06 |
| 04/20 | DBCRD PUR AP, *****04037062399, AUT 041826 VISA DDA PUR AP TOTALWINE 205 DIGITAL HTTPS WWW F * VA | 275.50 |
| 04/20 | DBCRD PUR AP, *****04036012809, AUT 041726 VISA DDA PUR AP WWW ESPRIGAS COM ORDER ESPRIGA * TX | 271.03 |
| 04/20 | DEBIT POS AP, *****04037062399, AUT 041826 DDA PURCHASE AP MICHAELS STORES 9712 3 VIENNA * VA | 46.58 |
| 04/20 | DBCRD PUR AP, *****04037062399, AUT 041926 VISA DDA PUR AP DD DOORDASH SAFEWAY DOORDASH COM * CA | 41.40 |
| 04/20 | DBCRD PMT AP, *****04037062399, AUT 041926 VISA DDA PUR AP SPOTIFY P419904672 NEW YORK * NY | 20.13 |
| 04/20 | DBCRD PUR AP, *****04037062399, AUT 041926 VISA DDA PUR AP AMAZON RETA BS4A89742 WWW AMAZON CO * WA | 16.93 |
| 04/20 | DBCRD PMT AP, *****04037062399, AUT 041826 VISA DDA PUR AP AMAZON PRIME 2M10557J3 AMZN COM BILL * WA | 15.89 |
| 04/21 | CCD DEBIT, DC-OTR-WEB-SLU PAYMENTS 8264174 | 14,672.66 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DIST DC

Page: 8 of 9
Statement Period: Apr 01 2026-Apr 30 2026
Cust Ref #: [redacted]

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/21 | DBCRD PUR AP, *****04037062399, AUT 042026 VISA DDA PUR AP POTOMAC WINES SPIRITS WASHINGTON * DC | 414.88 |
| 04/22 | DBCRD PUR AP, *****04036012809, AUT 042126 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 1,374.96 |
| 04/22 | DBCRD PUR AP, *****04037062399, AUT 042126 VISA DDA PUR AP ALSCO INC 703 751 5785 * VA | 466.64 |
| 04/24 | DBCRD PUR AP, *****04037062399, AUT 042326 VISA DDA PUR AP NATIONAL FIRE PROTECTI NATIONAL EBIL * VA | 230.00 |
| 04/24 | DBCRD PUR AP, *****04037062399, AUT 042326 VISA DDA PUR AP MERCHANTROLLS COM 212 3723582 * MD | 201.56 |
| 04/27 | DBCRD PUR AP, *****04036012809, AUT 042426 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 2,309.29 |
| 04/27 | DBCRD PUR AP, *****04036012809, AUT 042526 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 1,194.81 |
| 04/27 | CCD DEBIT, WWW.SPOTHOPPERAP WWW.SPOTHO ST-L0H0R7G1S2H1 | 611.04 |
| 04/27 | DEBIT POS AP, *****04037062399, AUT 042626 DDA PURCHASE AP DOLLARTREE VIENNA * VA | 153.44 |
| 04/27 | DBCRD PUR AP, *****04037062399, AUT 042426 VISA DDA PUR AP AMAZON RETA BJ6H435W2 WWW AMAZON CO * WA | 61.58 |
| 04/27 | DBCRD PMT AP, *****04037062399, AUT 042426 VISA DDA PUR AP MICROSOFT MICROSOFT 36 MICROSOFT COM * WA | 9.99 |
| 04/28 | ACH DEBIT, ALDANA & ASSOCIA SALE | 1,497.00 |
| 04/28 | DBCRD PUR AP, *****04037062399, AUT 042726 VISA DDA PUR AP POTOMAC WINES SPIRITS WASHINGTON * DC | 728.25 |
| 04/28 | DBCRD PMT AP, *****04037062399, AUT 042726 VISA DDA PUR AP AMAZON PRIME SX7D906L3 AMZN COM BILL * WA | 15.89 |
| 04/28 | DBCRD PUR AP, *****04037062399, AUT 042726 VISA DDA PUR AP PRIME VIDEO CHANNELS AMZN COM BILL * WA | 11.65 |
| 04/28 | DBCRD PUR AP, *****04037062399, AUT 042726 VISA DDA PUR AP PRIME VIDEO BS1UH6DN1 888 802 3080 * WA | 4.23 |
| 04/29 | CCD DEBIT, IRS USATAXPYMT ****51955458021 | 2,179.44 |
| 04/29 | DBCRD PUR AP, *****04036012809, AUT 042826 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 2,038.35 |
| 04/30 | ELECTRONIC PMT-TEL, POTOMAC ELECTRIC BILLPAY POTOMAC ELECTRI | 5,863.29 |
| 04/30 | CCD DEBIT, OWNER.COM OWNER.COM ST-T4Q8F0C3D7G1 | 272.50 |
| 04/30 | DBCRD PUR AP, *****04037062399, AUT 042926 VISA DDA PUR AP DD DOORDASH RESTAURAN DOORDASH COM * CA | 109.17 |
| 04/30 | DBCRD PUR AP, *****04037062399, AUT 042926 VISA DDA PUR AP PRIME VIDEO BV4UI23B2 888 802 3080 * WA | 21.19 |
| 04/30 | DBCRD PUR AP, *****04037062399, AUT 042926 VISA DDA PUR AP AMAZON PRIME BS5QD2BV0 AMZN COM BILL * WA | 5.29 |
| | Subtotal: | 88,778.08 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DIST DC

| | |
|---|---|
| Page: | 9 of 9 |
| Statement Period: | Apr 01 2026-Apr 30 2026 |
| Cust Ref #: | [redacted] |
| Primary Account #: | [redacted] |

## DAILY ACCOUNT ACTIVITY

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/28 | WIRE TRANSFER OUTGOING, Demetriou Insurance services | 4,020.12 |
| 04/28 | WIRE TRANSFER FEE | 30.00 |
| | Subtotal: | 4,050.12 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 03/31 | 8,311.17 | 04/16 | 37,701.22 |
| 04/01 | 15,633.03 | 04/17 | 45,399.85 |
| 04/02 | 14,687.59 | 04/20 | 50,724.83 |
| 04/03 | 13,400.37 | 04/21 | 55,365.50 |
| 04/06 | 40,096.15 | 04/22 | 59,823.41 |
| 04/07 | 33,932.91 | 04/23 | 56,266.27 |
| 04/08 | 32,922.78 | 04/24 | 57,250.04 |
| 04/09 | 33,889.86 | 04/27 | 72,435.89 |
| 04/10 | 35,754.43 | 04/28 | 66,112.28 |
| 04/13 | 46,924.13 | 04/29 | 63,336.07 |
| 04/14 | 43,539.79 | 04/30 | 58,156.32 |
| 04/15 | 39,745.15 | | |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

12:44 PM
07/16/26

# MELBEN INC
# Reconciliation Detail
## TD Bank #6079, Period Ending 06/30/2026

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 90,196.27 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 168 items** | | | | | | |
| Paycheck | 05/18/2026 | 2993 | Rogelio Estrada Go... | X | -1,356.75 | -1,356.75 |
| Check | 05/25/2026 | 2971 | Herberto Lopez Ord... | X | -2,884.62 | -4,241.37 |
| Check | 05/25/2026 | 2970 | Leonel Vasquez Suc... | X | -1,950.00 | -6,191.37 |
| Check | 05/25/2026 | 2973 | Edwin Wilfredo Lope... | X | -1,670.44 | -7,861.81 |
| Paycheck | 05/25/2026 | 2961 | Erick J Perez Lopez | X | -1,154.84 | -9,016.65 |
| Paycheck | 05/25/2026 | 2969 | Adelso Godoy Lopez | X | -1,041.99 | -10,058.64 |
| Paycheck | 05/25/2026 | 2964 | David A Perez | X | -738.81 | -10,797.45 |
| Paycheck | 05/25/2026 | 2965 | Danilo Suchite | X | -680.49 | -11,477.94 |
| Paycheck | 05/25/2026 | 2959 | Mabilia Miranda | X | -448.37 | -11,926.31 |
| Paycheck | 05/25/2026 | 2957 | Nikauly Lineros | X | -435.69 | -12,362.00 |
| Paycheck | 05/25/2026 | 2951 | Kaitlyn L Svllivan | X | -129.47 | -12,491.47 |
| Paycheck | 05/25/2026 | 2950 | Malak Abdrabou | X | -105.11 | -12,596.58 |
| Paycheck | 05/25/2026 | 2952 | Dalia H Karim | X | -90.73 | -12,687.31 |
| Check | 06/01/2026 | | Withdrawal | X | -43,545.33 | -56,232.64 |
| Check | 06/01/2026 | 2976 | Mohamed Karrakchou | X | -4,099.89 | -60,332.53 |
| Check | 06/01/2026 | | Restaurant Depot | X | -2,295.65 | -62,628.18 |
| Check | 06/01/2026 | 2901 | Redouane Salhami. | X | -1,831.00 | -64,459.18 |
| Check | 06/01/2026 | | Restaurant Depot | X | -1,502.87 | -65,962.05 |
| Check | 06/01/2026 | | Att | X | -975.86 | -66,937.91 |
| Check | 06/01/2026 | | Alsco Inc | X | -905.36 | -67,843.27 |
| Check | 06/01/2026 | 2991 | Malak Abdrabou. | X | -697.00 | -68,540.27 |
| Check | 06/01/2026 | 2989 | Dalia H Karim. | X | -617.00 | -69,157.27 |
| Check | 06/01/2026 | | Restaurant Depot | X | -446.06 | -69,603.33 |
| Check | 06/01/2026 | | Amazon Prime | X | -5.29 | -69,608.62 |
| Check | 06/02/2026 | | Demetriou Insuranc... | X | -4,270.12 | -73,878.74 |
| Check | 06/02/2026 | 2972 | Aziza Naji. | X | -2,885.00 | -76,763.74 |
| Check | 06/02/2026 | 2894 | Mostafa Belainass. | X | -2,338.00 | -79,101.74 |
| Check | 06/02/2026 | 2975 | Cengizhan Sahin. | X | -1,656.00 | -80,757.74 |
| Check | 06/02/2026 | | Aci Payments Inc | X | -1,204.00 | -81,961.74 |
| Check | 06/02/2026 | 2974 | Melvin M Garcia | X | -1,126.00 | -83,087.74 |
| Check | 06/02/2026 | | Potomac Wines & S... | X | -720.66 | -83,808.40 |
| Check | 06/02/2026 | | Good Friends | X | -550.00 | -84,358.40 |
| Check | 06/02/2026 | | Spoton INC | X | -549.40 | -84,907.80 |
| Liability Check | 06/02/2026 | Online | DC Gov | X | -492.12 | -85,399.92 |
| Check | 06/02/2026 | 2994 | Gamaliel Landeros. | X | -418.00 | -85,817.92 |
| Check | 06/02/2026 | 2986 | Opici Wines | X | -353.50 | -86,171.42 |
| Check | 06/02/2026 | | TD Bank | X | -30.00 | -86,201.42 |
| Liability Check | 06/03/2026 | Online | United States Treas... | X | -2,811.54 | -89,012.96 |
| Check | 06/03/2026 | | Restaurant Depot | X | -2,319.92 | -91,332.88 |
| Check | 06/03/2026 | | Esprigas | X | -320.62 | -91,653.50 |
| Check | 06/03/2026 | | Resy Networkinc | X | -263.94 | -91,917.44 |
| Check | 06/03/2026 | | American Filter Steam | X | -118.48 | -92,035.92 |
| Check | 06/04/2026 | | Withdrawal | X | -1,000.00 | -93,035.92 |
| Check | 06/04/2026 | | Doodash Restaurant | X | -62.54 | -93,098.46 |
| Check | 06/05/2026 | | Restaurant Depot | X | -2,354.19 | -95,452.65 |
| Check | 06/05/2026 | 2995 | Elite Wines | X | -620.00 | -96,072.65 |
| Check | 06/05/2026 | | Owner.com | X | -528.94 | -96,601.59 |
| Check | 06/05/2026 | 2997 | Opici Wines | X | -420.25 | -97,021.84 |
| Check | 06/05/2026 | 2984 | RBG | X | -351.68 | -97,373.52 |
| Check | 06/05/2026 | 2741 | Mitchel Beverage | X | -186.55 | -97,560.07 |
| Check | 06/05/2026 | | Amazon Mkt | X | -11.64 | -97,571.71 |
| Check | 06/08/2026 | 3008 | Herberto Lopez Ord... | X | -2,884.62 | -100,456.33 |
| Check | 06/08/2026 | 2982 | Edwin Wilfredo Lope... | X | -2,071.10 | -102,527.43 |
| Check | 06/08/2026 | 2998 | Leonel Vasquez Suc... | X | -1,950.00 | -104,477.43 |
| Check | 06/08/2026 | | Restaurant Depot | X | -1,660.57 | -106,138.00 |
| Paycheck | 06/08/2026 | 3001 | David Cerezo | X | -1,230.98 | -107,368.98 |
| Paycheck | 06/08/2026 | 2999 | Erick J Perez Lopez | X | -1,214.56 | -108,583.54 |
| Paycheck | 06/08/2026 | 3015 | Adelso Godoy Lopez | X | -1,132.25 | -109,715.79 |
| Paycheck | 06/08/2026 | 2981 | Rogelio Estrada Go... | X | -1,062.90 | -110,778.69 |
| Check | 06/08/2026 | | Restaurant Depot | X | -1,039.74 | -111,818.43 |
| Paycheck | 06/08/2026 | 2948 | Nerlyn Cedillo | X | -982.81 | -112,801.24 |
| Paycheck | 06/08/2026 | 2980 | Teresa Lopez | X | -926.84 | -113,728.08 |
| Paycheck | 06/08/2026 | 2853 | Alieska M Cordova | X | -630.49 | -114,358.57 |
| Paycheck | 06/08/2026 | 3009 | Mabilia Miranda | X | -584.09 | -114,942.66 |
| Check | 06/08/2026 | | Restaurant Depot | X | -509.14 | -115,451.80 |

