**Fill in this information to identify the case:**

Debtor Name Melben, Inc.

United States Bankruptcy Court for the: District of Columbia

Case number: 24-00232

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: May 2026

Date report filed: 08/24/2026 (MM / DD / YYYY)

Line of business: Restaurant

NAISC code: ___________

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Mekki Karrakchou

Original signature of responsible party: DocuSigned by: Mekki Karrakchou 1B4B54202D984D7...

Printed name of responsible party: Mekki Karrakchou

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Melben, Inc. Case number 24-00232

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 58,156.32

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 301,944.75

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ 269,904.80

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here. + $ 32,039.95

This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 90,196.27

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 0.00

*(Exhibit E)*

Debtor Name Melben, Inc. Case number 24-00232

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 0.00

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 29

27. What is the number of employees as of the date of this monthly report? 29

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 3,000.00

30. How much have you paid this month in other professional fees? $ 1,497.00

31. How much have you paid in total other professional fees since filing the case? $ 2,994.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** | – | Column B **Actual** | = | *Column C* **Difference** |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 301,944.75 | – | $ 301,944.75 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 269,904.80 | – | $ 269,904.80 | = | $ 0.00 |
| 34. **Net cash flow** | $ 32,039.95 | – | $ 32,039.95 | = | $ 0.00 |

35. Total projected cash receipts for the next month: $ 292,382.28

36. Total projected cash disbursements for the next month: - $ 352,094.95

37. Total projected net cash flow for the next month: = $ -59,712.67

Debtor Name Melben, Inc. Case number 24-00232

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☑ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

# Exhibit C

| Date | Source/Payor | Amount |
|---|---|---|
| 5/1/26 | Door Dash | $346.45 |
| 5/4/26 | SpotOn | $25,712.35 |
| 5/4/26 | SpotOn | $6,510.82 |
| 5/4/26 | SpotOn | $3,267.13 |
| 5/4/26 | Uber | $375.84 |
| 5/4/26 | SpotOn | $0.10 |
| 5/5/26 | SpotOn | $2,024.54 |
| 5/6/26 | SpotOn | $2,633.52 |
| 5/6/26 | Owner.com | $194.33 |
| 5/7/26 | SpotOn | $3,357.34 |
| 5/8/26 | SpotOn | $3,427.11 |
| 5/8/26 | Door Dash | $139.75 |
| 5/8/26 | Owner.com | $45.26 |
| 5/11/26 | SpotOn | $26,161.62 |
| 5/11/26 | Uber | $117.36 |
| 5/12/26 | SpotOn | $11,959.75 |
| 5/12/26 | SpotOn | $3,564.90 |
| 5/13/26 | SpotOn | $3,632.17 |
| 5/13/26 | Owner.com | $164.85 |
| 5/15/26 | SpotOn | $3,338.72 |
| 5/15/26 | Door Dash | $242.00 |
| 5/18/26 | SpotOn | $41,840.09 |
| 5/18/26 | SpotOn | $14,592.83 |
| 5/19/26 | SpotOn | $14,779.05 |
| 5/19/26 | SpotOn | $3,357.98 |
| 5/19/26 | Uber | $234.00 |
| 5/19/26 | Owner.com | $201.16 |
| 5/20/26 | SpotOn | $2,273.61 |
| 5/20/26 | Deposit | $90,042.65 |
| 5/20/26 | Owner.com | $76.50 |
| 5/21/26 | SpotOn | $3,664.99 |
| 5/22/26 | SpotOn | $4,888.11 |
| 5/22/26 | Door Dash | $237.40 |
| 5/26/26 | SpotOn | $10,335.87 |
| 5/26/26 | SpotOn | $8,808.94 |
| 5/26/26 | SpotOn | $4,107.00 |
| 5/26/26 | Owner.com | $137.13 |
| 5/27/26 | SpotOn | $1,711.47 |
| 5/27/26 | Uber | $200.16 |
| 5/28/26 | SpotOn | $2,683.40 |
| 5/28/26 | Owner.com | $188.26 |
| 5/29/26 | Door Dash | $339.45 |
| 5/29/26 | Owner.com | $28.79 |
| | | **$301,944.75** |

**Exhibit D**

| Check No. | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | 5/1/26 | Alsco, Inc. | Linen / uniform services | $530.71 |
| | 5/1/26 | DoorDash | Delivery / online-platform fee | $62.80 |
| 2908 | 5/1/26 | Opici Wine | Alcohol inventory | $331.76 |
| 2909 | 5/1/26 | Elite Wine | Alcohol inventory | $564.00 |
| | 5/1/26 | DEBIT | | $44,986.08 |
| | 5/1/26 | DEBIT | | $8.00 |
| | 5/4/26 | Restaurant Depot | Food and beverage inventory | $2,268.07 |
| | 5/4/26 | Restaurant Depot | Food and beverage inventory | $1,480.21 |
| | 5/4/26 | Good Friends | Waste-management services | $550.00 |
| | 5/4/26 | SpotOn | Payment-processing fees | $549.40 |
| | 5/4/26 | Resy | Reservation-platform fee | $263.94 |
| | 5/4/26 | LIDL | Food and beverage inventory | $221.72 |
| | 5/4/26 | American Filter Steam | Equipment / maintenance supplies | $118.48 |
| | 5/4/26 | Walmart | Operating supplies | $94.30 |
| | 5/4/26 | Walmart | Operating supplies | $62.15 |
| 2837 | 5/4/26 | Erick Lopez | Wages | $1,332.51 |
| 2842 | 5/4/26 | Adelso Lopez | Wages | $1,176.68 |
| | 5/5/26 | Potomac Wines | Alcohol inventory | $767.97 |
| | 5/5/26 | Owner.com | Online-ordering platform fee | $528.94 |
| | 5/5/26 | Breakthru | Alcohol inventory | $432.65 |
| 2829 | 5/5/26 | Rogello Gonzalez | Wages | $1,253.85 |
| 2846 | 5/5/26 | Edwin Lopez | Wages | $1,574.93 |
| | 5/6/26 | Restaurant Depot | Food and beverage inventory | $749.18 |
| | 5/6/26 | Safeway | Food and beverage inventory | $66.80 |
| | 5/6/26 | Amazon | Operating and office supplies | $29.47 |
| 2844 | 5/6/26 | Leonel Suchite | Wages | $1,950.00 |
| | 5/7/26 | Comcast | Telephone/Internet | $1,509.40 |
| | 5/7/26 | FedEx | Mailing Service | $89.03 |
| | 5/7/26 | Walmart | Operating supplies | $59.67 |
| | 5/7/26 | Amazon | Operating and office supplies | $19.62 |
| | 5/7/26 | Prime Video | Subscription service | $4.23 |

**Exhibit D**

| Check No. | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 5/7/26 | Prime Video | Subscription service | $4.23 |
| | 5/7/26 | Prime Video | Subscription service | $4.23 |
| 2827 | 5/7/26 | Ulziikhand Chuluunbaatar | Tips | $509.00 |
| 2900 | 5/7/26 | Mohamed Karrakchou | Wages | $4,099.89 |
| | 5/8/26 | Walmart | Operating supplies | $105.27 |
| | 5/8/26 | LIDL | Food and beverage inventory | $31.15 |
| | 5/8/26 | DoorDash | Delivery / online-platform fee | $10.59 |
| | 5/11/26 | Restaurant Depot | Food and beverage inventory | $2,752.99 |
| | 5/11/26 | Restaurant Depot | Food and beverage inventory | $1,995.56 |
| | 5/11/26 | Restaurant Depot | Food and beverage inventory | $1,405.97 |
| | 5/11/26 | Restaurant Depot | Food and beverage inventory | $1,328.38 |
| | 5/11/26 | Alsco, Inc. | Linen / uniform services | $926.57 |
| | 5/11/26 | Geico | Auto insurance | $458.93 |
| | 5/11/26 | LA Mart | Food and beverage inventory | $110.41 |
| | 5/11/26 | Walmart | Operating supplies | $46.31 |
| 2845 | 5/11/26 | Herberto Lopez | Wages | $2,884.62 |
| 2917 | 5/11/26 | Eliseo Lopez | Wages | $558.70 |
| 2939 | 5/11/26 | Cash | Manager License | $450.00 |
| | 5/12/26 | Potomac Wines | Alcohol inventory | $632.45 |
| | 5/12/26 | DoorDash | Delivery / online-platform fee | $61.02 |
| 2847 | 5/12/26 | Aziza Naji | Wages | $2,885.00 |
| | 5/13/26 | Restaurant Depot | Food and beverage inventory | $862.55 |
| | 5/13/26 | LIDL | Food and beverage inventory | $25.12 |
| | 5/13/26 | Prime Video | Subscription service | $3.17 |
| 2933 | 5/13/26 | Nerlyn Cedilo | Wages | $1,106.64 |
| 2935 | 5/13/26 | Teresa Lopez | Wages | $1,169.00 |
| 2937 | 5/13/26 | Gamaliel Landores | Wages | $240.00 |
| 2944 | 5/13/26 | David Perez | Wages | $381.09 |
| 2914 | 5/14/26 | Alieska Cordova | Wages | $595.56 |
| 2915 | 5/14/26 | Dalia Karim | Tips | $149.34 |
| 2916 | 5/14/26 | David Cerezo | Wages | $937.99 |
| 2918 | 5/14/26 | Estefani Sorto | Wages | $703.94 |

