**Fill in this information to identify the case:**

Debtor Name Melben, Inc.

United States Bankruptcy Court for the: District of Columbia

Case number: 24-00232

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

**12/17**

Month: June 2026

Date report filed: 08/24/2026 (MM / DD / YYYY)

Line of business: Restaurant

NAISC code: ____________

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Mekki Karrakchou

Original signature of responsible party: DocuSigned by: Mekki Karrakchou 1B4B54202D984D7...

Printed name of responsible party: Mekki Karrakchou

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Melben, Inc. Case number 24-00232

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 90,196.27

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 292,382.28

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ 352,094.95

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here. + $ -59,712.67
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 30,483.60

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 0.00

*(Exhibit E)*

Debtor Name Melben, Inc. Case number 24-00232

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 0.00

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 29

27. What is the number of employees as of the date of this monthly report? 29

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 8,000.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 11,000.00

30. How much have you paid this month in other professional fees? $ 1,497.00

31. How much have you paid in total other professional fees since filing the case? $ 4,491.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 292,382.28 | – | $ 292,382.28 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 352,094.95 | – | $ 352,094.95 | = | $ 0.00 |
| 34. **Net cash flow** | $ -59,712.67 | – | $ -59,712.67 | = | $ 0.00 |

35. Total projected cash receipts for the next month: $ 131,141.20

36. Total projected cash disbursements for the next month: - $ 118,222.78

37. Total projected net cash flow for the next month: = $ 12,918.42

Debtor Name Melben, Inc. Case number 24-00232

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☑ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

**Exhibit C**

| Date | Source/Payor | Amount |
|---|---|---|
| 6/1/26 | SpotOn | $22,982.29 |
| 6/1/26 | SpotOn | $7,099.69 |
| 6/1/26 | SpotOn | $6,551.85 |
| 6/2/26 | SpotOn | $3,594.01 |
| 6/2/26 | Owner.com | $45.19 |
| 6/2/26 | Deposit | $227.00 |
| 6/2/26 | SpotOn | $0.09 |
| 6/3/36 | SpotOn | $2,907.91 |
| 6/4/26 | SpotOn | $4,220.06 |
| 6/4/26 | Owner.com | $177.32 |
| 6/5/26 | SpotOn | $10,346.32 |
| 6/5/26 | Door Dash | $80.25 |
| 6/5/26 | Door Dash - Refund | $10.59 |
| 6/8/26 | SpotOn | $17,299.63 |
| 6/9/26 | SpotOn | $5,034.73 |
| 6/10/26 | Owner.com | $266.73 |
| 6/10/26 | SpotOn | $4,911.03 |
| 6/11/26 | SpotOn | $2,264.88 |
| 6/12/26 | Door Dash | $125.20 |
| 6/12/26 | SpotOn | $2,615.70 |
| 6/15/26 | Owner.com | $69.62 |
| 6/15/26 | SpotOn | $9,000.53 |
| 6/15/26 | SpotOn | $4,429.93 |
| 6/15/26 | SpotOn | $3,072.90 |
| 6/16/26 | SpotOn | $4,034.03 |
| 6/17/26 | Owner.com | $167.75 |
| 6/17/26 | SpotOn | $3,385.59 |
| 6/17/26 | Deposit | $10,000.00 |
| 6/18/26 | SpotOn | $4,698.58 |
| 6/22/26 | Door Dash | $217.75 |
| 6/22/26 | Owner.com | $88.20 |
| 6/22/26 | SpotOn | $15,053.15 |
| 6/22/26 | SpotOn | $9,075.33 |
| 6/22/26 | SpotOn | $4,100.44 |
| 6/22/26 | SpotOn | $3,245.83 |
| 6/23/06 | SpotOn | $5,056.75 |
| 6/24/26 | SpotOn | $2,899.40 |
| 6/24/26 | Deposit | $90,042.65 |
| 6/25/26 | SpotOn | $2,671.59 |
| 6/26/26 | Door Dash | $209.95 |
| 6/26/26 | SpotOn | $3,220.38 |
| 6/29/26 | Owner.com | $22.88 |
| 6/29/26 | SpotOn | $12,877.94 |
| 6/29/26 | SpotOn | $6,177.96 |
| 6/29/26 | SpotOn | $2,899.59 |
| 6/30/26 | SpotOn | $4,903.09 |
| | | **$292,382.28** |

# Exhibit D

| Check No. | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 6/1/26 | Restaurant Depot | Food and beverage inventory | $2,295.65 |
| | 6/1/26 | Restaurant Depot | Food and beverage inventory | $1,502.87 |
| | 6/1/26 | AT&T | Telephone / internet | $975.86 |
| | 6/1/26 | Alsco, Inc. | Linen / uniform services | $905.36 |
| | 6/1/26 | Restaurant Depot | Food and beverage inventory | $446.06 |
| | 6/1/26 | Amazon Prime | Subscription service | $5.29 |
| 2901 | 6/1/26 | Redouane Salhami | Rent | $1,831.00 |
| 2950 | 6/1/26 | Malak Abdrabou | Wages | $105.11 |
| 2959 | 6/1/26 | Mabilia Miranda | Wages | $448.37 |
| 2976 | 6/1/26 | Mohamed Karrakchou | Wages | $4,099.89 |
| 2989 | 6/1/26 | Dalia H Karim | Tips | $617.00 |
| 2991 | 6/1/26 | Malak Abdrabou | Tips | $697.00 |
| 2952 | 6/1/26 | Dalia H Karim | Wages | $90.73 |
| | 6/1/26 | DEBIT | | $43,545.33 |
| | 6/2/26 | Ally Finance | Vehicle financing | $1,204.00 |
| | 6/2/26 | Potomac Wines | Alcohol inventory | $720.66 |
| | 6/2/26 | Good Friends | Waste-management services | $550.00 |
| | 6/2/26 | SpotOn | Payment-processing fees | $549.40 |
| 2894 | 6/2/26 | Mostafa Belalnass | Tips | $2,338.00 |
| 2965 | 6/2/26 | Danilo Suchite | Wages | $680.49 |
| 2972 | 6/2/26 | Aziza Naji | Wages | $2,885.00 |
| 2974 | 6/2/26 | Melvin M. Garcia | Tips | $1,126.00 |
| 2975 | 6/2/26 | Cengizhan Sahin | Tips | $1,656.00 |
| 2986 | 6/2/26 | Opici Wine | Alcohol inventory | $353.50 |
| | 6/2/26 | Demetriou Insurance | Insurance | $4,270.12 |
| | 6/2/26 | TD Bank | Wire Transfer Fee | $30.00 |
| | 6/3/26 | Internal Revenue Service | Tax payment | $2,811.54 |
| | 6/3/26 | Restaurant Depot | Food and beverage inventory | $2,319.92 |
| | 6/3/26 | EspriGas | Propane / cooking-gas supply | $320.62 |
| | 6/3/26 | Resy | Reservation-platform fee | $263.94 |
| | 6/3/26 | American Filter Steam | Equipment / maintenance suppli | $118.48 |
| 2970 | 6/3/26 | Leonel Suchite | Wages | $1,950.00 |
| | 6/4/26 | DC OTR | District tax payment | $492.12 |
| | 6/4/26 | Door Dash | Delivery / online-platform fee | $62.54 |
| 2957 | 6/4/26 | Nikauly Lineros | Wages | $435.69 |
| 2994 | 6/4/26 | Gamaliel Landeros | Wages | $418.00 |
| | 6/4/26 | Debit | | $1,000.00 |
| | 6/5/26 | Restaurant Depot | Food and beverage inventory | $2,354.19 |
| | 6/5/26 | Owner.com | Online-ordering platform fee | $528.94 |
| | 6/5/26 | Amazon | Operating and office supplies | $11.64 |
| 2984 | 6/5/26 | RBG | Vendor | $351.68 |
| 2995 | 6/5/26 | Elite Wine | Alcohol inventory | $620.00 |
| | 6/8/26 | Restaurant Depot | Food and beverage inventory | $1,660.57 |
| | 6/8/26 | Restaurant Depot | Food and beverage inventory | $1,039.74 |

**Exhibit D**

| Check No. | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 6/8/26 | Restaurant Depot | Food and beverage inventory | $509.14 |
| 2741 | 6/8/26 | Mitchel Beverage | Alcohol inventory | $186.55 |
| 2948 | 6/8/26 | Nerlyn Cedillo | Wages | $982.81 |
| 2961 | 6/8/26 | Erick Lopez | Wages | $1,154.84 |
| 2964 | 6/8/26 | David Perez | Wages | $738.81 |
| 2971 | 6/8/26 | Herberto Lopez | Wages | $2,884.62 |
| 2973 | 6/8/26 | Edwin Lopez | Wages | $1,670.44 |
| 2993 | 6/8/26 | Rogelio Gonzalez | Wages | $1,356.75 |
| 2997 | 6/8/26 | Opici Wine | Alcohol inventory | $420.25 |
| 3000 | 6/8/26 | Eliseo Lopez | Wages | $458.43 |
| | 6/9/26 | Potomac Wines | Alcohol inventory | $497.66 |
| | 6/9/26 | Walmart | Operating supplies | $1.17 |
| 2951 | 6/9/26 | Kaitlyn Svllivan | Wages | $129.47 |
| 2969 | 6/9/26 | Adelso Lopez | Wages | $1,041.99 |
| 3001 | 6/9/26 | David Cerezo | Wages | $1,230.98 |
| | 6/10/26 | Restaurant Depot | Food and beverage inventory | $976.94 |
| | 6/10/26 | Walmart | Operating supplies | $59.93 |
| | 6/10/26 | USPS | Mailing Services | $12.90 |
| 2980 | 6/10/26 | Teresa Lopez | Wages | $926.84 |
| 3002 | 6/10/26 | Aziza Naji | Wages | $2,885.00 |
| | 6/11/26 | Geico | Auto insurance | $393.04 |
| 2977 | 6/11/26 | Malak Abdrabou | Wages | $90.28 |
| 3004 | 6/11/26 | Malak Abdrabou | Tips | $478.00 |
| | 6/12/26 | Internal Revenue Service | Tax payment | $2,795.74 |
| | 6/12/26 | Walmart | Operating supplies | $56.42 |
| | 6/12/26 | Michaels | Operating supplies | $42.36 |
| 2979 | | Dalia Karim | Wages | $119.35 |
| 3005 | | Dalia Karim | Tips | $676.00 |
| | 6/15/26 | Restaurant Depot | Food and beverage inventory | $2,306.02 |
| | 6/15/26 | Restaurant Depot | Food and beverage inventory | $2,107.74 |
| | 6/15/26 | DC OTR | District tax payment | $695.02 |
| | 6/15/26 | Harland Clarke | | $525.45 |
| | 6/15/26 | Safeway | Food and beverage inventory | $200.79 |
| | 6/15/26 | Safeway | Food and beverage inventory | $181.69 |
| | 6/15/26 | Walmart | Operating supplies | $120.22 |
| | 6/15/26 | Door Dash | Delivery / online-platform fee | $80.20 |
| | 6/15/26 | Adobe | Software subscription | $21.19 |
| 2852 | 6/15/26 | Danilo Suchite | Wages | $304.33 |
| 2853 | 6/15/26 | Alieska Cordova | Wages | $630.49 |
| 3009 | 6/15/26 | Mabilia Miranda | Wages | $584.09 |
| 3010 | 6/15/26 | Ulziikhand Chuluunbaatar | Tips | $1,151.00 |
| 3114 | 6/15/26 | Kaitlyn Svllivan | Tips | $554.00 |
| | 6/16/26 | Potomac Wines | Alcohol inventory | $814.09 |
| | 6/16/26 | Comcast | Telephone / internet | $748.96 |

