**Fill in this information to identify the case:**

Debtor Name Melben, Inc.

United States Bankruptcy Court for the: District of Columbia

Case number: 24-00232

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

**12/17**

Month: July 2026

Date report filed: 08/24/2026 (MM / DD / YYYY)

Line of business: Restaurant

NAISC code: ____________

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Mekki Karrakchou

Original signature of responsible party: Mekki Karrakchou (DocuSigned by: 1B4B54202D984D7...)

Printed name of responsible party: Mekki Karrakchou

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Melben, Inc. Case number 24-00232

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 30,483.60

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 131,141.20

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ 118,222.78

22. **Net cash flow** + $ 12,918.42

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 43,402.02

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 0.00

*(Exhibit E)*

Debtor Name Melben, Inc. Case number 24-00232

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 0.00

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 29

27. What is the number of employees as of the date of this monthly report? 29

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 11,000.00

30. How much have you paid this month in other professional fees? $ 1,497.00

31. How much have you paid in total other professional fees since filing the case? $ 5,988.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 131,141.20 | – | $ 131,141.20 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 118,222.78 | – | $ 118,222.78 | = | $ 0.00 |
| 34. **Net cash flow** | $ 12,918.42 | – | $ 12,918.42 | = | $ 0.00 |

35. Total projected cash receipts for the next month: $ 241,822.74

36. Total projected cash disbursements for the next month: - $ 246,740.84

37. Total projected net cash flow for the next month: = $ -4,918.10

Debtor Name Melben, Inc. Case number 24-00232

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

# Exhibit C

| Date | Source/Payor | Amount |
|---|---|---|
| 7/1/26 | Owner.com | $71.55 |
| 7/1/26 | SpotOn | $3,471.61 |
| 7/2/26 | Owner.com | $115.33 |
| 7/2/26 | SpotOn | $3,498.86 |
| 7/6/26 | SpotOn | $6,563.85 |
| 7/6/26 | SpotOn | $5,134.11 |
| 7/6/26 | SpotOn | $3,941.15 |
| 7/6/26 | SpotOn | $2,534.61 |
| 7/7/26 | SpotOn | $6,244.56 |
| 7/8/26 | Owner.com | $53.64 |
| 7/8/26 | SpotOn | $1,143.49 |
| 7/9/26 | Owner.com | $44.85 |
| 7/9/26 | SpotOn | $2,428.89 |
| 7/10/26 | SpotOn | $2,665.98 |
| 7/13/26 | Owner.com | $45.01 |
| 7/13/26 | SpotOn | $6,373.47 |
| 7/13/26 | SpotOn | $4,769.38 |
| 7/13/26 | SpotOn | $2,227.13 |
| 7/14/26 | Uber | $46.08 |
| 7/14/26 | SpotOn | $5,225.54 |
| 7/15/26 | Owner.com | $57.30 |
| 7/15/26 | SpotOn | $3,213.23 |
| 7/16/26 | Owner.com | $53.72 |
| 7/16/26 | SpotOn | $2,125.27 |
| 7/17/26 | Door Dash | $7.35 |
| 7/17/26 | SpotOn | $4,017.56 |
| 7/20/26 | SpotOn | $7,049.51 |
| 7/20/26 | SpotOn | $6,000.55 |
| 7/20/26 | SpotOn | $2,953.49 |
| 7/21/26 | Owner.com | $19.70 |
| 7/21/26 | SpotOn | $4,575.68 |
| 7/22/26 | Owner.com | $227.64 |
| 7/22/26 | SpotOn | $2,064.32 |
| 7/23/26 | SpotOn | $2,854.59 |
| 7/24/26 | SpotOn | $2,754.94 |
| 7/27/26 | Owner.com | $93.96 |
| 7/27/26 | SpotOn | $9,587.82 |
| 7/27/26 | SpotOn | $6,544.72 |
| 7/27/26 | SpotOn | $5,448.35 |
| 7/28/26 | SpotOn | $3,779.78 |
| 7/29/26 | Owner.com | $102.26 |
| 7/29/26 | SpotOn | $2,942.61 |
| 7/30/26 | Owner.com | $154.17 |
| 7/30/26 | SpotOn | $4,933.25 |
| 7/31/26 | SpotOn | $2,980.34 |
| | | **$131,141.20** |

**Exhibit D**

| Check No. | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 7/1/26 | Restaurant Depot | Food and beverage inventory | $1,211.10 |
| | 7/1/26 | Good Friends | Waste-management services | $550.00 |
| | 7/1/26 | American Filter Steam | Equipment / maintenance supplies | $177.72 |
| 3088 | 7/1/26 | Opici Wine | Alcohol inventory | $731.36 |
| | 7/2/26 | SpotOn | Payment-processing fees | $549.40 |
| | 7/2/26 | SpotOn | Payment-processing fees | $355.91 |
| | 7/2/26 | Roca Company Solutions | | $270.00 |
| | 7/2/26 | Resy | Reservation-platform fee | $263.94 |
| | 7/2/26 | SpotOn | Payment-processing fees | $0.12 |
| 3083 | 7/2/26 | Mekki Karrakchou | Wages | $4,099.89 |
| 3092 | 7/2/26 | Cash | Tips | $3,144.00 |
| 3095 | 7/3/26 | Kicco Coffee | Beverage inventory | $350.00 |
| 3066 | 7/3/26 | Aziza Naji | Wages | $2,885.00 |
| 3115 | 7/3/26 | Coca Cola | Beverage inventory | $635.58 |
| 3116 | 7/3/26 | Mitchel Beverage | Alcohol inventory | $209.40 |
| | 7/6/26 | Restaurant Depot | Food and beverage inventory | $2,902.59 |
| | 7/6/26 | Restaurant Depot | Food and beverage inventory | $1,046.65 |
| | 7/6/26 | Restaurant Depot | Food and beverage inventory | $593.59 |
| | 7/6/26 | Owner.com | Online-ordering platform fee | $528.94 |
| | 7/6/26 | Hyatt Reg Tyson | | $45.00 |
| | 7/6/26 | Dollar Tree | Operating supplies | $31.80 |
| | 7/6/26 | Earls Tyson Corner | | $12.33 |
| 3078 | 7/6/26 | Eliseo Lopez | Wages | $546.61 |
| 3121 | 7/6/26 | Chloe Gallop | Wages | $107.61 |
| 3126 | 7/6/26 | Chloe Gallop | Tips | $357.00 |
| 2920 | 7/6/26 | Chloe Gallop | Wages | $154.42 |
| | 7/7/26 | Potomac Wines | Alcohol inventory | $934.19 |
| 3077 | 7/7/26 | Issac Colato | Wages | $424.48 |
| 3107 | 7/7/26 | Mekki Karrakchou | Wages | $4,099.89 |
| 3130 | 7/7/26 | Elite Wine | Alcohol inventory | $960.00 |
| 3042 | 7/7/26 | Teresa Lopez | Wages | $985.30 |
| 3045 | 7/7/26 | Nerlyn Cedillo | Wages | $1,221.13 |

**Exhibit D**

| | | | | |
|---|---|---|---|---|
| | 7/8/26 | Restaurant Depot | Food and beverage inventory | $546.80 |
| 3079 | 7/8/26 | David Cerezo | Wages | $1,194.51 |
| | 7/9/26 | Alsco, Inc. | Linen / uniform services | $588.55 |
| 3103 | 7/9/26 | Aziza Naji | Wages | $2,885.00 |
| | 7/10/26 | Internal Revenue Service | Tax payment | $2,058.06 |
| | 7/10/26 | Restaurant Depot | Food and beverage inventory | $1,592.28 |
| | 7/10/26 | SpotOn | Payment-processing fees | $1,325.00 |
| | 7/13/26 | Restaurant Depot | Food and beverage inventory | $1,934.35 |
| | 7/13/26 | Geico | Auto insurance | $393.05 |
| | 7/13/26 | Amazon | Operating and office supplies | $201.40 |
| | 7/13/26 | Amazon | Operating and office supplies | $100.67 |
| | 7/13/26 | SpotOn | Payment-processing fees | $97.31 |
| | 7/13/26 | Amazon | Operating and office supplies | $53.00 |
| | 7/13/26 | Safeway | Food and beverage inventory | $44.02 |
| | 7/13/26 | Amazon | Operating and office supplies | $22.57 |
| | 7/13/26 | Amazon | Operating and office supplies | $21.18 |
| 3129 | 7/13/26 | Mohamed Sabila | Maintenance | $450.00 |
| 3131 | 7/13/26 | Mitchel Beverage | Alcohol inventory | $50.00 |
| 3046 | 7/13/26 | Mabilia Miranda | Wages | $642.59 |
| 3047 | 7/13/26 | Erick Lopez | Wages | $1,375.53 |
| | 7/14/26 | ESSP Tax | | $1,407.77 |
| | 7/14/26 | Ally Finance | Vehicle financing | $958.34 |
| | 7/14/26 | Potomac Wines | Alcohol inventory | $722.14 |
| | 7/14/26 | OPFL | D.C. Paid Family Leave tax | $698.15 |
| | 7/14/26 | Comp of Maryland | State tax payment | $460.45 |
| | 7/14/26 | Amazon | Operating and office supplies | $84.76 |
| | 7/14/26 | Amazon | Operating and office supplies | $76.30 |
| | 7/14/26 | Amazon | Operating and office supplies | $63.58 |
| | 7/14/26 | Amazon | Operating and office supplies | $55.10 |
| | 7/14/26 | Amazon | Operating and office supplies | $33.78 |
| | 7/14/26 | Amazon | Operating and office supplies | $26.49 |
| | 7/14/26 | Amazon | Operating and office supplies | $24.22 |
| | 7/14/26 | Amazon | Operating and office supplies | $21.20 |

