**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| 2116 4th Street | Case No. 23-00298-ELG |
| ECP Owner 1 LLC | Case No. 23-00326-ELG |
| Melben, Inc. | Case No. 24-00232-ELG |
| Girard House Cooperative, LCA | Case No. 24-00260-ELG |
| Balance Holding Company, LLC | Case No. 24-00421-ELG |
| Parlor Restaurant and Lounge, LLC | Case No. 25-00021-ELG |
| Gregory Brian Myers | Case No. 25-00069-ELG |
| LaFortune Real Estate Development LLC | Case No. 25-00109-ELG |
| Shillings' Cannery, LLC | Case No. 25-00145-ELG |
| Lisa Cato | Case No. 25-00290-ELG |
| Morgan Nelson Knull | Case No. 25-00305-ELG |
| 245-249 8th Street NE REI LLC | Case No. 25-00422-ELG |
| Brianna Michelle Agogho | Case No. 25-00462-ELG |
| Langston Carver LLC | Case No. 25-00495-ELG |
| Euclid Realty Capital V LLC | Case No. 25-00518-ELG |
| Richard Edward Hull, III and Carol Sue Bliese | Case No. 25-00600-ELG |
| MelPro, LLC | Case No. 26-00098-ELG |
| 3103 Ten, LLC | Case No. 26-00038-ELG |
| Morris Street Development, LLC | Case No. 26-00039-ELG |
| Turner Development, LLC | Case No. 26-00077-ELG |
| M&M Appliance Sales and Service, Inc. | Case No. 26-00149-ELG |
| 6201 Blair Road LLC | Case No. 26-00150-ELG |
| Life Stride, Inc. | Case No. 26-00183-ELG |
| 923 Kennedy Street, NW, LLC | Case No. 26-00200-ELG |
| Mate LLC | Case No. 26-00213-ELG |
| Qon Conn, LLC | Case No. 26-00231-ELG |
| Benning & G Street, LLC | Case No. 26-00248-ELG |
| The Geary Stephen Simon 2016 Irrevocable Trust Agreement | Case No. 26-00279-ELG |

| | |
|---|---|
| Monique King | Case No. 26-00294-ELG |
| Miracle Temple Non-Denominational Church, Inc. | Case No. 26-00310-ELG |
| Hermes Investments, LLC | Case No. 26-00313-ELG |
| 205 61st Street Flats, LLC | Case No. 26-00329-ELG |
| Bethel Pentecostal Tabernacle of the Assemblies of God, Inc. | Case No. 26-00350-ELG |
| 219 Underwood Street NW, LLC | Case No. 26-00363-ELG |
| Wanamaker Group, LLC | Case No. 26-00376-ELG |
| KCG MD, LLC | Case No. 26-00377-ELG |
| KCG VA, LLC | Case No. 26-00378-ELG |
| Karma Home Designs, LLC | Case No. 26-00379-ELG |
| Asefu Alemayehu | Case No. 26-00385-ELG |
| Alfredo Mauricio Fraga and Nesrin Ali Abaza | Case No. 26-00394-ELG |
| 218 7th St. SE, LLC | Case No. 26-00395-ELG |
| Fernando Castro and Jennifer Castro | Case No. 26-00413-ELG |
| Capital Consulting LLC | Case No. 26-00422-ELG |
| Dakarai M. Urquhart | Case No. 26-00455-ELG |
| A&J Hospitality Corporation | Case No. 26-00462-ELG |
| ARLS, LLC | Case No. 26-00463-ELG |
| 325 Vine Street LLC | Case No. 26-00471-ELG |

**OMNIBUS NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Katharine I. Toledo withdraws her appearance as counsel for Matthew W. Cheney, Acting United States Trustee, Region 4, in the cases listed above effective as of the date of this notice.

PLEASE TAKE FURTHER NOTICE that Kristen S. Eustis is hereby substituted as counsel for Matthew W. Cheney, Acting United States Trustee, Region 4, in the cases listed above effective as of the date of this notice.

September 23, 2026

MATTHEW W. CHENEY
ACTING U.S. TRUSTEE, REGION 4

By: */s/ Kristen S. Eustis*

Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial

**Certificate of Service**

I hereby certify that on September 23, 2026, I electronically filed the foregoing with the Clerk of the Court and served it via the Court's CM/ECF system upon all parties who have entered an appearance in these cases.

*/s/ Kristen S. Eustis*
Kristen S. Eustis
Trial Attorney