12:44 PM

07/16/26

# MELBEN INC
## Reconciliation Detail
### TD Bank #6079, Period Ending 06/30/2026

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Paycheck | 06/08/2026 | 3000 | Eliseo Lopez | X | -458.43 | -115,910.23 |
| Paycheck | 06/08/2026 | 2848 | Nikauly Lineros | X | -445.15 | -116,355.38 |
| Paycheck | 06/08/2026 | 2852 | Danilo Suchite | X | -304.33 | -116,659.71 |
| Paycheck | 06/08/2026 | 2979 | Dalia H Karim | X | -119.35 | -116,779.06 |
| Paycheck | 06/08/2026 | 2977 | Malak Abdrabou | X | -90.28 | -116,869.34 |
| Paycheck | 06/08/2026 | 2978 | Kaitlyn L Svllivan | X | -79.67 | -116,949.01 |
| Check | 06/09/2026 | | Potomac Wines & S... | X | -497.66 | -117,446.67 |
| Check | 06/09/2026 | | Wal-Mart | X | -1.17 | -117,447.84 |
| Check | 06/10/2026 | 3002 | Aziza Naji. | X | -2,885.00 | -120,332.84 |
| Check | 06/10/2026 | | Restaurant Depot | X | -976.94 | -121,309.78 |
| Check | 06/10/2026 | | Wal-Mart | X | -59.93 | -121,369.71 |
| Check | 06/10/2026 | | USPS | X | -12.90 | -121,382.61 |
| Check | 06/11/2026 | 3004 | Malak Abdrabou. | X | -478.00 | -121,860.61 |
| Check | 06/11/2026 | | Geico | X | -393.04 | -122,253.65 |
| Liability Check | 06/12/2026 | Online | United States Treas... | X | -2,795.74 | -125,049.39 |
| Liability Check | 06/12/2026 | Online | DC Gov | X | -695.02 | -125,744.41 |
| Check | 06/12/2026 | 3005 | Dalia H Karim. | X | -676.00 | -126,420.41 |
| Liability Check | 06/12/2026 | Online | Virginia Gov | X | -281.00 | -126,701.41 |
| Check | 06/12/2026 | | Wal-Mart | X | -56.42 | -126,757.83 |
| Check | 06/12/2026 | | Michaels Stores | X | -42.36 | -126,800.19 |
| Check | 06/15/2026 | | Restaurant Depot | X | -2,306.02 | -129,106.21 |
| Check | 06/15/2026 | | Restaurant Depot | X | -2,107.74 | -131,213.95 |
| Check | 06/15/2026 | 3010 | Ulzikhand Chuluunb... | X | -1,151.00 | -132,364.95 |
| Check | 06/15/2026 | 3114 | Kaitlyn L Svllivan. | X | -554.00 | -132,918.95 |
| Check | 06/15/2026 | | Harland Clarke Chk ... | X | -525.45 | -133,444.40 |
| Check | 06/15/2026 | | Safeway | X | -200.79 | -133,645.19 |
| Check | 06/15/2026 | | Safeway | X | -181.69 | -133,826.88 |
| Check | 06/15/2026 | | Wal-Mart | X | -120.22 | -133,947.10 |
| Check | 06/15/2026 | | Safeway | X | -80.20 | -134,027.30 |
| Check | 06/15/2026 | | Adobe | X | -21.19 | -134,048.49 |
| Check | 06/16/2026 | | Potomac Wines & S... | X | -814.09 | -134,862.58 |
| Check | 06/16/2026 | | Comcast | X | -748.96 | -135,611.54 |
| Check | 06/17/2026 | | Withdrawal | X | -90,050.65 | -225,662.19 |
| Check | 06/17/2026 | | Doodash Restaurant | X | -100.50 | -225,762.69 |
| Check | 06/17/2026 | | Microsoft Store | X | -9.99 | -225,772.68 |
| Check | 06/18/2026 | 3006 | Mitchel Beverage | X | -394.20 | -226,166.88 |
| Check | 06/18/2026 | 3007 | Jeffrey Sobiecll | X | -330.00 | -226,496.88 |
| Check | 06/22/2026 | 3040 | Herberto Lopez Ord... | X | -2,884.62 | -229,381.50 |
| Check | 06/22/2026 | 3041 | Edwin Wilfredo Lope... | X | -1,956.04 | -231,337.54 |
| Check | 06/22/2026 | 3039 | Leonel Vasquez Suc... | X | -1,950.00 | -233,287.54 |
| Paycheck | 06/22/2026 | 3029 | Rogelio Estrada Go... | X | -1,620.48 | -234,908.02 |
| Paycheck | 06/22/2026 | 3034 | Erick J Perez Lopez | X | -1,280.19 | -236,188.21 |
| Paycheck | 06/22/2026 | 3073 | David Cerezo | X | -1,230.82 | -237,419.03 |
| Paycheck | 06/22/2026 | 3038 | Adelso Godoy Lopez | X | -1,197.73 | -238,616.76 |
| Paycheck | 06/22/2026 | 3032 | Nerlyn Cedillo | X | -1,053.55 | -239,670.31 |
| Paycheck | 06/22/2026 | 3028 | Teresa Lopez | X | -935.52 | -240,605.83 |
| Check | 06/22/2026 | | Alsco Inc | X | -838.63 | -241,444.46 |
| Check | 06/22/2026 | | Restaurant Depot | X | -779.54 | -242,224.00 |
| Paycheck | 06/22/2026 | 3037 | Alieska M Cordova | X | -751.96 | -242,975.96 |
| Paycheck | 06/22/2026 | 3035 | Eliseo Lopez | X | -481.68 | -243,457.64 |
| Paycheck | 06/22/2026 | 3033 | Mabilia Miranda | X | -443.63 | -243,901.27 |
| Paycheck | 06/22/2026 | 3036 | Danilo Suchite | X | -424.91 | -244,326.18 |
| Paycheck | 06/22/2026 | 3025 | Malak Abdrabou | X | -119.32 | -244,445.50 |
| Check | 06/22/2026 | | Amazon Prime | X | -15.89 | -244,461.39 |
| Check | 06/23/2026 | 3068 | Aziza Naji. | X | -3,417.00 | -247,878.39 |
| Check | 06/23/2026 | 3016 | Crowell & Moring | X | -3,000.00 | -250,878.39 |
| Check | 06/23/2026 | 2983 | Aziza Naji. | X | -2,885.00 | -253,763.39 |
| Check | 06/23/2026 | | Potomac Wines & S... | X | -517.82 | -254,281.21 |
| Check | 06/23/2026 | | Alsco Inc | X | -437.86 | -254,719.07 |
| Check | 06/24/2026 | 3074 | Cash | X | -5,000.00 | -259,719.07 |
| Check | 06/24/2026 | 3067 | Mohamed Karrakchou | X | -4,099.89 | -263,818.96 |
| Check | 06/24/2026 | | Aldana & Associates... | X | -1,497.00 | -265,315.96 |
| Check | 06/24/2026 | | Att | X | -802.25 | -266,118.21 |
| Check | 06/24/2026 | | Spotify | X | -20.13 | -266,138.34 |
| Check | 06/25/2026 | | Withdrawal | X | -5,000.00 | -271,138.34 |
| Check | 06/25/2026 | 3071 | Mohamed Karrakchou | X | -4,099.89 | -275,238.23 |
| Check | 06/25/2026 | 2849 | Aziza Naji. | X | -2,885.00 | -278,123.23 |
| Check | 06/25/2026 | 3118 | Redouane Salhami. | X | -2,005.00 | -280,128.23 |

# MELBEN INC
# Reconciliation Detail
## TD Bank #6079, Period Ending 06/30/2026

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Check | 06/25/2026 | 3020 | Redouane Salhami. | X | -1,913.00 | -282,041.23 |
| Check | 06/25/2026 | 3019 | Redouane Salhami. | X | -1,913.00 | -283,954.23 |
| Check | 06/25/2026 | 3021 | Redouane Salhami. | X | -1,913.00 | -285,867.23 |
| Check | 06/25/2026 | 3124 | Cengizhan Sahin. | X | -1,215.00 | -287,082.23 |
| Check | 06/25/2026 | 3012 | Cengizhan Sahin. | X | -1,215.00 | -288,297.23 |
| Check | 06/25/2026 | | Restaurant Depot | X | -953.76 | -289,250.99 |
| Check | 06/25/2026 | 3120 | Gamaliel Landeros. | X | -209.00 | -289,459.99 |
| Check | 06/26/2026 | | DC-Otr-Web Slu | X | -20,222.44 | -309,682.43 |
| Check | 06/26/2026 | 3125 | Mostafa Belainass. | X | -5,000.00 | -314,682.43 |
| Check | 06/26/2026 | 3003 | Mostafa Belainass. | X | -2,673.00 | -317,355.43 |
| Check | 06/26/2026 | 3023 | Mostafa Belainass. | X | -2,673.00 | -320,028.43 |
| Check | 06/26/2026 | 3119 | Malak Abdrabou. | X | -398.00 | -320,426.43 |
| Check | 06/29/2026 | 3022 | Mostafa Belainass. | X | -2,673.00 | -323,099.43 |
| Check | 06/29/2026 | | Restaurant Depot | X | -2,007.65 | -325,107.08 |
| Check | 06/29/2026 | | Restaurant Depot | X | -1,998.04 | -327,105.12 |
| Check | 06/29/2026 | | DC Water | X | -1,740.50 | -328,845.62 |
| Check | 06/29/2026 | 3013 | Melvin M Garcia | X | -1,331.00 | -330,176.62 |
| Check | 06/29/2026 | | Alsco Inc | X | -561.10 | -330,737.72 |
| Check | 06/29/2026 | 3128 | Elite Wines | X | -352.00 | -331,089.72 |
| Check | 06/29/2026 | | Amazon Prime | X | -15.89 | -331,105.61 |
| Check | 06/29/2026 | | Prime Video Channels | X | -11.65 | -331,117.26 |
| Check | 06/30/2026 | | Crowell & Moring | X | -5,000.00 | -336,117.26 |
| Check | 06/30/2026 | | Demetriou Insuranc... | X | -4,270.12 | -340,387.38 |
| Check | 06/30/2026 | 3070 | Mohamed Karrakchou | X | -4,099.89 | -344,487.27 |
| Check | 06/30/2026 | 3112 | Cash | X | -3,328.00 | -347,815.27 |
| Check | 06/30/2026 | 3017 | Gamaliel Landeros. | X | -1,091.00 | -348,906.27 |
| Check | 06/30/2026 | 3018 | Gamaliel Landeros. | X | -1,091.00 | -349,997.27 |
| Check | 06/30/2026 | | Potomac Wines & S... | X | -797.43 | -350,794.70 |
| Check | 06/30/2026 | 3075 | Elite Wines | X | -617.00 | -351,411.70 |
| Check | 06/30/2026 | 3123 | Melvin M Garcia | X | -300.00 | -351,711.70 |
| Check | 06/30/2026 | | Amazon Mkt | X | -190.80 | -351,902.50 |
| Check | 06/30/2026 | | Amazon Mkt | X | -127.16 | -352,029.66 |
| Check | 06/30/2026 | | TD Bank | X | -30.00 | -352,059.66 |
| Check | 06/30/2026 | | TD Bank | X | -30.00 | -352,089.66 |
| Check | 06/30/2026 | | Amazon Prime | X | -5.29 | -352,094.95 |
| Total Checks and Payments | | | | | -352,094.95 | -352,094.95 |
| **Deposits and Credits - 46 items** | | | | | | |
| Deposit | 06/01/2026 | | | X | 6,551.85 | 6,551.85 |
| Deposit | 06/01/2026 | | | X | 7,099.69 | 13,651.54 |
| Deposit | 06/01/2026 | | | X | 22,982.29 | 36,633.83 |
| Deposit | 06/02/2026 | | | X | 0.09 | 36,633.92 |
| Deposit | 06/02/2026 | | | X | 45.19 | 36,679.11 |
| Deposit | 06/02/2026 | | | X | 227.00 | 36,906.11 |
| Deposit | 06/02/2026 | | | X | 3,594.01 | 40,500.12 |
| Deposit | 06/03/2026 | | | X | 2,907.91 | 43,408.03 |
| Deposit | 06/04/2026 | | | X | 177.32 | 43,585.35 |
| Deposit | 06/04/2026 | | | X | 4,220.06 | 47,805.41 |
| Deposit | 06/05/2026 | | | X | 10.59 | 47,816.00 |
| Deposit | 06/05/2026 | | | X | 80.25 | 47,896.25 |
| Deposit | 06/05/2026 | | | X | 10,346.32 | 58,242.57 |
| Deposit | 06/08/2026 | | | X | 17,299.63 | 75,542.20 |
| Deposit | 06/09/2026 | | | X | 5,034.73 | 80,576.93 |
| Deposit | 06/10/2026 | | | X | 266.73 | 80,843.66 |
| Deposit | 06/10/2026 | | | X | 4,911.03 | 85,754.69 |
| Deposit | 06/11/2026 | | | X | 2,264.88 | 88,019.57 |
| Deposit | 06/12/2026 | | | X | 125.20 | 88,144.77 |
| Deposit | 06/12/2026 | | | X | 2,615.70 | 90,760.47 |
| Deposit | 06/15/2026 | | | X | 69.62 | 90,830.09 |
| Deposit | 06/15/2026 | | | X | 3,072.90 | 93,902.99 |
| Deposit | 06/15/2026 | | | X | 4,429.93 | 98,332.92 |
| Deposit | 06/15/2026 | | | X | 9,000.53 | 107,333.45 |
| Deposit | 06/16/2026 | | | X | 4,034.03 | 111,367.48 |
| Deposit | 06/17/2026 | | | X | 167.75 | 111,535.23 |
| Deposit | 06/17/2026 | | | X | 3,385.59 | 114,920.82 |
| Deposit | 06/17/2026 | | | X | 10,000.00 | 124,920.82 |
| Deposit | 06/18/2026 | | | X | 4,698.58 | 129,619.40 |
| Deposit | 06/22/2026 | | | X | 88.20 | 129,707.60 |