# Exhibit D

| Check No. | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| 2934 | 5/14/26 | Nikauly Lineros | Wages | $259.32 |
| 2942 | 5/14/26 | Dalia Karim | Tips | $731.00 |
| 2943 | 5/14/26 | Bryon Vasquez | Wages | $584.13 |
| 2945 | 5/14/26 | Opici Wine | Alcohol inventory | $312.00 |
| | 5/15/26 | Restaurant Depot | Food and beverage inventory | $2,403.93 |
| | 5/15/26 | Breakthru | Alcohol inventory | $588.22 |
| | 5/15/26 | RNDC | Alcohol inventory | $549.39 |
| | 5/15/26 | Amazon | Operating and office supplies | $104.94 |
| | 5/15/26 | Amazon | Operating and office supplies | $27.52 |
| | 5/15/26 | Adobe | Software subscription | $21.19 |
| | 5/15/26 | Prime Video | Subscription service | $15.89 |
| | 5/15/26 | Amazon | Operating and office supplies | $10.59 |
| | 5/15/26 | Prime Video | Subscription service | $4.23 |
| | 5/15/26 | Prime Video | Subscription service | $4.23 |
| 2925 | 5/15/26 | Issac Colato | Wages | $674.81 |
| 2931 | 5/15/26 | Malak Abdrabou | Wages | $121.05 |
| 2941 | 5/15/26 | Malak Abdrabou | Tips | $731.00 |
| 2946 | 5/15/26 | Elite Wines | Alcohol inventory | $577.33 |
| | 5/18/26 | Restaurant Depot | Food and beverage inventory | $3,076.86 |
| | 5/18/26 | Restaurant Depot | Food and beverage inventory | $2,803.12 |
| | 5/18/26 | Restaurant Depot | Food and beverage inventory | $2,768.18 |
| | 5/18/26 | Breakthru | Alcohol inventory | $52.99 |
| | 5/18/26 | Amazon | Operating and office supplies | $38.14 |
| | 5/18/26 | Microsoft | Software subscription | $9.99 |
| | 5/18/26 | DEBIT | | $90,050.65 |
| 2922 | 5/18/26 | Erick Lopez | Wages | $1,396.09 |
| 2930 | 5/18/26 | Edwin Lopez | Wages | $1,796.27 |
| 2932 | 5/18/26 | Aziza Naji | Wages | $2,885.00 |
| 2936 | 5/18/26 | Norys Barcenas | Wages | $115.77 |
| 2938 | 5/18/26 | Aziza Naji | Wages | $2,885.00 |
| 2940 | 5/18/26 | Mohamed Karrakchou | Wages | $4,099.89 |
| | 5/19/26 | Ally Finance | Vehicle financing | $1,204.00 |

# Exhibit D

| Check No. | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 5/19/26 | Potomac Wines | Alcohol inventory | $980.62 |
| | 5/19/26 | DC OTR | District tax payment | $168.11 |
| | 5/19/26 | DC OTR | District tax payment | $139.09 |
| | 5/19/26 | DC OTR | District tax payment | $62.38 |
| | 5/19/26 | Breakthru | Alcohol inventory | $48.00 |
| | 5/19/26 | Amazon Prime | Subscription service | $15.89 |
| | 5/19/26 | DEBIT | | $1,200.00 |
| 2906 | 5/19/26 | RNDC | Alcohol inventory | $455.51 |
| 2919 | 5/19/26 | Adelso Lopez | Wages | $1,411.23 |
| 2921 | 5/19/26 | Danilo Suchite | Wages | $426.30 |
| 2928 | 5/19/26 | Leonel Suchite | Wages | $1,950.00 |
| | 5/20/26 | Restaurant Depot | Food and beverage inventory | $2,360.39 |
| | 5/20/26 | PayPal | | $566.97 |
| | 5/20/26 | Alsco, Inc. | Linen / uniform services | $545.25 |
| | 5/20/26 | Amazon | Operating and office supplies | $27.80 |
| | 5/20/26 | Amazon | Operating and office supplies | $23.30 |
| | 5/20/26 | Spotify | Subscription service | $20.13 |
| | 5/20/26 | DEBIT | | $764.00 |
| 2910 | 5/20/26 | Zikk Inc | Vendor | $110.39 |
| | 5/21/26 | Apple Store | Office Equipment | $1,270.94 |
| | 5/21/26 | Total Wine | Alcohol inventory | $261.72 |
| | 5/21/26 | Internal Revenue Service | Tax payment | $168.30 |
| | 5/21/26 | EspriGas | Propane / cooking-gas supply | $60.95 |
| | 5/21/26 | Amazon | Operating and office supplies | $30.72 |
| | 5/21/26 | EspriGas | Propane / cooking-gas supply | $24.38 |
| | 5/22/26 | DC OTR | District tax payment | $18,157.25 |
| | 5/22/26 | Internal Revenue Service | Tax payment | $2,634.48 |
| | 5/22/26 | Breakthru | Alcohol inventory | $1,118.28 |
| 2923 | 5/22/26 | Esmeralda Colato | Wages | $838.94 |
| 2985 | 5/22/26 | Elite Wine | Alcohol inventory | $697.67 |
| | 5/26/26 | Restaurant Depot | Food and beverage inventory | $2,359.40 |
| | 5/26/26 | Aldana & Associates | Professional services | $1,497.00 |

**Exhibit D**

| Check No. | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 5/26/26 | Restaurant Depot | Food and beverage inventory | $599.09 |
| | 5/26/26 | CVS Pharmacy | Operating and office supplies | $167.81 |
| | 5/26/26 | Safeway | Food and beverage inventory | $53.01 |
| | 5/26/26 | Amazon | Operating and office supplies | $28.98 |
| 2924 | 5/26/26 | Mabilia Miranda | Wages | $682.92 |
| 2929 | 5/26/26 | Herberto Lopez | Wages | $2,884.62 |
| 2955 | 5/26/26 | Rogelio Gonzalez | Wages | $1,151.17 |
| 2958 | 5/26/26 | Nerlyn Cedilo | Wages | $1,087.17 |
| 2962 | 5/26/26 | Eliseo Lopez | Wages | $540.73 |
| 2963 | 5/26/26 | David Cerezo | Wages | $1,125.01 |
| | 5/27/26 | Restaurant Depot | Food and beverage inventory | $2,237.17 |
| | 5/27/26 | DC Water | Utilities | $1,704.89 |
| | 5/27/26 | Potomac Wines | Alcohol inventory | $489.65 |
| 2947 | 5/27/26 | Southern Glazer | Alcohol inventory | $843.58 |
| 2949 | 5/27/26 | Ganaliel Landeros | Wages | $340.00 |
| 2954 | 5/27/26 | Teresa Lopez | Wages | $1,051.18 |
| | 5/28/26 | Amazon Prime | Subscription service | $15.89 |
| | 5/28/26 | Amazon Prime | Subscription service | $11.65 |
| 2968 | 5/28/26 | Alieska Cordova | Wages | $604.71 |
| 2960 | 5/29/26 | Estefani Sorto | Wages | $590.95 |
| 2990 | 5/29/26 | Ovidio Ramirez | Wages | $404.00 |
| 2992 | 5/29/26 | Kaitlyn Svlivan | Tips | $553.00 |
| 2966 | 5/29/26 | Bryon Vasquez | Wages | $367.29 |
| **Total** | | | | **$269,904.80** |

Go paperless.
Scan the QR code to opt in to paperless statements.

T

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DIST DC
1073 31ST STREET NW
WASHINGTON DC 20007

Page: 1 of 9
Statement Period: May 01 2026-May 31 2026
Cust Ref #: [redacted]

## Chapter 11 Checking

MELBEN INC
DIP CASE 24-00232 DIST DC [redacted]

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 58,156.32 | Average Collected Balance | 57,803.67 |
| Deposits | 90,042.65 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 212,193.10 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 3,489.65 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |
| Checks Paid | 63,018.14 | | |
| Electronic Payments | 73,658.58 | | |
| Other Withdrawals | 137,008.73 | | |
| Ending Balance | 90,196.27 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

If you would like written communication in an alternative accessible format, please contact us at 1-866-610-8501 Ext 2030 or dial 711 for TTY, Mon-Fri 9-6 EST. We offer Large Print, Accessible PDF, Braille (uncontracted or contracted) or Audio CD.

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/20 | DEPOSIT | 90,042.65 |
| | Subtotal: | 90,042.65 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | CCD DEPOSIT, DOORDASH, INC. 1073 31ST ST-Q1A2I6P4G1T8 | 346.45 |
| 05/04 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 25,712.35 |
| 05/04 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 6,510.82 |
| 05/04 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 3,267.13 |
| 05/04 | ACH DEPOSIT, UBER USA, LLC PARTNER SOFMOXTR5BVQY2M | 375.84 |
| 05/04 | CCD DEPOSIT, SPOTON, INC. MTHLY DISC ****00001439744 | 0.10 |
| 05/05 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 2,024.54 |
| 05/06 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 2,633.52 |
| 05/06 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-R3H7E0A1M3J3 | 194.33 |
| 05/07 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 3,357.34 |
| 05/08 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 3,427.11 |
| 05/08 | CCD DEPOSIT, DOORDASH, INC. 1073 31ST ST-I5W9S8B7M6K2 | 139.75 |
| 05/08 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-G4F6S3R1V4Z4 | 45.26 |
| 05/11 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 26,161.62 |

# How to Balance your Account



**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| 1 | Ending Balance | 90,196.27 |
| 2 | Total Deposits | + |
| 3 | Sub Total | |
| 4 | Total Withdrawals | - |
| 5 | Adjusted Balance | |

2

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | 2 |

4

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | 4 |

## FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

## INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

## FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DIST DC

| | |
|---|---|
| Page: | 3 of 9 |
| Statement Period: | May 01 2026-May 31 2026 |
| Cust Ref #: | [redacted] |
| Primary Account #: | [redacted] |