# Exhibit D

| Check No. | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 6/16/26 | VA Dept. of Taxation | State tax payment | $281.00 |
| | 6/17/26 | Door Dash | Delivery / online-platform fee | $100.50 |
| | 6/17/26 | Microsoft | Software subscription | $9.99 |
| 3016 | 6/17/26 | Crowelll & Moring, LLO | Subchapter V Trustee Fee | $3,000.00 |
| | 6/17/26 | Debit | | $90,050.65 |
| 3007 | 6/18/26 | Jeffrey Sobiel | Tips | $330.00 |
| | 6/22/26 | Alsco, Inc. | Linen / uniform services | $838.63 |
| | 6/22/26 | Restaurant Depot | Food and beverage inventory | $779.54 |
| | 6/22/26 | Amazon Prime | Subscription service | $15.89 |
| 2848 | 6/22/26 | Nikauly Lineros | Wages | $445.15 |
| 2999 | 6/22/26 | Erick Lopez | Wages | $1,214.56 |
| 3006 | 6/22/26 | Mitchel Beverage | Alcohol inventory | $394.20 |
| | 6/23/26 | Potomac Wines | Alcohol inventory | $517.82 |
| | 6/23/26 | Alsco, Inc. | Linen / uniform services | $437.86 |
| 2981 | 6/23/26 | Rogelio Gonzalez | Wages | $1,062.90 |
| 2982 | 6/23/26 | Edwin Lopez | Wages | $2,071.10 |
| 2983 | 6/23/26 | Aziza Naji | Wages | $2,885.00 |
| 2998 | 6/23/26 | Leonel Suchite | Wages | $1,950.00 |
| 3008 | 6/23/26 | Herberto Lopez | Wages | $2,884.62 |
| 3015 | 6/23/26 | Adelso Lopez | Wages | $1,132.25 |
| 3029 | 6/23/26 | Rogelio Gonzalez | Wages | $1,620.48 |
| 3033 | 6/23/26 | Mabilia Miranda | Wages | $443.63 |
| 3034 | 6/23/26 | Erick Lopez | Wages | $1,280.19 |
| 3035 | 6/23/26 | Eliseo Lopez | Wages | $481.68 |
| 3068 | 6/23/26 | Aziza Naji | Reimbursement | $3,417.00 |
| | 6/24/26 | Aldana & Associates | Professional services | $1,497.00 |
| | 6/24/26 | AT&T | Telephone / internet | $802.25 |
| | 6/24/26 | Spotify | Subscription service | $20.13 |
| 3032 | 6/24/26 | Nerlyn Cedillo | Wages | $1,053.55 |
| 3036 | 6/24/26 | Danilo Suchite | Wages | $424.91 |
| 3038 | 6/24/26 | Adelso Lopez | Wages | $1,197.73 |
| 3039 | 6/24/26 | Leonel Suchite | Wages | $1,950.00 |
| 3041 | 6/24/26 | Edwin Lopez | Wages | $1,956.04 |
| 3067 | 6/24/26 | Mohamed Karrakchou | Wages | $4,099.89 |
| 3074 | 6/24/26 | Cash | 1/2 Reimbursement cash made t | $5,000.00 |
| | 6/25/26 | Restaurant Depot | Food and beverage inventory | $953.76 |
| 2849 | 6/25/26 | Aziza Naji | Wages | $2,885.00 |
| 3012 | 6/25/26 | Cengizhan Sahin | Tips | $1,215.00 |
| 3019 | 6/25/26 | Redouane Salhami | Tips | $1,913.00 |
| 3020 | 6/25/26 | Redouane Salhami | Tips | $1,913.00 |
| 3021 | 6/25/26 | Redouane Salhami | Tips | $1,913.00 |
| 3028 | 6/25/26 | Teresa Lopez | Wages | $935.52 |
| 3037 | 6/25/26 | Alieska Cordova | Wages | $751.96 |
| 3071 | 6/25/26 | Mohamed Karrakchou | Wages | $4,099.89 |

# Exhibit D

| Check No. | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| 3118 | 6/25/26 | Redouane Salhami | Tips | $2,005.00 |
| 3120 | 6/25/26 | Gamaliel Landores | Wages | $209.00 |
| 3124 | 6/25/26 | Cengizhan Sahin | Tips | $1,215.00 |
| | 6/25/26 | Debit | | $5,000.00 |
| | 6/26/26 | DC OTR | District tax payment | $20,222.44 |
| 3003 | 6/26/26 | Mostafa Belainass | Tips | $2,673.00 |
| 3023 | 6/26/26 | Mostafa Belainass | Tips | $2,673.00 |
| 3025 | 6/26/26 | Malak Abdrabou | Wages | $119.32 |
| 3119 | 6/26/26 | Malak Abdrabou | Tips | $398.00 |
| 3125 | 6/26/26 | Mostafa Belainass | Manager | $5,000.00 |
| | 6/29/26 | Restaurant Depot | Food and beverage inventory | $2,007.65 |
| | 6/29/26 | Restaurant Depot | Food and beverage inventory | $1,998.04 |
| | 6/29/26 | DC Water | Utilities | $1,740.50 |
| | 6/29/26 | Alsco, Inc. | Linen / uniform services | $561.10 |
| | 6/29/26 | Amazon Prime | Subscription service | $15.89 |
| | 6/29/26 | Prime Video | Subscription service | $11.65 |
| 2978 | 6/29/26 | Kaitlyn Svllivan | Wages | $79.67 |
| 3013 | 6/29/26 | Melvin Garcia | Tips | $1,331.00 |
| 3022 | 6/29/26 | Mostafa Belainass | Tips | $2,673.00 |
| 3040 | 6/29/26 | Herberto Lopez | Wages | $2,884.62 |
| 3073 | 6/29/26 | David Cerezo | Wages | $1,230.82 |
| 3128 | 6/29/26 | Elite Wines | Alcohol inventory | $352.00 |
| | 6/30/26 | Potomac Wines | Alcohol inventory | $797.43 |
| | 6/30/26 | Amazon Prime | Subscription service | $190.80 |
| | 6/30/26 | Amazon Prime | Subscription service | $127.16 |
| | 6/30/26 | Amazon Prime | Subscription service | $5.29 |
| 3017 | 6/30/26 | Gamaliel Landores | Tips | $1,091.00 |
| 3018 | 6/30/26 | Gamaliel Landores | Tips | $1,091.00 |
| 3070 | 6/30/26 | Mohamed Karrakchou | Wages | $4,099.89 |
| 3075 | 6/30/26 | Elite Wines | Alcohol inventory | $617.00 |
| 3112 | 6/30/26 | Cash | Tips | $3,328.00 |
| 3123 | 6/30/26 | Melvin Garcia | Tips | $300.00 |
| | 6/30/26 | Crowell and Moring, LLP | Subchapter V Trustee Fee | $5,000.00 |
| | 6/30/26 | Demetriou Insurance | Insurance | $4,270.12 |
| | 6/30/26 | TD Bank | Wire Transfer Fee | $30.00 |
| | 6/30/26 | TD Bank | Wire Transfer Fee | $30.00 |
| **Total** | | | | **$352,094.95** |

SpotOn
support@spoton.com
(877) 814-4102

**THIS IS NOT A BILL**

# Your Business Recap.

**BILLING STATEMENT FOR JUNE 2026**
**PAGE 1 OF 3**

**Amount Deducted:**
**$0.12**

**Merchant #:**
**545500001439744**

**DBA Name:**
**Flavio**

**Melben Inc**
1073 31st St NW
Washington
DC, 20007
US

## YOUR SALES THIS MONTH
# $51,755.51




**This is 79.1% lower than last month**

## WHAT YOUR CUSTOMERS ARE SAYING




**Your business received None new reviews in the past month.**
Log in to your merchant dashboard for more information

SpotOn

support@spoton.com
(877) 814-4102

**Merchant #:**
**545500001439744**

**DBA Name:**
**Flavio**

**THIS IS NOT A BILL**

# Your Business Recap.

**BILLING STATEMENT FOR JUNE 2026**



## ACTIVITY SUMMARY

| PLAN CODE | NUMBER OF SALES | AMOUNT OF SALES | NUMBER OF REFUNDS | AMOUNT OF REFUNDS | NET SALES |
|---|---|---|---|---|---|
| VS | 304 | $27,152.46 | 0 | $0.00 | $27,152.46 |
| VL | 0 | $0.00 | 0 | $0.00 | $0.00 |
| MC | 97 | $8,084.72 | 0 | $0.00 | $8,084.72 |
| ML | 0 | $0.00 | 0 | $0.00 | $0.00 |
| AM | 87 | $14,937.38 | 0 | $0.00 | $14,937.38 |
| DS | 22 | $1,580.95 | 0 | $0.00 | $1,580.95 |
| DB | 0 | $0.00 | 0 | $0.00 | $0.00 |
| EB | 0 | $0.00 | 0 | $0.00 | $0.00 |
| TOTAL | 510 | $51,755.51 | 0 | $0.00 | $51,755.51 |

## DEPOSITS

| DATE | TRAN CODE | NUMBER OF SALES | AMOUNT OF SALES | AMOUNT OF REFUNDS | DISCOUNT PAID | NON SETTLED | SETTLED |
|---|---|---|---|---|---|---|---|
| 06/01 | D | 78 | $6,788.06 | $0.00 | $236.21 | $0.00 | $6,551.85 |
| 06/02 | D | 37 | $3,723.60 | $0.00 | $129.59 | $0.00 | $3,594.01 |
| 06/03 | D | 33 | $3,012.73 | $0.00 | $104.82 | $0.00 | $2,907.91 |
| 06/04 | D | 58 | $4,372.21 | $0.00 | $152.15 | $0.00 | $4,220.06 |
| 06/05 | D | 57 | $10,719.34 | $0.00 | $373.02 | $0.00 | $10,346.32 |
| 06/07 | D | 195 | $17,923.34 | $0.00 | $623.71 | $0.00 | $17,299.63 |
| 06/08 | D | 52 | $5,216.23 | $0.00 | $181.50 | $0.00 | $5,034.73 |
| DEPOSIT TOTAL | | 510 | $51,755.51 | $0.00 | $1,801.00 | $0.00 | $49,954.51 |

SpotOn
support@spoton.com
(877) 814-4102

**Merchant #:**
**545500001439744**

**DBA Name:**
**Flavio**

**THIS IS NOT A BILL**

# Your Business Recap.

**BILLING STATEMENT FOR JUNE 2026**



## FEES

| STATEMENT FEE DESC OR DETAIL | COUNT | AMOUNT | RATES | PER ITEM | FEES PAID | TOTAL |
|---|---|---|---|---|---|---|
| INTERCHANGE FEES / AMERICAN EXPRESS PROGRAM FEES | | | | | | |
| AMEX DISCOUNT RATE 1 | 2 | $20.95 | 3.3800% | | $0.70 | $0.71 |
| AMEX DISCOUNT RATE 2 | 85 | $14,916.43 | 3.3800% | | $504.14 | $504.18 |
| VS/MC/DS FLAT DISCOUNT RATE | 423 | $36,818.13 | 3.3800% | | $1,244.41 | $1,244.46 |
| TOTAL INTERCHANGE FEES / AMERICAN EXPRESS PROGRAM FEES | | | | | | $1,749.35 |
| TRANSACTION FEES | | | | | | |
| SOPF - SOFTWARE | | | | | $51.75 | $51.77 |
| TOTAL TRANSACTION FEES | | | | | | $51.77 |
| TOTAL FEES | | | | | | $1,801.12 |

## FEE COLLECTION

AMOUNT DEDUCTED THROUGH DAILY DISCOUNT: $1,801.00

AMOUNT DEDUCTED AT END OF STATEMENT PERIOD: $0.12

SpotOn
support@spoton.com
(877) 814-4102

THIS IS NOT A BILL

# Your Business Recap.

BILLING STATEMENT FOR JUNE 2026
PAGE 1 OF 3

**Amount Deducted:**
**$0.00**

**Merchant #:**
4445079388088

**DBA Name:**
Flavio

## Melben Inc

1073 31st St NW
Washington
DC, 20007
US

YOUR SALES
THIS MONTH

**$118,056.46**



SpotOn

support@spoton.com
(877) 814-4102

**Merchant #:** 4445079388088

**DBA Name:** Flavio

**THIS IS NOT A BILL**

# Your Business Recap.

**BILLING STATEMENT FOR JUNE 2026**



## ACTIVITY SUMMARY

| PLAN CODE | NUMBER OF SALES | AMOUNT OF SALES | NUMBER OF REFUNDS | AMOUNT OF REFUNDS | NET SALES |
|---|---|---|---|---|---|
| AMEX | 192 | $23,923.34 | 0 | $0.00 | $23,923.34 |
| DISC | 49 | $3,841.80 | 0 | $0.00 | $3,841.80 |
| MCRD | 220 | $18,367.20 | 0 | $0.00 | $18,367.20 |
| VISA | 738 | $71,924.12 | 0 | $0.00 | $71,924.12 |
| TOTAL | 1,199 | $118,056.46 | 0 | $0.00 | $118,056.46 |