**Exhibit D**

| | | | | |
|---|---|---|---|---|
| | 7/14/26 | Amazon | Operating and office supplies | $21.20 |
| | 7/14/26 | Amazon | Operating and office supplies | $21.19 |
| | 7/14/26 | Amazon | Operating and office supplies | $7.89 |
| | 7/14/26 | Amazon | Operating and office supplies | $7.89 |
| 3091 | 7/14/26 | Mekki Karrakchou | Wages | $4,099.89 |
| 3096 | 7/14/26 | Gamaliel Landeros | Tips | $313.50 |
| 3097 | 7/14/26 | Mostafa Belainass | Tips | $3,000.00 |
| 3048 | 7/14/26 | Danilo Suchite | Wages | $566.89 |
| | 7/15/26 | Restaurant Depot | Food and beverage inventory | $1,799.30 |
| | 7/15/26 | Breakthru | Alcohol inventory | $859.44 |
| | 7/15/26 | DC OTR | District tax payment | $553.19 |
| | 7/15/26 | Adobe | Software subscription | $21.19 |
| | 7/16/26 | Alsco, Inc. | Linen / uniform services | $466.64 |
| | 7/16/26 | VA Dept. of Taxation | State tax payment | $346.00 |
| | 7/17/26 | Restaurant Depot | Food and beverage inventory | $1,092.37 |
| | 7/17/26 | PayPal | Expense | $499.31 |
| | 7/17/26 | Microsoft | Software subscription | $9.99 |
| 3053 | 7/17/26 | Herberto Lopez | Wages | $2,884.62 |
| | 7/20/26 | Restaurant Depot | Food and beverage inventory | $2,803.47 |
| | 7/20/26 | Safeway | Food and beverage inventory | $210.77 |
| | 7/20/26 | EspriGas | Propane / cooking-gas supply | $24.38 |
| | 7/20/26 | Spotify | Subscription service | $20.13 |
| | 7/20/26 | Amazon Prime | Subscription service | $15.89 |
| 3043 | 7/20/26 | Rogelio Estrada | Wages | $1,729.19 |
| 3049 | 7/20/26 | Adelso Lopez | Wages | $816.63 |
| 3054 | 7/20/26 | Edwin Lopez | Wages | $1,884.96 |
| | 7/21/26 | Potomac Wines | Alcohol inventory | $285.33 |
| 3052 | 7/21/26 | Leonel Suchite | Wages | $1,950.00 |
| 3080 | 7/21/26 | Alieska Cordova | Wages | $536.69 |
| 3101 | 7/21/26 | Aziza Naji | Wages | $2,684.00 |
| 3138 | 7/21/26 | Eliseoe Lopez | Wages | $559.17 |
| | 7/22/26 | Restaurant Depot | Food and beverage inventory | $1,205.47 |
| | 7/22/26 | Restaurant Depot | Food and beverage inventory | $68.89 |

**Exhibit D**

| | | | | |
|---|---|---|---|---|
| 3058 | 7/22/26 | Nerlyn Cedillo | Wages | $1,246.75 |
| | 7/23/26 | DC OTR | District tax payment | $13,532.88 |
| | 7/23/26 | SGWS | Alcohol inventory | $1,544.30 |
| | 7/23/26 | Aldana & Associates | Professional services | $1,497.00 |
| 3055 | 7/23/26 | Teresa Lopez | Wages | $794.01 |
| 3137 | 7/23/26 | David Cerezo | Wages | $1,142.93 |
| | 7/24/26 | Restaurant Depot | Food and beverage inventory | $720.34 |
| | 7/24/26 | McDonalds | | $6.75 |
| 3084 | 7/24/26 | Elite Wine | Alcohol inventory | $448.00 |
| | 7/27/26 | Restaurant Depot | Food and beverage inventory | $2,065.20 |
| | 7/27/26 | Restaurant Depot | Food and beverage inventory | $1,301.54 |
| | 7/27/26 | Restaurant Depot | Food and beverage inventory | $106.53 |
| | 7/27/26 | Auto Zone | | $16.95 |
| | 7/27/26 | Potomac Wines | Alcohol inventory | $7.00 |
| 3056 | 7/27/26 | Rogelio Estrada | Wages | $1,415.75 |
| 3059 | 7/27/26 | Mabilia Miranda | Wages | $697.69 |
| 3060 | 7/27/26 | Erick Lopez | Wages | $1,358.68 |
| 3065 | 7/27/26 | Edwin Lopez | Wages | $1,879.27 |
| | 7/28/26 | Internal Revenue Service | Tax payment | $667.14 |
| | 7/28/26 | Potomac Wines | Alcohol inventory | $558.56 |
| | 7/28/26 | Amazon Prime | Subscription service | $15.89 |
| | 7/28/26 | Prime Video | Subscription service | $11.65 |
| 3061 | 7/28/26 | Danilo Suchite | Wages | $588.46 |
| 3062 | 7/28/26 | Adelso Lopez | Wages | $1,503.75 |
| 3098 | 7/28/26 | Gamaliel Landeros | Tips | $200.00 |
| | 7/29/26 | Restaurant Depot | Food and beverage inventory | $1,747.65 |
| | 7/30/26 | Safeway | Food and beverage inventory | $57.19 |
| | 7/30/26 | Amazon Prime | Subscription service | $5.29 |
| | 7/31/26 | RNDC | Alcohol inventory | $986.51 |
| | 7/31/26 | MerchantsRoll.com | Payroll-processing service | $140.55 |
| **Total** | | | | **$118,222.78** |

SpotOn

support@spoton.com
(877) 814-4102

**THIS IS NOT A BILL**

# Your Business Recap.

**BILLING STATEMENT FOR JULY 2026**

**PAGE 1 OF 3**

**Amount Deducted:**
**$0.00**

**Merchant #:**
**4445079388088**

**DBA Name:**
**Flavio**

**Melben Inc**
**1073 31st St NW**
**Washington**
**DC, 20007**
**US**

## YOUR SALES THIS MONTH

## $134,210.98




**This is 13.7% higher than last month**

SpotOn

support@spoton.com
(877) 814-4102

**Merchant #:**
**4445079388088**

**DBA Name:**
**Flavio**

## THIS IS NOT A BILL

# Your Business Recap.

## BILLING STATEMENT FOR JULY 2026



### ACTIVITY SUMMARY

| PLAN CODE | NUMBER OF SALES | AMOUNT OF SALES | NUMBER OF REFUNDS | AMOUNT OF REFUNDS | NET SALES |
|---|---|---|---|---|---|
| AMEX | 204 | $25,012.12 | 0 | $0.00 | $25,012.12 |
| DISC | 64 | $4,686.31 | 0 | $0.00 | $4,686.31 |
| MCRD | 288 | $24,979.85 | 0 | $0.00 | $24,979.85 |
| VISA | 890 | $79,532.70 | 0 | $0.00 | $79,532.70 |
| TOTAL | 1,446 | $134,210.98 | 0 | $0.00 | $134,210.98 |