12:44 PM
07/16/26

# MELBEN INC
## Reconciliation Detail
### TD Bank #6079, Period Ending 06/30/2026

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Deposit | 06/22/2026 | | | X | 217.75 | 129,925.35 |
| Deposit | 06/22/2026 | | | X | 3,245.83 | 133,171.18 |
| Deposit | 06/22/2026 | | | X | 4,100.44 | 137,271.62 |
| Deposit | 06/22/2026 | | | X | 9,075.33 | 146,346.95 |
| Deposit | 06/22/2026 | | | X | 15,053.15 | 161,400.10 |
| Deposit | 06/23/2026 | | | X | 5,056.75 | 166,456.85 |
| Deposit | 06/24/2026 | | | X | 2,899.40 | 169,356.25 |
| Deposit | 06/24/2026 | | | X | 90,042.65 | 259,398.90 |
| Deposit | 06/25/2026 | | | X | 2,671.59 | 262,070.49 |
| Deposit | 06/26/2026 | | | X | 209.95 | 262,280.44 |
| Deposit | 06/26/2026 | | | X | 3,220.38 | 265,500.82 |
| Deposit | 06/29/2026 | | | X | 22.88 | 265,523.70 |
| Deposit | 06/29/2026 | | | X | 2,899.59 | 268,423.29 |
| Deposit | 06/29/2026 | | | X | 6,177.96 | 274,601.25 |
| Deposit | 06/29/2026 | | | X | 12,877.94 | 287,479.19 |
| Deposit | 06/30/2026 | | | X | 4,903.09 | 292,382.28 |
| Total Deposits and Credits | | | | | 292,382.28 | 292,382.28 |
| Total Cleared Transactions | | | | | -59,712.67 | -59,712.67 |
| Cleared Balance | | | | | -59,712.67 | 30,483.60 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 134 items** | | | | | | |
| Paycheck | 07/22/2024 | 86 | Glendiz Garcia | | -1,478.12 | -1,478.12 |
| Paycheck | 07/22/2024 | 81 | Ana Patricia Garcia | | -1,463.30 | -2,941.42 |
| Paycheck | 07/22/2024 | 92 | Wilmer Rivera Hern... | | -811.08 | -3,752.50 |
| Paycheck | 08/05/2024 | 1015 | Glendiz Garcia | | -1,340.66 | -5,093.16 |
| Paycheck | 08/05/2024 | 1010 | Ana Patricia Garcia | | -1,235.19 | -6,328.35 |
| Paycheck | 08/05/2024 | 1006 | Tuan Anh D Vu | | -215.75 | -6,544.10 |
| Paycheck | 08/05/2024 | 1035 | Tuan Anh D Vu | | -144.45 | -6,688.55 |
| Paycheck | 08/05/2024 | 1028 | Alimamy I Bundu | | -3.13 | -6,691.68 |
| Paycheck | 08/05/2024 | 1000 | Alimamy I Bundu | | -2.74 | -6,694.42 |
| Paycheck | 08/05/2024 | 1004 | Mostafa Belainass | | -1.51 | -6,695.93 |
| Paycheck | 08/05/2024 | 1033 | Mostafa Belainass | | -1.39 | -6,697.32 |
| Paycheck | 08/10/2024 | 1043 | Tuan Anh D Vu | | -197.36 | -6,894.68 |
| Paycheck | 08/10/2024 | 1036 | Alimamy I Bundu | | -95.80 | -6,990.48 |
| Paycheck | 08/13/2024 | 1051 | Tuan Anh D Vu | | -165.02 | -7,155.50 |
| Paycheck | 08/13/2024 | 1049 | Mostafa Belainass | | -0.88 | -7,156.38 |
| Paycheck | 08/13/2024 | 1044 | Alimamy I Bundu | | -0.57 | -7,156.95 |
| Paycheck | 08/16/2024 | 1058 | Tuan Anh D Vu | | -273.31 | -7,430.26 |
| Paycheck | 08/16/2024 | 1052 | Alimamy I Bundu | | -242.13 | -7,672.39 |
| Paycheck | 08/16/2024 | 1056 | Mostafa Belainass | | -0.75 | -7,673.14 |
| Paycheck | 08/20/2024 | 1094 | Ana Patricia Garcia | | -590.46 | -8,263.60 |
| Paycheck | 08/20/2024 | 1099 | Glendiz Garcia | | -484.96 | -8,748.56 |
| Liability Check | 10/18/2024 | 1503 | United States Treas... | | -4,540.40 | -13,288.96 |
| Paycheck | 10/30/2024 | 1027 | Tuan Anh D Vu | | -212.81 | -13,501.77 |
| Paycheck | 10/30/2024 | 1022 | Cengizhan Sahin | | -26.24 | -13,528.01 |
| Paycheck | 10/30/2024 | 1026 | Redouane Salhami | | -1.06 | -13,529.07 |
| Paycheck | 10/30/2024 | 1021 | Alimamy I Bundu | | -0.88 | -13,529.95 |
| Paycheck | 10/30/2024 | 1025 | Mostafa Belainass | | -0.55 | -13,530.50 |
| Paycheck | 11/04/2024 | 1055 | Cengizhan Sahin | | -146.65 | -13,677.15 |
| Paycheck | 11/04/2024 | 1060 | Tuan Anh D Vu | | -140.92 | -13,818.07 |
| Paycheck | 11/04/2024 | 1049 | Cengizhan Sahin | | -86.87 | -13,904.94 |
| Paycheck | 11/04/2024 | 1054 | Tuan Anh D Vu | | -53.89 | -13,958.83 |
| Paycheck | 11/04/2024 | 1053 | Redouane Salhami | | -0.75 | -13,959.58 |
| Paycheck | 11/04/2024 | 1052 | Mostafa Belainass | | -0.43 | -13,960.01 |
| Paycheck | 11/04/2024 | 1058 | Mostafa Belainass | | -0.41 | -13,960.42 |
| Paycheck | 11/25/2024 | 1085 | Candida R Herrera | | -626.33 | -14,586.75 |
| Check | 12/23/2024 | 1174 | Herberto Lopez Ord... | | -2,884.62 | -17,471.37 |
| Paycheck | 12/23/2024 | 1144 | Nancy S Romero Ve... | | -512.12 | -17,983.49 |
| Paycheck | 12/23/2024 | 1141 | Marvin O Sanchez A... | | -328.19 | -18,311.68 |
| Paycheck | 12/31/2024 | 1266 | Melvin A Miranda | | -429.52 | -18,741.20 |
| Paycheck | 12/31/2024 | 1270 | Melvin A Miranda | | -304.96 | -19,046.16 |
| Paycheck | 12/31/2024 | 1280 | Melvin A Miranda | | -293.15 | -19,339.31 |
| Paycheck | 12/31/2024 | 1290 | Melvin A Miranda | | -288.37 | -19,627.68 |
| Paycheck | 12/31/2024 | 1275 | Melvin A Miranda | | -274.97 | -19,902.65 |
| Paycheck | 12/31/2024 | 1285 | Melvin A Miranda | | -207.18 | -20,109.83 |

12:44 PM

07/16/26

# MELBEN INC
## Reconciliation Detail
### TD Bank #6079, Period Ending 06/30/2026

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Paycheck | 12/31/2024 | 1269 | Tuan Anh D Vu | | -179.38 | -20,289.21 |
| Paycheck | 12/31/2024 | 1273 | Tuan Anh D Vu | | -178.33 | -20,467.54 |
| Paycheck | 12/31/2024 | 1278 | Tuan Anh D Vu | | -160.34 | -20,627.88 |
| Paycheck | 12/31/2024 | 1283 | Tuan Anh D Vu | | -103.65 | -20,731.53 |
| Paycheck | 12/31/2024 | 1293 | Tuan Anh D Vu | | -60.08 | -20,791.61 |
| Paycheck | 12/31/2024 | 1276 | Mostafa Belainass | | -0.99 | -20,792.60 |
| Paycheck | 12/31/2024 | 1267 | Mostafa Belainass | | -0.79 | -20,793.39 |
| Paycheck | 12/31/2024 | 1271 | Mostafa Belainass | | -0.74 | -20,794.13 |
| Paycheck | 12/31/2024 | 1272 | Redouane Salhami | | -0.59 | -20,794.72 |
| Paycheck | 12/31/2024 | 1291 | Mostafa Belainass | | -0.45 | -20,795.17 |
| Paycheck | 12/31/2024 | 1282 | Redouane Salhami | | -0.44 | -20,795.61 |
| Paycheck | 12/31/2024 | 1284 | Gamaliel Landeros | | -0.43 | -20,796.04 |
| Paycheck | 12/31/2024 | 1288 | Tuan Anh D Vu | | -0.38 | -20,796.42 |
| Paycheck | 12/31/2024 | 1286 | Mostafa Belainass | | -0.31 | -20,796.73 |
| Paycheck | 12/31/2024 | 1287 | Redouane Salhami | | -0.27 | -20,797.00 |
| Paycheck | 12/31/2024 | 1281 | Mostafa Belainass | | -0.09 | -20,797.09 |
| Check | 01/30/2025 | Online | DC Gov | | -277.36 | -21,074.45 |
| Paycheck | 02/03/2025 | 1303 | Oscar Castro | | -573.20 | -21,647.65 |
| Paycheck | 03/05/2025 | 14010 | Mostafa Belainass | | -0.42 | -21,648.07 |
| Paycheck | 03/18/2025 | 14017 | Tuan Anh D Vu | | -52.89 | -21,700.96 |
| Paycheck | 03/18/2025 | 14028 | Mostafa Belainass | | -0.71 | -21,701.67 |
| Paycheck | 03/18/2025 | 14027 | Tuan Anh D Vu | | -0.67 | -21,702.34 |
| Paycheck | 03/18/2025 | 14018 | Tuan Anh D Vu | | -0.62 | -21,702.96 |
| Paycheck | 03/18/2025 | 14022 | Redouane Salhami | | -0.56 | -21,703.52 |
| Paycheck | 03/18/2025 | 14021 | Mostafa Belainass | | -0.56 | -21,704.08 |
| Paycheck | 03/18/2025 | 14026 | Redouane Salhami | | -0.44 | -21,704.52 |
| Paycheck | 03/18/2025 | 14025 | Mostafa Belainass | | -0.08 | -21,704.60 |
| Paycheck | 04/30/2025 | 14079 | Jose Abimael Cifuen... | | -2.50 | -21,707.10 |
| Check | 05/14/2025 | 14114 | Herberto Lopez Ord... | | -2,884.64 | -24,591.74 |
| Check | 05/14/2025 | 14115 | Yulisa Nava Casarru... | | -612.80 | -25,204.54 |
| Paycheck | 05/14/2025 | 14099 | Jose Abimael Cifuen... | | -16.71 | -25,221.25 |
| Paycheck | 05/28/2025 | 14127 | Teresa Lopez | | -1,164.90 | -26,386.15 |
| Paycheck | 05/28/2025 | 14121 | Jose Abimael Cifuen... | | -0.35 | -26,386.50 |
| Paycheck | 06/11/2025 | 14139 | Carlos Ramirez | | -686.30 | -27,072.80 |
| Paycheck | 06/25/2025 | 14164 | Valentina Reyes CAl... | | -962.59 | -28,035.39 |
| Paycheck | 06/25/2025 | 14155 | Carlos Ramirez | | -206.22 | -28,241.61 |
| Paycheck | 07/09/2025 | 14185 | Valentina Reyes CAl... | | -768.68 | -29,010.29 |
| Paycheck | 07/30/2025 | 14209 | Jose Abimael Cifuen... | | -76.92 | -29,087.21 |
| Paycheck | 08/15/2025 | 14230 | Oswaldo Ramirez. | | -981.56 | -30,068.77 |
| Paycheck | 09/18/2025 | 14265 | Melvin A Miranda | | -812.12 | -30,880.89 |
| Paycheck | 09/18/2025 | 14267 | Melvin A Miranda | | -646.82 | -31,527.71 |
| Paycheck | 09/18/2025 | 14266 | Redouane Salhami | | -108.02 | -31,635.73 |
| Paycheck | 09/18/2025 | 14269 | Redouane Salhami | | -13.19 | -31,648.92 |
| Paycheck | 09/18/2025 | 14268 | Mostafa Belainass | | -0.43 | -31,649.35 |
| Paycheck | 09/24/2025 | 14283 | Melvin A Miranda | | -908.18 | -32,557.53 |
| Paycheck | 09/24/2025 | 14284 | Mostafa Belainass | | -0.31 | -32,557.84 |
| Paycheck | 09/24/2025 | 14285 | Redouane Salhami | | -0.15 | -32,557.99 |
| Liability Check | 10/14/2025 | Online | Virginia Gov | | -1,227.00 | -33,784.99 |
| Paycheck | 11/05/2025 | 14327 | Mostafa Belainass | | -0.84 | -33,785.83 |
| Paycheck | 11/05/2025 | 14326 | Melvin A Miranda | | -0.46 | -33,786.29 |
| Paycheck | 11/05/2025 | 14323 | Melvin A Miranda | | -0.44 | -33,786.73 |
| Paycheck | 11/05/2025 | 14324 | Mostafa Belainass | | -0.22 | -33,786.95 |
| Paycheck | 11/05/2025 | 14328 | Redouane Salhami | | -0.03 | -33,786.98 |
| Paycheck | 11/05/2025 | 14325 | Redouane Salhami | | -0.02 | -33,787.00 |
| Paycheck | 11/14/2025 | 14339 | Teresa Lopez | | -1,853.95 | -35,640.95 |
| Paycheck | 11/14/2025 | 14340 | Gamaliel Landeros | | -116.34 | -35,757.29 |
| Paycheck | 11/22/2025 | 14355 | Mostafa Belainass | | -0.67 | -35,757.96 |
| Paycheck | 11/22/2025 | 14351 | Melvin A Miranda | | -0.62 | -35,758.58 |
| Paycheck | 11/22/2025 | 14354 | Melvin A Miranda | | -0.44 | -35,759.02 |
| Paycheck | 11/22/2025 | 14352 | Mostafa Belainass | | -0.38 | -35,759.40 |
| Paycheck | 11/22/2025 | 14353 | Redouane Salhami | | -0.26 | -35,759.66 |
| Paycheck | 11/22/2025 | 14356 | Redouane Salhami | | -0.02 | -35,759.68 |
| Paycheck | 12/01/2025 | 14362 | Analy V Torres Gual... | | -863.01 | -36,622.69 |
| Paycheck | 12/25/2025 | 14388 | Melvin A Miranda | | -0.93 | -36,623.62 |
| Paycheck | 12/25/2025 | 14394 | Melvin A Miranda | | -0.86 | -36,624.48 |
| Paycheck | 12/25/2025 | 14396 | Redouane Salhami | | -0.76 | -36,625.24 |
| Paycheck | 12/25/2025 | 14389 | Mostafa Belainass | | -0.36 | -36,625.60 |
| Paycheck | 12/25/2025 | 14391 | Melvin A Miranda | | -0.32 | -36,625.92 |