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/11 | ACH DEPOSIT, UBER USA, LLC PARTNER B3EHWXN3FC6ZEIP | 117.36 |
| 05/12 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 11,959.75 |
| 05/12 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 3,564.90 |
| 05/13 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 3,632.17 |
| 05/13 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-T6T9Q6D4Y4O5 | 164.85 |
| 05/15 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 3,338.72 |
| 05/15 | CCD DEPOSIT, DOORDASH, INC. 1073 31ST ST-A9V2T0C1D2U7 | 242.00 |
| 05/18 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 41,840.09 |
| 05/18 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 14,592.83 |
| 05/19 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 14,779.05 |
| 05/19 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 3,357.98 |
| 05/19 | ACH RETURNED ITEM, VA DEPT TAXATION TAX PAYMEN *****7272 | 291.00 |
| 05/19 | ACH DEPOSIT, UBER USA, LLC PARTNER BO7CPGUAJY8SB60 | 234.00 |
| 05/19 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-Y8V9D2V9A7T8 | 201.16 |
| 05/20 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 2,273.61 |
| 05/20 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-L8J7E1Z3F7B6 | 76.50 |
| 05/21 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 3,664.99 |
| 05/22 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 4,888.11 |
| 05/22 | CCD DEPOSIT, DOORDASH, INC. 1073 31ST ST-C9W1D7K8I5A0 | 237.40 |
| 05/26 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 10,335.87 |
| 05/26 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 8,808.94 |
| 05/26 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 4,107.00 |
| 05/26 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-T6E2J5D7P9J0 | 137.13 |
| 05/27 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 1,711.47 |
| 05/27 | ACH DEPOSIT, UBER USA, LLC PARTNER OXBSN36MLOLSOL8 | 200.16 |
| 05/28 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 2,683.40 |
| 05/28 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-C8P4I7V5G8R6 | 188.26 |
| 05/29 | CCD DEPOSIT, DOORDASH, INC. 1073 31ST ST-O1Y0B2V2E2K1 | 339.45 |
| 05/29 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-P5E3V4B8N5X8 | 28.79 |
| | Subtotal: | 212,193.10 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TD

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DIST DC

Page: 4 of 9
Statement Period: May 01 2026-May 31 2026
Cust Ref #: [redacted]
Primary Account #: [redacted]

## DAILY ACCOUNT ACTIVITY

### Other Credits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/19 | RETURNED ITEM | 1,356.75 |
| 05/19 | RETURNED ITEM | 838.94 |
| 05/19 | RETURNED ITEM | 682.92 |
| 05/27 | ACH DEBIT REVERSAL, WWW.SPOTHOPPERAP WWW.SPOTHO ST-W7W9B8R7V8Y3 | 611.04 |
| | Subtotal: | 3,489.65 |

### Checks Paid

No. Checks: 59

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 05/07 | 2827 | 509.00 | 05/18 | 2926 | 1,356.75 |
| 05/05 | 2829* | 1,253.85 | 05/19 | 2928* | 1,950.00 |
| 05/04 | 2837* | 1,332.51 | 05/26 | 2929 | 2,884.62 |
| 05/04 | 2842* | 1,176.68 | 05/18 | 2930 | 1,796.27 |
| 05/06 | 2844* | 1,950.00 | 05/15 | 2931 | 121.05 |
| 05/11 | 2845 | 2,884.62 | 05/18 | 2932 | 2,885.00 |
| 05/05 | 2846 | 1,574.93 | 05/13 | 2933 | 1,106.64 |
| 05/12 | 2847 | 2,885.00 | 05/14 | 2934 | 259.32 |
| 05/07 | 2900* | 4,099.89 | 05/13 | 2935 | 1,169.00 |
| 05/19 | 2906* | 455.51 | 05/18 | 2936 | 115.77 |
| 05/01 | 2908* | 331.76 | 05/13 | 2937 | 240.00 |
| 05/01 | 2909 | 564.00 | 05/18 | 2938 | 2,885.00 |
| 05/20 | 2910 | 110.39 | 05/11 | 2939 | 450.00 |
| 05/14 | 2914* | 595.56 | 05/18 | 2940 | 4,099.89 |
| 05/14 | 2915 | 149.34 | 05/15 | 2941 | 731.00 |
| 05/14 | 2916 | 937.99 | 05/14 | 2942 | 731.00 |
| 05/11 | 2917 | 558.70 | 05/14 | 2943 | 584.13 |
| 05/14 | 2918 | 703.94 | 05/13 | 2944 | 381.09 |
| 05/19 | 2919 | 1,411.23 | 05/14 | 2945 | 312.00 |
| 05/19 | 2921* | 426.30 | 05/15 | 2946 | 577.33 |
| 05/18 | 2922 | 1,396.09 | 05/27 | 2947 | 843.58 |
| 05/18 | 2923 | 838.94 | 05/27 | 2949* | 340.00 |
| 05/22 | 2923* | 838.94 | 05/27 | 2954* | 1,051.18 |
| 05/18 | 2924 | 682.92 | 05/26 | 2955 | 1,151.17 |
| 05/26 | 2924* | 682.92 | 05/26 | 2958* | 1,087.17 |
| 05/15 | 2925 | 674.81 | 05/29 | 2960* | 590.95 |

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DIST DC

Page: 5 of 9
Statement Period: May 01 2026-May 31 2026
Cust Ref #: [redacted]

## DAILY ACCOUNT ACTIVITY

### Checks Paid (continued)

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 05/26 | 2962* | 540.73 | 05/22 | 2985* | 697.67 |
| 05/26 | 2963 | 1,125.01 | 05/29 | 2990* | 404.00 |
| 05/29 | 2966* | 367.29 | 05/29 | 2992* | 553.00 |
| 05/28 | 2968* | 604.71 | | | |

Subtotal: 63,018.14

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | DBCRD PUR AP, *****04037062399, AUT 043026 VISA DDA PUR AP ALSCO INC 703 751 5785 * VA | 530.71 |
| 05/01 | DBCRD PUR AP, *****04037062399, AUT 043026 VISA DDA PUR AP DD DOORDASH TOUSLESJO DOORDASH COM * CA | 62.80 |
| 05/04 | DBCRD PUR AP, *****04036012809, AUT 050126 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 2,268.07 |
| 05/04 | DBCRD PUR AP, *****04036012809, AUT 050226 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 1,480.21 |
| 05/04 | DBCRD PUR AP, *****04037062399, AUT 050126 VISA DDA PUR AP IN GOOD FRIENDS WASTE M 703 5438671 * VA | 550.00 |
| 05/04 | CCD DEBIT, SPOTON TRANSACT ACH ***-*14-4102 | 549.40 |
| 05/04 | DBCRD PMT AP, *****04037062399, AUT 050126 VISA DDA PUR AP RESYNETWORKINC RESY COM * NY | 263.94 |
| 05/04 | DEBIT POS AP, *****04037062399, AUT 050426 DDA PURCHASE AP LIDL 1546 8387 LEESBU VIENNA * VA | 221.72 |
| 05/04 | DBCRD PUR AP, *****04037062399, AUT 050126 VISA DDA PUR AP AMERICAN FILTER STEAM 202 8296060 * DC | 118.48 |
| 05/04 | DBCRD PUR AP, *****04037062399, AUT 050226 VISA DDA PUR AP WALMART COM 800 925 6278 * AR | 94.30 |
| 05/04 | DBCRD PUR AP, *****04037062399, AUT 050426 VISA DDA PUR AP WALMART COM 800 925 6278 * AR | 62.15 |
| 05/05 | DBCRD PUR AP, *****04037062399, AUT 050426 VISA DDA PUR AP POTOMAC WINES SPIRITS WASHINGTON * DC | 767.97 |
| 05/05 | DBCRD PMT AP, *****04037062399, AUT 050426 VISA DDA PUR AP OWNER COM OWNER COM * CA | 528.94 |
| 05/05 | ACH DEBIT, BREAKTHRU BEV BREAKTHRU FT****39536 | 432.65 |
| 05/06 | DBCRD PUR AP, *****04036012809, AUT 050526 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 749.18 |
| 05/06 | DEBIT POS AP, *****04037062399, AUT 050626 DDA PURCHASE AP SAFEWAY 2912 WASHINGTON * DC | 66.80 |
| 05/06 | DBCRD PUR AP, *****04037062399, AUT 050526 VISA DDA PUR AP AMAZON MKTPL BV18D9JQ1 AMZN COM BILL * WA | 29.47 |
| 05/07 | DBCRD PUR AP, *****04037548587, AUT 050626 VISA DDA PUR AP COMCAST XFINITY 800 266 2278 * MD | 1,509.40 |

TD

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DIST DC


Statement Period: May 01 2026-May 31 2026
Cust Ref #: [redacted]

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/07 | DBCRD PUR AP, *****04037062399, AUT 050626 VISA DDA PUR AP FEDEX OFFICE 1821 WGOKO VIENNA * VA | 89.03 |
| 05/07 | DBCRD PUR AP, *****04037062399, AUT 050626 VISA DDA PUR AP WALMART COM 800 925 6278 * AR | 59.67 |
| 05/07 | DBCRD PUR AP, *****04037062399, AUT 050526 VISA DDA PUR AP AMAZON MKTPL BV6YD41J1 AMZN COM BILL * WA | 19.62 |
| 05/07 | DBCRD PUR AP, *****04037062399, AUT 050626 VISA DDA PUR AP PRIME VIDEO BF87V9T42 888 802 3080 * WA | 4.23 |
| 05/07 | DBCRD PUR AP, *****04037062399, AUT 050626 VISA DDA PUR AP PRIME VIDEO BJ3ZR86Y0 888 802 3080 * WA | 4.23 |
| 05/07 | DBCRD PUR AP, *****04037062399, AUT 050626 VISA DDA PUR AP PRIME VIDEO BF1L07T62 888 802 3080 * WA | 4.23 |
| 05/08 | DEBIT POS AP, *****04037062399, AUT 050826 DDA PURCHASE AP WAL MART 5936 VIENNA * VA | 105.27 |
| 05/08 | DEBIT POS AP, *****04037062399, AUT 050826 DDA PURCHASE AP LIDL 1546 8387 LEESBU VIENNA * VA | 31.15 |
| 05/08 | DBCRD PUR AP, *****04037062399, AUT 050726 VISA DDA PUR AP DD DOORDASHDASHPASS DOORDASH COM * CA | 10.59 |
| 05/11 | DBCRD PUR AP, *****04036012809, AUT 050826 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 2,752.99 |
| 05/11 | DBCRD PUR AP, *****04036012809, AUT 051026 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 1,995.56 |
| 05/11 | DBCRD PUR AP, *****04036012809, AUT 050926 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 1,405.97 |
| 05/11 | DBCRD PUR AP, *****04036012809, AUT 050726 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 1,328.38 |
| 05/11 | DBCRD PUR AP, *****04037062399, AUT 050826 VISA DDA PUR AP ALSCO INC 703 751 5785 * VA | 926.57 |
| 05/11 | DBCRD PMT AP, *****04037062399, AUT 051026 VISA DDA PUR AP GEICO AUTO 800 841 3000 * DC | 458.93 |
| 05/11 | DBCRD PUR AP, *****04036012809, AUT 050926 VISA DDA PUR AP LA MART ALEXANDRIA * VA | 110.41 |
| 05/11 | DEBIT POS AP, *****04037062399, AUT 050926 DDA PURCHASE AP WALMART COM 8009256278 BENTONVILLE * AR | 46.31 |
| 05/12 | DBCRD PUR AP, *****04037062399, AUT 051126 VISA DDA PUR AP POTOMAC WINES SPIRITS WASHINGTON * DC | 632.45 |
| 05/12 | DBCRD PUR AP, *****04037062399, AUT 051226 VISA DDA PUR AP DD DOORDASH GIANT DOORDASH COM * CA | 61.02 |
| 05/13 | DBCRD PUR AP, *****04036012809, AUT 051226 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 862.55 |
| 05/13 | DEBIT POS AP, *****04037062399, AUT 051326 DDA PURCHASE AP LIDL 1546 8387 LEESBU VIENNA * VA | 25.12 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DIST DC