## DEPOSITS

| DATE | NUMBER OF SALES | AMOUNT OF SALES | AMOUNT OF REFUNDS | DISCOUNT PAID | NON SETTLED | SETTLED |
|---|---|---|---|---|---|---|
| 06/09 | 39 | $5,082.82 | $0.00 | $171.79 | | $4,911.03 |
| 06/10 | 33 | $2,344.12 | $0.00 | $79.24 | | $2,264.88 |
| 06/11 | 33 | $2,707.21 | $0.00 | $91.51 | | $2,615.70 |
| 06/12 | 51 | $3,180.40 | $0.00 | $107.50 | | $3,072.90 |
| 06/13 | 50 | $4,584.91 | $0.00 | $154.98 | | $4,429.93 |
| 06/14 | 102 | $9,315.36 | $0.00 | $314.83 | | $9,000.53 |
| 06/15 | 54 | $4,175.14 | $0.00 | $141.11 | | $4,034.03 |
| 06/16 | 26 | $3,504.01 | $0.00 | $118.42 | | $3,385.59 |
| 06/17 | 25 | $4,862.92 | $0.00 | $164.34 | | $4,698.58 |
| 06/18 | 37 | $3,359.37 | $0.00 | $113.54 | | $3,245.83 |
| 06/19 | 48 | $4,243.89 | $0.00 | $143.45 | | $4,100.44 |
| 06/20 | 105 | $9,392.80 | $0.00 | $317.47 | | $9,075.33 |
| 06/21 | 126 | $15,579.75 | $0.00 | $526.60 | | $15,053.15 |
| 06/22 | 47 | $5,233.64 | $0.00 | $176.89 | | $5,056.75 |
| 06/23 | 22 | $3,000.83 | $0.00 | $101.43 | | $2,899.40 |
| 06/24 | 28 | $2,765.04 | $0.00 | $93.45 | | $2,671.59 |
| 06/25 | 44 | $3,333.03 | $0.00 | $112.65 | | $3,220.38 |
| 06/26 | 31 | $3,001.03 | $0.00 | $101.44 | | $2,899.59 |
| 06/27 | 74 | $6,394.08 | $0.00 | $216.12 | | $6,177.96 |
| 06/28 | 125 | $13,328.43 | $0.00 | $450.49 | | $12,877.94 |
| 06/29 | 59 | $5,074.63 | $0.00 | $171.54 | | $4,903.09 |
| 06/30 | 40 | $3,593.05 | $0.00 | $121.44 | | $3,471.61 |
| DEPOSIT TOTAL | 1,199 | $118,056.46 | $0.00 | $3,990.23 | | $114,066.23 |

SpotOn

support@spoton.com
(877) 814-4102

**Merchant #:**
**4445079388088**

**DBA Name:**
**Flavio**

**THIS IS NOT A BILL**

# Your Business Recap.

**BILLING STATEMENT FOR JUNE 2026**



## FEES

| STATEMENT FEE DESC OR DETAIL | COUNT | AMOUNT | RATES | PER ITEM | FEES PAID | TOTAL |
|---|---|---|---|---|---|---|
| AUTHORIZATION FEES | | | | | | |
| TRANSACTION FEES (AMEX) | 206 | | | $0.0000 | | $0.00 |
| TRANSACTION FEES (DISC) | 56 | | | $0.0000 | | $0.00 |
| TRANSACTION FEES (MCRD) | 246 | | | $0.0000 | | $0.00 |
| TRANSACTION FEES (VISA) | 785 | | | $0.0000 | | $0.00 |
| | | | | | TOTAL AUTHORIZATION FEES | $0.00 |
| INTERCHANGE FEES / AMERICAN EXPRESS PROGRAM FEES | | | | | | |
| AMEX RATE 1 | 192 | $23,923.34 | 3.3800% | | | $808.57 |
| VISA/MCRD/DISC FLAT DISCOUNT RATE | 1,007 | $94,133.12 | 3.3800% | | | $3,181.66 |
| | | | | | TOTAL INTERCHANGE FEES / AMERICAN EXPRESS PROGRAM FEES | $3,990.23 |
| TOTAL FEES | | | | | | $3,990.23 |

## CASH DISCOUNT PROGRAM DETAILS

ESTIMATED ADDITIONAL REVENUE FROM INCREASE IN ADVERTISED PRICES*: $3,990.31

NET AMOUNT PAID TO CREDIT CARD PROCESSING: $3,990.23

*Estimation of additional income based on application of the program that all processed volume received increased pricing for credit/debit usage

## FEE COLLECTION

AMOUNT DEDUCTED THROUGH DAILY DISCOUNT: $3,990.23

AMOUNT DEDUCTED AT END OF STATEMENT PERIOD: $0.00

Go paperless. Scan the QR code to opt in to paperless statements.

T STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DIST DC
1073 31ST STREET NW
WASHINGTON DC 20007

Page: 1 of 9
Statement Period: Jun 01 2026-Jun 30 2026
Cust Ref #: [redacted]

## Chapter 11 Checking

MELBEN INC
DIP CASE 24-00232 DIST DC

[redacted]

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 90,196.27 | Average Collected Balance | 36,279.86 |
| Deposits | 100,269.65 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 192,112.63 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 93,042.65 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |
| Checks Paid | 223,693.00 | | |
| Electronic Payments | 68,218.38 | | |
| Other Withdrawals | 153,226.22 | | |
| Ending Balance | 30,483.60 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

If you would like written communication in an alternative accessible format, please contact us at 1-866-610-8501 Ext 2030 or dial 711 for TTY, Mon-Fri 9-6 EST. We offer Large Print, Accessible PDF, Braille (uncontracted or contracted) or Audio CD.

### DAILY ACCOUNT ACTIVITY

#### Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/02 | DEPOSIT | 227.00 |
| 06/17 | DEPOSIT | 10,000.00 |
| 06/24 | DEPOSIT | 90,042.65 |
| | Subtotal: | 100,269.65 |

#### Electronic Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/01 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 22,982.29 |
| 06/01 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 7,099.69 |
| 06/01 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 6,551.85 |
| 06/02 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 3,594.01 |
| 06/02 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-M2T8D8B6F9O9 | 45.19 |
| 06/02 | CCD DEPOSIT, SPOTON, INC. MTHLY DISC ****00001439744 | 0.09 |
| 06/03 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 2,907.91 |
| 06/04 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 4,220.06 |
| 06/04 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-A1Q4J5Q3H2J0 | 177.32 |
| 06/05 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 10,346.32 |
| 06/05 | CCD DEPOSIT, DOORDASH, INC. 1073 31ST ST-T5F1P8I8T9M4 | 80.25 |

# How to Balance your Account



**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| 1 | Ending Balance | 30,483.60 |
| 2 | Total Deposits | + |
| 3 | Sub Total | |
| 4 | Total Withdrawals | - |
| 5 | Adjusted Balance | |

2

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | 2 |

4

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | 4 |

## FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

## INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

## FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DIST DC

Page: 3 of 9
Statement Period: Jun 01 2026-Jun 30 2026
Cust Ref #: [redacted]

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/05 | DEBIT CARD CREDIT, *****04037062399, AUT 060326 VISA DDA REF DD DOORDASHDASHPASS SAN FRANCISCO * CA | 10.59 |
| 06/08 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 17,299.63 |
| 06/09 | CCD DEPOSIT, SPOTON, INC. MERCH DEP ****00001439744 | 5,034.73 |
| 06/10 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-T2H5D2I5L4H2 | 266.73 |
| 06/10 | RTP RCVD, SpotOn via Astra-4445079388088 kp407v7w | 4,911.03 |
| 06/11 | RTP RCVD, SpotOn via Astra-4445079388088 hg49wy49 | 2,264.88 |
| 06/12 | CCD DEPOSIT, DOORDASH, INC. 1073 31ST ST-D4O0Q9Z7C7M0 | 125.20 |
| 06/12 | RTP RCVD, SpotOn via Astra-4445079388088 gwqsv976 | 2,615.70 |
| 06/15 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-K5Z2I0M7W7Y8 | 69.62 |
| 06/15 | RTP RCVD, SpotOn via Astra-4445079388088 a3n2r9zt | 9,000.53 |
| 06/15 | RTP RCVD, SpotOn via Astra-4445079388088 ja54hnvc | 4,429.93 |
| 06/15 | RTP RCVD, SpotOn via Astra-4445079388088 r7kj6des | 3,072.90 |
| 06/16 | RTP RCVD, SpotOn via Astra-4445079388088 7ydmxsjj | 4,034.03 |
| 06/17 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-D7J7A7P5M2T8 | 167.75 |
| 06/17 | RTP RCVD, SpotOn via Astra-4445079388088 8shsk2qr | 3,385.59 |
| 06/18 | RTP RCVD, SpotOn via Astra-4445079388088 cxx6mcny | 4,698.58 |
| 06/22 | CCD DEPOSIT, DOORDASH, INC. 1073 31ST ST-Q2L5W0Z9L4Y8 | 217.75 |
| 06/22 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-Q0A0W1R1C9A0 | 88.20 |
| 06/22 | RTP RCVD, SpotOn via Astra-4445079388088 3nedwcng | 15,053.15 |
| 06/22 | RTP RCVD, SpotOn via Astra-4445079388088 9xzwd7px | 9,075.33 |
| 06/22 | RTP RCVD, SpotOn via Astra-4445079388088 b4q5qj8g | 4,100.44 |
| 06/22 | RTP RCVD, SpotOn via Astra-4445079388088 w3c9efcn | 3,245.83 |
| 06/23 | RTP RCVD, SpotOn via Astra-4445079388088 6hywv0a7 | 5,056.75 |
| 06/24 | RTP RCVD, SpotOn via Astra-4445079388088 85mq4pd9 | 2,899.40 |
| 06/25 | RTP RCVD, SpotOn via Astra-4445079388088 yfee44fm | 2,671.59 |
| 06/26 | CCD DEPOSIT, DOORDASH, INC. 1073 31ST ST-R7O6Z0D6X7Z0 | 209.95 |
| 06/26 | RTP RCVD, SpotOn via Astra-4445079388088 6sjvn9kr | 3,220.38 |
| 06/29 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-Y3O7D4D8Z4G2 | 22.88 |
| 06/29 | RTP RCVD, SpotOn-4445079388088 eta43dqa | 12,877.94 |
| 06/29 | RTP RCVD, SpotOn-4445079388088 njzryy2y | 6,177.96 |
| 06/29 | RTP RCVD, SpotOn-4445079388088 k7fkkmad | 2,899.59 |
| 06/30 | RTP RCVD, SpotOn-4445079388088 wbr01eeg | 4,903.09 |
| | Subtotal: | 192,112.63 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DIST DC


Statement Period: Jun 01 2026-Jun 30 2026
Cust Ref #: [redacted]

## DAILY ACCOUNT ACTIVITY

### Other Credits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/18 | RETURNED ITEM | 3,000.00 |
| 06/22 | RETURNED ITEM | 90,042.65 |
| | Subtotal: | 93,042.65 |