### DEPOSITS

| DATE | NUMBER OF SALES | AMOUNT OF SALES | AMOUNT OF REFUNDS | DISCOUNT PAID | NON SETTLED | SETTLED |
|---|---|---|---|---|---|---|
| 07/01 | 40 | $3,621.27 | $0.00 | $122.41 | | $3,498.86 |
| 07/02 | 27 | $2,623.28 | $0.00 | $88.67 | | $2,534.61 |
| 07/03 | 49 | $4,079.01 | $0.00 | $137.86 | | $3,941.15 |
| 07/04 | 69 | $6,793.49 | $0.00 | $229.64 | | $6,563.85 |
| 07/05 | 59 | $5,313.72 | $0.00 | $179.61 | | $5,134.11 |
| 07/06 | 71 | $6,462.98 | $0.00 | $218.42 | | $6,244.56 |
| 07/07 | 18 | $1,183.48 | $0.00 | $39.99 | | $1,143.49 |
| 07/08 | 28 | $2,513.87 | $0.00 | $84.98 | | $2,428.89 |
| 07/09 | 36 | $2,759.24 | $0.00 | $93.26 | | $2,665.98 |
| 07/10 | 28 | $2,305.05 | $0.00 | $77.92 | | $2,227.13 |
| 07/11 | 46 | $4,936.19 | $0.00 | $166.81 | | $4,769.38 |
| 07/12 | 68 | $6,596.42 | $0.00 | $222.95 | | $6,373.47 |
| 07/13 | 67 | $5,408.35 | $0.00 | $182.81 | | $5,225.54 |
| 07/14 | 45 | $3,325.64 | $0.00 | $112.41 | | $3,213.23 |
| 07/15 | 14 | $2,199.64 | $0.00 | $74.37 | | $2,125.27 |
| 07/16 | 35 | $4,158.11 | $0.00 | $140.55 | | $4,017.56 |
| 07/17 | 38 | $3,056.79 | $0.00 | $103.30 | | $2,953.49 |
| 07/18 | 58 | $6,210.45 | $0.00 | $209.90 | | $6,000.55 |
| 07/19 | 61 | $7,296.13 | $0.00 | $246.62 | | $7,049.51 |
| 07/20 | 48 | $4,735.77 | $0.00 | $160.09 | | $4,575.68 |
| 07/21 | 14 | $2,136.53 | $0.00 | $72.21 | | $2,064.32 |
| 07/22 | 30 | $2,954.46 | $0.00 | $99.87 | | $2,854.59 |
| 07/23 | 34 | $2,851.32 | $0.00 | $96.38 | | $2,754.94 |
| 07/24 | 65 | $5,638.96 | $0.00 | $190.61 | | $5,448.35 |
| 07/25 | 63 | $6,773.67 | $0.00 | $228.95 | | $6,544.72 |
| 07/26 | 106 | $9,923.20 | $0.00 | $335.38 | | $9,587.82 |
| 07/27 | 43 | $3,911.99 | $0.00 | $132.21 | | $3,779.78 |
| 07/28 | 39 | $3,045.56 | $0.00 | $102.95 | | $2,942.61 |
| 07/29 | 63 | $5,105.86 | $0.00 | $172.61 | | $4,933.25 |
| 07/30 | 35 | $3,084.59 | $0.00 | $104.25 | | $2,980.34 |
| 07/31 | 49 | $3,205.96 | $0.00 | $108.35 | | $3,097.61 |
| DEPOSIT TOTAL | 1,446 | $134,210.98 | $0.00 | $4,536.34 | | $129,674.64 |

SpotOn
support@spoton.com
(877) 814-4102

**Merchant #:**
**4445079388088**

**DBA Name:**
**Flavio**

**THIS IS NOT A BILL**

# Your Business Recap.

**BILLING STATEMENT FOR JULY 2026**



## FEES

| STATEMENT FEE DESC OR DETAIL | COUNT | AMOUNT | RATES | PER ITEM | FEES PAID | TOTAL |
|---|---|---|---|---|---|---|
| AUTHORIZATION FEES | | | | | | |
| TRANSACTION FEES (AMEX) | 221 | | | $0.0000 | | $0.00 |
| TRANSACTION FEES (DISC) | 67 | | | $0.0000 | | $0.00 |
| TRANSACTION FEES (MCRD) | 344 | | | $0.0000 | | $0.00 |
| TRANSACTION FEES (VISA) | 1,037 | | | $0.0000 | | $0.00 |
| TOTAL AUTHORIZATION FEES | | | | | | $0.00 |
| INTERCHANGE FEES / AMERICAN EXPRESS PROGRAM FEES | | | | | | |
| AMEX RATE 1 | 204 | $25,012.12 | 3.3800% | | | $845.39 |
| VISA/MCRD/DISC FLAT DISCOUNT RATE | 1,242 | $109,198.86 | 3.3800% | | | $3,690.95 |
| TOTAL INTERCHANGE FEES / AMERICAN EXPRESS PROGRAM FEES | | | | | | $4,536.34 |
| TOTAL FEES | | | | | | $4,536.34 |

## CASH DISCOUNT PROGRAM DETAILS

ESTIMATED ADDITIONAL REVENUE FROM INCREASE IN ADVERTISED PRICES*: $4,536.33

NET AMOUNT PAID TO CREDIT CARD PROCESSING: $4,536.34

*Estimation of additional income based on application of the program that all processed volume received increased pricing for credit/debit usage

## FEE COLLECTION

AMOUNT DEDUCTED THROUGH DAILY DISCOUNT: $4,536.34

AMOUNT DEDUCTED AT END OF STATEMENT PERIOD: $0.00

Go paperless. Scan the QR code to opt in to paperless statements.

T **STATEMENT OF ACCOUNT**

MELBEN INC
DIP CASE 24-00232 DIST DC
1073 31ST STREET NW
WASHINGTON DC 20007

| | |
|---|---|
| Page: | 1 of 8 |
| Statement Period: | Jul 01 2026-Jul 31 2026 |
| Cust Ref #: | [redacted] |
| [redacted] | [redacted] |

## Chapter 11 Checking

MELBEN INC
DIP CASE 24-00232 DIST DC [redacted]

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 30,483.60 | Average Collected Balance | 30,158.96 |
| Electronic Deposits | 131,141.20 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 59,810.13 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 58,412.65 | Days in Period | 31 |
| Ending Balance | 43,402.02 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

If you would like written communication in an alternative accessible format, please contact us at 1-866-610-8501 Ext 2030 or dial 711 for TTY, Mon-Fri 9-6 EST. We offer Large Print, Accessible PDF, Braille (uncontracted or contracted) or Audio CD.

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-O7F5M8Z8U8O1 | 71.55 |
| 07/01 | RTP RCVD, SpotOn-4445079388088 2mpqcd99 | 3,471.61 |
| 07/02 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-C4Y9N9S6F5M9 | 115.33 |
| 07/02 | RTP RCVD, SpotOn-4445079388088 0y85exj9 | 3,498.86 |
| 07/06 | RTP RCVD, SpotOn-4445079388088 b3d0br8e | 6,563.85 |
| 07/06 | RTP RCVD, SpotOn-4445079388088 8z8bqt1k | 5,134.11 |
| 07/06 | RTP RCVD, SpotOn-4445079388088 xdkk5s6t | 3,941.15 |
| 07/06 | RTP RCVD, SpotOn-4445079388088 xnp60kym | 2,534.61 |
| 07/07 | RTP RCVD, SpotOn-4445079388088 fmjccaq2 | 6,244.56 |
| 07/08 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-E9D5Z6R1S8L1 | 53.64 |
| 07/08 | RTP RCVD, SpotOn-4445079388088 wx1as879 | 1,143.49 |
| 07/09 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-N3O7A1P0M9O6 | 44.85 |
| 07/09 | RTP RCVD, SpotOn-4445079388088 x4py17wa | 2,428.89 |
| 07/10 | RTP RCVD, SpotOn-4445079388088 fvhsmrhq | 2,665.98 |
| 07/13 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-O6M0O1P2G7I7 | 45.01 |
| 07/13 | RTP RCVD, SpotOn-4445079388088 jc2rv7mh | 6,373.47 |
| 07/13 | RTP RCVD, SpotOn-4445079388088 wpzdgehq | 4,769.38 |
| 07/13 | RTP RCVD, SpotOn-4445079388088 9nrvdwxq | 2,227.13 |
| 07/14 | ACH DEPOSIT, UBER USA, LLC PARTNER ADCJXO2T5RRAZPU | 46.08 |
| 07/14 | RTP RCVD, SpotOn-4445079388088 mcf48n9t | 5,225.54 |
| 07/15 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-R3F7Q0H8F8S5 | 57.30 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account



**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| 1 Ending Balance | | 43,402.02 |
| 2 Total Deposits | + | |
| 3 Sub Total | | |
| 4 Total Withdrawals | - | |
| 5 Adjusted Balance | | |

2

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | 2 |

4

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | 4 |

### FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

### INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

### FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

TD

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DIST DC

Page: 3 of 8
Statement Period: Jul 01 2026-Jul 31 2026
Cust Ref #: [redacted]