12:44 PM
07/16/26

# MELBEN INC
## Reconciliation Detail
### TD Bank #6079, Period Ending 06/30/2026

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Paycheck | 12/25/2025 | 14390 | Redouane Salhami | | -0.28 | -36,626.20 |
| Paycheck | 12/25/2025 | 14393 | Redouane Salhami | | -0.22 | -36,626.42 |
| Paycheck | 12/25/2025 | 14395 | Mostafa Belainass | | -0.06 | -36,626.48 |
| Paycheck | 12/25/2025 | 14392 | Mostafa Belainass | | -0.02 | -36,626.50 |
| Liability Check | 01/14/2026 | Online | MD Tax Connect | | -524.35 | -37,150.85 |
| Paycheck | 04/10/2026 | 14463 | Osmany E Cruz Gar... | | -491.75 | -37,642.60 |
| Paycheck | 04/24/2026 | 14482 | Petrona Del Carmen... | | -851.12 | -38,493.72 |
| Check | 05/15/2026 | Online | DC Gov | | -168.11 | -38,661.83 |
| Check | 05/15/2026 | Online | DC Gov | | -139.09 | -38,800.92 |
| Check | 05/15/2026 | Online | DC Gov | | -62.38 | -38,863.30 |
| Paycheck | 05/18/2026 | 14522 | Petrona Del Carmen... | | -1,133.21 | -39,996.51 |
| Paycheck | 05/18/2026 | 14509 | Chloe A Pace-Gallop | | -154.42 | -40,150.93 |
| Paycheck | 05/25/2026 | 14543 | Petrona Del Carmen... | | -1,018.18 | -41,169.11 |
| Paycheck | 05/25/2026 | 14532 | Analy V Torres Gual... | | -749.53 | -41,918.64 |
| Paycheck | 05/25/2026 | 14546 | Chloe A Pace-Gallop | | -107.61 | -42,026.25 |
| Paycheck | 06/08/2026 | 14577 | Petrona Del Carmen... | | -820.73 | -42,846.98 |
| Paycheck | 06/08/2026 | 14573 | Estefani Marina Sorto | | -313.21 | -43,160.19 |
| Paycheck | 06/22/2026 | 14608 | Petrona Del Carmen... | | -887.53 | -44,047.72 |
| Paycheck | 06/22/2026 | 14607 | Nikauly Lineros | | -349.00 | -44,396.72 |
| Paycheck | 06/22/2026 | 14611 | Dalia H Karim | | -111.44 | -44,508.16 |
| Paycheck | 06/22/2026 | 14612 | Kaitlyn L Svllivan | | -91.73 | -44,599.89 |
| Liability Check | 06/26/2026 | E-pay | United States Treas... | | -2,546.26 | -47,146.15 |
| Total Checks and Payments | | | | | -47,146.15 | -47,146.15 |
| Total Uncleared Transactions | | | | | -47,146.15 | -47,146.15 |
| Register Balance as of 06/30/2026 | | | | | -106,858.82 | -16,662.55 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 36 items** | | | | | | |
| Check | 07/06/2026 | | Herberto Lopez Ord... | | -2,884.62 | -2,884.62 |
| Check | 07/06/2026 | | Edwin Wilfredo Lope... | | -1,884.96 | -4,769.58 |
| Paycheck | 07/06/2026 | | Rogelio Estrada Go... | | -1,729.19 | -6,498.77 |
| Paycheck | 07/06/2026 | | Erick J Perez Lopez | | -1,375.53 | -7,874.30 |
| Paycheck | 07/06/2026 | | Nerlyn Cedillo | | -1,221.13 | -9,095.43 |
| Paycheck | 07/06/2026 | | David Cerezo | | -1,194.51 | -10,289.94 |
| Paycheck | 07/06/2026 | | Teresa Lopez | | -985.30 | -11,275.24 |
| Paycheck | 07/06/2026 | | Adelso Godoy Lopez | | -816.63 | -12,091.87 |
| Paycheck | 07/06/2026 | | Mabilia Miranda | | -642.59 | -12,734.46 |
| Paycheck | 07/06/2026 | | Danilo Suchite | | -566.89 | -13,301.35 |
| Paycheck | 07/06/2026 | | Eliseo Lopez | | -546.61 | -13,847.96 |
| Paycheck | 07/06/2026 | | Alieska M Cordova | | -536.69 | -14,384.65 |
| Paycheck | 07/06/2026 | | Isaac Colato | | -424.48 | -14,809.13 |
| Paycheck | 07/06/2026 | | Petrona Del Carmen... | | -400.90 | -15,210.03 |
| Paycheck | 07/06/2026 | | Nikauly Lineros | | -344.77 | -15,554.80 |
| Paycheck | 07/06/2026 | | Malak Abdrabou | | -65.05 | -15,619.85 |
| Paycheck | 07/06/2026 | | Kaitlyn L Svllivan | | -55.01 | -15,674.86 |
| Liability Check | 07/09/2026 | Online | United States Treas... | | -2,058.06 | -17,732.92 |
| Liability Check | 07/13/2026 | Online | DOES | | -1,407.77 | -19,140.69 |
| Liability Check | 07/13/2026 | Online | D.C. Treasurer | | -698.15 | -19,838.84 |
| Liability Check | 07/14/2026 | Online | DC Gov | | -553.19 | -20,392.03 |
| Liability Check | 07/14/2026 | Online | MD Tax Connect | | -460.45 | -20,852.48 |
| Liability Check | 07/14/2026 | Online | Virginia Gov | | -346.00 | -21,198.48 |
| Liability Check | 07/14/2026 | E-pay | United States Treas... | | -332.32 | -21,530.80 |
| Check | 07/20/2026 | | Herberto Lopez Ord... | | -2,884.62 | -24,415.42 |
| Check | 07/20/2026 | | Edwin Wilfredo Lope... | | -1,879.27 | -26,294.69 |
| Paycheck | 07/20/2026 | | Adelso Godoy Lopez | | -1,503.75 | -27,798.44 |
| Paycheck | 07/20/2026 | | Rogelio Estrada Go... | | -1,415.75 | -29,214.19 |
| Paycheck | 07/20/2026 | | Erick J Perez Lopez | | -1,358.68 | -30,572.87 |
| Paycheck | 07/20/2026 | | Nerlyn Cedillo | | -1,246.75 | -31,819.62 |
| Check | 07/20/2026 | | Leonel Vasquez Suc... | | -975.00 | -32,794.62 |
| Paycheck | 07/20/2026 | | Petrona Del Carmen... | | -887.52 | -33,682.14 |
| Paycheck | 07/20/2026 | | Teresa Lopez | | -794.01 | -34,476.15 |
| Paycheck | 07/20/2026 | | Mabilia Miranda | | -697.69 | -35,173.84 |

12:44 PM
07/16/26

# MELBEN INC
## Reconciliation Detail
### TD Bank #6079, Period Ending 06/30/2026

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Paycheck | 07/20/2026 | | Danilo Suchite | | -588.46 | -35,762.30 |
| Liability Check | 07/24/2026 | E-pay | United States Treas... | | -1,491.28 | -37,253.58 |
| Total Checks and Payments | | | | | -37,253.58 | -37,253.58 |
| **Deposits and Credits - 1 item** | | | | | | |
| Check | 07/06/2026 | | Leonel Vasquez Suc... | | 0.00 | 0.00 |
| Total Deposits and Credits | | | | | 0.00 | 0.00 |
| Total New Transactions | | | | | -37,253.58 | -37,253.58 |
| **Ending Balance** | | | | | **-144,112.40** | **-53,916.13** |

SpotOn
support@spoton.com
(877) 814-4102

**THIS IS NOT A BILL**

# Your Business Recap.

**BILLING STATEMENT FOR APRIL 2026**
**PAGE 1 OF 4**

**Amount Deducted:**
**$-0.10**

**Merchant #:**
545500001439744

**DBA Name:**
Flavio

**Melben Inc**
1073 31st St NW
Washington
DC, 20007
US

**YOUR SALES THIS MONTH**
**$239,882.48**




**This is 24% higher than last month**

## WHAT YOUR CUSTOMERS ARE SAYING




**Your business received None new reviews in the past month.**
Log in to your merchant dashboard for more information

SpotOn

support@spoton.com
(877) 814-4102

**Merchant #:**
**545500001439744**

**DBA Name:**
**Flavio**

**THIS IS NOT A BILL**

# Your Business Recap.

**BILLING STATEMENT FOR APRIL 2026**



| ACTIVITY SUMMARY | | | | | |
|---|---|---|---|---|---|
| PLAN CODE | NUMBER OF SALES | AMOUNT OF SALES | NUMBER OF REFUNDS | AMOUNT OF REFUNDS | NET SALES |
| VS | 1,434 | $131,291.33 | 0 | $0.00 | $131,291.33 |
| VL | 0 | $0.00 | 0 | $0.00 | $0.00 |
| MC | 398 | $48,682.96 | 0 | $0.00 | $48,682.96 |
| ML | 0 | $0.00 | 0 | $0.00 | $0.00 |
| AM | 381 | $48,936.93 | 0 | $0.00 | $48,936.93 |
| DS | 106 | $10,971.26 | 0 | $0.00 | $10,971.26 |
| DB | 0 | $0.00 | 0 | $0.00 | $0.00 |
| EB | 0 | $0.00 | 0 | $0.00 | $0.00 |
| TOTAL | 2,319 | $239,882.48 | 0 | $0.00 | $239,882.48 |

SpotOn

support@spoton.com
(877) 814-4102

**Merchant #:**
**545500001439744**

**DBA Name:**
**Flavio**

**THIS IS NOT A BILL**

# Your Business Recap.

**BILLING STATEMENT FOR APRIL 2026**



| DEPOSITS | | | | | | | |
|---|---|---|---|---|---|---|---|
| DATE | TRAN CODE | NUMBER OF SALES | AMOUNT OF SALES | AMOUNT OF REFUNDS | DISCOUNT PAID | NON SETTLED | SETTLED |
| 04/01 | D | 64 | $5,325.30 | $0.00 | $185.31 | $0.00 | $5,139.99 |
| 04/02 | D | 52 | $3,563.53 | $0.00 | $124.01 | $0.00 | $3,439.52 |
| 04/03 | D | 36 | $3,147.33 | $0.00 | $109.53 | $0.00 | $3,037.80 |
| 04/05 | D | 378 | $37,354.71 | $0.00 | $1,300.02 | $0.00 | $36,054.69 |
| 04/06 | D | 31 | $3,899.40 | $0.00 | $135.72 | $0.00 | $3,763.68 |
| 04/07 | D | 30 | $2,753.65 | $0.00 | $95.84 | $0.00 | $2,657.81 |
| 04/08 | D | 31 | $2,321.41 | $0.00 | $80.77 | $0.00 | $2,240.64 |
| 04/09 | D | 42 | $4,475.53 | $0.00 | $155.75 | $0.00 | $4,319.78 |
| 04/10 | D | 48 | $7,898.38 | $0.00 | $274.87 | $0.00 | $7,623.51 |
| 04/12 | D | 407 | $39,743.13 | $0.00 | $1,383.05 | $0.00 | $38,360.08 |
| 04/13 | D | 112 | $7,053.48 | $0.00 | $245.43 | $0.00 | $6,808.05 |
| 04/14 | D | 22 | $1,737.04 | $0.00 | $60.46 | $0.00 | $1,676.58 |
| 04/15 | D | 45 | $3,303.46 | $0.00 | $114.97 | $0.00 | $3,188.49 |
| 04/16 | D | 68 | $8,929.54 | $0.00 | $310.75 | $0.00 | $8,618.79 |
| 04/17 | D | 42 | $4,188.24 | $0.00 | $145.77 | $0.00 | $4,042.47 |
| 04/19 | D | 312 | $31,992.65 | $0.00 | $1,113.37 | $0.00 | $30,879.28 |
| 04/20 | D | 94 | $6,125.82 | $0.00 | $213.17 | $0.00 | $5,912.65 |
| 04/21 | D | 18 | $17,966.14 | $0.00 | $625.24 | $0.00 | $17,340.90 |
| 04/22 | D | 34 | $7,459.29 | $0.00 | $259.59 | $0.00 | $7,199.70 |
| 04/23 | D | 50 | $3,832.23 | $0.00 | $133.37 | $0.00 | $3,698.86 |
| 04/24 | D | 44 | $3,729.66 | $0.00 | $129.79 | $0.00 | $3,599.87 |
| 04/26 | D | 220 | $21,891.69 | $0.00 | $761.80 | $0.00 | $21,129.89 |
| 04/27 | D | 71 | $6,186.80 | $0.00 | $215.27 | $0.00 | $5,971.53 |
| 04/28 | D | 25 | $1,727.11 | $0.00 | $60.10 | $0.00 | $1,667.01 |
| 04/29 | D | 25 | $2,145.91 | $0.00 | $74.69 | $0.00 | $2,071.22 |
| 04/30 | D | 18 | $1,131.05 | $0.00 | $39.36 | $0.00 | $1,091.69 |
| DEPOSIT TOTAL | | 2,319 | $239,882.48 | $0.00 | $8,348.00 | $0.00 | $231,534.48 |