Page: 7 of 9
Statement Period: May 01 2026-May 31 2026
Cust Ref #: [redacted]

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/13 | DBCRD PUR AP, *****04037062399, AUT 051226 VISA DDA PUR AP PRIME VIDEO 3A7NU50R3 888 802 3080 * WA | 3.17 |
| 05/15 | DBCRD PUR AP, *****04036012809, AUT 051426 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 2,403.93 |
| 05/15 | ACH DEBIT, BREAKTHRU BEV BREAKTHRU FT****67240 | 588.22 |
| 05/15 | CCD DEBIT, RNDC PAYMENT 41343116 | 549.39 |
| 05/15 | DBCRD PUR AP, *****04037062399, AUT 051426 VISA DDA PUR AP AMAZON MKTPL BV8RL3I20 AMZN COM BILL * WA | 104.94 |
| 05/15 | DBCRD PUR AP, *****04037062399, AUT 051426 VISA DDA PUR AP AMAZON MKTPL BV68C8R50 AMZN COM BILL * WA | 27.52 |
| 05/15 | DBCRD PMT AP, *****04037062399, AUT 051426 VISA DDA PUR AP ADOBE ADOBE 408 536 6000 * CA | 21.19 |
| 05/15 | DBCRD PUR AP, *****04037062399, AUT 051426 VISA DDA PUR AP PRIME VIDEO GA4WP1GZ3 888 802 3080 * WA | 15.89 |
| 05/15 | DBCRD PUR AP, *****04037062399, AUT 051426 VISA DDA PUR AP AMAZON MKTPL 3Z83N1P23 AMZN COM BILL * WA | 10.59 |
| 05/15 | DBCRD PUR AP, *****04037062399, AUT 051426 VISA DDA PUR AP PRIME VIDEO BV66G7980 888 802 3080 * WA | 4.23 |
| 05/15 | DBCRD PUR AP, *****04037062399, AUT 051426 VISA DDA PUR AP PRIME VIDEO BV24T99B0 888 802 3080 * WA | 4.23 |
| 05/18 | DBCRD PUR AP, *****04036012809, AUT 051626 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 3,076.86 |
| 05/18 | DBCRD PUR AP, *****04036012809, AUT 051526 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 2,803.12 |
| 05/18 | DBCRD PUR AP, *****04036012809, AUT 051726 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 2,768.18 |
| 05/18 | CCD DEBIT, VA DEPT TAXATION TAX PAYMEN *****7272 | 291.00 |
| 05/18 | ACH DEBIT, BREAKTHRU BEV BREAKTHRU FT****43744 | 52.99 |
| 05/18 | DBCRD PUR AP, *****04037062399, AUT 051726 VISA DDA PUR AP AMAZON MKTPL 8C5I97PK3 AMZN COM BILL * WA | 38.14 |
| 05/18 | DBCRD PMT AP, *****04037062399, AUT 051726 VISA DDA PUR AP MICROSOFT MICROSOFT 365 MSBILL INFO * WA | 9.99 |
| 05/19 | ELECTRONIC PMT-TEL, ACI PAYMENTS INC ACI ALLYFI ****33035890 | 1,204.00 |
| 05/19 | DBCRD PUR AP, *****04037062399, AUT 051826 VISA DDA PUR AP POTOMAC WINES SPIRITS WASHINGTON * DC | 980.62 |
| 05/19 | CCD DEBIT, DC-OTR-WEB-WTH PAYMENTS 8304507 | 168.11 |
| 05/19 | CCD DEBIT, DC-OTR-WEB-WTH PAYMENTS 8375580 | 139.09 |
| 05/19 | CCD DEBIT, DC-OTR-WEB-WTH PAYMENTS 8307838 | 62.38 |
| 05/19 | ACH DEBIT, BREAKTHRU BEV BREAKTHRU FT****18481 | 48.00 |
| 05/19 | DBCRD PMT AP, *****04037062399, AUT 051826 VISA DDA PUR AP AMAZON PRIME CD4QA4HY3 AMZN COM BILL * WA | 15.89 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DIST DC

Page: 8 of 9
Statement Period: May 01 2026-May 31 2026
Cust Ref #: [redacted]

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/20 | DBCRD PUR AP, *****04036012809, AUT 051926 VISA DDA PUR AP<br>RESTAURANT DEPOT ALEXANDRIA * VA | 2,360.39 |
| 05/20 | ELECTRONIC PMT-TEL, PAYPAL MSTRCRD SYF PAYMNT ****53112137048 | 566.97 |
| 05/20 | DBCRD PUR AP, *****04037062399, AUT 051926 VISA DDA PUR AP<br>ALSCO INC 703 751 5785 * VA | 545.25 |
| 05/20 | DBCRD PUR AP, *****04037062399, AUT 051826 VISA DDA PUR AP<br>AMAZON MKTPL PV9SX3SO3 AMZN COM BILL * WA | 27.80 |
| 05/20 | DBCRD PUR AP, *****04037062399, AUT 051826 VISA DDA PUR AP<br>AMAZON MKTPL AW99Y66F3 AMZN COM BILL * WA | 23.30 |
| 05/20 | DBCRD PMT AP, *****04037062399, AUT 051926 VISA DDA PUR AP<br>SPOTIFY P429CA7616 NEW YORK * NY | 20.13 |
| 05/21 | DEBIT POS AP, *****04037062399, AUT 052126 DDA PURCHASE AP<br>APPLE STORE R036 270 ARLINGTON * VA | 1,270.94 |
| 05/21 | DEBIT POS AP, *****04037062399, AUT 052126 DDA PURCHASE AP<br>TOTAL WINE MO MCLEAN * VA | 261.72 |
| 05/21 | CCD DEBIT, IRS USATAXPYMT ****54142072936 | 168.30 |
| 05/21 | DBCRD PUR AP, *****04036012809, AUT 052026 VISA DDA PUR AP<br>WWW ESPRIGAS COM ORDER ESPRIGA * TX | 60.95 |
| 05/21 | DBCRD PUR AP, *****04037062399, AUT 052026 VISA DDA PUR AP<br>AMAZON MKTPL WQ24B2S53 AMZN COM BILL * WA | 30.72 |
| 05/21 | DBCRD PUR AP, *****04036012809, AUT 052026 VISA DDA PUR AP<br>WWW ESPRIGAS COM ORDER ESPRIGA * TX | 24.38 |
| 05/22 | CCD DEBIT, DC-OTR-WEB-SLU PAYMENTS 8308475 | 18,157.25 |
| 05/22 | CCD DEBIT, IRS USATAXPYMT ****54243184002 | 2,634.48 |
| 05/22 | ACH DEBIT, BREAKTHRU BEV BREAKTHRU FT****02740 | 1,118.28 |
| 05/26 | DBCRD PUR AP, *****04036012809, AUT 052226 VISA DDA PUR AP<br>RESTAURANT DEPOT ALEXANDRIA * VA | 2,359.40 |
| 05/26 | ACH DEBIT, ALDANA & ASSOCIA SALE | 1,497.00 |
| 05/26 | CCD DEBIT, WWW.SPOTHOPPERAP WWW.SPOTHO ST-W7W9B8R7V8Y3 | 611.04 |
| 05/26 | DBCRD PUR AP, *****04036012809, AUT 052326 VISA DDA PUR AP<br>RESTAURANT DEPOT ALEXANDRIA * VA | 599.09 |
| 05/26 | DEBIT POS AP, *****04037062399, AUT 052326 DDA PURCHASE AP<br>CVS PHARMACY 01407 ARLINGTON * VA | 167.81 |
| 05/26 | DBCRD PUR AP, *****04036012809, AUT 052326 VISA DDA PUR AP<br>SAFEWAY 2912 WASHINGTON * DC | 53.01 |
| 05/26 | DBCRD PUR AP, *****04037062399, AUT 052326 VISA DDA PUR AP<br>AMAZON MKTPL OJ2WV10L3 AMZN COM BILL * WA | 28.98 |
| 05/27 | DBCRD PUR AP, *****04036012809, AUT 052626 VISA DDA PUR AP<br>RESTAURANT DEPOT ALEXANDRIA * VA | 2,237.17 |
| 05/27 | ELECTRONIC PMT-WEB, DC WATER COM-WATER 0688407 | 1,704.89 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DIST DC

Page: 9 of 9
Statement Period: May 01 2026-May 31 2026
Cust Ref #: [redacted]