### Checks Paid

No. Checks: 94

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 06/08 | 2741 | 186.55 | 06/23 | 2981 | 1,062.90 |
| 06/22 | 2848* | 445.15 | 06/23 | 2982 | 2,071.10 |
| 06/25 | 2849 | 2,885.00 | 06/23 | 2983 | 2,885.00 |
| 06/15 | 2852* | 304.33 | 06/05 | 2984 | 351.68 |
| 06/15 | 2853 | 630.49 | 06/02 | 2986* | 353.50 |
| 06/02 | 2894* | 2,338.00 | 06/01 | 2989* | 617.00 |
| 06/01 | 2901* | 1,831.00 | 06/01 | 2991* | 697.00 |
| 06/08 | 2948* | 982.81 | 06/08 | 2993* | 1,356.75 |
| 06/01 | 2950* | 105.11 | 06/04 | 2994 | 418.00 |
| 06/09 | 2951 | 129.47 | 06/05 | 2995 | 620.00 |
| 06/01 | 2952 | 90.73 | 06/08 | 2997* | 420.25 |
| 06/04 | 2957* | 435.69 | 06/23 | 2998 | 1,950.00 |
| 06/01 | 2959* | 448.37 | 06/22 | 2999 | 1,214.56 |
| 06/08 | 2961* | 1,154.84 | 06/08 | 3000 | 458.43 |
| 06/08 | 2964* | 738.81 | 06/09 | 3001 | 1,230.98 |
| 06/02 | 2965 | 680.49 | 06/10 | 3002 | 2,885.00 |
| 06/09 | 2969* | 1,041.99 | 06/26 | 3003 | 2,673.00 |
| 06/03 | 2970 | 1,950.00 | 06/11 | 3004 | 478.00 |
| 06/08 | 2971 | 2,884.62 | 06/12 | 3005 | 676.00 |
| 06/02 | 2972 | 2,885.00 | 06/22 | 3006 | 394.20 |
| 06/08 | 2973 | 1,670.44 | 06/18 | 3007 | 330.00 |
| 06/02 | 2974 | 1,126.00 | 06/23 | 3008 | 2,884.62 |
| 06/02 | 2975 | 1,656.00 | 06/15 | 3009 | 584.09 |
| 06/01 | 2976 | 4,099.89 | 06/15 | 3010 | 1,151.00 |
| 06/11 | 2977 | 90.28 | 06/25 | 3012* | 1,215.00 |
| 06/29 | 2978 | 79.67 | 06/29 | 3013 | 1,331.00 |
| 06/12 | 2979 | 119.35 | 06/23 | 3015* | 1,132.25 |
| 06/10 | 2980 | 926.84 | 06/17 | 3016 | 3,000.00 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DIST DC

Page: 5 of 9
Statement Period: Jun 01 2026-Jun 30 2026
Cust Ref #: [redacted]

## DAILY ACCOUNT ACTIVITY

**Checks Paid (continued)** *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 06/23 | 3016* | 3,000.00 | 06/24 | 3039 | 1,950.00 |
| 06/30 | 3017 | 1,091.00 | 06/29 | 3040 | 2,884.62 |
| 06/30 | 3018 | 1,091.00 | 06/24 | 3041 | 1,956.04 |
| 06/25 | 3019 | 1,913.00 | 06/24 | 3067* | 4,099.89 |
| 06/25 | 3020 | 1,913.00 | 06/23 | 3068 | 3,417.00 |
| 06/25 | 3021 | 1,913.00 | 06/30 | 3070* | 4,099.89 |
| 06/29 | 3022 | 2,673.00 | 06/25 | 3071 | 4,099.89 |
| 06/26 | 3023 | 2,673.00 | 06/29 | 3073* | 1,230.82 |
| 06/18 | 3024 | 90,042.65 | 06/24 | 3074 | 5,000.00 |
| 06/26 | 3025 | 119.32 | 06/30 | 3075 | 617.00 |
| 06/25 | 3028* | 935.52 | 06/30 | 3112* | 3,328.00 |
| 06/23 | 3029 | 1,620.48 | 06/15 | 3114* | 554.00 |
| 06/24 | 3032* | 1,053.55 | 06/25 | 3118* | 2,005.00 |
| 06/23 | 3033 | 443.63 | 06/26 | 3119 | 398.00 |
| 06/23 | 3034 | 1,280.19 | 06/25 | 3120 | 209.00 |
| 06/23 | 3035 | 481.68 | 06/30 | 3123* | 300.00 |
| 06/24 | 3036 | 424.91 | 06/25 | 3124 | 1,215.00 |
| 06/25 | 3037 | 751.96 | 06/26 | 3125 | 5,000.00 |
| 06/24 | 3038 | 1,197.73 | 06/29 | 3128* | 352.00 |
| | | | | Subtotal: | 223,693.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/01 | DBCRD PUR AP, *****04036012809, AUT 052926 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 2,295.65 |
| 06/01 | DBCRD PUR AP, *****04036012809, AUT 053026 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 1,502.87 |
| 06/01 | DBCRD PUR AP, *****04037062399, AUT 052826 VISA DDA PUR AP AT T BILL PAYMENT 800 331 0500 * TX | 975.86 |
| 06/01 | DBCRD PUR AP, *****04037062399, AUT 052926 VISA DDA PUR AP ALSCO INC 703 751 5785 * VA | 905.36 |
| 06/01 | DBCRD PUR AP, *****04036012809, AUT 053126 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 446.06 |
| 06/01 | DBCRD PUR AP, *****04037062399, AUT 052926 VISA DDA PUR AP AMAZON PRIME 4F1IE8WY3 AMZN COM BILL * WA | 5.29 |
| 06/02 | ELECTRONIC PMT-TEL, ACI PAYMENTS INC ACI ALLYFI ****33035890 | 1,204.00 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TD

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DIST DC

Page: 6 of 9
Statement Period: Jun 01 2026-Jun 30 2026
Cust Ref #: [redacted]

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/02 | DBCRD PUR AP, *****04037062399, AUT 060126 VISA DDA PUR AP POTOMAC WINES SPIRITS 202 333 2848 * DC | 720.66 |
| 06/02 | DBCRD PUR AP, *****04037062399, AUT 060126 VISA DDA PUR AP IN GOOD FRIENDS WASTE M 703 5438671 * VA | 550.00 |
| 06/02 | CCD DEBIT, SPOTON TRANSACT ACH ***-*14-4102 | 549.40 |
| 06/03 | CCD DEBIT, IRS USATAXPYMT ****55450545340 | 2,811.54 |
| 06/03 | DBCRD PUR AP, *****04036012809, AUT 060226 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 2,319.92 |
| 06/03 | DBCRD PUR AP, *****04036012809, AUT 060226 VISA DDA PUR AP WWW ESPRIGAS COM ORDER ESPRIGA * TX | 320.62 |
| 06/03 | DBCRD PMT AP, *****04037062399, AUT 060226 VISA DDA PUR AP RESYNETWORKINC RESY COM * NY | 263.94 |
| 06/03 | DBCRD PUR AP, *****04037062399, AUT 060226 VISA DDA PUR AP AMERICAN FILTER STEAM 202 8296060 * DC | 118.48 |
| 06/04 | CCD DEBIT, DC-OTR-WEB-WTH PAYMENTS 8386524 | 492.12 |
| 06/04 | DBCRD PUR AP, *****04037062399, AUT 060326 VISA DDA PUR AP DD DOORDASHDASHPASS DOORDASH COM * CA | 62.54 |
| 06/05 | DBCRD PUR AP, *****04036012809, AUT 060426 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 2,354.19 |
| 06/05 | DBCRD PMT AP, *****04037062399, AUT 060426 VISA DDA PUR AP OWNER COM OWNER COM * CA | 528.94 |
| 06/05 | DBCRD PUR AP, *****04037062399, AUT 060426 VISA DDA PUR AP AMAZON RETA HB1O970F3 WWW AMAZON CO * WA | 11.64 |
| 06/08 | DBCRD PUR AP, *****04036012809, AUT 060526 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 1,660.57 |
| 06/08 | DBCRD PUR AP, *****04036012809, AUT 060726 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 1,039.74 |
| 06/08 | DBCRD PUR AP, *****04036012809, AUT 060626 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 509.14 |
| 06/09 | DBCRD PUR AP, *****04037062399, AUT 060826 VISA DDA PUR AP POTOMAC WINES SPIRITS WASHINGTON * DC | 497.66 |
| 06/09 | DBCRD PUR AP, *****04037062399, AUT 060826 VISA DDA PUR AP WALMART COM 800 925 6278 * AR | 1.17 |
| 06/10 | DBCRD PUR AP, *****04036012809, AUT 060926 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 976.94 |
| 06/10 | DBCRD PUR AP, *****04037062399, AUT 060826 VISA DDA PUR AP WALMART COM 800 925 6278 * AR | 59.93 |
| 06/10 | DEBIT POS AP, *****04037062399, AUT 061026 DDA PURCHASE AP USPS PO 1049350235 WASHINGTON * DC | 12.90 |
| 06/11 | DBCRD PMT AP, *****04037062399, AUT 061026 VISA DDA PUR AP GEICO AUTO 800 841 3000 * DC | 393.04 |
| 06/12 | CCD DEBIT, IRS USATAXPYMT ****56382616224 | 2,795.74 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DIST DC

Page: 7 of 9
Statement Period: Jun 01 2026-Jun 30 2026
Cust Ref #: [redacted]

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/12 | DEBIT POS AP, *****04037062399, AUT 061026 DDA PURCHASE AP WALMART COM 8009256278 BENTONVILLE * AR | 56.42 |
| 06/12 | DEBIT POS AP, *****04037062399, AUT 061226 DDA PURCHASE AP MICHAELS STORES 9803 6 FALLS CHURCH * VA | 42.36 |
| 06/15 | DBCRD PUR AP, *****04036012809, AUT 061426 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 2,306.02 |
| 06/15 | DBCRD PUR AP, *****04036012809, AUT 061226 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 2,107.74 |
| 06/15 | CCD DEBIT, DC-OTR-WEB-WTH PAYMENTS 8330054 | 695.02 |
| 06/15 | ACH DEBIT, HARLAND CLARKE CHK ORDERS *IQ***600673500 | 525.45 |
| 06/15 | DBCRD PUR AP, *****04036012809, AUT 061326 VISA DDA PUR AP SAFEWAY 2912 WASHINGTON * DC | 200.79 |
| 06/15 | DEBIT POS AP, *****04037062399, AUT 061426 DDA PURCHASE AP SAFEWAY 2912 WASHINGTON * DC | 181.69 |
| 06/15 | DEBIT POS AP, *****04037062399, AUT 061426 DDA PURCHASE AP WAL MART 5936 VIENNA * VA | 120.22 |
| 06/15 | DBCRD PUR AP, *****04037062399, AUT 061126 VISA DDA PUR AP DD DOORDASH SAFEWAY DOORDASH COM * CA | 80.20 |
| 06/15 | DBCRD PMT AP, *****04037062399, AUT 061426 VISA DDA PUR AP ADOBE INC 800 8336687 * CA | 21.19 |
| 06/16 | DBCRD PUR AP, *****04037062399, AUT 061526 VISA DDA PUR AP POTOMAC WINES SPIRITS WASHINGTON * DC | 814.09 |
| 06/16 | ELECTRONIC PMT-TEL, COMCAST-XFINITY CABLE SVCS 7643751 | 748.96 |
| 06/16 | CCD DEBIT, VA DEPT TAXATION TAX PAYMEN *****7272 | 281.00 |
| 06/17 | DBCRD PUR AP, *****04037062399, AUT 061726 VISA DDA PUR AP DD DOORDASH RESTAURAN DOORDASH COM * CA | 100.50 |
| 06/17 | DBCRD PMT AP, *****04037062399, AUT 061726 DDA PURCHASE AP MICROSOFT MICROSOFT 36 TUMWATER * WA | 9.99 |
| 06/22 | DBCRD PUR AP, *****04037062399, AUT 061826 VISA DDA PUR AP ALSCO INC 703 751 5785 * VA | 838.63 |
| 06/22 | DBCRD PUR AP, *****04036012809, AUT 061826 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 779.54 |
| 06/22 | DBCRD PMT AP, *****04037062399, AUT 061826 VISA DDA PUR AP AMAZON PRIME LY1H582G3 AMZN COM BILL * WA | 15.89 |
| 06/23 | DBCRD PUR AP, *****04037062399, AUT 062226 VISA DDA PUR AP POTOMAC WINES SPIRITS WASHINGTON * DC | 517.82 |
| 06/23 | DBCRD PUR AP, *****04037062399, AUT 062226 VISA DDA PUR AP ALSCO INC 703 751 5785 * VA | 437.86 |
| 06/24 | ACH DEBIT, ALDANA & ASSOCIA SALE | 1,497.00 |
| 06/24 | DBCRD PUR AP, *****04037062399, AUT 062326 VISA DDA PUR AP AT T BILL PAYMENT 800 331 0500 * TX | 802.25 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DIST DC