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/15 | RTP RCVD, SpotOn-4445079388088 2g0xpv77 | 3,213.23 |
| 07/16 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-H2V9B1Q5P2X3 | 53.72 |
| 07/16 | RTP RCVD, SpotOn-4445079388088 fyedjrps | 2,125.27 |
| 07/17 | CCD DEPOSIT, DOORDASH, INC. 1073 31ST ST-U4T2B4P1A3N3 | 7.35 |
| 07/17 | RTP RCVD, SpotOn-4445079388088 gb45rj8y | 4,017.56 |
| 07/20 | RTP RCVD, SpotOn-4445079388088 8n1tqcyd | 7,049.51 |
| 07/20 | RTP RCVD, SpotOn-4445079388088 ehyfn2x5 | 6,000.55 |
| 07/20 | RTP RCVD, SpotOn-4445079388088 t854sxvy | 2,953.49 |
| 07/21 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-L4L4A6W0D2Y0 | 19.70 |
| 07/21 | RTP RCVD, SpotOn-4445079388088 en4ag2rf | 4,575.68 |
| 07/22 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-Q2D9F9S6M0B4 | 227.64 |
| 07/22 | RTP RCVD, SpotOn-4445079388088 ktmeamt2 | 2,064.32 |
| 07/23 | RTP RCVD, SpotOn-4445079388088 akbh3ss6 | 2,854.59 |
| 07/24 | RTP RCVD, SpotOn-4445079388088 2mzng8e5 | 2,754.94 |
| 07/27 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-P4I0E8Y1T5W6 | 93.96 |
| 07/27 | RTP RCVD, SpotOn-4445079388088 d55rayfg | 9,587.82 |
| 07/27 | RTP RCVD, SpotOn-4445079388088 fyhzxfn2 | 6,544.72 |
| 07/27 | RTP RCVD, SpotOn-4445079388088 g6nyy4gp | 5,448.35 |
| 07/28 | RTP RCVD, SpotOn-4445079388088 h0a9vwqj | 3,779.78 |
| 07/29 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-C9L4K0S3J8R4 | 102.26 |
| 07/29 | RTP RCVD, SpotOn-4445079388088 bj4hrdxd | 2,942.61 |
| 07/30 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-T2N1K8L5X3B7 | 154.17 |
| 07/30 | RTP RCVD, SpotOn-4445079388088 w9ykgcrr | 4,933.25 |
| 07/31 | RTP RCVD, SpotOn-4445079388088 jm91g2m2 | 2,980.34 |
| | Subtotal: | 131,141.20 |

### Checks Paid

No. Checks: 45

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 07/06 | 2920 | 154.42 | 07/17 | 3053 | 2,884.62 |
| 07/07 | 3042* | 985.30 | 07/20 | 3054 | 1,884.96 |
| 07/20 | 3043 | 1,729.19 | 07/23 | 3055 | 794.01 |
| 07/07 | 3045* | 1,221.13 | 07/27 | 3056 | 1,415.75 |
| 07/13 | 3046 | 642.59 | 07/22 | 3058* | 1,246.75 |
| 07/13 | 3047 | 1,375.53 | 07/27 | 3059 | 697.69 |
| 07/14 | 3048 | 566.89 | 07/27 | 3060 | 1,358.68 |
| 07/20 | 3049 | 816.63 | 07/28 | 3061 | 588.46 |
| 07/21 | 3052* | 1,950.00 | 07/28 | 3062 | 1,503.75 |

TD

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DIST DC


Statement Period: Jul 01 2026-Jul 31 2026
Cust Ref #: [redacted]

## DAILY ACCOUNT ACTIVITY

**Checks Paid (continued)** *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 07/27 | 3065* | 1,879.27 | 07/28 | 3098 | 200.00 |
| 07/03 | 3066 | 2,885.00 | 07/21 | 3101* | 2,684.00 |
| 07/07 | 3077* | 424.48 | 07/09 | 3103* | 2,885.00 |
| 07/06 | 3078 | 546.61 | 07/07 | 3107* | 4,099.89 |
| 07/08 | 3079 | 1,194.51 | 07/03 | 3115* | 635.58 |
| 07/21 | 3080 | 536.69 | 07/03 | 3116 | 209.40 |
| 07/02 | 3083* | 4,099.89 | 07/06 | 3121* | 107.61 |
| 07/24 | 3084 | 448.00 | 07/06 | 3126* | 357.00 |
| 07/01 | 3088* | 731.36 | 07/13 | 3129* | 450.00 |
| 07/14 | 3091* | 4,099.89 | 07/07 | 3130 | 960.00 |
| 07/02 | 3092 | 3,144.00 | 07/13 | 3131 | 50.00 |
| 07/03 | 3095* | 350.00 | 07/23 | 3137* | 1,142.93 |
| 07/14 | 3096 | 313.50 | 07/21 | 3138 | 559.17 |
| 07/14 | 3097 | 3,000.00 | | | |
| | | | | Subtotal: | 59,810.13 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | DBCRD PUR AP, *****04036012809, AUT 063026 VISA DDA PUR AP<br>RESTAURANT DEPOT ALEXANDRIA * VA | 1,211.10 |
| 07/01 | DBCRD PUR AP, *****04037062399, AUT 063026 VISA DDA PUR AP<br>IN GOOD FRIENDS WASTE M 703 5438671 * VA | 550.00 |
| 07/01 | DBCRD PUR AP, *****04037062399, AUT 063026 VISA DDA PUR AP<br>AMERICAN FILTER STEAM 202 8296060 * DC | 177.72 |
| 07/02 | CCD DEBIT, SPOTON TRANSACT ACH ***-*14-4102 | 549.40 |
| 07/02 | CCD DEBIT, SPOTON TRANSACT ACH ***-*14-4102 | 355.91 |
| 07/02 | DBCRD PUR AP, *****04036012809, AUT 070126 VISA DDA PUR AP<br>ROCA COMPANY SOLUTIONS I WOODBRIDGE * VA | 270.00 |
| 07/02 | DBCRD PMT AP, *****04037062399, AUT 070126 VISA DDA PUR AP<br>RESYNETWORKINC RESY COM * NY | 263.94 |
| 07/02 | CCD DEBIT, SPOTON, INC. MTHLY DISC ****00001439744 | 0.12 |
| 07/06 | DBCRD PUR AP, *****04036012809, AUT 070326 VISA DDA PUR AP<br>RESTAURANT DEPOT ALEXANDRIA * VA | 2,902.59 |
| 07/06 | DBCRD PUR AP, *****04036012809, AUT 070226 VISA DDA PUR AP<br>RESTAURANT DEPOT ALEXANDRIA * VA | 1,046.65 |
| 07/06 | DBCRD PUR AP, *****04036012809, AUT 070526 VISA DDA PUR AP<br>RESTAURANT DEPOT ALEXANDRIA * VA | 593.59 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DIST DC

Page: 5 of 8
Statement Period: Jul 01 2026-Jul 31 2026
Cust Ref #: [redacted]

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/06 | DBCRD PMT AP, *****04037062399, AUT 070426 VISA DDA PUR AP<br>OWNER COM OWNER COM * CA | 528.94 |
| 07/06 | DBCRD PUR AP, *****04037062399, AUT 070426 VISA DDA PUR AP<br>HYATT REG TYSONS CRN F B TYSONS CORNER * VA | 45.00 |
| 07/06 | DBCRD PUR AP, *****04037062399, AUT 070426 VISA DDA PUR AP<br>DOLLARTREE VIENNA * VA | 31.80 |
| 07/06 | DBCRD PUR AP, *****04037062399, AUT 070526 VISA DDA PUR AP<br>SQ EARLS TYSONS CORNER MCLEAN * VA | 12.33 |
| 07/07 | DBCRD PUR AP, *****04037062399, AUT 070626 VISA DDA PUR AP<br>POTOMAC WINES SPIRITS WASHINGTON * DC | 934.19 |
| 07/08 | DBCRD PUR AP, *****04036012809, AUT 070726 VISA DDA PUR AP<br>RESTAURANT DEPOT ALEXANDRIA * VA | 546.80 |
| 07/09 | DBCRD PUR AP, *****04037062399, AUT 070826 VISA DDA PUR AP<br>ALSCO INC 703 751 5785 * VA | 588.55 |
| 07/10 | CCD DEBIT, IRS USATAXPYMT ****59120281387 | 2,058.06 |
| 07/10 | DBCRD PUR AP, *****04036012809, AUT 070926 VISA DDA PUR AP<br>RESTAURANT DEPOT ALEXANDRIA * VA | 1,592.28 |
| 07/10 | CCD DEBIT, SPOTON TRANSACT ACH ***-*14-4102 | 1,325.00 |
| 07/13 | DBCRD PUR AP, *****04036012809, AUT 071126 VISA DDA PUR AP<br>RESTAURANT DEPOT ALEXANDRIA * VA | 1,934.35 |
| 07/13 | DBCRD PMT AP, *****04037062399, AUT 071026 VISA DDA PUR AP<br>GEICO AUTO 800 841 3000 * DC | 393.05 |
| 07/13 | DBCRD PUR AP, *****04037062399, AUT 071226 VISA DDA PUR AP<br>AMAZON RETA MK8HC50H3 WWW AMAZON CO * WA | 201.40 |
| 07/13 | DBCRD PUR AP, *****04037062399, AUT 071126 VISA DDA PUR AP<br>AMAZON MKTPL 3564R0H03 AMZN COM BILL * WA | 100.67 |
| 07/13 | CCD DEBIT, SPOTON TRANSACT ACH ***-*14-4102 | 97.31 |
| 07/13 | DBCRD PUR AP, *****04037062399, AUT 071226 VISA DDA PUR AP<br>AMAZON RETA VH2ML3KK3 WWW AMAZON CO * WA | 53.00 |
| 07/13 | DBCRD PUR AP, *****04036012809, AUT 071126 VISA DDA PUR AP<br>SAFEWAY 2912 WASHINGTON * DC | 44.02 |
| 07/13 | DBCRD PUR AP, *****04037062399, AUT 071226 VISA DDA PUR AP<br>AMAZON RETA 6Y7LE45U3 WWW AMAZON CO * WA | 22.57 |
| 07/13 | DBCRD PUR AP, *****04037062399, AUT 071226 VISA DDA PUR AP<br>AMAZON RETA ID7V01RC3 WWW AMAZON CO * WA | 21.18 |
| 07/14 | CCD DEBIT, ESSP ESSP TAX 917943 1 | 1,407.77 |
| 07/14 | ELECTRONIC PMT-TEL, ACI PAYMENTS INC ACI ALLYFI ****33035890 | 958.34 |
| 07/14 | DBCRD PUR AP, *****04037062399, AUT 071326 VISA DDA PUR AP<br>POTOMAC WINES SPIRITS WASHINGTON * DC | 722.14 |
| 07/14 | CCD DEBIT, OPFL OPFL TAX 255801 1 | 698.15 |
| 07/14 | ACH DEBIT, COMP OF MARYLAND DIR DB RAD ****71062642111 | 460.45 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TD