SpotOn

support@spoton.com
(877) 814-4102

Merchant #:
545500001439744

DBA Name:
Flavio

THIS IS NOT A BILL

# Your Business Recap.

BILLING STATEMENT FOR APRIL 2026



| FEES | | | | | | |
|---|---|---|---|---|---|---|
| STATEMENT FEE DESC OR DETAIL | COUNT | AMOUNT | RATES | PER ITEM | FEES PAID | TOTAL |
| INTERCHANGE FEES / AMERICAN EXPRESS PROGRAM FEES | | | | | | |
| VS/MC/DS FLAT DISCOUNT RATE | 1,938 | $190,945.55 | 3.38% | | $6,453.92 | $6,453.95 |
| AMEX DISCOUNT RATE 1 | 8 | $149.48 | 3.38% | | $5.06 | $5.06 |
| AMEX DISCOUNT RATE 2 | 373 | $48,787.45 | 3.38% | | $1,649.00 | $1,649.01 |
| TOTAL INTERCHANGE FEES / AMERICAN EXPRESS PROGRAM FEES | | | | | | $8,108.02 |
| TRANSACTION FEES | | | | | | |
| SOPF - SOFTWARE | | | | | $240.02 | $239.88 |
| TOTAL TRANSACTION FEES | | | | | | $239.88 |
| TOTAL FEES | | | | | | $8,347.90 |

| FEE COLLECTION |
|---|
| AMOUNT DEDUCTED THROUGH DAILY DISCOUNT: $8,348.00 |
| AMOUNT DEDUCTED AT END OF STATEMENT PERIOD: $-0.10 |

TD Bank
America's Most Convenient Bank®

Accounts

## Front of check

TD BANK
AMERICA'S MOST CONVENIENT BANK

2873
15-172/540
595
CHECK ARMOR

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

04/2/2026

PAY TO THE ORDER OF Mohamed El Omary $ **800.00

Eight Hundred 00/00........ DOLLARS

MEMO Floor repair and Kitchen Hood installation

AUTHORIZED SIGNATURE

Photo Safe Deposit® Details on Back.

⑈002873⑈ ⑆054001725⑆ 4441546079⑈

## Back of check

CREDITED TO ACCOUNT OF
WITHIN NAMED PAYEE
FOR DEPOSIT ONLY
JPMorgan Chase Bank, N.A.

TD Bank

America's Most Convenient Bank®

Accounts

## Front of check



TD BANK
AMERICA'S MOST CONVENIENT BANK

2870

15-172/540
595

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

03/30/2026

PAY TO THE ORDER OF Jose Abimael Cifuentes $ **281.00

Two Hundred Eighty One. 00/00........ DOLLARS

PP 3/1/26 to 3/15/26

MEMO

AUTHORIZED SIGNATURE

⑈002870⑈ ⑆054001725⑆ 4441546079⑈

## Back of check



TD Bank
America's Most Convenient Bank®

Accounts

## Front of check




## Back of check



TD Bank
America's Most Convenient Bank®

Accounts

## Front of check

TD BANK
AMERICA'S MOST CONVENIENT BANK

2883
15-172/540
595
CHECK ARMOR

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

04/6/2026

PAY TO THE ORDER OF Aziza. Naji $ **2885.00

Two thousand Eight Hundred Eighty Five 00/00........ DOLLARS

Photo Safe Deposit®

MEMO PP 12/20 To 1/2/26

Details on Back.

⑈002883⑈ ⑆054001725⑆ 4441546079⑈

## Back of check

520822016820 151258 20260406 000000004441546079
DDA_DEBIT TAJ9377 2885.00
Tysons Corner 0208 94004 5208 0002 0057

**TD Bank**

America's Most Convenient Bank®

Accounts

## Front of check


TD BANK
AMERICA'S MOST CONVENIENT BANK

2793

15-172/540

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

3/27/2026

PAY TO THE ORDER OF Herberto Lopez Ordonez $ **2,884.62

Two Thousand Eight Hundred Eighty-Four and 62/100****** DOLLARS

Herberto Lopez Ordonez
1004 S Queen St
Arlington, VA 22204

MEMO
PP 11/08/2025 - 11/21/2025

AUTHORIZED SIGNATURE

Photo Safe Deposit®

002793 054001725 4441546079

## Back of check


CHECK BOX FOR MOBILE REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE
Everto Lopez

TD Bank
America's Most Convenient Bank®

Accounts

## Front of check

TD BANK
AMERICA'S MOST CONVENIENT BANK

2794

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

3/27/2026

PAY TO THE ORDER OF Edwin Wilfredo Lopez y Lopez $ **1,860.52

One Thousand Eight Hundred Sixty and 52/100****************************************************************** DOLLARS

Edwin Wilfredo Lopez y Lopez
2303 10th St N
Arlington, VA 22201

MEMO
PP 11/08/2025 - 11/21/2025

AUTHORIZED SIGNATURE

⑈002794⑈ ⑆054001725⑆ 4441546079⑈

## Back of check

Edvin Lopez

**TD Bank**

America's Most Convenient Bank®

Accounts

## Front of check


TD BANK
AMERICA'S MOST CONVENIENT BANK

2796

15-172/540

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

3/27/2026

PAY TO THE ORDER OF Rogelio Estrada Gonzalez $ **1,523.90

One Thousand Five Hundred Twenty-Three and 90/100****** DOLLARS

Rogelio Estrada Gonzalez
211 S Lexington St
Arlington, VA 22204

MEMO

Pay Period: 11/08/2025 - 11/21/2025

AUTHORIZED SIGNATURE

Photo Safe Deposit®

Details on Back.

⑈002796⑈ ⑆054001725⑆ 4441546079⑈

## Back of check


Security Features exceed industry standards and include:

Do not cash if:

CHECK BOX • FOR MOBILE/REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

Rogelio Estrada

TD Bank
America's Most Convenient Bank®

Accounts

## Front of check




## Back of check



**TD Bank**
America's Most Convenient Bank®

Accounts

## Front of check

TD BANK
AMERICA'S MOST CONVENIENT BANK

2881
15-172/540

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

04/06/26

PAY TO THE ORDER OF Mostafa Belainass $ **2500.00

Two Thousand.Five. Hundred 00/00.............. DOLLARS

MEMO Rgnq Tips

N.A.L
AUTHORIZED SIGNATURE

⑈002881⑈ ⑆054001725⑆ 4441546079⑈

## Back of check

Security Features exceed industry standards and include

Do not cash if
- Any of the features listed above are missing or appear altered

REMOTE DEPOSIT

TD Bank
America's Most Convenient Bank®

Accounts

## Front of check

TD BANK
AMERICA'S MOST CONVENIENT BANK

2864

15-172/540
595

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

4/2/26

PAY TO THE ORDER OF AZIZA NAJI $ 895.00

Eight HundRed NiNETY Five 00/100 DOLLARS

MEMO DROWING $375
BeeR $240 + BeeR $280
3/30 4/1

⑈002864⑈ ⑆054001725⑆ 4441546079⑈

Photo Safe Deposit®
Details on Back.

## Back of check

520822016570 113753 20260402 000000004441546079
DDA_DEBIT TAJ9377 895.00
Tysons Corner 0208 94004 5208 0002 0023

**TD Bank**

America's Most Convenient Bank®

Accounts

## Front of check

TD BANK
AMERICA'S MOST CONVENIENT BANK

2792

15-172/540
595

CHECK ARMOR

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

3/27/2026

PAY TO THE ORDER OF Leonel Vasquez Suchite $ **1,950.00

One Thousand Nine Hundred Fifty and 00/100****************************************************************************** DOLLARS

Photo Safe Deposit®

Leonel Vasquez Suchite
1230 N Scott St Apt 304
Arlington, VA 22209

AUTHORIZED SIGNATURE

Details on Back.

MEMO
PP 11/08/2025 - 11/21/2025

⑈002792⑈ ⑆054001725⑆ 4441546079⑈

## Back of check

04062026
04062026 402901000702390
b426502

402901000702390

>051500481<

ENDORSE HERE

X Leonel Vasquez Suchite

540-370-3529

☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT

TD Bank
America's Most Convenient Bank®

Accounts

## Front of check

TD BANK
AMERICA'S MOST CONVENIENT BANK

2804

15-172/540
595

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

3/27/2026

PAY TO THE ORDER OF Adelso Godoy Lopez $ **1,568.18

One Thousand Five Hundred Sixty-Eight and 18/100*********************************************************************** DOLLARS

Adelso Godoy Lopez
211 S Lexington St
Arlington, VA 22204

MEMO

Pay Period: 11/08/2025 - 11/21/2025

AUTHORIZED SIGNATURE

Photo Safe Deposit® Details on Back.

⑈002804⑈ ⑆054001725⑆ 4441546079⑈

## Back of check

054001725
4441546079
MELBEN INC 07 24

Security Features exceed industry standards and include:
- ImageMatch - Matching account and check number on back
- MobileMark - Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave - pattern on back designed to deter fraud
- Microprint (MP) lines printed on front and back
- The words ORIGINAL DOCUMENT across the back
- Photo Safe Deposit - Icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

ENDORSE HERE
x Adelso Godoy Lopez

☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**TD Bank**
America's Most Convenient Bank®

Accounts

## Front of check


MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

TD BANK
AMERICA'S MOST CONVENIENT BANK

2803
15-172/540

3/27/2026

PAY TO THE ORDER OF Danilo Suchite $ **799.11

Seven Hundred Ninety-Nine and 11/100*** DOLLARS

Danilo Suchite
1830 N Scott St Apt 304
Arlington, VA 22209

MEMO
Pay Period: 11/08/2025 - 11/21/2025

AUTHORIZED SIGNATURE

Photo Safe Deposit®
Details on Back.

⑈002803⑈ ⑆054001725⑆ 4441546079⑈

## Back of check


02803
MELBEN INC 07-24

Security Features exceed industry standards and include:

CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**TD Bank**
America's Most Convenient Bank®

Accounts

## Front of check


TD BANK
AMERICA'S MOST CONVENIENT BANK

2856

15-172/540

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

3/22/26

PAY TO THE ORDER OF Mohamed Sabila $ 410.00

FOUR HUNDRED TEN DOLLARS

MEMO Hood + Fridge

AUTHORIZED SIGNATURE

⑈002856⑈ ⑆054001725⑆ 4441546079⑈

Photo Safe Deposit® Details on Back.

## Back of check



TD Bank
America's Most Convenient Bank®

Accounts

## Front of check


MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

TD BANK
AMERICA'S MOST CONVENIENT BANK

2874
15-172/540
595

04/2/26

PAY TO THE ORDER OF Opici Wines $ 359.64

Three hundred Fifty Nine 64/100 DOLLARS

MEMO INV#1067373

AUTHORIZED SIGNATURE

⑈002874⑈ ⑆054001725⑆ 4441546079⑈

## Back of check


Seq: 8
Dep: 039621
Date: 04/07/26

ENDORSE HERE
For Deposit Only to
Opici Group LLC
Opici Family Distri of the District of Columbia
Midatlantic
Deposited by:
☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

TD Bank

America's Most Convenient Bank®

Accounts

## Front of check



TD BANK
AMERICA'S MOST CONVENIENT BANK

2884

15-172/540
595

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

3/31/2026

PAY TO THE ORDER OF Ulziikhand Chuluunbaatar $ **606.00

Six Hundred. Six . 00/00 DOLLARS

Tips until March 6

MEMO

AUTHORIZED SIGNATURE

⑈002884⑈ ⑆054001725⑆ 4441546079⑈

## Back of check



For Deposit Only
CBI of Maryland 40 VA

TD Bank
America's Most Convenient Bank®

Accounts

## Front of check


2871
TD BANK
AMERICA'S MOST CONVENIENT BANK
15 172/540
595
MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007
4/8/26
PAY TO THE ORDER OF E. WINES $ 910.00
nine hundred ten DOLLARS
MEMO DC110086
⑈002871⑈ ⑆054001725⑆ 4441546079⑈

## Back of check


FOR DEPOSIT ONLY
ELITE WINES IMPORTS INC
1361022714
>065000090<
CAPITAL ONE, NA
0080193686 04092026
RICHMOND, VA 027 23
Deposit 1361022714

TD Bank

America's Most Convenient Bank®

Accounts

## Front of check



TD BANK
AMERICA'S MOST CONVENIENT BANK

2880

15-172/540
595

CHECK ARMOR

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

04/06/2026

PAY TO THE ORDER OF Gamaliel Landeros $ **240.00

Two Hundred forty 0/00............ DOLLARS

Photo Safe Deposit® Details on Back.