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/27 | DBCRD PUR AP, *****04037062399, AUT 052626 VISA DDA PUR AP POTOMAC WINES SPIRITS WASHINGTON * DC | 489.65 |
| 05/28 | DBCRD PMT AP, *****04037062399, AUT 052726 VISA DDA PUR AP AMAZON PRIME EY8L34TW3 AMZN COM BILL * WA | 15.89 |
| 05/28 | DBCRD PUR AP, *****04037062399, AUT 052726 VISA DDA PUR AP PRIME VIDEO CHANNELS AMZN COM BILL * WA | 11.65 |
| | Subtotal: | 73,658.58 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | DEBIT | 44,986.08 |
| 05/01 | DEBIT | 8.00 |
| 05/18 | DEBIT | 90,050.65 |
| 05/19 | DEBIT | 1,200.00 |
| 05/20 | DEBIT | 764.00 |
| | Subtotal: | 137,008.73 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 04/30 | 58,156.32 | 05/15 | 56,579.24 |
| 05/01 | 12,019.42 | 05/18 | -2,135.40 |
| 05/04 | 39,768.20 | 05/19 | 11,545.27 |
| 05/05 | 37,234.40 | 05/20 | 99,519.80 |
| 05/06 | 37,266.80 | 05/21 | 101,367.78 |
| 05/07 | 34,324.84 | 05/22 | 83,046.67 |
| 05/08 | 37,789.95 | 05/26 | 93,647.66 |
| 05/11 | 51,150.49 | 05/27 | 89,503.86 |
| 05/12 | 63,096.67 | 05/28 | 91,743.27 |
| 05/13 | 63,106.12 | 05/29 | 90,196.27 |
| 05/14 | 58,832.84 | | |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

SpotOn
support@spoton.com
(877) 814-4102

**THIS IS NOT A BILL**

# Your Business Recap.

**BILLING STATEMENT FOR MAY 2026**
**PAGE 1 OF 3**

**Amount Deducted:**
**$-0.09**

**Merchant #:**
**545500001439744**

**DBA Name:**
**Flavio**

## Melben Inc

1073 31st St NW
Washington
DC, 20007
US

## YOUR SALES THIS MONTH

# $247,330.32




**This is 3.1% higher than last month**

## WHAT YOUR CUSTOMERS ARE SAYING




**Your business received 0 new reviews in the past month.**
Log in to your merchant dashboard for more information

support@spoton.com
(877) 814-4102

Merchant #:
545500001439744

DBA Name:
Flavio

**THIS IS NOT A BILL**

# Your Business Recap.

**BILLING STATEMENT FOR MAY 2026**
**PAGE 2 OF 3**

## ACTIVITY SUMMARY

| PLAN CODE | NUMBER OF SALES | AMOUNT OF SALES | NUMBER OF REFUNDS | AMOUNT OF REFUNDS | NET SALES |
|---|---|---|---|---|---|
| VS | 1,422 | $142,061.73 | 4 | $219.22 | $141,842.51 |
| VL | 0 | $0.00 | 0 | $0.00 | $0.00 |
| MC | 437 | $45,432.87 | 0 | $0.00 | $45,432.87 |
| ML | 0 | $0.00 | 0 | $0.00 | $0.00 |
| AM | 393 | $49,221.65 | 0 | $0.00 | $49,221.65 |
| DS | 119 | $10,833.29 | 0 | $0.00 | $10,833.29 |
| DB | 0 | $0.00 | 0 | $0.00 | $0.00 |
| EB | 0 | $0.00 | 0 | $0.00 | $0.00 |
| TOTAL | 2,371 | $247,549.54 | 4 | $219.22 | $247,330.32 |

## DEPOSITS

| DATE | TRAN CODE | NUMBER OF SALES | AMOUNT OF SALES | AMOUNT OF REFUNDS | DISCOUNT PAID | NON SETTLED | SETTLED |
|---|---|---|---|---|---|---|---|
| 05/01 | D | 54 | $3,384.92 | $0.00 | $117.79 | $0.00 | $3,267.13 |
| 05/03 | D | 249 | $26,639.39 | $0.00 | $927.04 | $0.00 | $25,712.35 |
| 05/04 | D | 84 | $6,745.55 | $0.00 | $234.73 | $0.00 | $6,510.82 |
| 05/05 | D | 25 | $2,097.56 | $0.00 | $73.02 | $0.00 | $2,024.54 |
| 05/06 | D | 28 | $2,728.46 | $0.00 | $94.94 | $0.00 | $2,633.52 |
| 05/07 | D | 52 | $3,478.39 | $0.00 | $121.05 | $0.00 | $3,357.34 |
| 05/08 | D | 53 | $3,550.67 | $0.00 | $123.56 | $0.00 | $3,427.11 |
| 05/10 | D | 259 | $27,104.92 | $0.00 | $943.30 | $0.00 | $26,161.62 |
| 05/11 | D | 109 | $12,390.97 | $0.00 | $431.22 | $0.00 | $11,959.75 |
| 05/12 | D | 37 | $3,693.39 | $0.00 | $128.49 | $0.00 | $3,564.90 |
| 05/13 | D | 43 | $3,763.12 | $0.00 | $130.95 | $0.00 | $3,632.17 |
| 05/14 | D | 42 | $3,459.10 | $0.00 | $120.38 | $0.00 | $3,338.72 |
| 05/15 | D | 89 | $15,118.94 | $0.00 | $526.11 | $0.00 | $14,592.83 |
| 05/17 | D | 359 | $43,348.69 | $0.00 | $1,508.60 | $0.00 | $41,840.09 |
| 05/18 | D | 109 | $15,311.91 | $0.00 | $532.86 | $0.00 | $14,779.05 |
| 05/19 | D | 36 | $3,479.09 | $0.00 | $121.11 | $0.00 | $3,357.98 |
| 05/20 | D | 31 | $2,355.60 | $0.00 | $81.99 | $0.00 | $2,273.61 |
| 05/21 | D | 43 | $3,797.13 | $0.00 | $132.14 | $0.00 | $3,664.99 |
| 05/22 | D | 36 | $5,064.34 | $0.00 | $176.23 | $0.00 | $4,888.11 |
| 05/24 | D | 85 | $9,126.57 | $0.00 | $317.63 | $0.00 | $8,808.94 |
| 05/25 | D | 104 | $10,708.48 | $0.00 | $372.61 | $0.00 | $10,335.87 |
| 05/26 | D | 45 | $4,255.07 | $0.00 | $148.07 | $0.00 | $4,107.00 |
| 05/27 | D | 24 | $1,773.18 | $0.00 | $61.71 | $0.00 | $1,711.47 |
| 05/28 | D | 35 | $3,007.51 | $219.22 | $104.89 | $0.00 | $2,683.40 |
| 05/29 | D | 80 | $7,355.65 | $0.00 | $255.96 | $0.00 | $7,099.69 |
| 05/31 | D | 260 | $23,810.94 | $0.00 | $828.65 | $0.00 | $22,982.29 |
| DEPOSIT TOTAL | | 2,371 | $247,549.54 | $219.22 | $8,615.03 | $0.00 | $238,715.29 |

SpotOn

support@spoton.com
(877) 814-4102

**Merchant #:**
**545500001439744**

**DBA Name:**
**Flavio**

**THIS IS NOT A BILL**

# Your Business Recap.

**BILLING STATEMENT FOR MAY 2026**



## FEES

| STATEMENT FEE DESC OR DETAIL | COUNT | AMOUNT | RATES | PER ITEM | FEES PAID | TOTAL |
|---|---|---|---|---|---|---|
| INTERCHANGE FEES / AMERICAN EXPRESS PROGRAM FEES | | | | | | |
| AMEX DISCOUNT RATE 1 | 8 | $91.99 | 3.3800% | | $3.11 | $3.11 |
| AMEX DISCOUNT RATE 2 | 385 | $49,129.66 | 3.3800% | | $1,660.56 | $1,660.58 |
| VS/MC/DS FLAT DISCOUNT RATE | 1,978 | $198,327.89 | 3.3800% | | $6,703.47 | $6,703.49 |
| TOTAL INTERCHANGE FEES / AMERICAN EXPRESS PROGRAM FEES | | | | | | $8,367.18 |
| TRANSACTION FEES | | | | | | |
| SOPF - SOFTWARE | | | | | $247.89 | $247.76 |
| TOTAL TRANSACTION FEES | | | | | | $247.76 |
| TOTAL FEES | | | | | | $8,614.94 |

## FEE COLLECTION

AMOUNT DEDUCTED THROUGH DAILY DISCOUNT: $8,615.03

AMOUNT DEDUCTED AT END OF STATEMENT PERIOD: $-0.09

**TD Bank**

America's Most Convenient Bank®

Filter: **Last 30 days**

**Front of check**

AMER

**MELBEN INC** 07-24 Flavio
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Elite Wine

Five Hundred Sixty Four 00/100

MEMO INV# DC 110770

⑈002909⑈ ⑆054001725⑆ 44415460 7

**Back of check**

>065000090<
CAPITAL ONE, NA
0050399294 05012026
RICHMOND, VA 057 23
Deposit 1361022714

**TD Bank**

America's Most Convenient Bank®

Filter: **Last 90 days**

**Front of check**

AME

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Opici wine

Three hundred Thirty One 76/100

MEMO INV #/INV620001347Y

1067373

⑈002908⑈ ⑆054001725⑆ 44415460 7

**Back of check**

Security Features [illegible] industry standards and include:
- [illegible] Matching account and check number on back [illegible]
- [illegible] Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security [illegible] pattern [illegible] designed to deter fraud
- [illegible] on front and back
- The words [illegible] on the back
- Photo Safe Deposit [illegible] on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or related spots appear on both front and back, and in Chemical Wash Detection Box

**TD Bank**

America's Most Convenient Bank®

Filter: Last 90 days

**Front of check**

AMER

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Erick J Perez Lopez

One Thousand Three Hundred Thirty-Two and 51/100**********************************

Erick J Perez Lopez
211 S LExington St
Arlington, VA 22204

MEMO

Pay Period: 12/06/2025 - 12/19/2025

⑈002837⑈ ⑆054001725⑆ 444154607

**Back of check**

**TD Bank**

America's Most Convenient Bank®

Filter: Last 90 days

**Front of check**

AMERI

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Adelso Godoy Lopez

One Thousand One Hundred Seventy-Six and 68/100********************************

Adelso Godoy Lopez
211 S Lexington St
Arlington, VA 22204

MEMO

Pay Period: 12/06/2025 - 12/19/2025

⑈002842⑈ ⑆054001725⑆ 444154607

**Back of check**

[illegible]

Security features exceed industry standards and include:

- [illegible] and check number [illegible]
- [illegible] mark to indicate [illegible]
- [illegible] designed to deter fraud
- [illegible] front and back
- [illegible] back
- [illegible] front and back

[illegible]

- [illegible] listed above are missing or appear altered
- [illegible] disappeared
- [illegible] front and back.
- [illegible] Detection Box

**TD Bank**

America's Most Convenient Bank®

Filter: **Last 90 days**

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Edwin Wilfredo Lopez y Lopez

One Thousand Five Hundred Seventy-Four and 93/100******************************

Edwin Wilfredo Lopez y Lopez
2303 10th St N
Arlington, VA 22201

MEMO

PP 12/06/2025 - 12/19/2025

⑈002846⑈ ⑆054001725⑆ 44415460

**Back of check**

Security features exceed industry standards and include:

- [illegible] and check number
- [illegible] to indicate
- [illegible] to deter fraud
- [illegible]
- [illegible] back
- [illegible]

[illegible]

- [illegible] are missing or appear altered
- [illegible]
- [illegible] and back.