Page: 8 of 9
Statement Period: Jun 01 2026-Jun 30 2026
Cust Ref #: [redacted]

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/24 | DBCRD PMT AP, *****04037062399, AUT 062326 VISA DDA PUR AP SPOTIFY P43D2D29C0 NEW YORK * NY | 20.13 |
| 06/25 | DBCRD PUR AP, *****04036012809, AUT 062426 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 953.76 |
| 06/26 | CCD DEBIT, DC-OTR-WEB-SLU PAYMENTS 8405836 | 20,222.44 |
| 06/29 | DBCRD PUR AP, *****04036012809, AUT 062626 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 2,007.65 |
| 06/29 | DBCRD PUR AP, *****04036012809, AUT 062826 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 1,998.04 |
| 06/29 | ELECTRONIC PMT-WEB, DC WATER COM-WATER 2128246 | 1,740.50 |
| 06/29 | DBCRD PUR AP, *****04037062399, AUT 062626 VISA DDA PUR AP ALSCO INC 703 751 5785 * VA | 561.10 |
| 06/29 | DBCRD PMT AP, *****04037062399, AUT 062726 VISA DDA PUR AP AMAZON PRIME WJ2DO6LS3 AMZN COM BILL * WA | 15.89 |
| 06/29 | DBCRD PUR AP, *****04037062399, AUT 062726 VISA DDA PUR AP PRIME VIDEO CHANNELS AMZN COM BILL * WA | 11.65 |
| 06/30 | DBCRD PUR AP, *****04037062399, AUT 062926 VISA DDA PUR AP POTOMAC WINES SPIRITS WASHINGTON * DC | 797.43 |
| 06/30 | DBCRD PUR AP, *****04037062399, AUT 062826 VISA DDA PUR AP AMAZON MKTPL ZJ2B16U73 AMZN COM BILL * WA | 190.80 |
| 06/30 | DBCRD PUR AP, *****04037062399, AUT 062926 VISA DDA PUR AP AMAZON MKTPL Q52CX7LR3 AMZN COM BILL * WA | 127.16 |
| 06/30 | DBCRD PUR AP, *****04037062399, AUT 062926 VISA DDA PUR AP AMAZON PRIME G62ZF0BX3 AMZN COM BILL * WA | 5.29 |
| | Subtotal: | 68,218.38 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/01 | DEBIT | 43,545.33 |
| 06/02 | WIRE TRANSFER OUTGOING, Demetriou Insurance services | 4,270.12 |
| 06/02 | WIRE TRANSFER FEE | 30.00 |
| 06/04 | DEBIT | 1,000.00 |
| 06/17 | DEBIT | 90,050.65 |
| 06/25 | DEBIT | 5,000.00 |
| 06/30 | WIRE TRANSFER OUTGOING, CROWELL AND MORING LLP | 5,000.00 |
| 06/30 | WIRE TRANSFER OUTGOING, Demetriou Insurance services | 4,270.12 |
| 06/30 | WIRE TRANSFER FEE | 30.00 |
| 06/30 | WIRE TRANSFER FEE | 30.00 |
| | Subtotal: | 153,226.22 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DIST DC

Page: 9 of 9
Statement Period: Jun 01 2026-Jun 30 2026
Cust Ref #: [redacted]
Primary Account #: [redacted]

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/31 | 90,196.27 | 06/15 | 74,602.48 |
| 06/01 | 69,264.58 | 06/16 | 76,792.46 |
| 06/02 | 56,767.70 | 06/17 | -2,815.34 |
| 06/03 | 51,891.11 | 06/18 | -85,489.41 |
| 06/04 | 53,880.14 | 06/22 | 32,645.97 |
| 06/05 | 60,450.85 | 06/23 | 14,518.19 |
| 06/08 | 64,687.53 | 06/24 | 89,458.74 |
| 06/09 | 66,820.99 | 06/25 | 67,121.20 |
| 06/10 | 67,137.14 | 06/26 | 39,465.77 |
| 06/11 | 68,440.70 | 06/29 | 46,558.20 |
| 06/12 | 67,491.73 | 06/30 | 30,483.60 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AMERICA'S

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Herberto Lopez Ordonez

Two Thousand Eight Hundred Eighty-Four and 62/100**************************************

Herberto Lopez Ordonez
1004 S Queen St
Arlington, VA 22204

MEMO

PP 02/14/2026 - 02/27/2026

⑈002971⑈ ⑆054001725⑆ 4441546079⑈

**Back of check**

Security Features [illegible] industry standards and include:

[illegible] Mat [illegible] account and check number

[illegible] to indicate

[illegible] duplicated via [illegible]

[illegible] to detect fraud

[illegible] back

[illegible] DOCUMENT [illegible] the back

[illegible] front and back

[illegible] appear altered

[illegible] and back

# TD Bank

America's Most Convenient Bank®

Search by date: **06/01/2026 - 06/30/2026**

**Front of check**

AMER

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mohamed El Mekki Karrakchou

Four Thousand Ninety -Nine and 89/100••••

Mohamed El Mekki Karrakchou
7902 Tyson One Pl #1903
Mcclean, VA 22102

MEMO

Pay Period 3/28/26 4/10/2026

⑈002976⑈ ⑆054001725⑆ 44415607

**Back of check**

20260601 15785000341610 AUB 051403164 TLR# 0002523

**TD Bank**

America's Most Convenient Bank®

Search by date: **06/01/2026 - 06/30/2026**

**Front of check**

AMERI

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Redouane. Salhami

One. Thousand Eight Hundred. Thirty One. 0/00.............

Rest of October and Nevember Tips

MEMO

⑈002901⑈ ⑆054001725⑆ 44415460 75

**Back of check**

[illegible] include

[illegible] fraud

[illegible]

**TD Bank**

America's Most Convenient Bank®

Search by date: **06/01/2026 - 06/30/2026**

**Front of check**

AMER

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Malak. Abdrabou

Six. Hundred Ninety. Seven 00/00..............

Tips 5/4 to 5/16

MEMO

⑈002991⑈ ⑆054001725⑆ 44415460 7

**Back of check**

4446546079
LBEN INC 07-24

Security Features exceed industry standards and include:

- ImageMatch – Matching account and check number
- Mobile Mark – Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave pattern on back designed to deter fraud
- Microprint "MP" lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Photo Safe Deposit icon visible on front and back

Do not cash if:

- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

**TD Bank**

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**



AMERIC

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Dalia. H. Karim

Six Hundred. Seventeen 00/100...

Tips from5/4 to 5/15

MEMO

⑈002989⑈ ⑆054001725⑆ 4441546079

**Back of check**

**TD Bank**

America's Most Convenient Bank®

Search by date: **06/01/2026 - 06/30/2026**

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mabilia Miranda

Four Hundred Forty-Eight and 37/100**************************************************

Mabilia Miranda
2014 Columbia Pike #12
Arlington, VA 22204

MEMO

Pay Period: 01/03/2026 - 01/16/2026

⑈002959⑈ ⑆054001725⑆ 44415460

**Back of check**

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AME

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Malak Abdrabou

One Hundred Five and 11/100**********************************************************

Malak Abdrabou
4100 Massachussets Ave Apt 303
Washington, DC 20016

MEMO

Pay Period: 04/25/2026 - 05/08/2026

⑈002950⑈ ⑆054001725⑆ 44415460

**Back of check**

Security Features exceed industry standards and include:
- ...Match... Matching account and check number ...
- ... Mark ... Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave ... pattern on back designed to deter fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Photo Safe Deposit ... icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

# TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AMERI

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Dalia H Karim

Ninety and 73/100*****************************************************************

Dalia H Karim
1786 Westwind Way
McLean, VA 22102

MEMO

Pay Period: 04/25/2026 - 05/08/2026

⑈002952⑈ ⑆054001725⑆ 44415460

**Back of check**

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AMERI

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Aziza. Naji

Two. Thousand Eight Hundred Eighty Five 0/100.............

Pay Period 3/14 to 3/27/26

MEMO

⑈002972⑈ ⑆054001725⑆ 4441546079

**Back of check**

520823016829 115712 20260602 00000000
DDA_DEBIT TAQ6812 2885.00
Tysons Corner 0208 94004 5208 0001 0048

**TD Bank**

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mostafa Belalnass

Two Thousand. Three Hundred Thirty Eight 00/00..........

Rest October / November Tips

MEMO

⑈002894⑈ ⑆054001725⑆ 44415460

**Back of check**

... features ... standards and include
... and ... number
... check mark to indicate
... to deter fraud
... the back
... and back

... not cash if
... listed ... are missing or appear altered
... appeared
... front and back.

# TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Cengizhan Sahin

One Thousand Six Hundred.Fifty Six 00/100

MEMO Tips from Dec and Jan

⑈002975⑈ ⑆054001725⑆ 44415

**Back of check**

02975

Security Features exceed industry standards and include:
Match Matching account and check number
Mobile Mark Mobile Deposit check mark to indicate has been deposited via mobile device
Security Weave pattern on back designed to deter fraud
Microprint (MP) lines printed on front and back
The words "ORIGINAL DOCUMENT" across the back
Photo Safe Deposit icon visible on front and back

Do not cash if:
features listed above are missing or appear altered
looks pink or has disappeared
colored spots appear both front and back,
Chemical Wash Detection

**TD Bank**

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**



MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Melvin M Garcia

One Thousand One Hundred, Twenty Six 00/100...,

MEMO Tips from Dec and Jan

⑈002974⑈ ⑆054001725⑆ 4441546O

**Back of check**



TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AMERICA

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Danilo Suchite

Six Hundred Eighty and 49/100*************************************************************

Danilo Suchite
1830 N Scott St Apt 304
Arlington, VA 22209

MEMO

Pay Period 01/03/2026 01/16/2026

⑈002965⑈ ⑆054001725⑆ 44415460791

**Back of check**

C54G0L725 002465
444154G079
MELBEN INC 07.4

Security Features exceed industry standards and include:
- ImageMatch Matching account and check number on back
- MobileMark Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave pattern on back designed to deter fraud
- Microprint (MP) lines printed on front and back
- The words ORIGINAL DOCUMENT across the back
- Photo Safe Deposit icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

**TD Bank**

America's Most Convenient Bank®

Search by date: **06/01/2026 - 06/30/2026**

**Front of check**

AM

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Opici Wine

three hundred fifty three

MEMO ING 200013878

1061373

⑈002986⑈ ⑆054001725⑆ 44415460 7

**Back of check**

Security Features exceed industry standards and include:

- ImageMatch: Matching account and check number [illegible] on back [illegible]
- MobileMark: Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Screen [illegible] to deter fraud
- Microprint [illegible] printed on front and back
- The words [illegible] across the back
- Photo Safe deposit [illegible] on front and back

Do not cash if:

- Any of the features listed above are missing or appear altered
- Fugitive ink [illegible] or has disappeared
- Brown stains or colored spots appear on both front and back and in Chemical Wash Detection Box

**TD Bank**

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AME

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Leonel Vasquez Suchite

One Thousand Nine Hundred Fifty and 00/100*******************************************

Leonel Vasquez Suchite
1230 N Scott St Apt 304
Arlington, VA 22209

MEMO

PP 01/03/2025 - 01/16/2026

⑈002970⑈ ⑆054001725⑆ 44415460 7

**Back of check**

06022026

06022026 402901000740890

b426502

402901000740890

>05

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AMERI

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Nikauly Lineros

Four Hundred Thirty-Five and 69/100************************************************************

Nikauly Lineros
4301 Columbia Pike
Arlington, VA 22204

MEMO

Pay Penod: 04/25/2026 - 05/08/2026

⑈002957⑈ ⑆054001725⑆ 44415460?