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DIST DC

Page: 6 of 8
Statement Period: Jul 01 2026-Jul 31 2026
Cust Ref #: [redacted]

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/14 | DBCRD PUR AP, *****04037062399, AUT 071226 VISA DDA PUR AP AMAZON MKTPL LA6LY95D3 AMZN COM BILL * WA | 84.76 |
| 07/14 | DBCRD PUR AP, *****04037062399, AUT 071226 VISA DDA PUR AP AMAZON MKTPL 1D43J1CD3 AMZN COM BILL * WA | 76.30 |
| 07/14 | DBCRD PUR AP, *****04037062399, AUT 071326 VISA DDA PUR AP AMAZON MKTPL OU3V13N63 AMZN COM BILL * WA | 63.58 |
| 07/14 | DBCRD PUR AP, *****04037062399, AUT 071226 VISA DDA PUR AP AMAZON MKTPL 607Y813N3 AMZN COM BILL * WA | 55.10 |
| 07/14 | DBCRD PUR AP, *****04037062399, AUT 071326 VISA DDA PUR AP AMAZON RETA L93LJ2K03 WWW AMAZON CO * WA | 33.78 |
| 07/14 | DBCRD PUR AP, *****04037062399, AUT 071226 VISA DDA PUR AP AMAZON MKTPL R00YL6ZZ3 AMZN COM BILL * WA | 26.49 |
| 07/14 | DBCRD PUR AP, *****04037062399, AUT 071226 VISA DDA PUR AP AMAZON MKTPL 9H53V03Y3 AMZN COM BILL * WA | 24.22 |
| 07/14 | DBCRD PUR AP, *****04037062399, AUT 071226 VISA DDA PUR AP AMAZON MKTPL ZA4CS9PP3 AMZN COM BILL * WA | 21.20 |
| 07/14 | DBCRD PUR AP, *****04037062399, AUT 071226 VISA DDA PUR AP AMAZON MKTPL 4H04B2XB3 AMZN COM BILL * WA | 21.20 |
| 07/14 | DBCRD PUR AP, *****04037062399, AUT 071226 VISA DDA PUR AP AMAZON MKTPL GN87K6SV3 AMZN COM BILL * WA | 21.19 |
| 07/14 | DBCRD PUR AP, *****04037062399, AUT 071326 VISA DDA PUR AP AMAZON RETA ZR0DQ9MH3 WWW AMAZON CO * WA | 7.89 |
| 07/14 | DBCRD PUR AP, *****04037062399, AUT 071326 VISA DDA PUR AP AMAZON RETA WK2KN09H3 WWW AMAZON CO * WA | 7.89 |
| 07/15 | DBCRD PUR AP, *****04036012809, AUT 071426 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 1,799.30 |
| 07/15 | ACH DEBIT, BREAKTHRU BEV BREAKTHRU FT****24282 | 859.44 |
| 07/15 | CCD DEBIT, DC-OTR-WEB-WTH PAYMENTS 8361265 | 553.19 |
| 07/15 | DBCRD PMT AP, *****04037062399, AUT 071426 VISA DDA PUR AP ADOBE ADOBE 408 536 6000 * CA | 21.19 |
| 07/16 | DBCRD PUR AP, *****04037062399, AUT 071526 VISA DDA PUR AP ALSCO INC 703 751 5785 * VA | 466.64 |
| 07/16 | CCD DEBIT, VA DEPT TAXATION TAX PAYMEN *****7272 | 346.00 |
| 07/17 | DBCRD PUR AP, *****04036012809, AUT 071626 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 1,092.37 |
| 07/17 | ELECTRONIC PMT-TEL, PAYPAL MSTRCRD SYF PAYMNT ****53112137048 | 499.31 |
| 07/17 | DBCRD PMT AP, *****04037062399, AUT 071726 DDA PURCHASE AP MICROSOFT MICROSOFT 36 REDMOND * WA | 9.99 |
| 07/20 | DBCRD PUR AP, *****04036012809, AUT 071826 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 2,803.47 |
| 07/20 | DBCRD PUR AP, *****04036012809, AUT 071726 VISA DDA PUR AP SAFEWAY 2912 WASHINGTON * DC | 210.77 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TD

**STATEMENT OF ACCOUNT**

MELBEN INC
DIP CASE 24-00232 DIST DC

Page: 7 of 8
Statement Period: Jul 01 2026-Jul 31 2026
Cust Ref #: [redacted]

**DAILY ACCOUNT ACTIVITY**

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/20 | DBCRD PUR AP, *****04036012809, AUT 071826 VISA DDA PUR AP<br>WWW ESPRIGAS COM ORDER ESPRIGA * TX | 24.38 |
| 07/20 | DBCRD PMT AP, *****04037062399, AUT 071926 VISA DDA PUR AP<br>SPOTIFY P44C07C801 NEW YORK * NY | 20.13 |
| 07/20 | DBCRD PMT AP, *****04037062399, AUT 071826 VISA DDA PUR AP<br>AMAZON PRIME W47GT4LB3 AMZN COM BILL * WA | 15.89 |
| 07/21 | DBCRD PUR AP, *****04037062399, AUT 072026 VISA DDA PUR AP<br>POTOMAC WINES SPIRITS WASHINGTON * DC | 285.33 |
| 07/22 | DBCRD PUR AP, *****04036012809, AUT 072126 VISA DDA PUR AP<br>RESTAURANT DEPOT ALEXANDRIA * VA | 1,205.47 |
| 07/22 | DBCRD PUR AP, *****04036012809, AUT 072126 VISA DDA PUR AP<br>RESTAURANT DEPOT ALEXANDRIA * VA | 68.89 |
| 07/23 | CCD DEBIT, DC-OTR-WEB-SLU PAYMENTS 8417967 | 13,532.88 |
| 07/23 | ELECTRONIC PMT-WEB, SGWS OF DC 3056254171 | 1,544.30 |
| 07/23 | ACH DEBIT, ALDANA & ASSOCIA SALE | 1,497.00 |
| 07/24 | DBCRD PUR AP, *****04036012809, AUT 072326 VISA DDA PUR AP<br>RESTAURANT DEPOT ALEXANDRIA * VA | 720.34 |
| 07/24 | DBCRD PUR AP, *****04036012809, AUT 072326 VISA DDA PUR AP<br>MCDONALD S M5919 OF VA ALEXANDRIA * VA | 6.75 |
| 07/27 | DBCRD PUR AP, *****04036012809, AUT 072426 VISA DDA PUR AP<br>RESTAURANT DEPOT ALEXANDRIA * VA | 2,065.20 |
| 07/27 | DBCRD PUR AP, *****04036012809, AUT 072526 VISA DDA PUR AP<br>RESTAURANT DEPOT ALEXANDRIA * VA | 1,301.54 |
| 07/27 | DBCRD PUR AP, *****04036012809, AUT 072526 VISA DDA PUR AP<br>RESTAURANT DEPOT ALEXANDRIA * VA | 106.53 |
| 07/27 | DBCRD PUR AP, *****04036012809, AUT 072526 VISA DDA PUR AP<br>AUTOZONE 1156 ALEXANDRIA * VA | 16.95 |
| 07/27 | DBCRD PUR AP, *****04037062399, AUT 072426 VISA DDA PUR AP<br>POTOMAC WINES SPIRITS WASHINGTON * DC | 7.00 |
| 07/28 | CCD DEBIT, IRS USATAXPYMT ****60931580824 | 667.14 |
| 07/28 | DBCRD PUR AP, *****04037062399, AUT 072726 VISA DDA PUR AP<br>POTOMAC WINES SPIRITS WASHINGTON * DC | 558.56 |
| 07/28 | DBCRD PMT AP, *****04037062399, AUT 072726 VISA DDA PUR AP<br>AMAZON PRIME LK2OF4023 AMZN COM BILL * WA | 15.89 |
| 07/28 | DBCRD PUR AP, *****04037062399, AUT 072726 VISA DDA PUR AP<br>PRIME VIDEO CHANNELS AMZN COM BILL * WA | 11.65 |
| 07/29 | DBCRD PUR AP, *****04036012809, AUT 072826 VISA DDA PUR AP<br>RESTAURANT DEPOT ALEXANDRIA * VA | 1,747.65 |
| 07/30 | DBCRD PUR AP, *****04036012809, AUT 072826 VISA DDA PUR AP<br>SAFEWAY 2912 WASHINGTON * DC | 57.19 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TD