MEMO

AUTHORIZED SIGNATURE

⑈002880⑈ ⑆054001725⑆ 4441546079⑈

## Back of check



04082026
04082026 402901000705450
b426hb0

402901000705450

>051500481<

ENDORSE HERE

X Gamaliel Landeros

☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT

WRITE/STAMP/SIGN BELOW THIS LINE
FOR FINANCIAL INSTITUTION USE

TD Bank
America's Most Convenient Bank®

Accounts

## Front of check

TD BANK
AMERICA'S MOST CONVENIENT BANK

2797

15-172/540
595

CHECK ARMOR

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

3/27/2026

PAY TO THE ORDER OF Petrona Del Carmen Garcia $ **1,003.10

One Thousand Three and 10/100******************************************************************************************** DOLLARS

Petrona Del Carmen Garcia
6802 Red Top Rd Apt 1
Takoma Park, MD 20912

MEMO

Pay Period: 11/08/2025 - 11/21/2025

Photo Safe Deposit® Details on Back.

⑈002797⑈ ⑆054001725⑆ 4441546079⑈

## Back of check

PAY TO THE ORDER OF
CHICKASS INC.
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
153911692355 04/09/2026 16:29:28

Petrona del Carmen Garcia
240 706 2078

**TD Bank**
America's Most Convenient Bank®

Accounts

## Front of check

TD BANK
AMERICA'S MOST CONVENIENT BANK

2773
15-172/540
595

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

3/13/2026

PAY TO THE ORDER OF Petrona Del Carmen Garcia $ **838.39

Eight Hundred Thirty-Eight and 39/100************************************************************ DOLLARS

Petrona Del Carmen Garcia
6802 Red Top Rd Apt 1
Takoma Park, MD 20912

MEMO
Pay Period: 10/25/2025 - 11/07/2025

Photo Safe Deposit® Details on Back.

⑈002773⑈ ⑆054001725⑆ 4441546079⑈

## Back of check

PAY TO THE ORDER OF
CHICKASS INC.
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
153911692355 04/09/2026 16:29:28

Petrona Del Carmen Garcia
2407062678

**TD Bank**
America's Most Convenient Bank®

Accounts

## Front of check

TD BANK
AMERICA'S MOST CONVENIENT BANK

2872

15-172/540
595

CHECK ARMOR

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

4/3/2026

PAY TO THE ORDER OF Tyroz Hunter $ 800.00

Eight HundRed 00/100 DOLLARS

MEMO cleaning pizza/kitchen hood

AUTHORIZED SIGNATURE

Photo Safe Deposit® Details on Back.

⑈002872⑈ ⑆054001725⑆ 4441546079⑈

## Back of check

177806004198 112832 20260410 000000004441546079
DDA_DEBIT BALY 800.00
Alexandria King Street 1778 94004 1778 0002 0012

**TD Bank**

America's Most Convenient Bank®

Accounts

## Front of check



TD BANK
AMERICA'S MOST CONVENIENT BANK

2807

15-172/540
595

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

04/11/2026

PAY TO THE ORDER OF Mohamed El Mekki Karrakchou $ **4,099.89

Four Thousand Ninety -Nine and 89/100 DOLLARS

Mohamed El Mekki Karrakchou
7902 Tyson One Pl #1903
Mcclean, VA 22102

MEMO

Pay Period:1/31/ 26 to 2/13/26

⑈002807⑈ ⑆054001725⑆ 4441546079⑈

Photo Safe Deposit® Details on Back.

## Back of check



20260411 14105000142030 AUB 051403164 TLR# 0002601

Deposit only

8540204846

TD Bank
America's Most Convenient Bank®

Accounts

## Front of check


TD BANK
AMERICA'S MOST CONVENIENT BANK

2859

15-172/540
595

MELBEN INC 07-24
DIP 24 00332 ELG
1070 31ST ST NW
WASHINGTON DC US 20007

03/15/2026

PAY TO THE ORDER OF Crowell & Moring LLP $ **3000.00

Three Thousand. 00/00...................... DOLLARS

MEMO File# 118688. 41

AUTHORIZED SIGNATURE

⑈002859⑈ ⑆054001725⑆ 4441546079⑈

Photo Safe Deposit® Details on Back.

## Back of check



**TD Bank**
America's Most Convenient Bank®

Accounts

## Front of check

TD BANK
AMERICA'S MOST CONVENIENT BANK

2836

15-172/540
595

CHECK ARMOR

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

4/10/2026

PAY TO THE ORDER OF Aziza Naji. $ **2,885.00

Two Thousand Eight Hundred Eighty-Five and 00/100*************************************************************************** DOLLARS

Aziza Naji.
1538 Linclon Way #103
McLean, VA 22102

MEMO
PP 01/03/2026 - 01/16/2026

Photo Safe Deposit®

Details on Back.

⑈002836⑈ ⑆054001725⑆ 4441546079⑈

## Back of check

520822017138 110459 20260413 000000004441546079
DDA_DEBIT TAJ9377 2885.00
Tysons Corner 0208 94004 5208 0002 0021

TD Bank
America's Most Convenient Bank®

Accounts

## Front of check


TD BANK
AMERICA'S MOST CONVENIENT BANK

2780

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

3/13/2026

PAY TO THE ORDER OF Herberto Lopez Ordonez $ **2,884.62

Two Thousand Eight Hundred Eighty-Four and 62/100****** DOLLARS

Herberto Lopez Ordonez
1004 S Queen St
Arlington, VA 22204

MEMO PP 12/06/2025 - 12/19/2025

AUTHORIZED SIGNATURE

Photo Safe Deposit® Details on Back.

⑈002780⑈ ⑆054001725⑆ 4441546079⑈

## Back of check


002780

CHECK BOX FOR MOBILE REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

ENDORSE HERE

**TD Bank**
America's Most Convenient Bank®

Accounts

## Front of check



TD BANK
AMERICA'S MOST CONVENIENT BANK

2787

15-172/540
595

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

03/20/2026

PAY TO THE ORDER OF Redouane. Salhami $ **2711.00

Two Thousand. Seven Hundred Eleven .................... DOLLARS

MEMO August/ September tips

AUTHORIZED SIGNATURE

⑈002787⑈ ⑆054001725⑆ 4441546079⑈

## Back of check



**TD Bank**
America's Most Convenient Bank®

Accounts

## Front of check

TD BANK
AMERICA'S MOST CONVENIENT BANK

2812

15-172/540
595

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

4/10/2026

PAY TO THE ORDER OF Teresa Lopez $ **1,218.11

One Thousand Two Hundred Eighteen and 11/100*********************************************************************** DOLLARS

Teresa Lopez
1437 11th St NW
Washington, DC 20001

MEMO

Pay Period: 11/22/2025 - 12/05/2025

⑈002812⑈ ⑆054001725⑆ 4441546079⑈

Photo Safe Deposit® Details on Back.

## Back of check

PAY TO THE ORDER OF
CHICKASS INC.
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
153911692355 04/13/2026 12:39:22

202.876.70.77

**TD Bank**
America's Most Convenient Bank®

Accounts

## Front of check



TD BANK
AMERICA'S MOST CONVENIENT BANK

2808
15-172/540
595

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

04/05/2026

PAY TO THE ORDER OF Aziza. Naji $ **1100.00

One Thousand One Hundred . 00/00........ DOLLARS

outdoor New table and capital eagle

MEMO

Photo Safe Deposit®
Details on Back.

⑈002808⑈ ⑆054001725⑆ 4441546079⑈

## Back of check



520822017133 110045 20260413 000000004441546079
DDA_DEBIT TAJ9377 1100.00
Tysons Corner 0208 94004 5208 0002 0016
520822017136 110235 MULTI-TRAN

TD Bank

America's Most Convenient Bank®

Accounts

## Front of check



TD BANK
AMERICA'S MOST CONVENIENT BANK

2816

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

4/10/2026

PAY TO THE ORDER OF Nerlyn Cedillo $ **1,007.05

One Thousand Seven and 05/100****** DOLLARS

Nerlyn Cedillo
919 Sheridon St NW apt g2
washington, DC 20011

MEMO

Pay Period 11/22/2025 12/05/2025

AUTHORIZED SIGNATURE

Photo Safe Deposit

Details on Back

⑈002816⑈ ⑆054001725⑆ 4441546079⑈

## Back of check



002816

4441546079

MELBEN INC 07-24

Security Features exceed industry standards and include:

Do not cash if:

- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

ENDORSE HERE

x Rogelio Estrada

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

TD Bank

America's Most Convenient Bank®

Accounts

## Front of check



TD BANK
AMERICA'S MOST CONVENIENT BANK

2875

15-172/540
595

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

4/9/26

PAY TO THE ORDER OF BReakThRu $ 767.55

SEVEN HUNDRED SIXTY SEVEN 55/100 DOLLARS

MEMO 126481583

Photo Safe Deposit®

Details on Back.

⑈002875⑈ ⑆054001725⑆ 4441546079⑈

## Back of check



Security Features exceed industry standards and include:
- ImageMatch: Matching account and check number on back (Patent No. 9,230,093)
- MobileMark: Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave pattern on back designed to deter fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Photo Safe Deposit icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back.

For Deposit Only
Wells Fargo Bank
Breakthru Beverage
2000014428265

☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**TD Bank**
America's Most Convenient Bank®

Accounts

## Front of check

TD BANK
AMERICA'S MOST CONVENIENT BANK

2821

15-172/540
595

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

4/10/2026

PAY TO THE ORDER OF Eliseo Lopez $ **467.42

Four Hundred Sixty-Seven and 42/100*************************************************************************************** DOLLARS

Eliseo Lopez
5807 14th St NW Apt# 200
Washington, DC 20011

MEMO

Pay Period: 11/22/2025 - 12/05/2025

AUTHORIZED SIGNATURE

Photo Safe Deposit® Details on Back.

⑈002821⑈ ⑆054001725⑆ 4441546079⑈

## Back of check

Security Features exceed industry standards and include:

Do not cash if:

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

ENDORSE HERE

**TD Bank**
America's Most Convenient Bank®

Accounts

## Front of check


TD BANK
AMERICA'S MOST CONVENIENT BANK
2876
15-172/540
595
MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007
04/09/26
PAY TO THE ORDER OF Capital Eagle $ 116.60
One hundred sixteen 60/100 DOLLARS
MEMO
AUTHORIZED SIGNATURE
⑈002876⑈ ⑆054001725⑆ 4441546079⑈

## Back of check


For Remote Deposit Only
Capital Eagle Inc Operating
at Shore United Bank

TD Bank
America's Most Convenient Bank®

Accounts

## Front of check

TD BANK
AMERICA'S MOST CONVENIENT BANK

2818

15-172/540
595

CHECK ARMOR

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

4/10/2026

PAY TO THE ORDER OF Isaac Colato $ **1,067.26

One Thousand Sixty-Seven and 26/100******************************************************************************** DOLLARS

Isaac Colato
812 Jefferson St NW Apt # 210
Washington, DC 20011

MEMO

Pay Period: 03/15/2026 - 03/28/2026

⑈002818⑈ ⑆054001725⑆ 4441546079⑈

## Back of check

For Deposit Only
United Capital of DC

**TD Bank**
America's Most Convenient Bank®

Accounts

## Front of check



TD BANK
AMERICA'S MOST CONVENIENT BANK

2823

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

4/10/2026

PAY TO THE ORDER OF Analy Vanessa Torres Gualoto $ **1,054.91

One Thousand Fifty-Four and 91/100*** DOLLARS

Analy Vanessa Torres Gualoto
6164 Springhill
Greenbelt, MD 20770

MEMO

Pay Period: 03/15/2026 - 03/28/2026

AUTHORIZED SIGNATURE

⑈002823⑈ ⑆054001725⑆ 4441546079⑈

---

## Back of check



054001725 002823
4441546079
MELBEN INC 07-24

Security Features exceed industry standards and include:
- ImageMatch - Matching account and check number
- MobileMark - Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave - pattern on back designed to deter fraud
- Microprint - MP lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Photo Safe Deposit - icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

x Analy Torres

TD Bank
America's Most Convenient Bank®

Accounts

## Front of check

TD BANK
AMERICA'S MOST CONVENIENT BANK

2819

15-172/540
595

CHECK ARMOR

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

4/10/2026

PAY TO THE ORDER OF Esmeralda Colato $ **602.74

Six Hundred Two and 74/100********************************************************************************************** DOLLARS

Esmeralda Colato
812 Jefferon St NW 210
Washington, DC 20011

MEMO Pay Period: 03/15/2026 - 03/28/2026

AUTHORIZED SIGNATURE

⑈002819⑈ ⑆054001725⑆ 4441546079⑈

## Back of check

For Deposit Only
United Capital of DC

TD Bank
America's Most Convenient Bank®

Accounts

## Front of check



TD BANK
AMERICA'S MOST CONVENIENT BANK

2817

15-172/540

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

4/10/2026

PAY TO THE ORDER OF Mabilia Miranda $ **430.33

Four Hundred Thirty and 33/100****** DOLLARS

Mabilia Miranda
2014 Columbia Pike #12
Arlington, VA 22204

MEMO
Pay Period: 11/22/2025 - 12/05/2025

AUTHORIZED SIGNATURE

Photo Safe Deposit® Details on Back.

⑈002817⑈ ⑆054001725⑆ 4441546079⑈

## Back of check



054001725 002817
4441546079
MELBEN INC 07-24

Security Features exceed industry standards and include:
- ImageMatch – Matching account and check number on back (Patent No. 9,240,088)
- MobileMark: Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave pattern on back designed to deter fraud
- Microprint (MP) line printed on front and back
- The words ORIGINAL DOCUMENT across the back
- Photo Safe Deposit icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

ENDORSE HERE
x Mabilia Miranda

☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**TD Bank**
America's Most Convenient Bank®

Accounts

## Front of check

TD BANK
AMERICA'S MOST CONVENIENT BANK

2814

15-172/540
595

CHECK ARMOR

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

4/10/2026

PAY TO THE ORDER OF Petrona Del Carmen Garcia $ **1,020.23

One Thousand Twenty and 23/100********************************************************************************************* DOLLARS

Photo Safe Deposit®

Petrona Del Carmen Garcia
6802 Red Top Rd Apt 1
Takoma Park, MD 20912

MEMO

Pay Period: 11/22/2025 - 12/05/2025

Details on Back.