**TD Bank**

America's Most Convenient Bank®

Filter: Last 90 days

**Front of check**

AMO

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Rogelio Estrada Gonzalez

One Thousand Two Hundred Fifty-Three and 85/100*************************************

Rogelio Estrada Gonzalez
211 S Lexington St
Arlington, VA 22204

MEMO

Pay Period: 12/06/2025 - 12/19/2025

⑈002829⑈ ⑆054001725⑆ 444154607

**Back of check**

002829

07-24

Security Features exceed industry standards and include:

- Matching account and check number
- Mobile Deposit check mark to indicate ... via mobile device
- ... pattern on back designed to deter fraud
- ... printed on front and back
- ... ORIGINAL DOCUMENT across the back
- ... Safe Deposit ... icon visible on front and back

... not cash if:

- ... features listed above are missing or appear altered
- ... looks pink or has disappeared
- ... spots appear on both front and back.
- ... Detection Box

**TD Bank**

America's Most Convenient Bank®

Filter: **Last 90 days**

**Front of check**

AME

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE
ORDER OF Leonel Vasquez Suchite

One Thousand Nine Hundred Fifty and 00/100****************************************

Leonel Vasquez Suchite
1230 N Scott St Apt 304
Arlington, VA 22209

MEMO

PP 12/06/2025 - 12/19/2025

⑈002844⑈ ⑆054001725⑆ 444154607

**Back of check**

05052026

05052026 402901000723330

b426502

402901000723330

>05

# TD Bank

America's Most Convenient Bank®

Filter: **Last 90 days**

**Front of check**

AMER

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mohamed El Mekki Karrakchou

Four Thousand Ninety -Nine and 89/100••••..••••••••••••••••••••••••••••••••••••••

Mohamed El Mekki Karrakchou
7902 Tyson One Pl #1903
Mcclean, VA 22102

MEMO

Pay Period 2/28 - 3/13/26

⑈002900⑈ ⑆054001725⑆ 444154607

**Back of check**

20260507 15785000308020 AUB 051403164 TLR# 0002523

TD Bank

America's Most Convenient Bank®

Filter: Last 90 days

**Front of check**

[redacted]

AME

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Ulziikhand Chuluunbaatar

Five Hundred. Nine 00/00

Tips until April 4

MEMO

⑈002827⑈ ⑆054001725⑆ 44415460 7

**Back of check**

# TD Bank

America's Most Convenient Bank®

Filter: Last 90 days

**Front of check**

AMERIC

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Herberto Lopez Ordonez

Two Thousand Eight Hundred Eighty-Four and 62/100**********************************

Herberto Lopez Ordonez
1004 S Queen St
Arlington, VA 22204

MEMO

PP 01/17/2026 - 01/30/2026

⑈002845⑈ ⑆054001725⑆ 44415460791

**Back of check**

[illegible]

TD Bank

America's Most Convenient Bank®

Filter: Last 90 days

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Eliseo Lopez

Five Hundred Fifty-Eight and 70/100**********************************************

Eliseo Lopez
5807 14th St NW Apt# 200
Washington, DC 20011

MEMO

P P ri d 04/12/2026 04/25/2026

⑈002917⑈ ⑆054001725⑆ 44415460

**Back of check**

[illegible]

[illegible] Features exceed industry standards and include:
[illegible] and check number
[illegible]
[illegible] Deposit [illegible] mark to indicate
[illegible]
[illegible] designed to deter fraud
[illegible] front and back
[illegible] the back
[illegible] back

[illegible]
[illegible] altered
[illegible]
[illegible] front and back,
[illegible] Chemical [illegible]

TD Bank

America's Most Convenient Bank®

Filter: Last 90 days

**Front of check**

AMER

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Teresa Lopez

One Thousand One Hundred Sixty-Nine and 00/100*********************************

Teresa Lopez
1437 11th St NW
Washington, DC 20001

MEMO

Pay Period: 12/20/2025 - 01/02/2026

⑈002935⑈ ⑆054001725⑆ 44415460?5

**Back of check**

ELECTRONICALLY PRESENTED

TD Bank

America's Most Convenient Bank®

Filter: Last 90 days

**Front of check**

AMER

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Cash

Four Hundred Fifty 00/100........

Manager license

MEMO

⑈002939⑈ ⑆054001725⑆ 444154607

**Back of check**

520823016064 122757 20260511 00000000(

DDA_DEBIT TAQ6812 450.00

Tysons Corner 0208 94004 5208 0001 0027

**TD Bank**

America's Most Convenient Bank®

Filter: **Last 90 days**

**Front of check**

AMERIC

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Nerlyn Cedillo

One Thousand One Hundred Six and 64/100********************************************

Nerlyn Cedillo
919 Sheridon St NW apt g2
washington, DC 20011

MEMO

Pay Period: 12/20/2025 - 01/02/2026

⑈002933⑈ ⑆054001725⑆ 4441546079⑈

**Back of check**

Security features exceed industry standards and include:

- ... and check number
- ... indicate
- ... to deter fraud
- ...
- ... across ... back
- ... on front and back

Do not cash if:

- ... appear altered
- ... disappeared
- ... front and back and ... Detection Box

**TD Bank**

America's Most Convenient Bank®

Filter: Last 90 days

**Front of check**

AM

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF David A Perez

Three Hundred Eighty-One and 09/100*********************************************

David A Perez
200 P St NW
Washingting, DC 20001

MEMO
Pay Period: 04/18/2026 - 05/01/2026

⑈002944⑈ ⑆054001725⑆ 44415460?

**Back of check**

TD Bank
America's Most Convenient Bank®

Filter: Last 90 days

**Front of check**

AME

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Gamaliel Landores

Two Hundred Forty and 00/100****************************************************

Host Hrs 12hrs*20

MEMO

⑈002937⑈ ⑆054001725⑆ 444154607

**Back of check**

05122026

05122026 402901000727860

b426hb0

402901000727860

>05

**TD Bank**

America's Most Convenient Bank®

Filter: Last 90 days

**Front of check**

AM

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE
ORDER OF David Cerezo

Nine Hundred Thirty-Seven and 99/100**********************************************

David Cerezo
3563 Center St NW
Washington, DC 20010

MEMO

Pay Period: 04/19/2026 - 05/02/2026

⑈002916⑈ ⑆054001725⑆ 444154607

**Back of check**

# TD Bank

America's Most Convenient Bank®

Filter: Last 90 days

**Front of check**

AMERI

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Aziza. Naji

Two thousand Eight Hundred Eighty Five 00/00........

PP1/31/26 To 2/13/26

MEMO

⑈002847⑈ ⑆054001725⑆ 4441546079

**Back of check**

520825008208 100834 20260512 00000000
DDA_DEBIT TAE6387 2885.00
Tysons Corner 0208 94004 5208 0005 0010

# TD Bank

America's Most Convenient Bank®

Filter: **Last 90 days**

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Dalia. H. Karim

Seven. Hundred. Thirty. One 00/100..............

Tips from 4/23To 5/9/26

MEMO

⑈002942⑈ ⑆054001725⑆ 444154

**Back of check**

TD Bank

America's Most Convenient Bank®

Filter: Last 90 days

**Front of check**

AM

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Estefani Marina Sorto

Seven Hundred Three and 94/100*********************************************************

Estefani Marina Sorto
812 Jefferson St NW
Washington, DC 20011

MEMO

Pay Period: 04/12/2026 - 04/25/2026

⑈002918⑈ ⑆054001725⑆ 44415460?

**Back of check**

**TD Bank**

America's Most Convenient Bank®

Filter: Last 90 days

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Alieska M Cordova

Five Hundred Ninety-Five and 56/100**************************************************

Alieska M Cordova
1531 N Pierce St
Arlington, VA 22209

MEMO

P P riod 04/12/2026 04/25/2026

⑈002914⑈ ⑆054001725⑆ 44415460 7

**Back of check**

TD Bank
America's Most Convenient Bank®

Filter: Last 90 days

**Front of check**

AMI

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Bryon Josue Vasquez

Five Hundred Eighty-Four and 13/100**************************************************

Bryon Josue Vasquez
812 Jefferson St NW
Washington, DC 20011

MEMO

Pay Period: 04/18/2026 - 05/01/2026

⑈002943⑈ ⑆054001725⑆ 444154607

**Back of check**

**TD Bank**

America's Most Convenient Bank®

Filter: **Last 90 days**

**Front of check**

AME

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Opici wiNE

Three hundred Twelve 60/100

MEMO INV# IN62000 013568

⑈002945⑈ ⑆054001725⑆ 444154607

**Back of check**

Security features exceed industry standards and include:

- ImageMatch® Matching account and check number on back [illegible]
- MobileMark™ Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave™ pattern on back designed to deter fraud
- Microprint (MP) lines printed on front and back
- The words "[illegible]" across the back
- Photo Safe Deposit® icon visible on front and back

Do not cash if:

- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks wet or has disappeared
- Brown stains or colored spots appear on both front and back and in Chemical Wash Detection box

TD Bank

America's Most Convenient Bank®

Filter: Last 90 days

**Front of check**

AME

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Nikauly Lineros

Two Hundred Fifty-Nine and 32/100**************************************************

Nikauly Lineros
4301 Columbia Pike
Arlington, VA 22204

MEMO

Pay Period: 04/12/2026 04/25/2026

⑈002934⑈ ⑆054001725⑆ 44415460 7

**Back of check**

... features exceed industry standards and include:

For Deposit Only - JPMC

TD Bank
America's Most Convenient Bank®

Filter: Last 90 days

**Front of check**

AME

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Dalia H Karim

One Hundred Forty-Nine and 34/100**********************************************************

Dalia H Karim
1786 Westwind Way
McLean, VA 22102

MEMO

⑈002915⑈ ⑆054001725⑆ 4441546079

**Back of check**

TD Bank

America's Most Convenient Bank®

Filter: Last 60 days

Front of check

AME

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Malak. Abdrabou

Seven Hundred Thirty. One 00/100...............