**Back of check**

For Deposit Only - JPMC

Security Features exceed industry standards and include:
- [illegible] Matching account and check number
- [illegible] Mobile Deposit check mark to indicate [illegible] Device
- [illegible] designed to deter fraud
- [illegible] back
- [illegible] across the back
- [illegible] Safe Deposit [illegible] and back

[illegible] not cash if:
- [illegible] are missing or appear altered
- [illegible]
- [illegible] both front and back
- [illegible] chemical wash detect on back

**TD Bank**

America's Most Convenient Bank®

Search by date: **06/01/2026 - 06/30/2026**

**Front of check**

AME

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Gamaliel Landeros

Four Hundred Eighteen 0/00.........................

4 shifts until May 30th

MEMO

⑈002994⑈ ⑆054001725⑆ 44415460 7

**Back of check**

06032026

06032026 402901000742070

b426hb0

402901000742070

>05

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

Front of check

AMER

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF ELiTE WiNE

SiX HUNDRED TWENTY 00/100

MEMO DC 111823

⑈002995⑈ ⑆054001725⑆ 44415460 7

Back of check

>065000090<
CAPITAL ONE, NA
0050655338 06052026
RICHMOND, VA 089 23
Deposit 1361022714

**TD Bank**

America's Most Convenient Bank®

Search by date: **06/01/2026 - 06/30/2026**

**Front of check**



7004U

AMI

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF [illegible] RBG

Three HundRed FiFTy onE 68/100

MEMO Inv# 2661265

⑈002984⑈ ⑆054001725⑆ 444154607

**Back of check**

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Edwin Wilfredo Lopez y Lopez

One Thousand Six Hundred Seventy and 44/100**************************************

Edwin Wilfredo Lopez y Lopez
2303 10th St N
Arlington, VA 22201

MEMO

PP 01/31/2026 - 02/13/2026

⑈002973⑈ ⑆054001725⑆ 44415460?

**Back of check**

**TD Bank**

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AMER

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Rogelio Estrada Gonzalez

One Thousand Three Hundred Fifty-Six and 75/100**************************************

Rogelio Estrada Gonzalez
211 S Lexington St
Arlington, VA 22204

MEMO

Pay Period: 12/20/2025 01/02/2026

⑈002993⑈ ⑆054001725⑆ 444154607

**Back of check**

[illegible]

[illegible] Features [illegible] industry standards and include:
[illegible] account and che[illegible] number
[illegible]
[illegible] Deposit check mark to indicate
[illegible] mobile device
[illegible] pattern on back designed to deter fraud
[illegible] printed on front and back
[illegible] DOCUMENT across the back
[illegible] Safe Deposit icon visible on front and back

not [illegible]
[illegible] features listed above are missing or appear altered
[illegible] checks [illegible] has [illegible]
[illegible] colored spot[illegible] appear on both front and back
[illegible] Wash Detect[illegible] box

**TD Bank**

America's Most Convenient Bank®

Search by date: **06/01/2026 - 06/30/2026**

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Erick J Perez Lopez

One Thousand One Hundred Fifty-Four and 84/100**********************************

Erick J Perez Lopez
211 S LExington St
Arlington, VA 22204

MEMO

Pay Period: 01/03/2026 - 01/16/2026

⑈002961⑈ ⑆054001725⑆ 44415460'

**Back of check**

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AMERIC

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Nerlyn Cedillo

Nine Hundred Eighty-Two and 81/100****************************************

Nerlyn Cedillo
919 Sheridon St NW apt g2
washington, DC 20011

MEMO

Pay Period: 01/17/2026 - 01/30/2026

⑈002948⑈ ⑆054001725⑆ 44415460?

**Back of check**

[illegible] standards and include:

- [illegible] check number
- [illegible] to indicate [illegible]
- [illegible] designed to deter fraud
- [illegible]
- [illegible] across the back
- [illegible] on front and back

Do not cash [illegible]

- [illegible] or appear altered
- [illegible] appeared
- [illegible] both front and back.
- [illegible]

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Eliseo Lopez

Four Hundred Fifty-Eight and 43/100*****************************************************

Eliseo Lopez
5807 14th St NW Apt# 200
Washington, DC 20011

MEMO

Pay Period: 05/09/2026 - 05/22/2026

⑈003000⑈ ⑆054001725⑆ 44415460 7

**Back of check**

**TD Bank**

America's Most Convenient Bank®

Search by date: **06/01/2026 - 06/30/2026**

**Front of check**

AM

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF O. wine

four hundred twenty

MEMO IN6200013992

⑈002997⑈ ⑆054001725⑆ 44415460 7

**Back of check**

Seq:3 08/08/26 Dep:040153A0: CU

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

J1295

PAY TO THE ORDER OF Mitchel BEVERAGe

ONE HuNDRed Eighty Six 55/100

MEMO

⑈002741⑈ ⑆054001725⑆ 44415460?

**Back of check**

Security features exceed industry standards and include:

- [illegible] on back [illegible]
- [illegible] check [illegible] to indicate check has been [illegible]
- [illegible] pattern on back [illegible]
- Microprint [illegible] printed on front and back
- [illegible] across the back
- [illegible] on back

Do not cash if:

- Any of the features listed above are missing or appear altered
- [illegible] on back [illegible]
- [illegible] and back, [illegible]

**TD Bank**

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF David Cerezo

One Thousand Two Hundred Thirty and 98/100****************************************

David Cerezo
3563 Center St NW
Washington, DC 20010

MEMO

Pay Period: 05/17/2026 - 05/30/2026

⑈003001⑈ ⑆054001725⑆ 444154607

**Back of check**

# TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Adelso Godoy Lopez

One Thousand Forty-One and 99/100**************************************************

Adelso Godoy Lopez
211 S Lexington St
Arlington, VA 22204

MEMO

Pay Period: 01/03/2026 - 01/16/2026

⑈002969⑈ ⑆054001725⑆ 444154607

**Back of check**

054001725 002969

4446546379

**Security Features exceed industry standards and include:**

- ImageMatch Matching account and check number ... Patent ...
- ... Deposit check mark to indicate check has been deposited via a mobile device
- ... Security ... pattern on back designed to deter fraud
- ... on front and back
- The words ORIGINAL DOCUMENT across the back
- Photo Safe Deposit ... on front and back

**Do not cash if:**

- Any of the features listed above are missing or appear altered
- ... ink on back looks ... disappeared
- Brown stains ... on both front and back, and in Chemical Wash Detection Box

**TD Bank**

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AMI

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF David A Perez

Seven Hundred Thirty-Eight and 81/100*************************************************

David A Perez
200 P St NW
Washingting, DC 20001

MEMO

Pay Period: 05/02/2026 - 05/16/2026

⑈002964⑈ ⑆054001725⑆ 44154607

**Back of check**

3479865762

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AME

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Kaitlyn L Svllivan

One Hundred Twenty-Nine and 47/100*************************************************

Kaitlyn L Svllivan
3700 O Street NW
Washington, DC 20057

MEMO

Pay Period: 04/25/2026 - 05/08/2026

⑈002951⑈ ⑆054001725⑆ 44154607

**Back of check**

For Deposit Only - JPMC

Features exceed industry standards and include:

**TD Bank**

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AMER

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Teresa Lopez

Nine Hundred Twenty-Six and 84/100**********************************************************

Teresa Lopez
1437 11th St NW
Washington, DC 20001

MEMO

Pay Period: 01/17/2026 - 01/30/2026

⑈002980⑈ ⑆054001725⑆ 44415460794

**Back of check**

PAY TO THE ORDER OF
CHICKASS INC.
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
153911692355 06/09/2026 18:13:23

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Malak Abdrabou

Four. Hundred Seventy Eight 00/100......................

CC. Tips. From 5/17/26 to June 4th 2026

MEMO

⑈003004⑈ ⑆054001725⑆ 44415460 7

**Back of check**

...ards and include:

...to deter fraud

...back

...altered

...back

# TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Malak Abdrabou

Ninety and 28/100*************************************************************

Malak Abdrabou
4100 Massachussets Ave Apt 303
Washington, DC 20016

MEMO

Pay Period: 05/09/2026 - 05/22/2026

⑈002977⑈ ⑆054001725⑆ 444154607

**Back of check**

Se[illegible] industry standards and include[illegible]

[illegible] indicate

[illegible] to deter fraud

[illegible]

[illegible] appear altered

[illegible]

[illegible] front and back.

[illegible]

**TD Bank**

America's Most Convenient Bank®

Search by date: **06/01/2026 - 06/30/2026**

**Front of check**

AME

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Dalia H Karim

Six. Hundred Seventy Six 00/100......................

CC. Tips. From 5/17/26 to May 31st 2026
Final Amount

MEMO

⑈003005⑈ ⑆054001725⑆ 44415460?

**Back of check**

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AME

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Dalia H Karim

One Hundred Nineteen and 35/100**********************************************************

Dalia H Karim
1786 Westwind Way
McLean, VA 22102

MEMO

Pay Period: 05/09/2026 - 05/22/2026

⑈002979⑈ ⑆054001725⑆ 444154607

**Back of check**

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AME

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Ulziikhand Chuluunbaatar

One Thousand One Hundred Fifty. One 00/100..............

Tips. April 10th to May 8th

MEMO

⑈003010⑈ ⑆054001725⑆ 444154607

**Back of check**

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Alieska M Cordova

Six Hundred Thirty and 49/100************************************************************

Alieska M Cordova
1531 N Pierce St
Arlington, VA 22209

MEMO

Pay Period: 05/09/2026 - 05/22/2026

⑈002853⑈ ⑆054001725⑆ 4441546

**Back of check**

00 2853

[illegible] standards and include:
- [illegible] number
- [illegible] to indicate
- [illegible] designed to deter fraud
- [illegible]
- [illegible] back
- [illegible]

Do not cash if:
- [illegible] or appear altered
- [illegible]
- [illegible] front and back.
- [illegible]

# TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AMER

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mabilia Miranda

Five Hundred Eighty-Four and 09/100**********************************************

Mabilia Miranda
2014 Columbia Pike #12
Arlington, VA 22204

MEMO

Pay Period: 01/17/2026 - 01/30/2026

⑈003009⑈ ⑆054001725⑆ 444154607

**Back of check**

003009

Security Features exceed industry standards and include:

- Matching account and check number
- MobileMark Deposit check mark to indicate check deposited via mobile device
- Security weave pattern on back designed to deter fraud
- lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Safe Deposit icon visible on front and back

Do not cash if:

- of the features listed above are missing or appear altered
- live on back looks pink or has disappeared
- stains or colored spots appear on both front and back.
- in Chemical Wash Detection Box

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Kaitlyn L. Svllivan

Five Hundred Fifty.Four 00/100......................

Tips. May 22 nd -Jun 5th

MEMO

⑈003114⑈ ⑆054001725⑆ 4441546O7

**Back of check**

For Deposit Only - JPMC

TD Bank
America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AMERIC

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Danilo Suchite

Three Hundred Four and 33/100**************************************************************

Danilo Suchite
1830 N Scott St Apt 304
Arlington, VA 22209

MEMO

Pay Period: 01/17/2026 - 01/30/2026

⑈002852⑈ ⑆054001725⑆ 44415460791

**Back of check**

054001725 002852

444154607

BEN INC 07-24

ecurity Features exceed industry standards and include:
ImageMatch Matching amount and check number on back
MobileMark Mobile Deposit check mark to indicate check has been deposited via mobile device
• The Security Weave pattern on back designed to deter fraud
Microprint (MP) lines printed on front and back
The words "ORIGINAL DOCUMENT" across back
Photo Safe Deposit Icon on front and back

Do not cash if:
• Any of the features listed above are missing or appear altered
• Fugitive ink on back looks pink or has disappeared
• Brown stains or colored spots appear on front and back, within Chemical Wash Detection Box

# TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AMERI

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Crowell & Moring, LLP

Three Thousand 00/100.....................