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DIST DC

Page: 8 of 8
Statement Period: Jul 01 2026-Jul 31 2026
Cust Ref #: [redacted]

[redacted]

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/30 | DBCRD PUR AP, *****04037062399, AUT 072926 VISA DDA PUR AP AMAZON PRIME BA38O94L3 AMZN COM BILL * WA | 5.29 |
| 07/31 | CCD DEBIT, RNDC PAYMENT 42959326 | 986.51 |
| 07/31 | DBCRD PUR AP, *****04037062399, AUT 073026 VISA DDA PUR AP MERCHANTROLLS COM 212 3723582 * MD | 140.55 |
| | Subtotal: | 58,412.65 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 30,483.60 | 07/16 | 29,854.90 |
| 07/01 | 31,356.58 | 07/17 | 29,393.52 |
| 07/02 | 26,287.51 | 07/20 | 37,891.65 |
| 07/03 | 22,207.53 | 07/21 | 36,471.84 |
| 07/06 | 34,054.71 | 07/22 | 36,242.69 |
| 07/07 | 31,674.28 | 07/23 | 20,586.16 |
| 07/08 | 31,130.10 | 07/24 | 22,166.01 |
| 07/09 | 30,130.29 | 07/27 | 34,992.25 |
| 07/10 | 27,820.93 | 07/28 | 35,226.58 |
| 07/13 | 35,850.25 | 07/29 | 36,523.80 |
| 07/14 | 28,451.14 | 07/30 | 41,548.74 |
| 07/15 | 28,488.55 | 07/31 | 43,402.02 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TD Bank

America's Most Convenient Bank®

Filter: Last 30 days

**Front of check**

AM

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Opici WiNE

Seven Hundred thirty one Dollars &

MEMO Inv #

⑈003088⑈ ⑆054001725⑆ 44415460 7

**Back of check**

[illegible]

* [illegible] Matching account and check number [illegible]

[illegible]

TD Bank
America's Most Convenient Bank®

Search by date: 07/01/2026 - 07/31/2026

**Front of check**

AME

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mohamed El Mekki Karrakchou

Four Thousand Ninety -Nine and 89/100

Mohamed El Mekki Karrakchou
7902 Tyson One Pl #1903
Mcclean, VA 22102

MEMO Pay Period 6/6/26 to 6/19/26

⑈003083⑈ ⑆054001725⑆ 4441546071

**Back of check**

**TD Bank**

America's Most Convenient Bank®

Search by date: **07/01/2026 - 07/31/2026**

**Front of check**

8345

AMEI

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Cocy Cola

Six hundred Thirty Five 58/100

MEMO INV #1531327500 29

⑈003115⑈ ⑆054001725⑆ 44415460 7

**Back of check**

ELECTRONICALLY PRESE

**TD Bank**

America's Most Convenient Bank®

Search by date: **07/01/2026 - 07/31/2026**

**Front of check**

TD BANK
AMERICA'S MOST CONVENIENT BANK

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

7/

PAY TO THE ORDER OF Kicco Café $ 350

Three hundred fifty and 00/100

MEMO Coffee

⑈003095⑈ ⑆054001725⑆ 4441546079⑈

**Back of check**

>021407912<
Capital One, NA
40016328 07032026
Richmond, VA 23238
RDC Deposit ******2818

TD Bank
America's Most Convenient Bank®

Search by date: 07/01/2026 - 07/31/2026

**Front of check**

AMERK

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Aziza. Naji

Two. Thousand. Eight Hundred Eighty. Five 00/100...

PP 5/9/26. To 5/22/26

MEMO

⑈003066⑈ ⑆054001725⑆ 4441546079

**Back of check**

0061909241 TD Mobile Deposit
7/3/2026 11:50:47 AM
4407969405

**TD Bank**

America's Most Convenient Bank®

Search by date: **07/01/2026 - 07/31/2026**

**Front of check**


MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mitehal Beverage of MD
Two hundred Nine 40/100

MEMO Inv #(471807)

⑈003116⑈ ⑆054001725⑆ 4441546O7

**Back of check**

TD Bank

America's Most Convenient Bank®

Search by date: 07/01/2026 - 07/31/2026

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

AMt

PAY TO THE ORDER OF Eliseo Lopez

Five Hundred Forty-Six and 61/100*****************************************************

Eliseo Lopez
5807 14th St NW Apt# 200
Washington, DC 20011

MEMO

Pay Period: 06/06/2026 - 06/19/2026

⑈003078⑈ ⑆054001725⑆ 4441546 07

**Back of check**

[illegible]

... features based on industry standards and include ... [illegible]

[illegible]

... Deposit ... [illegible]

[illegible]

... offered ... [illegible]

# TD Bank

America's Most Convenient Bank®

Search by date: 07/01/2026 - 07/31/2026

**Front of check**

TD BANK
AMERICA'S MOST CONVENIENT BANK

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Chloe Pace-Gallop $

Three Hundred Fifty. Seven 00/100

MEMO credit card tips from 4/26 to 5/2

AUTHORIZED SI...

⑈003126⑈ ⑆054001725⑆ 4441546079⑈

**Back of check**

070626 - 5250313156775
3534 - 00350395

USAA Federal Bank

ENDORSE HERE
X

**TD Bank**

America's Most Convenient Bank®

Search by date: 07/01/2026 - 07/31/2026

**Front of check**

TD BANK
AMERICA'S MOST CONVENIENT BANK

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Chloe A Pace-Gallop $

One Hundred Fifty-Four and 42/100*****************************************************

Chloe A Pace-Gallop
2251 Sherman Ave NW
Washington, DC 20001

MEMO

Pay Period: 04/12/2026 - 04/25/2026

AUTHORIZED SIGNA

⑈002920⑈ ⑆054001725⑆ 4441546079⑈

**Back of check**

070626 - 5250313156960
3534 - 00350396

# TD Bank

America's Most Convenient Bank®

Search by date: 07/01/2026 - 07/31/2026

**Front of check**

TD BANK
AMERICA'S MOST CONVENIENT BANK

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Chloe A Pace-Gallop $

One Hundred Seven and 61/100*****

Chloe A Pace-Gallop
2251 Sherman Ave NW
Washington, DC 20001

MEMO
Pay Period: 04/25/2026 - 05/08/2026

AUTHORIZED SI

⑈003121⑈ ⑆054001725⑆ 4441546079⑈

**Back of check**

ENDORSE HERE
X

USAA Federal Bank
X CHECK BOX FOR MOBILE/REMOTE DEPOSIT

070626 - 5250313156641
3534 - 00350395

# TD Bank

America's Most Convenient Bank®

Search by date: 07/01/2026 - 07/31/2026

**Front of check**

AME

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Nerlyn Cedillo

One Thousand Two Hundred Twenty-One and 13/100********************************

Nerlyn Cedillo
919 Sheridon St NW apt g2
washington, DC 20011

MEMO

Pay Period: 02/14/2026 - 02/27/2026

⑈003045⑈ ⑆054001725⑆ 444154607

**Back of check**

PAY TO THE ORDER OF
CHICKASS INC.
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
153911692355 07/06/2026 17:31:28

**TD Bank**

America's Most Convenient Bank®

Search by date: **07/01/2026 - 07/31/2026**

**Front of check**

AMER

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF **CASH**

Three Thousand One Hundred.Forty. Four 00/100...,,.

Tipout Busser/ Runner January 2026
Redouane $548 mostafa$1138 CengizHan $689
Melvin $662 Gamaliel $107

MEMO

⑈003092⑈ ⑆054001725⑆ 44415460?