⑈002814⑈ ⑆054001725⑆ 4441546079⑈

## Back of check

PAY TO THE ORDER OF
CHICKASS INC.
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
153911692355 04/14/2026 16:41:02

Petrona del Carmen Garcia
240 706 2678

TD Bank

America's Most Convenient Bank®

Accounts

## Front of check

TD BANK
AMERICA'S MOST CONVENIENT BANK

2822

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

4/10/2026

PAY TO THE ORDER OF Danilo Suchite $ **811.22

Eight Hundred Eleven and 22/100****************************** DOLLARS

Danilo Suchite
1830 N Scott St Apt 304
Arlington, VA 22209

MEMO

Pay Period: 11/22/2025 - 12/05/2025

AUTHORIZED SIGNATURE

Photo Safe Deposit® Details on Back.

⑈002822⑈ ⑆054001725⑆ 4441546079⑈

## Back of check

054001725 002822
4441546079
MELBEN INC

Security Features exceed industry standards and include:

Do not cash if:

ENDORSE HERE

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

TD Bank
America's Most Convenient Bank®

Accounts

## Front of check

TD BANK
AMERICA'S MOST CONVENIENT BANK

2878

15-172/540
595

CHECK ARMOR

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

04/14/26

PAY TO THE ORDER OF Zakaria Akli $ **500.00

Five. Hundred 00/00............ DOLLARS

Website maintenance

MEMO

[signature]
AUTHORIZED SIGNATURE

Photo Safe Deposit® Details on Back.

⑈002878⑈ ⑆054001725⑆ 4441546079⑈

## Back of check

Capital One, N.A. Richmond VA 065000090

61413ROG91202220260416000073115505

Capital One, N.A. Richmond VA [illegible] >065000090< [illegible]

CAPITAL ONE, NA
0070022234 04162026
RICHMOND, VA 008 23
360 Deposit 36141203271

**TD Bank**

America's Most Convenient Bank®

Accounts

## Front of check


MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

TD BANK
AMERICA'S MOST CONVENIENT BANK

2877

15-172/540
595

4/15/26

PAY TO THE ORDER OF Gamaliel Landeros $ 240.00

TWO HUNDRED FORTY 00/100 DOLLARS

MEMO 4/3 -> 4/4

AUTHORIZED SIGNATURE

⑈002877⑈ ⑆054001725⑆ 4441546079⑈

## Back of check


04152026

04152026 402901000711240

b426hb0

402901000711240

>051500481<

CHECK BOX FOR MOBILE/REMOTE DEPOSIT

Gamaliel Landeros

TD Bank
America's Most Convenient Bank®

Accounts

## Front of check

TD BANK
AMERICA'S MOST CONVENIENT BANK

2879

15-172/540
595

CHECK ARMOR

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

04/14/2026

PAY TO THE ORDER OF Aziza. Naji $ **2243.00

Two Thousand Two Hundred Forty three 00/00........ DOLLARS

Photo Safe Deposit®

November tips Red $1135 jose $1108

MEMO

Details on Back.

⑈002879⑈ ⑆054001725⑆ 4441546079⑈

## Back of check

520823014692 104109 20260417 000000004441546079
DDA_DEBIT TAQ6812 2243.00
Tysons Corner 0208 94004 5208 0001 0010

TD Bank

America's Most Convenient Bank®

Accounts

## Front of check


8345
TD BANK
AMERICA'S MOST CONVENIENT BANK
2890
15-172/540
595
CHECK ARMOR
MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007
04/16/26
PAY TO THE ORDER OF Coca Cola $717.66
Seven hundred Seventeen 66/100 DOLLARS
MEMO INV# 50195800 2
AUTHORIZED SIGNATURE
Photo Safe Deposit®
Details on Back.
⑈002890⑈ ⑆054001725⑆ 4441546079⑈

## Back of check


ELECTRONICALLY PRESENTED - 4/16/2026 11:

TD Bank
America's Most Convenient Bank®

Accounts

## Front of check

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

TD BANK
AMERICA'S MOST CONVENIENT BANK

2889
15-172/540
595

04/16/26

PAY TO THE ORDER OF Opici wine $551.52

Five hundred Fifty One 52/100 DOLLARS

MEMO INV# 62000013265

AUTHORIZED SIGNATURE

1007313 ⑈002889⑈ ⑆054001725⑆ 4441546079⑈

## Back of check

054001725
4441546079

Seq: 3
Dep: 039718
Date: 04/17/26

ENDORSE HERE
For Deposit Only to
Opici Group LLC
Opici Family Distri of the District of Columbia
Midatlantic
Deposited by:
☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**TD Bank**
America's Most Convenient Bank®

Accounts

## Front of check



TD BANK
AMERICA'S MOST CONVENIENT BANK

2895

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

15-172/540
595

04/13/26

PAY TO THE ORDER OF Capital Eagle $250.30

Two hundred Fifty 30/100 DOLLARS

MEMO INV#12157330

AUTHORIZED SIGNATURE

⑈002895⑈ ⑆054001725⑆ 444154607⑈

Photo Safe Deposit® Details on Back.

## Back of check



For Remote Deposit Only
Capital Eagle Inc Operating
at Shore United Bank

CHECK BOX FOR MOBILE/REMOTE DEPOSIT

TD Bank
America's Most Convenient Bank®

Accounts

## Front of check


TD BANK
AMERICA'S MOST CONVENIENT BANK
2825
MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007
15 172/540
595
CHECK ARMOR
04/15/2026
PAY TO THE ORDER OF Mohamed El Mekki Karrakchou
$ **4,099 89
Four Thousand Ninety -Nine and 89/100 DOLLARS
Mohamed El Mekki Karrakchou
7902 Tyson One Pl #1903
Mcclean, VA 22102
MEMO
Pay Period 2/14/26 To 2/27/26
⑈002825⑈ ⑆054001725⑆ 4447546079⑈
Photo Safe Deposit® Details on Back.

## Back of check


20260420 15775000342080 AUB 051403164 TLR# 0002521
FOR DEPOSIT ONLY

TD Bank

America's Most Convenient Bank®

Accounts

## Front of check

TD BANK
AMERICA'S MOST CONVENIENT BANK

2850

15-172/540
595

CHECK ARMOR

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

04/20/2026

PAY TO THE ORDER OF Aziza. Naji $ **2885.00

Two Thousand. Eight Hundred. Eighty. Five 00/00........ DOLLARS

Photo Safe Deposit®

PP 1/17/26 To 1/30/26

MEMO

AUTHORIZED SIGNATURE

Details on Back.

⑈002850⑈ ⑆054001725⑆ 4441546079⑈

## Back of check

520825007003 164431 20[illegible]60420 000000004441546079
DDA_DEBIT TAE6387 2[illegible]85.00
Tysons Corner 0208 94004 [illegible]208 0005 0041

TD Bank
America's Most Convenient Bank®

Accounts

## Front of check


TD BANK
AMERICA'S MOST CONVENIENT BANK
2810
MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007
15-172/540
4/10/2026
PAY TO THE ORDER OF Herberto Lopez Ordonez $ **2,884.62
Two Thousand Eight Hundred Eighty-Four and 62/100****** DOLLARS
Herberto Lopez Ordonez
1004 S Queen St
Arlington, VA 22204
MEMO
PP 01/03/2026 01/16/2026
AUTHORIZED SIGNATURE
⑈002810⑈ ⑆054001725⑆ 4441546079⑈

## Back of check



TD Bank
America's Most Convenient Bank®

Accounts

## Front of check


TD BANK
AMERICA'S MOST CONVENIENT BANK
2811
MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007
4/10/2026
PAY TO THE ORDER OF Edwin Wilfredo Lopez y Lopez $ **1,600.06
One Thousand Six Hundred and 06/100****** DOLLARS
Edwin Wilfredo Lopez y Lopez
2303 10th St N
Arlington, VA 22201
MEMO
PP 11/22/2025 - 12/05/2025
AUTHORIZED SIGNATURE
⑈002811⑈ ⑆054001725⑆ 4441546079⑈

## Back of check



TD Bank
America's Most Convenient Bank®

Accounts

## Front of check



TD BANK
AMERICA'S MOST CONVENIENT BANK

2820

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

4/10/2026

PAY TO THE ORDER OF Erick J Perez Lopez $ **1,442.38

One Thousand Four Hundred Forty-Two and 38/100******** DOLLARS

Erick J Perez Lopez
211 S LExington St
Arlington, VA 22204

MEMO
Pay Period: 11/22/2025 - 12/05/2025

AUTHORIZED SIGNATURE

⑈002820⑈ ⑆054001725⑆ 4441546079⑈

## Back of check



TD Bank
America's Most Convenient Bank®

Accounts

## Front of check

TD BANK
AMERICA'S MOST CONVENIENT BANK

2813

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

15-172/540

4/10/2026

PAY TO THE ORDER OF Rogelio Estrada Gonzalez $ **1,351.95

One Thousand Three Hundred Fifty-One and 95/100*********************************************************************** DOLLARS

Rogelio Estrada Gonzalez
211 S Lexington St
Arlington, VA 22204

MEMO

Pay Period: 11/22/2025 - 12/05/2025

AUTHORIZED SIGNATURE

Photo Safe Deposit® Details on Back.

⑈002813⑈ ⑆054001725⑆ 4441546079⑈

## Back of check

CHECK BOX FOR MOBILE REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

X Rogelio Estrada

TD Bank

America's Most Convenient Bank®

Accounts

## Front of check


TD BANK
AMERICA'S MOST CONVENIENT BANK

2898

15-172/540

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

04/14/2026

PAY TO THE ORDER OF Cengizhan. Sahin $ **1241.00

One Thousand Two Hundred Forty one 00/00........ DOLLARS

November tips

MEMO

AUTHORIZED SIGNATURE

Photo Safe Deposit® Details on Back.

⑈002898⑈ ⑆054001725⑆ 444154607 9⑈

## Back of check



TD Bank
America's Most Convenient Bank®

Accounts

## Front of check

TD BANK
AMERICA'S MOST CONVENIENT BANK

2888

15-172/540
595

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

70040

04/07/26

PAY TO THE ORDER OF RNDC $ 919.81

Nine hundred Nineteen 81/100 DOLLARS

MEMO IVV # 2651809

AUTHORIZED SIGNATURE

Photo Safe Deposit® Details on Back.

⑈002888⑈ ⑆054001725⑆ 4441546079⑈

## Back of check

PAY TO THE ORDER OF
WELLS FARGO BANK, N.A.
FOR DEPOSIT ONLY
RNDC - WSD DEPOSITS
2000036889280

TD Bank
America's Most Convenient Bank®

Accounts

## Front of check


TD BANK
AMERICA'S MOST CONVENIENT BANK

2899

15-172/540

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

04/14/26

PAY TO THE ORDER OF Melvin M. Garcia $ **834.00

Eight Hundred. Thirty Four. 0/00.............. DOLLARS

November Tips

MEMO

AUTHORIZED SIGNATURE

⑈002899⑈ ⑆054001725⑆ 4441546079⑈

## Back of check



**TD Bank**
America's Most Convenient Bank®

Accounts

## Front of check

TD BANK
AMERICA'S MOST CONVENIENT BANK

2809

15-172/540
595

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

4/10/2026

PAY TO THE ORDER OF Leonel Vasquez Suchite $ **1,950.00

One Thousand Nine Hundred Fifty and 00/100****************************************************** DOLLARS

Leonel Vasquez Suchite
1230 N Scott St Apt 304
Arlington, VA 22209

MEMO
PP 11/22/2025 - 12/05/2025

AUTHORIZED SIGNATURE

Photo Safe Deposit® Details on Back.

⑈002809⑈ ⑆054001725⑆ 4441546079⑈

## Back of check

04202026
04202026 402901000713060
b426502

402901000713060

>051500481<

ENDORSE HERE
Leonel Vasquez suchite
540.370-3529

☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ABOVE

TD Bank
America's Most Convenient Bank®

Accounts

## Front of check

TD BANK
AMERICA'S MOST CONVENIENT BANK

2824

15 172/540
595

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

4/10/2026

PAY TO THE ORDER OF Adelso Godoy Lopez $ **1,423.34

One Thousand Four Hundred Twenty-Three and 34/100******** DOLLARS

Adelso Godoy Lopez
211 S Lexington St
Arlington, VA 22204

MEMO

Pay Period: 11/22/2025 12/05/2025

AUTHORIZED SIGNATURE

⑈002824⑈ ⑆054001725⑆ 4441546079⑈

## Back of check

054001725 002824
4441546079
MELBEN INC 07-24

Security Features exceed industry standards and include:
- ImageMatch – Matching account and check number
- Mobile Mark – Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave – pattern on back designed to deter fraud
- Microprint – MP lines printed on front and back
- The words ORIGINAL DOCUMENT across the back
- Photo Safe Deposit® icon visible on front and back

Do not cash if
- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

X Adelso Godoy Lopez

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**TD Bank**
America's Most Convenient Bank®

Accounts

## Front of check


TD BANK
AMERICA'S MOST CONVENIENT BANK
2896
15-172/540
595
MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007
04/17/26
PAY TO THE ORDER OF Opici Wines
$ 152.00
One hundred Fifty Two 00/100 DOLLARS
MEMO INV# 1067373
AUTHORIZED SIGNATURE
⑈002896⑈ ⑆054001725⑆ 4441546079⑈

## Back of check


Seq: 4
Dep: 039742
Date: 04/21/26
ENDORSE HERE
X For Deposit Only to
Opici Group LLC
Opici Family Distri of the District of Columbia
Midatlantic
Deposited by:
☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**TD Bank**
America's Most Convenient Bank®

Accounts

## Front of check


TD BANK
AMERICA'S MOST CONVENIENT BANK
2891
15-172/540
595
CHECK ARMOR

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

04/17/26

PAY TO THE ORDER OF Breakthru $ 399.60

Three hundred Ninety nine 60/100 DOLLARS

Photo Safe Deposit®

MEMO INV #12661584

Details on Back.