·Tips from 4/23. To 5/9/26

MEMO

⑈002941⑈ ⑆054001725⑆ 44154607

Back of check

[illegible] 002544

[illegible]

[illegible] 07-24

**Security Features exceed industry standards and include:**

- Image[illegible] Matching account and check number on back [illegible]
- [illegible] Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security [illegible] pattern on back designed to deter fraud
- Microprint [illegible] printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- [illegible] Safe Deposit Icon visible on front and back

**Do not cash if:**

- Any of the features listed above are missing or appear altered
- [illegible] on back [illegible] has disappeared
- [illegible] appear on both front and back, and in Chemical Wash Detection Box

TD Bank

America's Most Convenient Bank®

Filter: Last 60 days

Front of check

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Isaac Colato

Six Hundred Seventy-Four and 81/100**************************************************

Isaac Colato
812 Jefferson St NW Apt # 210
Washington, DC 20011

MEMO

Pay Period: 04/12/2026 - 04/25/2026

⑈002925⑈ ⑆054001725⑆ 44415460?

Back of check

# TD Bank

America's Most Convenient Bank®

Filter: Last 60 days

**Front of check**

AMER

**MELBEN INC** 07-24 F-Lano
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Elite Wines

Five hundred Seventy Seven 77/100

MEMO INV #DC 111816

⑈002946⑈ ⑆054001725⑆ 44415460７

**Back of check**

>065000090<
CAPITAL ONE, NA
0050551950 05152026
RICHMOND, VA 092 23
Deposit 1361022714

TD Bank

America's Most Convenient Bank®

Filter: Last 60 days

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Malak Abdrabou

One Hundred Twenty-One and 05/100**********************************************

Malak Abdrabou
4100 Massachussets Ave Apt 303
Washington, DC 20016

MEMO

04/ 2/2026 04/25/2026

⑈002931⑈ ⑆054001725⑆ 44415460

**Back of check**

[illegible] 79
[illegible] 07-24

[illegible]ecurity features exceed industry standards and include:
- [illegible] Matching acc[illegible] and check number [illegible]
- [illegible] Mobile Deposit check mark to indicate check has been deposited via [illegible] device
- The Security [illegible] pattern [illegible] designed to deter fraud
- [illegible] printed [illegible] front and back
- The words [illegible]RIGINAL DOCUMENT[illegible] the back
- Photo Safe Deposit icon [illegible] on front and back

[illegible] not cash if:
- Any of the features listed above are missing or appear altered
- [illegible] looks [illegible] or has disappeared
- [illegible] colored sp[illegible] appear on both front and back.
- [illegible] Chemical Wash Detection Box

TD Bank
America's Most Convenient Bank®

Filter: Last 60 days

**Front of check**

AMEI

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mohamed El Mekki Karrakchou

Four Thousand Ninety -Nine and 89/100••••..

Mohamed El Mekki Karrakchou
7902 Tyson One Pl #1903
Mcclean, VA 22102

MEMO

Pay Period 3/14 /26 to 3/27/26

⑈002940⑈ ⑆054001725⑆ 44415460

**Back of check**

20260518 15775000382630 AUB 051403164 TLR# 0002522

# TD Bank

America's Most Convenient Bank®

Filter: Last 60 days

**Front of check**

AMERI

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Aziza. Naji

Two. Thousand Eight Hundred Eighty Five 0/100...............

Pay Period 2/28/26 To 3/13 /26

MEMO

⑈002932⑈ ⑆054001725⑆ 444154607

**Back of check**

520822017705 104522 20260518 00000000
DDA_DEBIT TAS6384 2885.00
Tysons Corner 0208 94004 5208 0002 0031

**TD Bank**
America's Most Convenient Bank®

Filter: **Last 60 days**

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Edwin Wilfredo Lopez y Lopez

One Thousand Seven Hundred Ninety-Six and 27/100*****************************

Edwin Wilfredo Lopez y Lopez
2303 10th St N
Arlington, VA 22201

MEMO
PP 12/20/2025 - 01/02/2026

⑈002930⑈ ⑆054001725⑆ 4441546

**Back of check**

and include

fraud

or altered

and face

**TD Bank**

America's Most Convenient Bank®

Filter: Last 60 days

**Front of check**

AUT

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Erick J Perez Lopez

One Thousand Three Hundred Ninety-Six and 09/100*********************************

Erick J Perez Lopez
211 S LExington St
Arlington, VA 22204

MEMO

Pay Period: 12/20/2025 - 01/02/2026

⑈002922⑈ ⑆054001725⑆ 44415460 7

**Back of check**

**TD Bank**

America's Most Convenient Bank®

Filter: **Last 60 days**

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Rogelio Estrada Gonzalez

One Thousand Three Hundred Fifty-Six and 75/100*********************************

Rogelio Estrada Gonzalez
211 S Lexington St
Arlington, VA 22204

MEMO

Pay Period: 12/20/2025 - 01/02/2026

⑈002926⑈ ⑆054001725⑆ 44415460

**Back of check**

... standards and include:

- ... cate
- ... to deter fraud

- ... appear altered
- ... front and back.

TD Bank

America's Most Convenient Bank®

Filter: Last 60 days

**Front of check**

AMI

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Esmeralda Colato

Eight Hundred Thirty-Eight and 94/100**************************************************

Esmeralda Colato
812 Jefferon St NW 210
Washington, DC 20011

MEMO

Pay Period: 04/12/2026 - 04/25/2026

⑈002923⑈ ⑆054001725⑆ 44415460?

**Back of check**

TD Bank

America's Most Convenient Bank®

Filter: Last 60 days

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE
ORDER OF Mabilia Miranda

Six Hundred Eighty-Two and 92/100****************************************************

Mabilia Miranda
2014 Columbia Pike #12
Arlington, VA 22204

MEMO

Pay Period: 12/20/2025 - 01/02/2026

⑈002924⑈ ⑆054001725⑆ 44415460

**Back of check**

003924

Security Features exceed industry standards and include:

- Matching account and check number
- Mobile Deposit check mark to indicate ... mobile device
- ... pattern on back designed to deter fraud
- ... printed on front and back
- ... ORIGINAL DOCUMENT across the back
- ... Deposit icon visible on front and back

Do not cash if:

- ... features listed above are missing or appear altered
- ... has disappeared
- ... on both front and back.
- ... Detection Box

# TD Bank

America's Most Convenient Bank®

Filter: Last 60 days

**Front of check**

AMER

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Norys Barcenas

One Hundred Fifteen and 77/100**************************************************

Training Hrs 6;45*17.95

MEMO

⑈002936⑈ ⑆054001725⑆ 444154607

**Back of check**

"For deposit only
In Bank of America"

TD Bank

America's Most Convenient Bank®

Filter: Last 60 days

**Front of check**

AMER

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Aziza Naji

Two Thousand Eight Hundred Eighty Five and00/100******************************

MEMO

Pay Period: 02/14/26 - 02/27/2026

⑈002938⑈ ⑆054001725⑆ 444154607

**Back of check**

520822017690 101732 20260518 00000000
DDA_DEBIT TAS6384 2885.00
Tysons Corner 0208 94004 5208 0002 0019

# TD Bank

America's Most Convenient Bank®

Filter: Last 60 days

**Front of check**

AM

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Leonel Vasquez Suchite

One Thousand Nine Hundred Fifty and 00/100****************************************

Leonel Vasquez Suchite
1230 N Scott St Apt 304
Arlington, VA 22209

MEMO

PP 12/20/2025 - 01/02/2026

⑈002928⑈ ⑆054001725⑆ 444154607

**Back of check**

05182026

05182026 402901000731070

b426502

402901000731070 >05

# TD Bank

America's Most Convenient Bank®

Filter: **Last 60 days**

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Adelso Godoy Lopez

One Thousand Four Hundred Eleven and 23/100******************************

Adelso Godoy Lopez
211 S Lexington St
Arlington, VA 22204

MEMO

Pay Period: 12/20/2025 - 01/02/2026

⑈002919⑈ ⑆054001725⑆ 444154

**Back of check**

Security features [illegible] exceed industry standards and [illegible]

- [illegible] checked and [illegible]
- [illegible] check mark to indicate [illegible] device
- [illegible] used to de[illegible]
- [illegible]
- [illegible] which [illegible] back
- [illegible] visible [illegible] each

[illegible]

- [illegible] missing [illegible]
- [illegible] has [illegible]
- [illegible] on both front and back [illegible] Box

# TD Bank

America's Most Convenient Bank®

Filter: Last 60 days

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF BNDC

Four hundred Fifty five 81/100

70040

MEMO INV #(8657700

⑈002906⑈ ⑆054001725⑆ 444154607

**Back of check**

**TD Bank**

America's Most Convenient Bank®

Filter: **Last 60 days**

**Front of check**

AME

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Danilo Suchite

Four Hundred Twenty-Six and 30/100**************************************************