File # 118688.41

MEMO

⑈003016⑈ ⑆054001725⑆ 4441546075

**Back of check**

ELECTRONICALLY PRESEN

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AMEF

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Douglas N. Gottron, Esq. and/or his assig

Ninety. Thousand. Forty. Two and 65/100............

1069-73 31st. Street Lp

MEMO

⑈003024⑈ ⑆054001725⑆ 44154607

**Back of check**

>053101121< 06/18/2026 014688153

2061040 0009 00070

**TD Bank**

America's Most Convenient Bank®

Search by date: **06/01/2026 - 06/30/2026**

**Front of check**



AME

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Jeffrey Sobiecki

Three Hundred Thirty

MEMO

⑈003007⑈ ⑆054001725⑆ 4441546079

**Back of check**

[illegible] features exceed industry standards and include:

[illegible] and check number [illegible]

[illegible] to indicate

[illegible] device

[illegible] designed to deter fraud

[illegible] and back

[illegible] "ORIGINAL DOCUMENT" across the [illegible]

[illegible] and [illegible]

[illegible] appear altered

[illegible] and back.

TD Bank
America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Erick J Perez Lopez

One Thousand Two Hundred Fourteen and 56/100*****************************

Erick J Perez Lopez
211 S LExington St
Arlington, VA 22204

MEMO

Pay Period: 01/17/2026 - 01/30/2026

⑈002999⑈ ⑆054001725⑆ 4441546O7

**Back of check**

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AME

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Nikauly Lineros

Four Hundred Forty-Five and 15/100*************************************************************

Nikauly Lineros
4301 Columbia Pike
Arlington, VA 22204

MEMO

Pay Period: 01/17/2026 - 01/30/2026

⑈002848⑈ ⑆054001725⑆ 4441546079

**Back of check**

[illegible]6079
ELBEN INC 07-24

Security Features exceed industry standards and include:
- [illegible] Matching account and check number
- [illegible] Mobile Deposit check mark to indicate [illegible] deposited via mobile device
- The [illegible] pattern on back designed to deter fraud
- [illegible] printed on front and back
- The word "ORIGINAL DOCUMENT" across the back
- Photo Safe Deposit [illegible] visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

For Deposit Only - JRMC

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AMI

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mitchel BEVERAGE

Three HUNDRED NINETY FOUR 20/100

MEMO inv # 4699229

⑈003006⑈ ⑆054001725⑆ 444154607

**Back of check**

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AMERI

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Aziza. Naji

Three Thousand. Four Hundred Seventeen 00/100.....

rest depot & food reimbursement

MEMO

⑈003068⑈ ⑆054001725⑆ 4441546079

**Back of check**

Docusign Envelope ID: A3E9BABE-2E2F-8874-810D-621DA6E1DCBC


520825010072 104136 20260623 000000004

DDA_DEBIT TAE6387 3417.00

Tysons Corner 0208 24004 5208 0005 0007

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AMERI

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Crowell & Moring, LLP

Three Thousand 00/100......................

File # 118688.41

MEMO

⑈003016⑈ ⑆054001725⑆ 4441546075

**Back of check**

ELECTRONICALLY PRESEN

# TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AMER

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Aziza. Naji

Two. Thousand Eight Hundred Eighty Five 0/100...............

PP 4/11/26-4/24/26

MEMO

⑈002983⑈ ⑆054001725⑆ 4441546079

**Back of check**

520825010075 104550 20260623 00000000

DDA_DEBIT TAE6387 2885.00

Tysons Corner 0208 94004 5208 0005 0010

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AMERICA'S

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Herberto Lopez Ordonez

Two Thousand Eight Hundred Eighty-Four and 62/100****************************************

Herberto Lopez Ordonez
1004 S Queen St
Arlington, VA 22204

MEMO

PP 02/28/2026 - 03/13/2026

⑈003008⑈ ⑆054001725⑆ 4441546079⑈

**Back of check**

[illegible] industry [illegible] and include [illegible]

- [illegible] with syndicate [illegible]
- [illegible] to deter fraud
- [illegible]
- [illegible]
- [illegible]

- [illegible]
- [illegible]
- [illegible] and back [illegible]

**TD Bank**

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AME

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Edwin Wilfredo Lopez y Lopez

Two Thousand Seventy-One and 10/100*********************************************

Edwin Wilfredo Lopez y Lopez
2303 10th St N
Arlington, VA 22201

MEMO

PP 02/14/2026 - 02/27/2026

⑈002982⑈ ⑆054001725⑆ 444154607

**Back of check**

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AME

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Leonel Vasquez Suchite

One Thousand Nine Hundred Fifty and 00/100*******************************************

Leonel Vasquez Suchite
1230 N Scott St Apt 304
Arlington, VA 22209

MEMO

PP 01/17/2025 - 01/30/2026

⑈002998⑈ ⑆054001725⑆ 444154607

**Back of check**

06222026

06222026 302801001817590

B426HF4

302801001817590

>05

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Rogelio Estrada Gonzalez

One Thousand Six Hundred Twenty and 48/100*****************************************

Rogelio Estrada Gonzalez
211 S Lexington St
Arlington, VA 22204

MEMO

Pay Period: 01/31/2026 - 02/13/2026

⑈003029⑈ ⑆054001725⑆ 44415460?

**Back of check**

urity Features exceed industry standards and include:

Matching account and check number

Mobile Deposit check mark to indicate check has been deposited via mobile device

pattern on back designed to deter fraud

lines printed on front and back

words "ORIGINAL DOCUMENT" across the back

Safe Deposit Icon visible on front and back

not cash if:

- of the features listed above are missing or appear altered
- ink on back looks pink or has disappeared
- stains or colored spots appear on both front and back
- in Chemical Wash Detection Box

**TD Bank**

America's Most Convenient Bank®

Search by date: **06/01/2026 - 06/30/2026**

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Erick J Perez Lopez

One Thousand Two Hundred Eighty and 19/100*************************************

Erick J Perez Lopez
211 S LExington St
Arlington, VA 22204

MEMO

Pay Period: 01/31/2026 - 02/13/2026

⑈003034⑈ ⑆054001725⑆ 444154607

**Back of check**

**TD Bank**

America's Most Convenient Bank®

Search by date: **06/01/2026 - 06/30/2026**

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Adelso Godoy Lopez

One Thousand One Hundred Thirty-Two and 25/100**********************************

Adelso Godoy Lopez
211 S Lexington St
Arlington, VA 22204

MEMO

Pay Period: 01/17/2026 - 01/30/2026

⑈003015⑈ ⑆054001725⑆ 44415460

**Back of check**

[illegible] atures exceed industry standards [illegible]
[illegible] Matching account and check number [illegible]
[illegible]
[illegible] Match Date [illegible] indicate
[illegible]
[illegible] alteration [illegible]
[illegible] front and back
[illegible] across the back
[illegible] visible on front and back

[illegible]
[illegible] features listed above are missing or [illegible]
[illegible] back looks pink or has [illegible]
[illegible] colored spots appear [illegible] and back,
[illegible] Watch Detection Box

# TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

AMEI

PAY TO THE ORDER OF Rogelio Estrada Gonzalez

One Thousand Sixty-Two and 90/100****************************************************

Rogelio Estrada Gonzalez
211 S Lexington St
Arlington, VA 22204

MEMO

Pay Period: 01/17/2026 - 01/30/2026

⑈002981⑈ ⑆054001725⑆ 44415460

**Back of check**

1-546079
EN INC 07-24

Security Features exceed industry standards and include:
- ImageMatch: Matching account and check number on back (Patent # 9,250,0[illegible])
- MobileMark: Mobile Deposit check mark to indicate check has been dep[illegible]ed via mobile device
- The Security Weave pattern on back designed to deter fraud
- Microprint (MP) the [illegible] printed on front and back
- The words ORIGINAL DOCUMENT across the back
- Photo Safe Deposit icon visible on front and back

[illegible] not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, [illegible] in Chemical Wash Detection Box

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Eliseo Lopez

Four Hundred Eighty-One and 68/100**********************************************

Eliseo Lopez
5807 14th St NW Apt# 200
Washington, DC 20011

MEMO

Pay Period: 05/09/2026 - 05/22/2026

⑈003035⑈ ⑆054001725⑆ 44415460

**Back of check**

**TD Bank**

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AMER

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mabilia Miranda

Four Hundred Forty-Three and 63/100**********************************************************

Mabilia Miranda
2014 Columbia Pike #12
Arlington, VA 22204

MEMO

Pay Period: 01/31/2026 - 02/13/2026

⑈003033⑈ ⑆054001725⑆ 44415460 79

**Back of check**

003033

... features exceed industry standards and include:

... Matching account and check number
... check mark to indicate
... device
... pattern on back designed to deter fraud
... on front and back
... DOCUMENT" across the back
... Deposit ... visible on front and back

... features listed above are missing or appear altered
... has disappeared
... spots appear on both front and back.
... Wash Detection Box

**TD Bank**

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AMEI

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Cash

Five Thousand. 00/100............

1/2 of the reimbursement cash made
to the account n June 17/26 Total of $10000

MEMO

⑈003074⑈ ⑆054001725⑆ 444154607

**Back of check**

520822018934 091943 20260624 00000000
DDA_DEBIT TAS6384 5000.00
Tysons Corner 0208 94004 5208 0002 0010

TD Bank
America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AMEI

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mohamed El Mekki Karrakchou

Four Thousand Ninety -Nine and 89/100

Mohamed El Mekki Karrakchou
7902 Tyson One Pl #1903
Mcclean, VA 22102

MEMO

Pay Period 4/11/26 to 4/24

⑈003067⑈ ⑆054001725⑆ 44415460?

**Back of check**

20260624 15775300438080 AUB 051403164 TLR# 0002522

TD Bank
America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AMI

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Edwin Wilfredo Lopez y Lopez

One Thousand Nine Hundred Fifty-Six and 04/100**************************************

Edwin Wilfredo Lopez y Lopez
2303 10th St N
Arlington, VA 22201

MEMO

PP 02/28/2026 - 03/13/2026

⑈003041⑈ ⑆054001725⑆ 44415460?

**Back of check**

[illegible] features exceed [illegible] quality standards and include

- [illegible]
- [illegible] check [illegible]
- [illegible] to deter fraud
- [illegible]
- [illegible]
- [illegible]

[illegible]

- [illegible] are missing or appear altered
- [illegible]
- [illegible] and back

**TD Bank**

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AME

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Leonel Vasquez Suchite

One Thousand Nine Hundred Fifty and 00/100*******************************************

Leonel Vasquez Suchite
1230 N Scott St Apt 304
Arlington, VA 22209

MEMO

PP 02/28/2026 - 03/13/2026

⑈003039⑈ ⑆054001725⑆ 44415460 7

**Back of check**

Security features exceed industry standards and include:
- Mobile Deposit check mark to indicate check has been deposited via mobile device
- Security Weave pattern on back designed to deter fraud
- Microprint (MP) lines printed on front and back
- Heat-reactive ink on back

Do not cash if:
- any of the features listed above are missing or appear altered
- the ink on back looks pink or has disappeared
- stains or colored spots appear on both front and back, and the chemical wash Detection Box

1905
2026-06-23
T426144
051500481
United Bank

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AMI

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Adelso Godoy Lopez

One Thousand One Hundred Ninety-Seven and 73/100******************************

Adelso Godoy Lopez
211 S Lexington St
Arlington, VA 22204

MEMO

Pay Period: 02/28/2026 - 03/13/2026

⑈003038⑈ ⑆054001725⑆ 44415460 7

**Back of check**

... exceed industry standards and include ...

... check mark ... date ...

... to detect fraud ...

... back ...

... are missing or appear altered ...

... and back ...