**Back of check**

520825010686 112835 20260702 000000004
DDA_DEBIT TAE6387 3[illegible]44.00
Tysons Corner 0208 94004 5208 0005 0026

TD Bank

America's Most Convenient Bank®

Search by date: 07/01/2026 - 07/31/2026

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Teresa Lopez

Nine Hundred Eighty-Five and 30/100*************************************************

Teresa Lopez
1437 11th St NW
Washington, DC 20001

MEMO

Pay Period: 02/14/2026 - 02/27/2026

⑈003042⑈ ⑆054001725⑆ 44415460

**Back of check**

TD Bank

America's Most Convenient Bank®

Search by date: 07/01/2026 - 07/31/2026

**Front of check**

AMEI

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mohamed El Mekki Karrakchou

Four Thousand Ninety -Nine and 89/100••••..••••••••••••

Mohamed El Mekki Karrakchou
7902 Tyson One Pl #1903
Mcclean, VA 22102

MEMO

Pay Period. 5/9/26 to 5/22/26

⑈003107⑈ ⑆054001725⑆ 44415460 7

**Back of check**

20260707 15775000460940 AUB 051403164 TLR# 0002522

TD Bank
America's Most Convenient Bank®

Search by date: 07/01/2026 - 07/31/2026

Front of check

AMER

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF E- WINES

nine hundred sixty

MEMO DC112630

⑈003130⑈ ⑆054001725⑆ 444154607

Back of check

>065000090<
CAPITAL ONE, NA
0057018318 07062026
RICHMOND, VA 101 23
Deposit 1361022714

TD Bank
America's Most Convenient Bank®

Search by date: 07/01/2026 - 07/31/2026

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Isaac Colato

Four Hundred Twenty-Four and 48/100*********************************************

Isaac Colato
812 Jefferson St NW Apt #210
Washington, DC 20011

MEMO

Pay Period: 06/06/2026 - 06/19/2026

⑈003077⑈ ⑆054001725⑆ 44415460

**Back of check**

TD Bank

America's Most Convenient Bank®

Search by date: 07/01/2026 - 07/31/2026

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF David Cerezo

One Thousand One Hundred Ninety-Four and 51/100*********************************

David Cerezo
3563 Center St NW
Washington, DC 20010

MEMO

Pay Period: 06/13/2026 - 06/26/2026

⑈003079⑈ ⑆054001725⑆ 444154607

**Back of check**

TD Bank

America's Most Convenient Bank®

Search by date: 07/01/2026 - 07/31/2026

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

AMERIC

PAY TO THE ORDER OF Aziza. Naji

Two. Thousand. Eight Hundred Eighty. Five 00/100....

PP 5/23/26 To 6/5/26

MEMO

⑈003103⑈ ⑆054001725⑆ 4441546079

**Back of check**

0734881255 TD Mobile Deposit
7/9/2026 3:15:50 PM
4407969405

[illegible] features exceed industry standards and include:

- [illegible] account and check number [illegible]
- [illegible] Deposit check mark to indicate [illegible] via [illegible] to device
- [illegible] pattern on back designed to deter fraud
- [illegible] printed on front and back
- [illegible] DOCUMENT [illegible] across the back
- [illegible] visible on front and back

[illegible]

- [illegible] the above are missing or appear altered
- [illegible] looks [illegible] has disappeared
- [illegible] appear on both front and back,
- [illegible] Detection Box

**TD Bank**

America's Most Convenient Bank®

Search by date: 07/01/2026 - 07/31/2026

**Front of check**

AMI

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Erick J Perez Lopez

One Thousand Three Hundred Seventy-Five and 53/100****************************

Erick J Perez Lopez
211 S LExington St
Arlington, VA 22204

MEMO

Pay Period: 02/14/2026 - 02/27/2026

⑈003047⑈ ⑆054001725⑆ 44415460 7

**Back of check**

# TD Bank

America's Most Convenient Bank®

Search by date: 07/01/2026 - 07/31/2026

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

AM

PAY TO THE ORDER OF Mabilia Miranda

Six Hundred Forty-Two and 59/100**********************************************

Mabilia Miranda
2014 Columbia Pike #12
Arlington, VA 22204

MEMO

Pay Period: 02/14/2026 - 02/27/2026

⑈003046⑈ ⑆054001725⑆ 44415460

**Back of check**

...ty Features exceed industry standards and include:
...geMatch ... Match of Account and check number
...back ...
... Mobile Deposit check ... to indicate
... been ... via mobile device
... Security Weave pattern on back ... to deter fraud
... ORIGINAL DOCUMENT across ...
... Safe Deposit ... front ... check

...ot cash it
... of the features listed above are missing ... appear altered
... the back ... has disappeared
... of colored spots appear on both front and back
... Wash Detection Box

**TD Bank**

America's Most Convenient Bank®

Search by date: **07/01/2026 - 07/31/2026**

**Front of check**



AMERI

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mohamed Sabila

Four hundred Fifty 00/100

MEMO

⑈003129⑈ ⑆054001725⑆ 4441546079

**Back of check**

TD Bank

America's Most Convenient Bank®

Search by date: 07/01/2026 - 07/31/2026

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mitehal Bev-rage

Fifty 00/100

MEMO 4707488

⑈003131⑈ ⑆054001725⑆ 44415460 7

**Back of check**

TD Bank
America's Most Convenient Bank®

Search by date: **07/01/2026 - 07/31/2026**

**Front of check**

AM

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mostafa Belainass

Three thousand and 00/100

MEMO Tips

⑈003097⑈ ⑆054001725⑆ 44415460

**Back of check**

07112026

402901000764120

>05

071 12026 402901000764120

b426hb0

**TD Bank**

America's Most Convenient Bank®

Search by date: **07/01/2026 - 07/31/2026**

**Front of check**

AMER

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Danilo Suchite

Five Hundred Sixty-Six and 89/100*****************************************************

Danilo Suchite
1830 N Scott St Apt 304
Arlington, VA 22209

MEMO

Pay Period: 02/14/2026 - 02/27/2026

⑈003048⑈ ⑆054001725⑆ 444154607 9

**Back of check**

054001725 00 [illegible]48

4441546079

[illegible] 07-24

Security Features exceed industry standards and include:

- ImageMatch: Matching account and check number on back (Patent No. [illegible])
- MobileMark: Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave pattern on back designed to deter fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Photo Safe Deposit icon visible on front and back

Do not cash if:

- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

TD Bank

America's Most Convenient Bank®

Search by date: 07/01/2026 - 07/31/2026

**Front of check**

AM

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Gamaliel Landeros

Three hundred thirteen and 50/

MEMO Pay 6/19/6/20/6/27

⑈003096⑈ ⑆054001725⑆ 44415460

**Back of check**

Security Features exceed industry standards and include
- [illegible]
- [illegible] Mobile Deposit check mark to indicate [illegible] has been deposited via mobile device
- [illegible]
- [illegible] lines printed on front [illegible]
- The words "ORIGINAL DOCUMENT" across the back
- [illegible]

[illegible]
- [illegible]
- [illegible]
- [illegible] Wash Detection Box

1991
2026-07-13
T426144
051500481
United Bank

TD Bank

America's Most Convenient Bank®

Search by date: 07/01/2026 - 07/31/2026

Front of check

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Herberto Lopez Ordonez

Two Thousand Eight Hundred Eighty-Four and 62/100********************************

Herberto Lopez Ordonez
1004 S Queen St
Arlington, VA 22204

MEMO

PP 03/28/2026 - 04/10/2026

⑈003053⑈ ⑆054001725⑆ 444154607

Back of check

[illegible]

... atures exceed industry standards and include:
... and check number
...
... check mark to indicate
...
... designed to deter fraud
... and ...
... AL DOCUMENT ... the ...
... visible on front and back

... features listed above are missing or appear altered
... has disappeared
... appear on both front and back.
... Wash Detection Box

# TD Bank

America's Most Convenient Bank®

Search by date: 07/01/2026 - 07/31/2026

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Edwin Wilfredo Lopez y Lopez

One Thousand Eight Hundred Eighty-Four and 96/100*******************************

Edwin Wilfredo Lopez y Lopez
2303 10th St N
Arlington, VA 22201

MEMO

PP 03/14/2026 - 03/27/2026

⑈003054⑈ ⑆054001725⑆ 44415460

**Back of check**

**TD Bank**

America's Most Convenient Bank®

Search by date: **07/01/2026 - 07/31/2026**

**Front of check**

AM

**MELBEN INC** **07-24**
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Rogelio Estrada Gonzalez

One Thousand Seven Hundred Twenty-Nine and 19/100*****************************

Rogelio Estrada Gonzalez
211 S Lexington St
Arlington, VA 22204

MEMO

Pay Period: 02/14/2026 - 02/27/2026

⑈003043⑈ ⑆054001725⑆ 44415460

**Back of check**

07-24

[illegible] features exceed industry standards and include:

[illegible] account and check number

[illegible] 333)

[illegible] deposit check mark to indicate

[illegible] deposited via [illegible] device

[illegible] pattern [illegible] to deter fraud

[illegible] printed on [illegible] back [illegible]

[illegible] ORIGINAL DOCUMENT [illegible] back

[illegible] on front and back

[illegible]

[illegible] features listed above are missing or appear altered

[illegible] has disappeared

[illegible] colored spots appear on both front and back.

[illegible] Wash Detection Box

TD Bank

America's Most Convenient Bank®

Search by date: 07/01/2026 - 07/31/2026

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Adelso Godoy Lopez

Eight Hundred Sixteen and 63/100*********************************************

Adelso Godoy Lopez
211 S Lexington St
Arlington, VA 22204

MEMO

Pay Period: 03/14/2026 - 03/27/2026

⑈003049⑈ ⑆054001725⑆ 44415

**Back of check**

OC 1049

... features exceed industry standards and include:

- ... count and check number
- ... check mark to indicate
- ... device
- ... back designed to deter fraud
- ... DOCUMENT ... back
- ... visible on front and back

- ... listed above are missing or appear altered
- ... or has disappeared
- ... appear on both front and back.
- ... Detection Box

**TD Bank**

America's Most Convenient Bank®

Search by date: **07/01/2026 - 07/31/2026**

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Aziza Naji

Two thousands Six hundreds and Eighty Four

MEMO Tips 1/3 from Jan 17 to May 20th

⑈003101⑈ ⑆054001725⑆ 44415460?