⑈002891⑈ ⑆054001725⑆ 4441546079⑈

## Back of check


MELBEN INC

Security Features exceed industry standards and include:
- ImageMatch – Matching account and check number on back
- MobileMark – Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave – pattern on back designed to deter fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Photo Safe Deposit – Icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back.

For Deposit Only
Wells Fargo Bank
Breakthru Beverage
2000014428265

☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**TD Bank**
America's Most Convenient Bank®

Accounts

## Front of check


TD BANK
AMERICA'S MOST CONVENIENT BANK
2887
15-172/540
595

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

4/16/26

PAY TO THE ORDER OF BReakThRu $ 301.59

ThRee HunDRed ONE 59/100 DOLLARS

MEMO 12658 7373

⑈002887⑈ ⑆054001725⑆ 4441546079⑈

## Back of check


MELBEN INC 07-24

Security Features exceed industry standards and include:
- ImageMatch™ Matching account and check number on back (Patent No. 9,210,088)
- MobileMark™ Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave™ pattern on back designed to deter fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Photo Safe Deposit® Icon visible on front and back

Do not cash if
- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back

For Deposit Only
Wells Fargo Bank
Breakthru Beverage
2000014428265

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

TD Bank

America's Most Convenient Bank®

Accounts

## Front of check

TD BANK
AMERICA'S MOST CONVENIENT BANK

2892

15-172/540

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

04/22/2026

PAY TO THE ORDER OF Jose Abrimael Cifuentes $ **199.00

One Hundred Ninety. Nine 00/00........ DOLLARS

Rest of my tips last check

MEMO

⑈002892⑈ ⑆054001725⑆ 4441546079⑈

## Back of check



TD Bank
America's Most Convenient Bank®

Accounts

## Front of check

TD BANK
AMERICA'S MOST CONVENIENT BANK

2826

15-172/540
595

CHECK ARMOR

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

4/22/2026

PAY TO THE ORDER OF Aziza. Naji $ **4918.00

Four Thousand Ninety Hundred. Fifteen 00/00 DOLLARS

Photo Safe Deposit®

MEMO Tip out busser and runner December Redouane salmani $1354 Melvin Garcia $1624 mostafa beilnessi $1937

AUTHORIZED SIGNATURE

Details on Back.

⑈002826⑈ ⑆054001725⑆ 4441546079⑈

## Back of check

520823015063 105333 20260423 000000004441546079
DDA_DEBIT TAQ6812 4918.00
Tysons Corner 0208 94004 6208 0001 0018

TD Bank
America's Most Convenient Bank®

Accounts

## Front of check

TD BANK
AMERICA'S MOST CONVENIENT BANK

2897

15-172/540
595

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

04/22/2026

PAY TO THE ORDER OF Mostafa Belainass $ **2338.00

Two Thousand. Three Hundred Thirty Eight 00/00.............. DOLLARS

Half tips October / November

MEMO

AUTHORIZED SIGNATURE

Photo Safe Deposit® Details on Back.

⑈002897⑈ ⑆054001725⑆ 4441546079⑈

## Back of check

04222026
04222026 302801001726350
b426484

302801001726350

>051500481<

CHECK FOR MOBILE/REMOTE DEPOSIT

**TD Bank**
America's Most Convenient Bank®

Accounts

## Front of check

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

TD BANK
AMERICA'S MOST CONVENIENT BANK

2902
15-172/540
595
CHECK ARMOR

04/22/2026

PAY TO THE ORDER OF Redouane. Salhami $ **1831.00

One. Thousand Eight Hundred. Thirty One. 0/00............. DOLLARS

Half October and Nevember Tips

MEMO

AUTHORIZED SIGNATURE

Photo Safe Deposit® Details on Back.

⑈002902⑈ ⑆054001725⑆ 4441546079⑈

## Back of check

04232026
04232026 402901000715740
b426502

402901000715740

>051500481<

ENDORSE HERE
☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT

TD Bank
America's Most Convenient Bank®

Accounts

## Front of check

TD BANK
AMERICA'S MOST CONVENIENT BANK

2851

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

15-172/540
595
CHECK ARMOR

4/24/2026

PAY TO THE ORDER OF MOHAMMED EL OMARY $ 740 00

SEVEN HUNDRED FORTY 00/100 DOLLARS

Photo Safe Deposit® Details on Back.

MEMO Ceiling Repair

AUTHORIZED SIGNATURE

⑈002851⑈ ⑆054001725⑆ 4441546079⑈

## Back of check

For Deposit Only - JPMC

TD Bank
America's Most Convenient Bank®

Accounts

## Front of check


MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

TD BANK
AMERICA'S MOST CONVENIENT BANK

2831
15-172/540
595

4/24/2026

PAY TO THE ORDER OF Nerlyn Cedillo $ **1,013.93

One Thousand Thirteen and 93/100*************************************** DOLLARS

Nerlyn Cedillo
919 Sheridon St NW apt g2
washington, DC 20011

MEMO

Pay Period: 12/06/2025 - 12/19/2025

AUTHORIZED SIGNATURE

⑈002831⑈ ⑆054001725⑆ 4441546079⑈

## Back of check


4441546079
MELBEN INC 07-24

Security Features exceed industry standards and include:

Do not cash if:

CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

TD Bank

America's Most Convenient Bank®

Accounts

## Front of check



TD BANK
AMERICA'S MOST CONVENIENT BANK

2832

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

4/24/2026

PAY TO THE ORDER OF Mabilia Miranda $ **694.67

Six Hundred Ninety-Four and 67/100****************************************************** DOLLARS

Mabilia Miranda
2014 Columbia Pike #12
Arlington, VA 22204

MEMO

Pay Period: 12/06/2025 - 12/19/2025

AUTHORIZED SIGNATURE

Photo Safe Deposit® Details on Back.

⑈002832⑈ ⑆054001725⑆ 4441546079⑈

## Back of check



054001725 002832
4441546079
MELBEN INC 07-24

Security Features exceed industry standards and include:
- ImageMatch Matching account and check number on back
- MobileMark Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave pattern on back designed to deter fraud
- Microprint lines printed on front and back
- The words ORIGINAL DOCUMENT across the back
- Photo Safe Deposit icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

x Mabilia Miranda

TD Bank

America's Most Convenient Bank®

Accounts

## Front of check



TD BANK
AMERICA'S MOST CONVENIENT BANK

2838

15-172/540
595

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

4/24/2026

PAY TO THE ORDER OF Eliseo Lopez $ **537.01

Five Hundred Thirty-Seven and 01/100****************************************** DOLLARS

Eliseo Lopez
5807 14th St NW Apt# 200
Washington, DC 20011

MEMO

Pay Period: 03/29/2026 - 04/11/2026

AUTHORIZED SIGNATURE

Photo Safe Deposit

Details on Back.

⑈002838⑈ ⑆054001725⑆ 4441546079⑈

## Back of check



TD Bank
America's Most Convenient Bank®

Accounts

## Front of check



TD BANK
AMERICA'S MOST CONVENIENT BANK

2893

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

04/25/2026

PAY TO THE ORDER OF Mostafa Belainass $ **1500.00

One Thousand. Five hundred 00/00 DOLLARS

Manager

MEMO

AUTHORIZED SIGNATURE

⑈002893⑈ ⑆054001725⑆ 4441546079⑈

## Back of check



054001725 2893
4441546079

Security Features exceed industry standards and include:

Do not cash if:

ENDORSE HERE

FOR MOBILE/REMOTE DEPOSIT

NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**TD Bank**
America's Most Convenient Bank®

Accounts

## Front of check

TD BANK
AMERICA'S MOST CONVENIENT BANK

2828

15-172/540
595

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

4/24/2026

PAY TO THE ORDER OF Teresa Lopez $ **1,140.69

One Thousand One Hundred Forty and 69/100******************************** DOLLARS

Teresa Lopez
1437 11th St NW
Washington, DC 20001

MEMO

Pay Period: 12/06/2025 - 12/19/2025

AUTHORIZED SIGNATURE

⑈002828⑈ ⑆054001725⑆ 4441546079⑈

## Back of check

For Deposit Only
United Capital of DC

2028767011

TD Bank
America's Most Convenient Bank®

Accounts

## Front of check


TD BANK
AMERICA'S MOST CONVENIENT BANK
2843
15-172/540
595
CHECK ARMOR

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

04/26/2026

PAY TO THE ORDER OF Gamaliel Landeros $ **1044.00

One. Thousand. Forty. Four 00/0........... DOLLARS

·Host hrs 11hrs + Tips for October and November

MEMO

AUTHORIZED

Photo Safe Deposit® Details on Back.

⑈002843⑈ ⑆054001725⑆ 4441546079⑈

## Back of check


054001725 002843
4441546079
MELBEN INC

Security Features exceed industry standards and include:
• ImageMatch : Matching account and check number on back
• MobileMark : Mobile Deposit check mark to indicate check has been deposited via mobile device
• The Security Weave pattern on back designed to deter fraud
• Microprint (MP) lines printed on front and back
• The words "ORIGINAL DOCUMENT" across the back
• Photo Safe Deposit icon visible on front and back

Do not cash if:
• Any of the features listed above are missing or appear altered
• Fugitive ink on back looks pink or has disappeared
• Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

1681
2026-04-25
T426144
051500481
United Bank

ENDORSE HERE
X Gamaliel Landeros
☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**TD Bank**
America's Most Convenient Bank®

Accounts

## Front of check

TD BANK
AMERICA'S MOST CONVENIENT BANK

2834

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

15-172/540
595
CHECK ARMOR

4/24/2026

PAY TO THE ORDER OF Estefani Marina Sorto $ **975.81

Nine Hundred Seventy-Five and 81/100*************************************************************************************** DOLLARS

Estefani Marina Sorto
812 Jefferson St NW
Washington, DC 20011

MEMO

Pay Period: 03/29/2026 - 04/11/2026

AUTHORIZED SIGNATURE

⑈002834⑈ ⑆054001725⑆ 4441546079⑈

## Back of check

For Deposit Only
United Capital of DC

TD Bank
America's Most Convenient Bank®

Accounts

## Front of check

TD BANK
AMERICA'S MOST CONVENIENT BANK

2833

15-172/540
595

CHECK ARMOR

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

4/24/2026

PAY TO THE ORDER OF Isaac Colato $ **960.47

Nine Hundred Sixty and 47/100****************************************************************************************** DOLLARS

Isaac Colato
812 Jefferson St NW Apt # 210
Washington, DC 20011

MEMO

Pay Period: 03/29/2026 - 04/11/2026

⑈002833⑈ ⑆054001725⑆ 4441546079⑈

## Back of check

For Deposit Only
United Capital of DC

**TD Bank**
America's Most Convenient Bank®

Accounts

## Front of check

TD BANK
AMERICA'S MOST CONVENIENT BANK

2839

15-172/540
595

CHECK ARMOR

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

4/24/2026

PAY TO THE ORDER OF David Cerezo $ **805.47

Eight Hundred Five and 47/100****************************************************************************************** DOLLARS

David Cerezo
3563 Center St NW
Washington, DC 20010

MEMO
Pay Period: 04/05/2026 - 04/18/2026

⑈002839⑈ ⑆054001725⑆ 4441546079⑈

Photo Safe Deposit®. Details on Back.

## Back of check

David Cerezo

For Deposit Only
EZ Cash Depot DC

TD Bank

America's Most Convenient Bank®

Accounts

## Front of check



TD BANK
AMERICA'S MOST CONVENIENT BANK

2841

15-172/540

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

4/24/2026

PAY TO THE ORDER OF Aliesska M Cordova $ **666.17

Six Hundred Sixty-Six and 17/100****** DOLLARS

Aliesska M Cordova
1531 N Pierce St
Arlington, VA 22209

MEMO

Pay Period: 03/29/2026 - 04/11/2026

AUTHORIZED SIGNATURE

Photo Safe Deposit®

Details on Back.

⑈002841⑈ ⑆054001725⑆ 4441546079⑈

## Back of check



CHECK BOX FOR MOBILE REMOTE DEPOSIT

Aliesska Córdova

**TD Bank**
America's Most Convenient Bank®

Accounts

## Front of check


TD BANK
AMERICA'S MOST CONVENIENT BANK

2840

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

4/24/2026

PAY TO THE ORDER OF Danilo Suchite $ **411.60

Four Hundred Eleven and 60/100****************************************** DOLLARS

Danilo Suchite
1830 N Scott St Apt 304
Arlington, VA 22209

MEMO
Pay Period 12/06/2025 12/19/2025

AUTHORIZED SIGNATURE

⑈002840⑈ ⑆054001725⑆ 4441546079⑈

## Back of check


054001725 002840
4441546079
MELBEN INC 07-24

Security Features exceed industry standards and include:
- ImageMatch Matching account and check number on back
- MobileMark Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave pattern on back designed to deter fraud
- Microprint (MP) lines printed on front and back
- The words ORIGINAL DOCUMENT across the back
- Photo Safe Deposit icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

TD Bank

America's Most Convenient Bank®

Accounts

## Front of check


2904
TD BANK
AMERICA'S MOST CONVENIENT BANK
15-172/540
595
23797
MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007
04/22/26
PAY TO THE ORDER OF Capital Eagle $ 219.60
Two Hundred Nineteen 60/100 DOLLARS
MEMO
AUTHORIZED SIGNATURE
⑈002904⑈ ⑆054001725⑆ 4441546079⑈

## Back of check


For Remote Deposit Only
Capital Eagle Inc Operating
at Shore United Bank