Danilo Suchite
1830 N Scott St Apt 304
Arlington, VA 22209

MEMO

Pay Period: 12/20/2025 - 01/02/2026

⑈002921⑈ ⑆054001725⑆ 444154607

**Back of check**

002921

**Security Features exceed industry standards and include:**

- Image Match — Matching account and check number
- Mobile Mark — Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave pattern on back designed to deter fraud
- Microprint MP lines printed on front and back
- The words ORIGINAL DOCUMENT across the back
- Photo Safe Deposit icon visible on front and back

**Do not cash if**

- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

**TD Bank**

America's Most Convenient Bank®

Filter: **Last 60 days**

**Front of check**



AMEF

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Zikk INC

ONE HunDRed Ten 39/100

MEMO

⑈002910⑈ ⑆054001725⑆ 444154607

**Back of check**

Capital One, N.A. Richmond VA 065000090

61117IAO3970420260520000073312186

>065000090<
CAPITAL ONE, NA
0060462866 05202026
RICHMOND, VA 038 23
Deposit 1360278731

TD Bank

America's Most Convenient Bank®

Filter: Last 60 days

**Front of check**

AMI

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Esmeralda Colato

Eight Hundred Thirty-Eight and 94/100*****************************************************

Esmeralda Colato
812 Jefferon St NW 210
Washington, DC 20011

MEMO

Pay Period: 04/12/2026 - 04/25/2026

⑈002923⑈ ⑆054001725⑆ 44415460 7

**Back of check**

# TD Bank

America's Most Convenient Bank®

Filter: **Last 60 days**

**Front of check**

AMER

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Elite Wine

sixty hundred ninety seven

MEMO —

⑈002985⑈ ⑆054001725⑆ 444154607

**Back of check**

>065000090<
CAPITAL ONE, NA
0060769650 05222026
RICHMOND, VA 087 23
Deposit 1361022714

**TD Bank**

America's Most Convenient Bank®

Filter: **Last 60 days**

**Front of check**

AMERICA'S MO

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Herberto Lopez Ordonez

Two Thousand Eight Hundred Eighty-Four and 62/100************************************

Herberto Lopez Ordonez
1004 S Queen St
Arlington, VA 22204

MEMO

PP 01/31/2026 - 02/13/2026

⑈002929⑈ ⑆054001725⑆ 4441546079⑈

**Back of check**

[illegible] standards and include [illegible]

- [illegible]
- [illegible] to deter fraud
- [illegible]
- [illegible] back
- [illegible]

[illegible]

- [illegible] stored
- [illegible]
- [illegible] front and back [illegible]

**TD Bank**

America's Most Convenient Bank®

Filter: Last 60 days

**Front of check**

AME

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Rogelio Estrada Gonzalez

One Thousand One Hundred Fifty-One and 17/100**********************************

Rogelio Estrada Gonzalez
211 S Lexington St
Arlington, VA 22204

MEMO

Pay Period: 01/03/2026 - 01/16/2026

⑈002955⑈ ⑆054001725⑆ 444154607

**Back of check**

[illegible] 07-24

[illegible] Features exceed industry standards and include:
[illegible] account and check number
[illegible]
[illegible] Mobile Deposit check mark to indicate
[illegible] via mobile device
[illegible] designed to deter fraud
[illegible] front and back
[illegible] ORIGINAL DOCUMENT [illegible] back
[illegible] visible on front and back

[illegible]
[illegible] features listed above are missing or appear altered
[illegible] back looks pink or has disappeared
[illegible] appear on both front and back
[illegible] Detection Box

TD Bank

America's Most Convenient Bank®

Filter: Last 60 days

Front of check

AN

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF David Cerezo

One Thousand One Hundred Twenty-Five and 01/100*******************************

David Cerezo
3563 Center St NW
Washington, DC 20010

MEMO

Pay Period: 05/03/2026 - 05/16/2026

⑈002963⑈ ⑆054001725⑆ 4441546O7

Back of check

TD Bank

America's Most Convenient Bank®

Filter: Last 60 days

**Front of check**

AME

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Nerlyn Cedillo

One Thousand Eighty-Seven and 17/100****************************************

Nerlyn Cedillo
919 Sheridon St NW apt g2
washington, DC 20011

MEMO

Pay Period: 01/03/2026 - 01/16/2026

⑈002958⑈ ⑆054001725⑆ 44154607

**Back of check**

02958

ards and include:

number

indicate

to deter fraud

work

nd back

or appear altered

eared

in front and back.

TD Bank

America's Most Convenient Bank®

Filter: Last 60 days

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mabilia Miranda

Six Hundred Eighty-Two and 92/100**************************************************

Mabilia Miranda
2014 Columbia Pike #12
Arlington, VA 22204

MEMO

Pay Period: 12/20/2025 01/02/2026

⑈002924⑈ ⑆054001725⑆ 44415460?

**Back of check**

[illegible] 7 2 5 00 2 9 2 4

[illegible] 6 0 7 9

[illegible] INC [illegible] 24

Security Features exceed industry standards and include:

- [illegible] and check number on back [illegible]
- MobileMark [illegible] Mobile Deposit check [illegible] to indicate check has been deposited via mobile device
- [illegible] pattern on back designed to deter fraud
- [illegible] on front and back
- The words [illegible] ORIGINAL DOCUMENT [illegible] across the back
- [illegible] Safe Deposit [illegible] on front and back

Do not cash if:

- Any of the features listed above are missing or appear altered
- [illegible] appeared
- [illegible] front and back.
- [illegible] Box

TD Bank

America's Most Convenient Bank®

Filter: Last 60 days

**Front of check**

AMER

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Eliseo Lopez

Five Hundred Forty and 73/100*****************************************************

Eliseo Lopez
5807 14th St NW Apt# 200
Washington, DC 20011

MEMO

Pay Period: 04/25/2026 - 05/08/2026

⑈002962⑈ ⑆054001725⑆ 44415460 7

**Back of check**

[illegible]

[illegible] Features [illegible] exceed industry standards and include:

[illegible]

- [illegible] age [illegible]
- [illegible] hand
- [illegible]
- [illegible]
- [illegible] each

[illegible]

- [illegible]
- [illegible]
- [illegible] and [illegible]

[illegible]

**TD Bank**

America's Most Convenient Bank®

Filter: **Last 60 days**

**Front of check**

AMER

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE
ORDER OF Teresa Lopez

One Thousand Fifty-One and 18/100***************************************************

Teresa Lopez
1437 11th St NW
Washington, DC 20001

MEMO

Pay Period: 01/03/2026 - 01/16/2026

⑈002954⑈ ⑆054001725⑆ 444154607

**Back of check**

PAY TO THE ORDER OF
CHICKASS INC.
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
153911692355 05/26/2026 16:49:11

TD Bank

America's Most Convenient Bank®

Filter: Last 60 days

**Front of check**

AME

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF SOUTHERN GLAZER

Eight Hundred Forty Three 58/100

MEMO

⑈002947⑈ ⑆054001725⑆ 4441546079

**Back of check**

For Deposit only to
account 8026375616
Southern Glazer's Wine & Spirits

Seq: 13
Dep: 288065
Location Code: 5300

IF DISHONOURED RETURN TO:
<0310-0005>
Date: 2026-05-27

# TD Bank

America's Most Convenient Bank®

Filter: Last 60 days

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1273 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF GAMALIEL LANDEROS

Three Hundred FORTY 00/100

MEMO unit 5/16/26

⑈002949⑈ ⑆054001725⑆ 4441546079⑈

**Back of check**

TD Bank

America's Most Convenient Bank®

Filter: Last 60 days

**Front of check**

AME

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Alieska M Cordova

Six Hundred Four and 71/100*************************************************************

Alieska M Cordova
1531 N Pierce St
Arlington, VA 22209

MEMO

Pay Period: 04/25/2026 - 05/08/2026

⑈002968⑈ ⑆054001725⑆ 44415460 7

**Back of check**

**Security Features exceed industry standards and include:**

- ... designed to deter fraud
- ... front and back

Do not cash if

- ... altered
- ... front and back.

TD Bank

America's Most Convenient Bank®

Filter: Last 60 days

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE
ORDER OF Estefani Marina Sorto

Five Hundred Ninety and 95/100**********************************************************

Estefani Marina Sorto
812 Jefferson St NW
Washington, DC 20011

MEMO

Pay Period: 04/25/2026 - 05/08/2026

⑈002960⑈ ⑆054001725⑆ 44415460

**Back of check**

TD Bank

America's Most Convenient Bank®

Filter: Last 60 days

**Front of check**

AMEI

MELBEN INC
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

07-24

PAY TO THE ORDER OF Kaitlyn L Sullivan

Five Hundred. Fifty Three 00/100........

Tips 5/3 to 5/20

MEMO

⑈002992⑈ ⑆054001725⑆ 4441546075

**Back of check**

[illegible]

4446546079

[illegible]ELBEN INC [illegible] 07 24

Security Features exceed Industry standards and include:
- [illegible]Match – Matching account and check number [illegible]
- [illegible]Mark – Mobile Deposit check mark to indicate check has been deposited [illegible] mobile device
- The security [illegible] designed to deter fraud
- Microprint [illegible] front and back
- The words [illegible] across the back
- [illegible] front and back

[illegible] not cashed
- [illegible] the features listed above are missing or appear altered
- [illegible] front and back.
- [illegible]

For Deposit Only - JPMC

TD Bank

America's Most Convenient Bank®

Filter: Last 60 days

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Ovidio ramirez

Four. Hundred. Four 00/100........

Training hours

MEMO

⑈002990⑈ ⑆054001725⑆ 44415460 7

**Back of check**



TD Bank

America's Most Convenient Bank®

Filter: Last 60 days

**Front of check**

AM

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Bryon Josue Vasquez

Three Hundred Sixty-Seven and 29/100*************************************************

Bryon Josue Vasquez
812 Jefferson St NW
Washington, DC 20011

MEMO

Pay Period: 05/02/2026 - 05/15/2026

⑈002966⑈ ⑆054001725⑆ 4441546O

**Back of check**