**TD Bank**

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Nerlyn Cedillo

One Thousand Fifty-Three and 55/100*****************************************************

Nerlyn Cedillo
919 Sheridon St NW apt g2
washington, DC 20011

MEMO

Pay Period: 01/31/2026 - 02/13/2026

⑈003032⑈ ⑆054001725⑆ 44415460 7

**Back of check**

4501725 00
1546079
BE NC 07-24

Security Features exceed industry standards and include:
- TrueMatch™ Matching account and check number on back (Patent No. 9,240,088)
- MobileMark™ Mobile Deposit check mark to indicate check has been deposited via mobile device
- True Security Weave™ pattern on back designed to deter fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" seen on back
- Photo Safe Deposit™ icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered.
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on front and back, and in Chemical Wash Detection Box

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AMERICA

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Danilo Suchite

Four Hundred Twenty-Four and 91/100**********************************************************

Danilo Suchite
1830 N Scott St Apt 304
Arlington, VA 22209

MEMO

Pay Period 01/31/2026 02/13/2026

⑈003036⑈ ⑆054001725⑆ 4441546079⑈

**Back of check**

[illegible]4001725 [illegible]036

[illegible]41546079

[illegible] 07-24

**Security Features exceed industry standards and include:**

- ImageMatch – Matching account and check number [illegible] [illegible] 052
- MobileMark – Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security [illegible] pattern on back designed to deter fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Photo Safe Deposit icon visible on front and back

**Do not cash if:**

- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, or in Chemical Wash Detection Box

TD Bank
America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AMEI

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mohamed El Mekki Karrakchou

Four Thousand Ninety -Nine and 89/100••••..

Mohamed El Mekki Karrakchou
7902 Tyson One Pl #1903
Mcclean, VA 22102

MEMO

Pay Period 4/25/26 to 5/8/26

⑈003071⑈ ⑆054001725⑆ 44415460 7

**Back of check**

**TD Bank**

America's Most Convenient Bank®

Search by date: **06/01/2026 - 06/30/2026**

**Front of check**

AMER

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Aziza. Naji

Two. Thousand Eight Hundred Eighty Five 0/100.............

PP 4/25/26 - 5/8/26

MEMO

⑈002849⑈ ⑆054001725⑆ 444154607

**Back of check**

520822018995 092615 20260625 00000000
DDA_DEBIT TAS6384 2885.00
Tysons Corner 0208 94004 5208 0002 0007

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AMEF

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Redouane. Salhami.

Two Thousand Five 00/100

tips

MEMO

⑈003118⑈ ⑆054001725⑆ 4441546070

**Back of check**

>053101121< 06/25/2026 002072112

2061212 0006 00015

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AMER

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Redouane. Salhami

One Thousand Nine. Hundred Thirteen 00/100................

Tips Dec Jan Feb Mar 2026
1/3. Second payment

MEMO

⑈003019⑈ ⑆054001725⑆ 444154607

**Back of check**

>053101121< 06/25/2026 002072111

2061212 0006 00015

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AMEF

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Redouane. Salhami

One Thousand Nine. Hundred Thirteen 00/100.................

Tips Dec Jan Feb Mar 2026
1/3. First one

MEMO

⑈003020⑈ ⑆054001725⑆ 44415460?

**Back of check**

>053101121< 06/25/2026 002072110

2061212 0006 00015

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AMEI

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Redouane. Salhami

One Thousand Nine. Hundred Thirteen 00/100........

Tips Dec Jan Feb Mar 2026
1/3. Last one

MEMO

⑈003021⑈ ⑆054001725⑆ 444154607

**Back of check**

>053101121< 06/25/2026 002072109

2061212 0006 00015

# TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AMER

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Cengizhan. Sahin

One Thousand Two . Hundred Fifteen 00/100........................

Tips. Feb and Mar 2026
First. Half

MEMO

⑈003012⑈ ⑆054001725⑆ 444154607

**Back of check**

TD Bank
America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Cengizhan Sahin

One thousand Two hundred fifteen

Tips feband mar 2026
Rest of payment Final

MEMO

⑈003124⑈ ⑆054001725⑆ 44415460

**Back of check**

[illegible] features exceed industry standards and include:

[illegible] designed to deter fraud

[illegible] on front and back

[illegible] listed above are missing or appear altered

[illegible] on both front and back

[illegible]

TD Bank
America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AMER

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Teresa Lopez

Nine Hundred Thirty-Five and 52/100*******************************************************

Teresa Lopez
1437 11th St NW
Washington, DC 20001

MEMO

Pay Period: 01/31/2026 - 02/13/2026

⑈003028⑈ ⑆054001725⑆ 44415460?

**Back of check**

PAY TO THE ORDER OF
CHICKASS INC.
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
153911692355 06/25/2026 12:46:28

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AME

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Alieska M Cordova

Seven Hundred Fifty-One and 96/100**************************************************

Alieska M Cordova
1531 N Pierce St
Arlington, VA 22209

MEMO

Pay Period: 05/09/2026 - 05/22/2026

⑈003037⑈ ⑆054001725⑆ 44415460?

**Back of check**

**TD Bank**

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AM

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Gamaliel. Landores.

Two. Hundred. Nine 0 0/100

Host July 6 and 13

MEMO

⑈003120⑈ ⑆054001725⑆ 444154607

**Back of check**

06242026

06242026 402901000754680

b426502

402901000754680

>05

# TD Bank

America's Most Convenient Bank®

Search by date: **06/01/2026 - 06/30/2026**

**Front of check**



MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mostafa. Belainass

Five Thousand. 00/100

MEMO Manager Feb and March

⑈003125⑈ ⑆054001725⑆ 44415460

**Back of check**

BEN INC 07-24

Security Features exceed industry standards and include:
- ImageMatch – Matching account and check number on back
- MobileMark – Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave pattern on back designed to deter fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Safe Deposit icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- ...on back ...has disappeared
- ...stains or colored spots appear on both front and back
- ...Chemical Wash Detection Box

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AMERICA

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mostafa. Belainass

Two Thousand Six. Hundred Seventy Three 00/100.................

Tips Dec Jan Feb Mar 2026
1/3 First

MEMO

⑈003003⑈ ⑆054001725⑆ 4441546079⑈

**Back of check**

.44154460?9

BEN INC 07-24

curity Features exceed industry standards and include:

ageMatch - Matching account and check number

back

bileMark - Mobile Deposit check mark to indicate

has been deposited via mobile device

Security Weave pattern on back designed to deter fraud

proprietary lines printed on front and back

words ORIGINAL DOCUMENT across the back

Safe Deposit icon visible on front and back

not cash if

of the features listed above are missing or appear altered

ink on back looks pink or has discolored

stains or colored spots appear on both front and back.

Chemical Wash Detection Box

# TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AME

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mostafa. Belainass

Two Thousand Six. Hundred Seventy Three 00/100.........

Tips Dec Jan Feb Mar 2026
1/3 last one

MEMO

⑈003023⑈ ⑆054001725⑆ 444154607

**Back of check**

559513009855 131201 20260[illegible]26 00000000
DDA_DEBIT TAN2785 2673[illegible]00
Clarendon Wilson 0595 94004[illegible]595 0003 000

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Malak. Abdrabou .

Three. Hundred. Ninety Eight 0 0/100

Tips Jun 5th June 6 June 7

MEMO

⑈003119⑈ ⑆054001725⑆ 444154607

**Back of check**

... industry standards and include
... check number
... check back to indicate
... to deter fraud
... and back
... back
... visible on front and back

... are missing or appear altered
... disappeared
... appear on both front and back.
... Box

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Malak Abdrabou

One Hundred Nineteen and 32/100**********************************************************

Malak Abdrabou
4100 Massachussets Ave`Apt 303
Washington, DC 20016

MEMO

Pay Period: 05/23/2026 - 06/05/2026

⑈003025⑈ ⑆054001725⑆ 44154607

**Back of check**

[illegible] standards and include:
[illegible] and check number
[illegible] check mark to indicate
[illegible] to deter fraud
[illegible] back
[illegible] on front and back

[illegible] are missing or appear altered
[illegible] disappeared
[illegible] on both front and back
[illegible] box

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AMEF

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Herberto Lopez Ordonez

Two Thousand Eight Hundred Eighty-Four and 62/100**********************************

Herberto Lopez Ordonez
1004 S Queen St
Arlington, VA 22204

MEMO
PP 03/14/2026 - 03/27/2026

⑈003040⑈ ⑆054001725⑆ 44415460 7

**Back of check**

standards and include:

and check number

to indicate

to deter fraud

back

altered

front and back.

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mostafa. Belainass

Two Thousand Six. Hundred Seventy Three 00/100........

Tips Dec Jan Feb Mar 2026
1/3 Second

MEMO

⑆003022⑆ ⑈054001725⑈ 44415460 7

**Back of check**

06262026

06262026 402901000755840

b426502

402901000755840

>05

# TD Bank

America's Most Convenient Bank®

Search by date: **06/01/2026 - 06/30/2026**

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Melvin. M. Garcia

One Thousand Three. Hundred Thirty. One 00/100..........

Tips. Feb and Mar 2026

MEMO

⑈003013⑈ ⑆054001725⑆ 1444154607

**Back of check**

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF David Cerezo

One Thousand Two Hundred Thirty and 82/100****************************************

David Cerezo
3563 Center St NW
Washington, DC 20010

MEMO

Pay Period: 05/31/2026 - 06/13/2026

⑈003073⑈ ⑆054001725⑆ 444154607

**Back of check**

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AMEF

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF ELITE MINES

three hundred fifty f

MEMO DC112453

⑈003128⑈ ⑆054001725⑆ 44415460?

**Back of check**

>065000090<
CAPITAL ONE, NA
0052558934 06292026
RICHMOND, VA 058 23
Deposit 1361022714

# TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AMER

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Kaitlyn L Svllivan

Seventy-Nine and 67/100**************************************************************

Kaitlyn L Svllivan
3700 O Street NW
Washington, DC 20057

MEMO

Pay Period: 05/09/2026 - 05/22/2026

⑈002978⑈ ⑆054001725⑆ 44415460 79

**Back of check**

For Deposit Only - JPMC

**TD Bank**

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AME

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mohamed El Mekki Karrakchou

Four Thousand Ninety -Nine and 89/100

Mohamed El Mekki Karrakchou
7902 Tyson One Pl #1903
Mcclean, VA 22102

MEMO

Pay Period. 5/23/26. To 6/5/26

⑈003070⑈ ⑆054001725⑆ 44415460 7

**Back of check**

20260630 15775000448250 AUB 051403164 TLR# 0002521

# TD Bank
America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AMERICA

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Gamaliel Landores

One Thousand Ninety one 00/100......................

Tips October To Mar
2026. Rest oF Payment

MEMO

⑈003017⑈ ⑆054001725⑆ 4441546079⑈

**Back of check**

TD Bank
America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AMERICA

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Gamaliel. Landores

One Thousand Ninety one 00/100........................

Tips October To Mar 2026
Half Payment

MEMO

⑈003018⑈ ⑆054001725⑆ 4441546079⑈

**Back of check**

TD Bank

America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AME

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Elite Wine

Six Hundred Seventen 00/100

MEMO

⑈003075⑈ ⑆054001725⑆ 4441546O7

**Back of check**

>065000090<
CAPITAL ONE, NA
0053464474 06302026
RICHMOND, VA 075 23
Deposit 1361022714

**TD Bank**
America's Most Convenient Bank®

Search by date: 06/01/2026 - 06/30/2026

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Melvin M Garcia

Three. Hundred 00/100

Thursday morning

MEMO

⑈003123⑈ ⑆054001725⑆ 44415460

**Back of check**



# TD Bank

America's Most Convenient Bank®

Search by date: **06/01/2026 - 06/30/2026**

**Front of check**

AMER

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF **CASH**

Three Thousand Three Hundred. Twenty Eight 00/

Tipout Busser/ Runner February 2026
Redouane $760 mostafa $539 CengizHan $707
Melvin $1085 Gamaliel $237

MEMO

⑈003112⑈ ⑆054001725⑆ 44154607

**Back of check**

520822019175 154247 20260630 00000000

DDA_DEBIT TAS6384 3328.00

Tysons Corner 0208 94004 5208 0002 0092