**Back of check**

0018874258 TD Mobile Deposit
7/21/2026 6:52:[illegible]1 AM
4407969405

ndustry standards and include:
[illegible] and check number

osit check mark to indicate
[illegible] mobile device
[illegible] on back designed to deter fraud
[illegible] on front and back
[illegible] across the back
visible on front and back

above are missing or appear altered
[illegible] print or has disappeared
[illegible] spots appear on both front and back.
Detection box

TD Bank
America's Most Convenient Bank®

Search by date: **07/01/2026 - 07/31/2026**

**Front of check**

AME

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Leonel Vasquez Suchite

One Thousand Nine Hundred Fifty and 00/100**********************************************

Leonel Vasquez Suchite
1230 N Scott St Apt 304
Arlington, VA 22209

MEMO

PP 03/14/2026 - 03/27/2026

⑈003052⑈ ⑆054001725⑆ 44415460 7

**Back of check**

[illegible]

Security Features exceed industry standards and include:
- [illegible] Matching account and check number [illegible]
- [illegible] Mobile Deposit check mark to indicate [illegible] via mobile device
- The Security Weave pattern on back designed to deter fraud
- [illegible] printed on front and back
- The words "ORIGINAL [illegible]" across the back
- [illegible] visible on front and back

[illegible]
- [illegible] of the features listed above are missing or appear altered
- [illegible] on back looks pink or has disappeared
- [illegible] or colored spots appear on both front and back, [illegible] Detection box

2038
2026-07-19
T426144
051500481
United Bank

TD Bank

America's Most Convenient Bank®

Search by date: 07/01/2026 - 07/31/2026

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Eliseo lopez

Five hundred Fifty nine and 17/1

MEMO Pay Period 6/20 → 7/03/26

⑈003138⑈ ⑆054001725⑆ 4441546

**Back of check**

TD Bank

America's Most Convenient Bank®

Search by date: 07/01/2026 - 07/31/2026

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Alieska M Cordova

Five Hundred Thirty-Six and 69/100*********************************************

Alieska M Cordova
1531 N Pierce St
Arlington, VA 22209

MEMO

Pay Period: 06/06/2026 - 06/19/2026

⑈003080⑈ ⑆054001725⑆ 44415460

**Back of check**

[illegible]

TD Bank
America's Most Convenient Bank®

Search by date: **07/01/2026 - 07/31/2026**

**Front of check**

AME

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mohamed El Mekki Karrakchou

Four Thousand Ninety -Nine and 89/100••••..

Mohamed El Mekki Karrakchou
7902 Tyson One Pl #1903
Mcclean, VA 22102

MEMO Pay Period. 6/20/26 to 7/3/26

⑈003091⑈ ⑆054001725⑆ 444154607

**Back of check**

20260713 15775000469370 AUB 051403164 TLR# 0002521

TD Bank
America's Most Convenient Bank®

Search by date: 07/01/2026 - 07/31/2026

**Front of check**

AMER

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Nerlyn Cedillo

One Thousand Two Hundred Forty-Six and 75/100**************************************

Nerlyn Cedillo
919 Sheridon St NW apt g2
washington, DC 20011

MEMO

Pay Period: 02/28/2026 - 03/13/2026

⑈003058⑈ ⑆054001725⑆ 44415460?

**Back of check**

PAY TO THE ORDER OF
CHICKASS INC.
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
153911692355 07/21/2026 14:39:48

# TD Bank

America's Most Convenient Bank®

Search by date: **07/01/2026 - 07/31/2026**

**Front of check**

AM

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF David Cerezo

One thousand One hundred forty

MEMO Pay Period 6/27 - 7/10/26

⑈003137⑈ ⑆054001725⑆ 44415460

**Back of check**

TD Bank

America's Most Convenient Bank®

Search by date: 07/01/2026 - 07/31/2026

**Front of check**

AMER

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Teresa Lopez

Seven Hundred Ninety-Four and 01/100*****************************************************

Teresa Lopez
1437 11th St NW
Washington, DC 20001

MEMO

Pay Period: 02/28/2026 - 03/13/2026

⑈003055⑈ ⑆054001725⑆ 44415460?

**Back of check**

TD Bank
America's Most Convenient Bank®

Search by date: 07/01/2026 - 07/31/2026

**Front of check**

AMER

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF ELITE WINE

Four hundred forty eight 00/100

MEMO INV#1 113 106

⑈003084⑈ ⑆054001725⑆ 44415460 7

**Back of check**

>065000090<
CAPITAL ONE, NA
0064148066 07242026
RICHMOND, VA 048 23
Deposit 1361022714

**TD Bank**

America's Most Convenient Bank®

Search by date: **07/01/2026 - 07/31/2026**

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Edwin Wilfredo Lopez y Lopez

One Thousand Eight Hundred Seventy-Nine and 27/100****************************

Edwin Wilfredo Lopez y Lopez
2303 10th St N
Arlington, VA 22201

MEMO

PP 03/28/2026 - 04/10/2026

⑈003065⑈ ⑆054001725⑆ 44415460

**Back of check**

# TD Bank

America's Most Convenient Bank®

Search by date: 07/01/2026 - 07/31/2026

**Front of check**

AMER

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Rogelio Estrada Gonzalez

One Thousand Four Hundred Fifteen and 75/100**************************************

Rogelio Estrada Gonzalez
211 S Lexington St
Arlington, VA 22204

MEMO

Pay Period: 02/28/2026 - 03/13/2026

⑈003056⑈ ⑆054001725⑆ 444154607

**Back of check**

TD Bank
America's Most Convenient Bank®

Search by date: 07/01/2026 - 07/31/2026

**Front of check**

ANU

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Erick J Perez Lopez

One Thousand Three Hundred Fifty-Eight and 68/100********************************

Erick J Perez Lopez
211 S LExington St
Arlington, VA 22204

MEMO

Pay Period: 02/28/2026 - 03/13/2026

⑈003060⑈ ⑆054001725⑆ 44415460?

**Back of check**

**TD Bank**

America's Most Convenient Bank®

Search by date: 07/01/2026 - 07/31/2026

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mabilia Miranda

Six Hundred Ninety-Seven and 69/100*************************************************

Mabilia Miranda
2014 Columbia Pike #12
Arlington, VA 22204

MEMO

Pay Period: 02/28/2026 - 03/13/2026

⑈003059⑈ ⑆054001725⑆ 44415460

**Back of check**

003059

07-24

Security Features exceed industry standards and include:

- Matching account and check number
- Mobile Deposit check mark to indicate ... been deposited via mobile device
- Security Weave pattern on back designed to deter fraud
- ... lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Chain State Depoart® icon visible on front and back

Do not cash if:

- ... of the features listed above are missing or appear altered
- ... on back looks ... or has disappeared
- ... spots appear on both front and back ... Chemical Wash Detection Box

# TD Bank

America's Most Convenient Bank®

Search by date: 07/01/2026 - 07/31/2026

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Adelso Godoy Lopez

One Thousand Five Hundred Three and 75/100************************************

Adelso Godoy Lopez
211 S Lexington St
Arlington, VA 22204

MEMO

Pay Period: 03/28/2026 - 04/10/2026

⑈003062⑈ ⑆054001725⑆ 44415460

**Back of check**

[illegible]

...rity Features exceed industry standards and include:

[illegible] Safe Deposit check mark to indicate [illegible]

[illegible] designed to deter fraud

[illegible]

...to Safe Deposit [illegible]

[illegible]

...features listed [illegible] missing or appear altered

[illegible] altered

[illegible] both front and back.

[illegible] Chemical Wash Detection Box

# TD Bank

America's Most Convenient Bank®

Search by date: 07/01/2026 - 07/31/2026

**Front of check**

AMERIC

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Danilo Suchite

Five Hundred Eighty-Eight and 46/100**********************************************************

Danilo Suchite
1830 N Scott St Apt 304
Arlington, VA 22209

MEMO

Pay Period: 02/28/2026 - 03/13/2026

⑈003061⑈ ⑆054001725⑆ 44415460 7

**Back of check**

[illegible]4[illegible]1725 0[illegible]3061

4441546079

[illegible] INC 07-24

Security Features exceed industry standards and include:

- ImageMatch - Matching account and check number on back [illegible]
- [illegible] - Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave pattern on back designed to deter fraud
- Microprint [illegible] printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Photo Safe Deposit Icon visible on front and back

Do not cash if:

- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

TD Bank

America's Most Convenient Bank®

Search by date: **07/01/2026 - 07/31/2026**

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Gamaliel landeros

Two hundred and 00/100

MEMO July 4th and July 11th

⑈003098⑈ ⑆054001725⑆ 44415460?

**Back of check**

07272026

07272026 402901000772170

b426502

402901000772170

>05