**Fill in this information to identify the case:**

Debtor Name Melben, Inc.

United States Bankruptcy Court for the: District of Columbia

Case number: 24-00232

❑ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11 **12/17**

Month: August 2026 Date report filed: 09/29/2026 (MM / DD / YYYY)

Line of business: Restaurant NAISC code: ____________

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Mekki Karrakchou

Original signature of responsible party: DocuSigned by: Mekki Karrakchou 1B4B54202D984D7...

Printed name of responsible party: Mekki Karrakchou

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ❑ | ❑ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ❑ | ❑ |
| 3. Have you paid all of your bills on time? | ☑ | ❑ | ❑ |
| 4. Did you pay your employees on time? | ☑ | ❑ | ❑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ❑ | ❑ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ❑ | ❑ |
| 7. Have you timely filed all other required government filings? | ❑ | ❑ | ☑ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ❑ | ❑ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ❑ | ☑ | ❑ |
| 11. Have you sold any assets other than inventory? | ❑ | ☑ | ❑ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ☑ | ❑ |
| 13. Did any insurance company cancel your policy? | ❑ | ☑ | ❑ |
| 14. Did you have any unusual or significant unanticipated expenses? | ❑ | ☑ | ❑ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ☑ | ❑ |
| 16. Has anyone made an investment in your business? | ❑ | ☑ | ❑ |

Debtor Name Melben, Inc. Case number 24-00232

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case. $ 43,402.02

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 135,654.46

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ 148,074.98

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*. + $ -12,420.52

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 30,981.50

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 0.00

*(Exhibit E)*

Debtor Name Melben, Inc. Case number 24-00232

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** *(Exhibit F)* $ 0.00

## 5. Employees

26. What was the number of employees when the case was filed? 29

27. What is the number of employees as of the date of this monthly report? 29

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 11,000.00

30. How much have you paid this month in other professional fees? $ 1,497.00

31. How much have you paid in total other professional fees since filing the case? $ 7,485.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 284,822.74 | – | $ 135,654.46 | = | $ -149,168.2( |
| 33. **Cash disbursements** | $ 246,740.84 | – | $ 148,074.98 | = | $ 98,655.86 |
| 34. **Net cash flow** | $ -4,918.10 | – | $ -12,420.52 | = | $ -7,502.42 |

35. Total projected cash receipts for the next month: $ 137,000.00

36. Total projected cash disbursements for the next month: - $ -120,000.0(

37. Total projected net cash flow for the next month: = $ 17,000.00

Debtor Name Melben, Inc. Case number 24-00232

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

**Exhibit C - Cash Receipts**

| Date | Source/Payee | Amount |
|---|---|---|
| | | |
| 3-Aug | Owner.com | $56.99 |
| 3-Aug | SpotOn | $6,609.63 |
| 3-Aug | SpotOn | $6,480.14 |
| 3-Aug | SpotOn | $3,097.61 |
| 4-Aug | SpotOn | $2,472.22 |
| 5-Aug | Owner.com | $35.61 |
| 5-Aug | SpotOn | $4,561.61 |
| 6-Aug | SpotOn | $2,899.67 |
| 7-Aug | SpotOn | $1,584.67 |
| 10-Aug | Owner.com | $45.28 |
| 10-Aug | SpotOn | $6,220.59 |
| 10-Aug | SpotOn | $5,510.95 |
| 10-Aug | SpotOn | $3,475.24 |
| 11-Aug | SpotOn | $6,558.74 |
| 12-Aug | Owner.com | $105.00 |
| 12-Aug | SpotOn | $2,041.03 |
| 13-Aug | SpotOn | $1,314.80 |
| 14-Aug | DoorDash Deposit | $274.40 |
| 14-Aug | Owner.com | $74.18 |
| 14-Aug | SpotOn | $2,851.20 |
| 17-Aug | SpotOn | $8,943.94 |
| 17-Aug | SpotOn | $3,994.06 |
| 17-Aug | SpotOn | $2,711.73 |
| 18-Aug | Uber | $513.90 |
| 18-Aug | SpotOn | $1,865.16 |
| 19-Aug | Owner.com | $53.72 |
| 19-Aug | SpotOn | $1,894.97 |
| 20-Aug | SpotOn | $1,769.17 |
| 21-Aug | DoorDash | $276.30 |
| 21-Aug | SpotOn | $2,828.66 |
| 24-Aug | Owner.com | $48.87 |

**Exhibit D - Cash Disbursements**

| Check No. | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | 3-Aug | Restaurant Depot | Food and beverage inventory | $2,676.96 |
| | 3-Aug | Restaurant Depot | Food and beverage inventory | $1,178.28 |
| | 3-Aug | Good Friends Waste Management | Waste-management services | $550.00 |
| | 3-Aug | Potomac Wines | Alcohol inventory | $149.92 |
| | 3-Aug | American Filter Steam | Equipment / maintenance supplies | $118.48 |
| | 3-Aug | Potomac Wines | Alcohol inventory | $110.22 |
| | 3-Aug | Autozone | Maintenance | $14.30 |
| | 3-Aug | Amazon Prime Video | Subscription service | $9.53 |
| 3064 | 3-Aug | Heberto Lopez | Wages | $2,884.62 |
| 3102 | 3-Aug | Mekki Karrakcou | Wages | $4,099.89 |
| 3133 | 3-Aug | Nikauly Lineros | Wages | $415.97 |
| | 4-Aug | Potomac Wines | Alcohol inventory | $266.17 |
| | 4-Aug | Dollar Tree | Operating supplies | $237.97 |
| | 4-Aug | Resy | Reservation-platform fee | $93.65 |
| 3081 | 4-Aug | Leonel Suchite | Wages | $975.00 |
| 3099 | 4-Aug | Melben | Tips | $6,263.00 |
| 3106 | 4-Aug | Eliseo Lopez | Wages | $550.51 |
| 3135 | 4-Aug | EliteWine | Wine | $306.00 |
| 3222 | 4-Aug | Aziza Naji | Wages | $2,885.00 |
| | 5-Aug | Potomac Wines | Alcohol inventory | $865.95 |
| | 5-Aug | Owner.com | Online-ordering platform fee | $528.94 |
| | 5-Aug | Amazon | Operating and office supplies | $7.81 |
| 3031 | 5-Aug | Nikauly Lineros | Wages | $349.00 |
| 3076 | 5-Aug | Nikauly Lineros | Wages | $344.77 |
| 3105 | 5-Aug | David Cerezo | Wages | $727.67 |
| 3136 | 5-Aug | Alieska Corodova | Wages | $690.65 |
| 3218 | 5-Aug | Nerlyn Cedillo | Wages | $1,109.14 |
| 3230 | 5-Aug | Mostafa Belianass | Tips | $3,053.00 |
| | 6-Aug | Restaurant Depot | Food and beverage inventory | $2,555.35 |
| | 6-Aug | AT&T | Telephone / internet | $2,005.89 |
| | 6-Aug | Comcast | Telephone / internet | $1,576.56 |

**Exhibit D - Cash Disbursements**

| Check No. | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 6-Aug | Alsco, Inc. | Linen / uniform services | $455.01 |
| | 6-Aug | Safeway | Food and beverage inventory | $221.77 |
| | 6-Aug | Amazon | Operating and office supplies | $136.71 |
| | 6-Aug | OPFL | D.C. Paid Family Leave tax | $97.17 |
| | 6-Aug | Amazon | Operating and office supplies | $47.60 |
| | 6-Aug | Amazon | Operating and office supplies | $31.79 |
| 3233 | 6-Aug | Yair Garcia | Wages | $1,284.18 |
| 3235 | 6-Aug | Issac Colata | Wages | $1,007.73 |
| 3236 | 6-Aug | Cengzhin Sahin | Tips | $1,894.00 |
| 3242 | 6-Aug | Melvin Garvia | Tips | $610.00 |
| | 7-Aug | DoorDash | Delivery / online-platform fee | $34.34 |
| 3229 | 7-Aug | Redouane Salhami | Tips | $2,423.00 |
| | 10-Aug | Amazon | Operating and office supplies | $44.41 |
| | 10-Aug | Safeway | Food and beverage inventory | $42.34 |
| | 10-Aug | Restaurant Depot | Food and beverage inventory | $2,233.39 |
| | 10-Aug | Restaurant Depot | Food and beverage inventory | $1,011.66 |
| 3109 | 10-Aug | Alieska Corodova | Wages | $622.55 |
| 3219 | 10-Aug | Mabillia Miranda | Wages | $675.89 |
| 3243 | 10-Aug | Ulziikhand Chuliinbaatar | Tips | $1,351.00 |
| | 11-Aug | DC Water | Utilities | $2,023.78 |
| | 11-Aug | DC OTR | District tax payment | $1,022.80 |
| | 11-Aug | Geico | Auto insurance | $393.06 |
| | 11-Aug | Potomac Wines | Alcohol inventory | $392.48 |
| 3108 | 11-Aug | Danilo Suchite | Wages | $602.11 |
| 3221 | 11-Aug | Erick Lopez | Wages | $1,501.39 |
| | 12-Aug | Restaurant Depot | Food and beverage inventory | $1,184.70 |
| | 12-Aug | RNDC | Alcohol inventory | $785.92 |
| | 12-Aug | Home Depot | Maintenance | $160.17 |
| 2218 | 12-Aug | Gamaliel Landores | Tips | $861.00 |
| | 13-Aug | OPFL | D.C. Paid Family Leave tax | $392.16 |
| | 13-Aug | Resy | Reservation-platform fee | $263.94 |
| | 13-Aug | Amazon | Operating and office supplies | $162.26 |

**Exhibit D - Cash Disbursements**

| Check No. | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 13-Aug | Safeway | Food and beverage inventory | $77.84 |
| | 13-Aug | Amazon | Operating and office supplies | $18.01 |
| 2294 | 13-Aug | Melvin Garvia | Tips | $434.00 |
| | 14-Aug | Restaurant Depot | Food and beverage inventory | $865.45 |
| | 14-Aug | DoorDash | Delivery / online-platform fee | $37.01 |
| 3225 | 14-Aug | Edwin Lopez | Wages | $1,914.33 |
| 3231 | 14-Aug | Mostafa Belianass | Tips | $3,052.00 |
| | 17-Aug | Restaurant Depot | Food and beverage inventory | $1,912.47 |
| | 17-Aug | Restaurant Depot | Food and beverage inventory | $1,256.00 |
| | 17-Aug | Alsco, Inc. | Linen / uniform services | $426.22 |
| | 17-Aug | DC OTR | District tax payment | $383.89 |
| | 17-Aug | Amazon | Operating and office supplies | $181.12 |
| | 17-Aug | Safeway | Food and beverage inventory | $113.29 |
| | 17-Aug | Walmart | Operating supplies | $110.00 |
| | 17-Aug | Esprigas | Propane / cooking-gas supply | $24.38 |
| | 17-Aug | Adobe | Software subscription | $21.19 |
| | 17-Aug | Microsoft | Software subscription | $9.99 |
| 3094 | 17-Aug | Rogelio Estrada | Wages | $1,364.32 |
| 3100 | 17-Aug | Aziza Naji | Reimbursement | $690.00 |
| 3159 | 17-Aug | Nerlyn Cedillo | Wages | $1,075.67 |
| 3162 | 17-Aug | Eliseo Lopez | Wages | $563.45 |
| 3228 | 17-Aug | Cengzhin Sahin | Tips | $1,894.00 |
| | 18-Aug | Potomac Wines | Alcohol inventory | $627.74 |
| | 18-Aug | VA Taxation | Tax payment | $317.00 |
| | 18-Aug | Amazon | Operating and office supplies | $40.27 |
| 3089 | 18-Aug | Chesapeake | Beer | $892.15 |
| 3110 | 18-Aug | Adelso Lopez | Wages | $1,807.95 |
| 3163 | 18-Aug | David Cerezo | Wages | $391.24 |
| 3224 | 18-Aug | Leonel Suchite | Wages | $975.00 |
| | 19-Aug | Restaurant Depot | Food and beverage inventory | $725.16 |
| | 19-Aug | DoorDash | Delivery / online-platform fee | $34.41 |
| | 19-Aug | Amazon | Operating and office supplies | $15.89 |

**Exhibit D - Cash Disbursements**

| Check No. | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 20-Aug | DC OTR | District tax payment | $11,575.10 |
| | 20-Aug | Spotify | Subscription service | $20.13 |
| 3155 | 20-Aug | Yair Garcia | Wages | $1,156.57 |
| | 21-Aug | Restaurant Depot | Food and beverage inventory | $1,196.93 |
| | 21-Aug | No More Bites, LLC | Pest control | $400.00 |
| 2292 | 21-Aug | RBG | Liquor | $586.42 |
| 3085 | 21-Aug | Opici Wine | Wine | $365.52 |
| 3087 | 21-Aug | EliteWine | Wine | $378.66 |
| 3223 | 21-Aug | Heberto Lopez | Wages | $2,884.62 |
| 3234 | 21-Aug | Aziza Naji | Wages | $1,685.00 |
| | 24-Aug | Restaurant Depot | Food and beverage inventory | $2,056.73 |
| | 24-Aug | Restaurant Depot | Food and beverage inventory | $1,797.75 |
| | 24-Aug | Aldana & Associates | Professional services | $1,497.00 |
| | 24-Aug | Restaurant Depot | Food and beverage inventory | $1,283.27 |
| 3160 | 24-Aug | Mabillia Miranda | Wages | $698.92 |
| 3244 | 24-Aug | Mohamed El Omary | Maintenance | $675.00 |
| | 25-Aug | Breakthru | Liquor | $872.71 |
| | 25-Aug | Potomac Wines | Alcohol inventory | $349.74 |
| | 25-Aug | Amazon | Operating and office supplies | $247.62 |
| | 25-Aug | Amazon | Operating and office supplies | $165.32 |
| | 25-Aug | The Home Depot | Maintenance | $133.73 |
| | 25-Aug | Safeway | Food and beverage inventory | $52.98 |
| 3164 | 25-Aug | Danilo Suchite | Wages | $749.28 |
| 3245 | 25-Aug | Gamaliel Landores | Tips | $424.00 |
| | 26-Aug | Restaurant Depot | Food and beverage inventory | $890.76 |
| | 26-Aug | Amazon | Operating and office supplies | $22.23 |
| 3246 | 26-Aug | Mekki Karrakcou | Wages | $4,099.89 |
| 3165 | 26-Aug | Alieska Corodova | Wages | $429.95 |
| 3111 | 27-Aug | Teresa Lopez | Wages | $814.78 |
| 3156 | 27-Aug | Teresa Lopez | Wages | $216.32 |
| | 28-Aug | Restaurant Depot | Food and beverage inventory | $793.15 |
| | 28-Aug | Amazon | Operating and office supplies | $15.89 |

**Exhibit D - Cash Disbursements**

| Check No. | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 28-Aug | Amazon | Operating and office supplies | $11.65 |
| 3161 | 28-Aug | Erick Lopez | Wages | $1,889.89 |
| | 31-Aug | IRS | Tax payment | $11,213.08 |
| | 31-Aug | DC Water | Utilities | $3,000.00 |
| | 31-Aug | Restaurant Depot | Food and beverage inventory | $1,555.66 |
| | 31-Aug | Restaurant Depot | Food and beverage inventory | $1,262.90 |
| | 31-Aug | Restaurant Depot | Food and beverage inventory | $566.27 |
| | 31-Aug | Good Friends Waste Management | Waste-management services | $550.00 |
| | 31-Aug | Alsco, Inc. | Linen / uniform services | $469.83 |
| | 31-Aug | Michaels | Operating supplies | $25.89 |
| | 31-Aug | Amazon | Operating and office supplies | $5.29 |
| 3153 | 31-Aug | Edwin Lopez | Wages | $1,846.47 |
| 3157 | 31-Aug | Rogelio Estrada | Wages | $1,127.44 |
| 3166 | 31-Aug | Adelso Lopez | Wages | $1,158.60 |
| 3198 | 31-Aug | Eliseo Lopez | Wages | $561.09 |
| 3249 | 31-Aug | Cash | Reimbursement | $473.00 |
| **Total** | | | | **$148,074.98** |

# Exhibit C - Cash Receipts

| Date | Source/Payee | Amount |
|---|---|---|
| 24-Aug | Owner.com | $45.57 |
| 24-Aug | SpotOn | $11,453.72 |
| 24-Aug | SpotOn | $10,972.61 |
| 24-Aug | SpotOn | $3,651.48 |
| 25-Aug | Uber | $516.96 |
| 25-Aug | SpotOn | $4,852.32 |
| 26-Aug | Amazon | $5.29 |
| 26-Aug | SpotOn | $851.81 |
| 27-Aug | Amazon | $16.94 |
| 27-Aug | SpotOn | $2,615.02 |
| 28-Aug | DoorDash | $164.70 |
| 28-Aug | SpotOn | $2,754.97 |
| 31-Aug | Owner.com | $195.24 |
| 31-Aug | SpotOn | $8,029.08 |
| 31-Aug | SpotOn | $4,739.27 |
| 31-Aug | SpotOn | $3,619.44 |
| **Total** | | **$135,654.46** |

TD

Go paperless.
Scan the QR code to opt in to paperless statements.

T STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DC
1073 31ST STREET NW
WASHINGTON DC 20007

Page: 1 of 9
Statement Period: Aug 01 2026-Aug 31 2026
Cust Ref #: [redacted]#
Primary Account #: [redacted]

## Chapter 11 Checking

MELBEN INC
DIP CASE 24-00232 DC

Account # [redacted]

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 43,402.02 | Average Collected Balance | 33,468.91 |
| Electronic Deposits | 135,654.46 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 74,762.60 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 73,312.38 | Days in Period | 31 |
| Ending Balance | 30,981.50 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

If you would like written communication in an alternative accessible format, please contact us at 1-866-610-8501 Ext 2030 or dial 711 for TTY, Mon-Fri 9-6 EST. We offer Large Print, Accessible PDF, Braille (uncontracted or contracted) or Audio CD.

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/03 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-W9A6S8E1Y6Z0 | 56.99 |
| 08/03 | RTP RCVD, SpotOn-4445079388088 k40qb57r | 6,609.63 |
| 08/03 | RTP RCVD, SpotOn-4445079388088 7apq8j8d | 6,480.14 |
| 08/03 | RTP RCVD, SpotOn-4445079388088 f5sq4g5g | 3,097.61 |
| 08/04 | RTP RCVD, SpotOn-4445079388088 feyband4 | 2,472.22 |
| 08/05 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-Y0H8R9K5X5U3 | 35.61 |
| 08/05 | RTP RCVD, SpotOn-4445079388088 j4x0qpkq | 4,561.61 |
| 08/06 | RTP RCVD, SpotOn-4445079388088 2fqe63ms | 2,899.67 |
| 08/07 | RTP RCVD, SpotOn-4445079388088 qddfmrpm | 1,584.67 |
| 08/10 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-S5D6B4B4M6P8 | 45.28 |
| 08/10 | RTP RCVD, SpotOn-4445079388088 ghykc67x | 6,220.59 |
| 08/10 | RTP RCVD, SpotOn-4445079388088 83hrbeja | 5,510.95 |
| 08/10 | RTP RCVD, SpotOn-4445079388088 1s53gtb2 | 3,475.24 |
| 08/11 | RTP RCVD, SpotOn-4445079388088 8kbrsfw0 | 6,558.74 |
| 08/12 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-I5M4D6M2E3U6 | 105.00 |
| 08/12 | RTP RCVD, SpotOn-4445079388088 yxctrjdd | 2,041.03 |
| 08/13 | RTP RCVD, SpotOn-4445079388088 7xcxhg8y | 1,314.80 |
| 08/14 | CCD DEPOSIT, DOORDASH, INC. 1073 31ST ST-S8S9X8Q5V9M1 | 274.40 |
| 08/14 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-Q6T5K3Q0W9K4 | 74.18 |
| 08/14 | RTP RCVD, SpotOn-4445079388088 49mm0p86 | 2,851.20 |
| 08/17 | RTP RCVD, SpotOn-4445079388088 jwgd25yf | 8,943.94 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account



**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| 1 Ending Balance | | 30,981.50 |
| 2 Total Deposits | + | |
| 3 Sub Total | | |
| 4 Total Withdrawals | - | |
| 5 Adjusted Balance | | |

2

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | 2 |

4

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | 4 |

### FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

### INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

### FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DC

Page: 3 of 9
Statement Period: Aug 01 2026-Aug 31 2026
Cust Ref #: [redacted]
Primary Account #: [redacted]

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/17 | RTP RCVD, SpotOn-4445079388088 dstcy0x9 | 3,994.06 |
| 08/17 | RTP RCVD, SpotOn-4445079388088 f4z222rn | 2,711.73 |
| 08/18 | ACH DEPOSIT, UBER USA, LLC PARTNER 70O39ZDVTUPZG12 | 513.90 |
| 08/18 | RTP RCVD, SpotOn-4445079388088 4sn2jpj5 | 1,865.16 |
| 08/19 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-Q5W5P9M4D6N9 | 53.72 |
| 08/19 | RTP RCVD, SpotOn-4445079388088 b7zmd40h | 1,894.97 |
| 08/20 | RTP RCVD, SpotOn-4445079388088 d3wtyr94 | 1,769.17 |
| 08/21 | CCD DEPOSIT, DOORDASH, INC. 1073 31ST ST-K8I7I8U3D8Q0 | 276.30 |
| 08/21 | RTP RCVD, SpotOn-4445079388088 rkhnxqhd | 2,828.66 |
| 08/24 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-X8Q6P6Q1O8P6 | 48.87 |
| 08/24 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-Y0Y4Y7M8M3F0 | 45.57 |
| 08/24 | RTP RCVD, SpotOn-4445079388088 qr4yztq4 | 11,453.72 |
| 08/24 | RTP RCVD, SpotOn-4445079388088 b77vjznk | 10,972.61 |
| 08/24 | RTP RCVD, SpotOn-4445079388088 7d780yw2 | 3,651.48 |
| 08/25 | ACH DEPOSIT, UBER USA, LLC PARTNER PA1AX7JXDQYQSZW | 516.96 |
| 08/25 | RTP RCVD, SpotOn-4445079388088 n498r8bf | 4,852.32 |
| 08/26 | DEBIT CARD CREDIT, *****04037062399, AUT 082626 VISA DDA REF AMAZON MKTPLACE PMTS AMZN COM BILL * WA | 5.29 |
| 08/26 | RTP RCVD, SpotOn-4445079388088 pnjnea9c | 851.81 |
| 08/27 | DEBIT CARD CREDIT, *****04037062399, AUT 082626 VISA DDA REF AMAZON MKTPLACE PMTS AMZN COM BILL * WA | 16.94 |
| 08/27 | RTP RCVD, SpotOn-4445079388088 7pjteh5z | 2,615.02 |
| 08/28 | CCD DEPOSIT, DOORDASH, INC. 1073 31ST ST-C2P0U9H0B2S4 | 164.70 |
| 08/28 | RTP RCVD, SpotOn-4445079388088 8fga4fhf | 2,754.97 |
| 08/31 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-M4V9L1I6F8N3 | 195.24 |
| 08/31 | RTP RCVD, SpotOn-4445079388088 ewgf02hq | 8,029.08 |
| 08/31 | RTP RCVD, SpotOn-4445079388088 qxkwdf6g | 4,739.27 |
| 08/31 | RTP RCVD, SpotOn-4445079388088 rqnw5r10 | 3,619.44 |
| | Subtotal: | 135,654.46 |

### Checks Paid

No. Checks: 57

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 08/12 | 2218 | 861.00 | 08/04 | 3081* | 975.00 |
| 08/21 | 2292* | 586.42 | 08/21 | 3085* | 365.52 |
| 08/13 | 2294* | 434.00 | 08/21 | 3087* | 378.66 |
| 08/05 | 3031* | 349.00 | 08/18 | 3089* | 892.15 |
| 08/03 | 3064* | 2,884.62 | 08/17 | 3094* | 1,364.32 |
| 08/05 | 3076* | 344.77 | 08/04 | 3099* | 6,263.00 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DC

Page: 4 of 9
Statement Period: Aug 01 2026-Aug 31 2026
Cust Ref #: [redacted]
Primary Account #: [redacted]

## DAILY ACCOUNT ACTIVITY

### Checks Paid (continued)

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 08/17 | 3100 | 690.00 | 08/31 | 3198* | 561.09 |
| 08/03 | 3102* | 4,099.89 | 08/05 | 3218* | 1,109.14 |
| 08/05 | 3105* | 727.67 | 08/10 | 3219 | 675.89 |
| 08/04 | 3106 | 550.51 | 08/11 | 3221* | 1,501.39 |
| 08/11 | 3108* | 602.11 | 08/04 | 3222 | 2,885.00 |
| 08/10 | 3109 | 622.55 | 08/21 | 3223 | 2,884.62 |
| 08/18 | 3110 | 1,807.95 | 08/18 | 3224 | 975.00 |
| 08/27 | 3111 | 814.78 | 08/14 | 3225 | 1,914.33 |
| 08/03 | 3133* | 415.97 | 08/17 | 3228* | 1,894.00 |
| 08/04 | 3135* | 306.00 | 08/07 | 3229 | 2,423.00 |
| 08/05 | 3136 | 690.65 | 08/05 | 3230 | 3,053.00 |
| 08/31 | 3153* | 1,846.47 | 08/14 | 3231 | 3,052.00 |
| 08/20 | 3155* | 1,156.57 | 08/06 | 3233* | 1,284.18 |
| 08/27 | 3156 | 216.32 | 08/21 | 3234 | 1,685.00 |
| 08/31 | 3157 | 1,127.44 | 08/06 | 3235 | 1,007.73 |
| 08/17 | 3159* | 1,075.67 | 08/06 | 3236 | 1,894.00 |
| 08/24 | 3160 | 698.92 | 08/06 | 3242* | 610.00 |
| 08/28 | 3161 | 1,889.89 | 08/10 | 3243 | 1,351.00 |
| 08/17 | 3162 | 563.45 | 08/24 | 3244 | 675.00 |
| 08/18 | 3163 | 391.24 | 08/25 | 3245 | 424.00 |
| 08/25 | 3164 | 749.28 | 08/26 | 3246 | 4,099.89 |
| 08/26 | 3165 | 429.95 | 08/31 | 3249* | 473.00 |
| 08/31 | 3166 | 1,158.60 | | | |
| | | | | Subtotal: | 74,762.60 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/03 | DBCRD PUR AP, *****04036012809, AUT 073126 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 2,676.96 |
| 08/03 | DBCRD PUR AP, *****04036012809, AUT 080226 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 1,178.28 |
| 08/03 | DBCRD PUR AP, *****04037062399, AUT 080126 VISA DDA PUR AP IN GOOD FRIENDS WASTE M 703 5438671 * VA | 550.00 |
| 08/03 | DBCRD PUR AP, *****04037062399, AUT 073126 VISA DDA PUR AP POTOMAC WINES SPIRITS WASHINGTON * DC | 149.92 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DC

Page: 5 of 9
Statement Period: Aug 01 2026-Aug 31 2026
Cust Ref #: [redacted]
Primary Account #: [redacted]

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/03 | DBCRD PUR AP, *****04037062399, AUT 073126 VISA DDA PUR AP AMERICAN FILTER STEAM 202 8296060 * DC | 118.48 |
| 08/03 | DBCRD PUR AP, *****04037062399, AUT 073126 VISA DDA PUR AP POTOMAC WINES SPIRITS WASHINGTON * DC | 110.22 |
| 08/03 | DBCRD PUR AP, *****04036012809, AUT 080126 VISA DDA PUR AP AUTOZONE 1156 ALEXANDRIA * VA | 14.30 |
| 08/03 | DBCRD PUR AP, *****04037062399, AUT 080226 VISA DDA PUR AP PRIME VIDEO CHANNELS AMZN COM BILL * WA | 9.53 |
| 08/04 | DBCRD PUR AP, *****04037062399, AUT 080326 VISA DDA PUR AP POTOMAC WINES SPIRITS WASHINGTON * DC | 266.17 |
| 08/04 | DEBIT POS AP, *****04037062399, AUT 080426 DDA PURCHASE AP DOLLARTREE FAIRFAX * VA | 237.97 |
| 08/04 | DBCRD PMT AP, *****04037062399, AUT 080326 VISA DDA PUR AP RESYNETWORKINC RESY COM * NY | 93.65 |
| 08/05 | DBCRD PUR AP, *****04037062399, AUT 080426 VISA DDA PUR AP POTOMAC WINES SPIRITS WASHINGTON * DC | 865.95 |
| 08/05 | DBCRD PMT AP, *****04037062399, AUT 080426 VISA DDA PUR AP OWNER COM OWNER COM * CA | 528.94 |
| 08/05 | DBCRD PUR AP, *****04037062399, AUT 080426 VISA DDA PUR AP AMAZON RETA 560Z67TF2 WWW AMAZON CO * WA | 7.81 |
| 08/06 | DBCRD PUR AP, *****04036012809, AUT 080526 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 2,555.35 |
| 08/06 | DBCRD PUR AP, *****04037062399, AUT 080526 VISA DDA PUR AP AT T BILL PAYMENT 800 331 0500 * TX | 2,005.89 |
| 08/06 | DBCRD PUR AP, *****04037548587, AUT 080526 VISA DDA PUR AP COMCAST XFINITY 800 266 2278 * MD | 1,576.56 |
| 08/06 | DBCRD PUR AP, *****04037062399, AUT 080526 VISA DDA PUR AP ALSCO INC 703 751 5785 * VA | 455.01 |
| 08/06 | DBCRD PUR AP, *****04036012809, AUT 080426 VISA DDA PUR AP SAFEWAY 2912 WASHINGTON * DC | 221.77 |
| 08/06 | DBCRD PUR AP, *****04037062399, AUT 080426 VISA DDA PUR AP AMAZON MKTPL 569H22JH2 AMZN COM BILL * WA | 136.71 |
| 08/06 | CCD DEBIT, OPFL OPFL TAX 260461 1 | 97.17 |
| 08/06 | DBCRD PUR AP, *****04037062399, AUT 080426 VISA DDA PUR AP AMAZON MKTPL 569QP0J71 AMZN COM BILL * WA | 47.60 |
| 08/06 | DBCRD PUR AP, *****04037062399, AUT 080426 VISA DDA PUR AP AMAZON MKTPL 5657X6JX1 AMZN COM BILL * WA | 31.79 |
| 08/07 | DBCRD PUR AP, *****04037062399, AUT 080626 VISA DDA PUR AP DD DOORDASH FIVEBELOW DOORDASH COM * CA | 34.34 |
| 08/10 | DBCRD PUR AP, *****04036012809, AUT 080726 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 2,233.39 |
| 08/10 | DEBIT POS AP, *****04037062399, AUT 080826 DDA PURCHASE AP RESTAURANT DEPOT ALEXANDRIA * VA | 1,011.66 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TD

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DC

Page: 6 of 9
Statement Period: Aug 01 2026-Aug 31 2026
Cust Ref #: [redacted]
Primary Account #: [redacted]

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/10 | DBCRD PUR AP, *****04037062399, AUT 080726 VISA DDA PUR AP<br>AMAZON RETA 5646C4QF1 WWW AMAZON CO * WA | 44.41 |
| 08/10 | DBCRD PUR AP, *****04037062399, AUT 081026 VISA DDA PUR AP<br>DD DOORDASH SAFEWAY DOORDASH COM * CA | 42.34 |
| 08/11 | ELECTRONIC PMT-WEB, DC WATER COM-WATER 7862020 | 2,023.78 |
| 08/11 | CCD DEBIT, DC-OTR-WEB-SLU PAYMENTS 8437831 | 1,022.80 |
| 08/11 | DBCRD PMT AP, *****04037062399, AUT 081026 VISA DDA PUR AP<br>GEICO AUTO 800 841 3000 * DC | 393.06 |
| 08/11 | DBCRD PUR AP, *****04037062399, AUT 081026 VISA DDA PUR AP<br>POTOMAC WINES SPIRITS WASHINGTON * DC | 392.48 |
| 08/12 | DBCRD PUR AP, *****04036012809, AUT 081126 VISA DDA PUR AP<br>RESTAURANT DEPOT ALEXANDRIA * VA | 1,184.70 |
| 08/12 | CCD DEBIT, RNDC PAYMENT 43158119 | 785.92 |
| 08/12 | DEBIT POS AP, *****04037062399, AUT 081226 DDA PURCHASE AP<br>THE HOME DEPOT 4608 FALLS CHURCH * VA | 160.17 |
| 08/13 | ELECTRONIC PMT-WEB, OPICI FAMILY DIS SWEB PYMNT ****442907 | 392.16 |
| 08/13 | DBCRD PMT AP, *****04037062399, AUT 081226 VISA DDA PUR AP<br>RESYNETWORKINC RESY COM * NY | 263.94 |
| 08/13 | DBCRD PUR AP, *****04037062399, AUT 081226 VISA DDA PUR AP<br>AMAZON MKTPL 5H1BZ3GO2 AMZN COM BILL * WA | 162.26 |
| 08/13 | DBCRD PUR AP, *****04036012809, AUT 081126 VISA DDA PUR AP<br>SAFEWAY 2912 WASHINGTON * DC | 77.84 |
| 08/13 | DBCRD PUR AP, *****04037062399, AUT 081226 VISA DDA PUR AP<br>AMAZON MKTPL 5H2GB9561 AMZN COM BILL * WA | 18.01 |
| 08/14 | DBCRD PUR AP, *****04036012809, AUT 081326 VISA DDA PUR AP<br>RESTAURANT DEPOT ALEXANDRIA * VA | 865.45 |
| 08/14 | DBCRD PUR AP, *****04037062399, AUT 081426 VISA DDA PUR AP<br>DD DOORDASH THEFRESHM DOORDASH COM * CA | 37.01 |
| 08/17 | DBCRD PUR AP, *****04036012809, AUT 081426 VISA DDA PUR AP<br>RESTAURANT DEPOT ALEXANDRIA * VA | 1,912.47 |
| 08/17 | DBCRD PUR AP, *****04036012809, AUT 081626 VISA DDA PUR AP<br>RESTAURANT DEPOT ALEXANDRIA * VA | 1,256.00 |
| 08/17 | DBCRD PUR AP, *****04037062399, AUT 081426 VISA DDA PUR AP<br>ALSCO INC 703 751 5785 * VA | 426.22 |
| 08/17 | CCD DEBIT, DC-OTR-WEB-WTH PAYMENTS 8418310 | 383.89 |
| 08/17 | DBCRD PUR AP, *****04037062399, AUT 081426 VISA DDA PUR AP<br>AMAZON MKTPL 5H4HS2UU1 AMZN COM BILL * WA | 181.12 |
| 08/17 | DBCRD PUR AP, *****04036012809, AUT 081526 VISA DDA PUR AP<br>SAFEWAY 2912 WASHINGTON * DC | 113.29 |
| 08/17 | DEBIT POS AP, *****04037062399, AUT 081426 DDA PURCHASE AP<br>WALMART COM 8009256278 BENTONVILLE * AR | 110.00 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DC


Statement Period: Aug 01 2026-Aug 31 2026
Cust Ref #: [redacted]
Primary Account #: [redacted]

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/17 | DBCRD PUR AP, *****04036012809, AUT 081526 VISA DDA PUR AP<br>WWW ESPRIGAS COM ORDER ESPRIGA * TX | 24.38 |
| 08/17 | DBCRD PMT AP, *****04037062399, AUT 081426 VISA DDA PUR AP<br>ADOBE ADOBE 408 536 6000 * CA | 21.19 |
| 08/17 | DBCRD PMT AP, *****04037062399, AUT 081626 DDA PURCHASE AP<br>MICROSOFT MICROSOFT 36 REDMOND * WA | 9.99 |
| 08/18 | DBCRD PUR AP, *****04037062399, AUT 081726 VISA DDA PUR AP<br>POTOMAC WINES SPIRITS WASHINGTON * DC | 627.74 |
| 08/18 | CCD DEBIT, VA DEPT TAXATION TAX PAYMEN *****7272 | 317.00 |
| 08/18 | DBCRD PUR AP, *****04037062399, AUT 081626 VISA DDA PUR AP<br>AMAZON MKTPL 5A7867FW2 AMZN COM BILL * WA | 40.27 |
| 08/19 | DBCRD PUR AP, *****04036012809, AUT 081826 VISA DDA PUR AP<br>RESTAURANT DEPOT ALEXANDRIA * VA | 725.16 |
| 08/19 | DBCRD PUR AP, *****04037062399, AUT 081726 VISA DDA PUR AP<br>DD DOORDASH BOULANGER DOORDASH COM * CA | 34.41 |
| 08/19 | DBCRD PMT AP, *****04037062399, AUT 081826 VISA DDA PUR AP<br>AMAZON PRIME YH06190D3 AMZN COM BILL * WA | 15.89 |
| 08/20 | CCD DEBIT, DC-OTR-WEB-SLU PAYMENTS 8455333 | 11,575.10 |
| 08/20 | DBCRD PMT AP, *****04037062399, AUT 081926 VISA DDA PUR AP<br>SPOTIFY P45D803978 NEW YORK * NY | 20.13 |
| 08/21 | DBCRD PUR AP, *****04036012809, AUT 082026 VISA DDA PUR AP<br>RESTAURANT DEPOT ALEXANDRIA * VA | 1,196.93 |
| 08/21 | DBCRD PMT AP, *****04037062399, AUT 082026 VISA DDA PUR AP<br>NO MORE BITES LLC WWW GORILLADE * VA | 400.00 |
| 08/24 | DBCRD PUR AP, *****04036012809, AUT 082226 VISA DDA PUR AP<br>RESTAURANT DEPOT ALEXANDRIA * VA | 2,056.73 |
| 08/24 | DBCRD PUR AP, *****04036012809, AUT 082326 VISA DDA PUR AP<br>RESTAURANT DEPOT ALEXANDRIA * VA | 1,797.75 |
| 08/24 | ACH DEBIT, ALDANA & ASSOCIA SALE | 1,497.00 |
| 08/24 | DBCRD PUR AP, *****04036012809, AUT 082126 VISA DDA PUR AP<br>RESTAURANT DEPOT ALEXANDRIA * VA | 1,283.27 |
| 08/25 | ACH DEBIT, BREAKTHRU BEV BREAKTHRU FT****80295 | 872.71 |
| 08/25 | DBCRD PUR AP, *****04037062399, AUT 082426 VISA DDA PUR AP<br>POTOMAC WINES SPIRITS WASHINGTON * DC | 349.74 |
| 08/25 | DBCRD PUR AP, *****04037062399, AUT 082326 VISA DDA PUR AP<br>AMAZON MKTPL 5O6KB7VV1 AMZN COM BILL * WA | 247.62 |
| 08/25 | DBCRD PUR AP, *****04037062399, AUT 082426 VISA DDA PUR AP<br>AMAZON MKTPL 5O8G37TL2 AMZN COM BILL * WA | 165.32 |
| 08/25 | DEBIT POS AP, *****04037062399, AUT 082526 DDA PURCHASE AP<br>THE HOME DEPOT 4608 FALLS CHURCH * VA | 133.73 |
| 08/25 | DBCRD PUR AP, *****04036012809, AUT 082326 VISA DDA PUR AP<br>SAFEWAY 2912 WASHINGTON * DC | 52.98 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DC

Page: 8 of 9
Statement Period: Aug 01 2026-Aug 31 2026
Cust Ref #: [redacted]
Primary Account #: [redacted]

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/26 | DBCRD PUR AP, *****04036012809, AUT 082526 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 890.76 |
| 08/26 | DBCRD PUR AP, *****04037062399, AUT 082526 VISA DDA PUR AP AMAZON MKTPL 5O9JD0532 AMZN COM BILL * WA | 22.23 |
| 08/28 | DBCRD PUR AP, *****04036012809, AUT 082726 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 793.15 |
| 08/28 | DBCRD PMT AP, *****04037062399, AUT 082726 VISA DDA PUR AP AMAZON PRIME 7U7NV2533 AMZN COM BILL * WA | 15.89 |
| 08/28 | DBCRD PUR AP, *****04037062399, AUT 082726 VISA DDA PUR AP PRIME VIDEO CHANNELS AMZN COM BILL * WA | 11.65 |
| 08/31 | CCD DEBIT, IRS USATAXPYMT ****64322275987 | 11,213.08 |
| 08/31 | ELECTRONIC PMT-WEB, DC WATER COM-WATER 8525826 | 3,000.00 |
| 08/31 | DBCRD PUR AP, *****04036012809, AUT 082826 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 1,555.66 |
| 08/31 | DBCRD PUR AP, *****04036012809, AUT 082926 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 1,262.90 |
| 08/31 | DBCRD PUR AP, *****04036012809, AUT 082826 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 566.27 |
| 08/31 | DBCRD PUR AP, *****04037062399, AUT 082826 VISA DDA PUR AP IN GOOD FRIENDS WASTE M 703 5438671 * VA | 550.00 |
| 08/31 | DBCRD PUR AP, *****04037062399, AUT 082826 VISA DDA PUR AP ALSCO INC 703 751 5785 * VA | 469.83 |
| 08/31 | DBCRD PUR AP, *****04037062399, AUT 083026 VISA DDA PUR AP DD DOORDASH MICHAELS DOORDASH COM * CA | 25.89 |
| 08/31 | DBCRD PUR AP, *****04037062399, AUT 082926 VISA DDA PUR AP AMAZON PRIME 5Q8CG0LR2 AMZN COM BILL * WA | 5.29 |
| | Subtotal: | 73,312.38 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 43,402.02 | 08/17 | 37,326.17 |
| 08/03 | 47,438.22 | 08/18 | 34,653.88 |
| 08/04 | 38,333.14 | 08/19 | 35,827.11 |
| 08/05 | 35,253.43 | 08/20 | 24,844.48 |
| 08/06 | 26,229.34 | 08/21 | 20,452.29 |
| 08/07 | 25,356.67 | 08/24 | 38,615.87 |
| 08/10 | 34,627.49 | 08/25 | 40,989.77 |
| 08/11 | 35,250.61 | 08/26 | 36,404.04 |

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DC

Page: 9 of 9
Statement Period: Aug 01 2026-Aug 31 2026
Cust Ref #: [redacted]
Primary Account #: [redacted]

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/12 | 34,404.85 | 08/27 | 38,004.90 |
| 08/13 | 34,371.44 | 08/28 | 38,213.99 |
| 08/14 | 31,702.43 | 08/31 | 30,981.50 |

SpotOn
support@spoton.com
(877) 814-4102

**THIS IS NOT A BILL**

# Your Business Recap.

**BILLING STATEMENT FOR AUGUST 2026**
**PAGE 1 OF 3**

**Amount Deducted:**
**$0.00**

**Merchant #:**
**4445079388088**

**DBA Name:**
**Flavio**

**Melben Inc**
1073 31st St NW
Washington
DC, 20007
US

## YOUR SALES THIS MONTH
## $137,740.33




**This is 2.6% higher than last month**

SpotOn

support@spoton.com
(877) 814-4102

**Merchant #:**
**4445079388088**

**DBA Name:**
**Flavio**

## THIS IS NOT A BILL

# Your Business Recap.

## BILLING STATEMENT FOR AUGUST 2026



| ACTIVITY SUMMARY | | | | | |
|---|---|---|---|---|---|
| PLAN CODE | NUMBER OF SALES | AMOUNT OF SALES | NUMBER OF REFUNDS | AMOUNT OF REFUNDS | NET SALES |
| AMEX | 224 | $27,409.48 | 0 | $0.00 | $27,409.48 |
| DISC | 67 | $4,719.92 | 0 | $0.00 | $4,719.92 |
| MCRD | 300 | $26,945.93 | 0 | $0.00 | $26,945.93 |
| VISA | 909 | $78,665.00 | 0 | $0.00 | $78,665.00 |
| TOTAL | 1,500 | $137,740.33 | 0 | $0.00 | $137,740.33 |

| DEPOSITS | | | | | | |
|---|---|---|---|---|---|---|
| DATE | NUMBER OF SALES | AMOUNT OF SALES | AMOUNT OF REFUNDS | DISCOUNT PAID | NON SETTLED | SETTLED |
| 08/01 | 61 | $6,840.85 | $0.00 | $231.22 | | $6,609.63 |
| 08/02 | 73 | $6,706.84 | $0.00 | $226.70 | | $6,480.14 |
| 08/03 | 29 | $2,558.70 | $0.00 | $86.48 | | $2,472.22 |
| 08/04 | 59 | $4,721.20 | $0.00 | $159.59 | | $4,561.61 |
| 08/05 | 47 | $3,001.09 | $0.00 | $101.42 | | $2,899.67 |
| 08/06 | 25 | $1,640.12 | $0.00 | $55.45 | | $1,584.67 |
| 08/07 | 32 | $3,596.81 | $0.00 | $121.57 | | $3,475.24 |
| 08/08 | 59 | $5,703.75 | $0.00 | $192.80 | | $5,510.95 |
| 08/09 | 66 | $6,438.19 | $0.00 | $217.60 | | $6,220.59 |
| 08/10 | 72 | $6,788.18 | $0.00 | $229.44 | | $6,558.74 |
| 08/11 | 33 | $2,112.41 | $0.00 | $71.38 | | $2,041.03 |
| 08/12 | 23 | $1,360.81 | $0.00 | $46.01 | | $1,314.80 |
| 08/13 | 38 | $2,950.93 | $0.00 | $99.73 | | $2,851.20 |
| 08/14 | 37 | $4,133.79 | $0.00 | $139.73 | | $3,994.06 |
| 08/15 | 34 | $2,806.60 | $0.00 | $94.87 | | $2,711.73 |
| 08/16 | 106 | $9,256.80 | $0.00 | $312.86 | | $8,943.94 |
| 08/17 | 20 | $1,930.40 | $0.00 | $65.24 | | $1,865.16 |
| 08/18 | 22 | $1,961.27 | $0.00 | $66.30 | | $1,894.97 |
| 08/19 | 23 | $1,831.04 | $0.00 | $61.87 | | $1,769.17 |
| 08/20 | 38 | $2,927.62 | $0.00 | $98.96 | | $2,828.66 |
| 08/21 | 29 | $3,779.22 | $0.00 | $127.74 | | $3,651.48 |
| 08/22 | 118 | $11,356.45 | $0.00 | $383.84 | | $10,972.61 |
| 08/23 | 83 | $11,854.42 | $0.00 | $400.70 | | $11,453.72 |
| 08/24 | 58 | $5,022.05 | $0.00 | $169.73 | | $4,852.32 |
| 08/25 | 13 | $881.61 | $0.00 | $29.80 | | $851.81 |
| 08/26 | 35 | $2,706.50 | $0.00 | $91.48 | | $2,615.02 |
| 08/27 | 26 | $2,851.35 | $0.00 | $96.38 | | $2,754.97 |
| 08/28 | 59 | $4,905.06 | $0.00 | $165.79 | | $4,739.27 |
| 08/29 | 45 | $3,746.09 | $0.00 | $126.65 | | $3,619.44 |
| 08/30 | 101 | $8,309.94 | $0.00 | $280.86 | | $8,029.08 |
| 08/31 | 36 | $3,060.24 | $0.00 | $103.46 | | $2,956.78 |
| DEPOSIT TOTAL | 1,500 | $137,740.33 | $0.00 | $4,655.65 | | $133,084.68 |

SpotOn
support@spoton.com
(877) 814-4102

Merchant #:
4445079388088

DBA Name:
Flavio

THIS IS NOT A BILL

# Your Business Recap.

BILLING STATEMENT FOR AUGUST 2026
PAGE 3 OF 3

## FEES

| STATEMENT FEE DESC OR DETAIL | COUNT | AMOUNT | RATES | PER ITEM | FEES PAID | TOTAL |
|---|---|---|---|---|---|---|
| AUTHORIZATION FEES | | | | | | |
| TRANSACTION FEES (AMEX) | 217 | | | $0.0000 | | $0.00 |
| TRANSACTION FEES (DISC) | 73 | | | $0.0000 | | $0.00 |
| TRANSACTION FEES (MCRD) | 318 | | | $0.0000 | | $0.00 |
| TRANSACTION FEES (VISA) | 928 | | | $0.0000 | | $0.00 |
| | | | | | TOTAL AUTHORIZATION FEES | $0.00 |
| INTERCHANGE FEES / AMERICAN EXPRESS PROGRAM FEES | | | | | | |
| AMEX RATE 1 | 224 | $27,409.48 | 3.3800% | | | $926.47 |
| VISA/MCRD/DISC FLAT DISCOUNT RATE | 1,276 | $110,330.85 | 3.3800% | | | $3,729.18 |
| | | | | | TOTAL INTERCHANGE FEES / AMERICAN EXPRESS PROGRAM FEES | $4,655.65 |
| TOTAL FEES | | | | | | $4,655.65 |

## CASH DISCOUNT PROGRAM DETAILS

ESTIMATED ADDITIONAL REVENUE FROM INCREASE IN ADVERTISED PRICES*: $4,655.62

NET AMOUNT PAID TO CREDIT CARD PROCESSING: $4,655.65

*Estimation of additional income based on application of the program that all processed volume received increased pricing for credit/debit usage

## FEE COLLECTION

AMOUNT DEDUCTED THROUGH DAILY DISCOUNT: $4,655.65

AMOUNT DEDUCTED AT END OF STATEMENT PERIOD: $0.00

## SECURITY ALERT

PLEASE BEWARE OF SCAMMERS IMPERSONATING SPOTON VIA PHONE OR EMAIL OFFERING “FREE UPGRADES” OR “BILLING CREDITS” IN ORDER TO GAIN ACCESS TO YOUR ACCOUNT. SPOTON WILL NEVER CONTACT YOU ASKING FOR PASSWORD DETAILS, PAYMENT CREDENTIALS, OR REMOTE ACCESS TO YOUR DEVICES. ALWAYS VERIFY SUSPICIOUS COMMUNICATIONS BY CONTACTING SPOTON SUPPORT DIRECTLY AT (877) 814-4102 OR SUPPORT@SPOTON.COM.

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 2218 to 3076** |

**Front of check**

AMER

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Nikauly Lineros

Three Hundred Forty-Four and 77/100*******************************************************

Nikauly Lineros
4301 Columbia Pike
Arlington, VA 22204

MEMO

Pay Period: 06/06/2026 - 06/19/2026

⑈003076⑈ ⑆054001725⑆ 444154607

**Back of check**

MorganChaseBank 080506 349271 964010069441

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| Search: | Search my | **Checks** |
|---|---|---|
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 2218 to 3076** |

**Front of check**

AMER

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Nikauly Lineros

Three Hundred Forty-Nine and 00/100****************************************************

Nikauly Lineros
4301 Columbia Pike
Arlington, VA 22204

MEMO

Pay Period: 01/31/2026 - 02/13/2026

⑈003031⑈ ⑆054001725⑆ 4441546079

**Back of check**

JPMorganChaseBank 080506 349271 964010069442

TD Bank
America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| Search: | Search my | **Checks** |
| --- | --- | --- |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 2218 to 3076** |

**Front of check**

AMERIC

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Herberto Lopez Ordonez

Two Thousand Eight Hundred Eighty-Four and 62/100**********************************

Herberto Lopez Ordonez
1004 S Queen St
Arlington, VA 22204

MEMO

PP 04/11/2026 - 04/24/2026

⑈003064⑈ ⑆054001725⑆ 44415460 7

**Back of check**

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

Filter: Last 30 days

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Leonel Vasquez Suchite

Nine Hundred Seventy-Five and 00/100****************************************************

Leonel Vasquez Suchite
1230 N Scott St Apt 304
Arlington, VA 22209

MEMO

PP 03/28/2026 - 04/10/2026

⑈003081⑈ ⑆054001725⑆ 4441546O7

**Back of check**

08032026

08032026 402901000775200

b426502

402901000775200

>0

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 2218 to 3076** |

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF GAMALieL LanDEROS

Eight HUNDRed SixTy ONE

MEMO April - July Two host hours

⑈002218⑈ ⑆054001725⑆ 44415460?

**Back of check**

Security features exceed industry standards and include:
- [illegible] Ink – Matching numeral and check number on back (Patent No. [illegible])
- MobileMark – Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave – pattern on back designed to deter fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Photo Safe Deposit – icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back and in Chemical Wash Detection Box

2159
2026-08-10
T426144
051500481
United Bank

**TD Bank**

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 2218 to 3076** |

**Front of check**



MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF MELVIN M GARCIA

FOUR HUNDRED THIRTY FOUR 00/100

MEMO Tips June/July

⑈002294⑈ ⑆054001725⑆ 444154607

**Back of check**

[illegible]

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 2218 to 3076** |

**Front of check**


MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

AM

PAY TO THE ORDER OF RBG

five hundred eighty six

MEMO 2673735 70040

⑈002292⑈ ⑆054001725⑆ 44415460

**Back of check**

# TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3081 to 3099** |

**Front of check**

AMER

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Cash

Five. Hundred. Twenty. Eight 00/100...,,.

Tip out April
Redouane $1277 mostafa $2147
Melvin $1367. Cengizhan $1582

MEMO

⑈003099⑈ ⑆054001725⑆ 444154607

**Back of check**

520823019020 093401 20260804 00000000[illegible]
DDA_DEBIT TAQ6812 6263.00
Tysons Corner 0208 94004 5208 0001 0009

# TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3085 to 3099** |

**Front of check**

AME

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Rogelio Estrada Gonzalez

One Thousand Three Hundred Sixty-Four and 32/100**********************************

Rogelio Estrada Gonzalez
211 S Lexington St
Arlington, VA 22204

MEMO

Pay Period: 03/14/2026 - 03/27/2026

⑈003094⑈ ⑆054001725⑆ 444154607

**Back of check**

from

**TD Bank**

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3085 to 3099** |

**Front of check**



J1295

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Chesapeake

Eight HUNDRED NINETY TWO 15/100

MEMO inv# 477 2611

⑈003089⑈ ⑆054001725⑆ 4441546O7

**Back of check**

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3085 to 3099** |

**Front of check**


AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Opici WiNE

ThRee HunDRed sixTy Five 52/100

MEMO inV#IN62000014778

1067373

⑈003085⑈ ⑆054001725⑆ 44415460?

**Back of check**

[illegible]

- [illegible] Matching account and check number [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]

[illegible]

- Any of [illegible] listed above are missing or appear altered
- [illegible] back [illegible] or has disappeared
- [illegible]

# TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3085 to 3099** |

**Front of check**



AMER

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF ELiTE WiNE

ThRee HunDRed SEVENTy Eight 6…

MEMO inv# Dc 113701

⑈003087⑈ ⑆054001725⑆ 444154607

**Back of check**

>065000090<
CAPITAL ONE, NA
0050226282 08212026
RICHMOND, VA 045 23
Deposit 1361022714

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3100 to 3166** |

**Front of check**

AMEI

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mohamed El Mekki Karrakchou

Four Thousand Ninety -Nine and 89/100

Mohamed El Mekki Karrakchou
7902 Tyson One Pl #1903
Mcclean, VA 22102

MEMO Pay Period.7/4/26 to 7/17/26

⑈003102⑈ ⑆054001725⑆ 44415607

**Back of check**

20260803 15775000506920 AUB 051403164 TLR# 0002522

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3100 to 3166** |

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Eliseo Lopez

Five Hundred Fifty and 51/100*****************************************************************

Eliseo Lopez
5807 14th St NW Apt# 200
Washington, DC 20011

MEMO

Pay Period: 03/14/2026 - 03/27/2026

⑈003106⑈ ⑆054001725⑆ 44415460 7

**Back of check**

TD Bank
America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3100 to 3166** |

**Front of check**

AMERI

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Nikauly Lineros

Four hundred fifteen and 94/1

MEMO Pay Period 6/20 -> 7/3/26

⑈003133⑈ ⑆054001725⑆ 444154607

**Back of check**

JPMorganChaseBank 080304 325801 963380050021

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3100 to 3166** |

**Front of check**




**Back of check**

>065000090<
CAPITAL ONE, NA
0051103714 08032026
RICHMOND, VA 097 23
Deposit 1361022714

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3100 to 3166** |

**Front of check**



MELBEN INC 07-21
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Aliesha M Cordova

Six hundred ninety and 6[illegible]

MEMO Pay Period 6/20 -> 7/3/20

⑈003136⑈ ⑆054001725⑆ 4441546

**Back of check**

[illegible]

**Security Features exceed industry standards and include:**

- [illegible] back number [illegible]
- [illegible] to indicate [illegible] device
- [illegible] used to deter fraud
- [illegible] back
- [illegible] ORIGINAL DOCUMENT [illegible] the back
- Photo Safe Deposit [illegible] and back

[illegible]

- [illegible] appear altered
- [illegible]
- [illegible] both front and back
[illegible]

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3100 to 3166** |

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF David Cerezo

Seven Hundred Twenty-Seven and 67/100******************************************

David Cerezo
3563 Center St NW
Washington, DC 20010

MEMO

Pay Period: 03/14/2026 - 03/27/2026

⑈003105⑈ ⑆054001725⑆ 44415460

**Back of check**

**TD Bank**

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3100 to 3166** |

**Front of check**

AME

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Danilo Suchite

Six Hundred Two and 11/100**********************************************************************

Danilo Suchite
1830 N Scott St Apt 304
Arlington, VA 22209

MEMO

Pay Period: 03/14/2026 - 03/27/2026

⑈003108⑈ ⑆054001725⑆ 44415460 7

**Back of check**

0000 [illegible] 25 003108

444 [illegible] 079

[illegible] 07 24

Security Features exceed industry standards and include:

- [illegible] Matching account and check number [illegible]
- [illegible] Mobile Deposit check mark to indicate [illegible] deposited via mobile device
- The [illegible] pattern on back designed to deter fraud
- Microprint [illegible] printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Photo Safe Deposit® icon visible on front and back

Do not cash if:

- Any of the features listed above are missing or appear altered
- [illegible] back looks pink or has disappeared
- [illegible] colored spots appear on both front and back and in [illegible] Wash Detection box

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

Filter: Last 30 days

**Front of check**

AME

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Alieska M Cordova

Six Hundred Twenty-Two and 55/100*****************************************************

Alieska M Cordova
1531 N Pierce St
Arlington, VA 22209

MEMO

Pay Period: 03/14/2026 - 03/27/2026

⑈003109⑈ ⑆054001725⑆ 44415460 7

**Back of check**

003104

...ustry standards and include:
...nt and check number
...check mark to indicate
...atile device
...n back designed to deter fraud
...front and back
...NT" across the back
...le on front and back

...are missing or appear altered
...has disappeared
...pear on both front and back.
...n Box

**TD Bank**

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3100 to 3166** |

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Aziza. Naji

Six Hunder Ninety 00/100....,.,

Reimbursement For. Restaurant Depot

MEMO

⑈003100⑈ ⑆054001725⑆ 44415460?

**Back of check**

0098461254 TD Mobile Deposit
8/15/2026 2:04:35 PM
4407969405

[illegible] exceed industry standards and include:
[illegible] and check number
[illegible] check mark to indicate [illegible]
[illegible] designed to deter fraud
[illegible]
[illegible] Deposit [illegible] visible on front and back
[illegible]
[illegible] from front and back.
[illegible]

**TD Bank**

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| Search: | Search my | **Checks** |
|---|---|---|
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3100 to 3166** |

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Eliseo Lopez

Five Hundred Sixty-Three and 45/100********************************************

Eliseo Lopez
5807 14th St NW Apt# 200
Washington, DC 20011

MEMO

Pay Period: 07/18/2026 - 07/31/2026

⑈003162⑈ ⑆054001725⑆ 44415460

**Back of check**

[illegible]

**TD Bank**

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3100 to 3166** |

**Front of check**

AMER

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Nerlyn Cedillo

One Thousand Seventy-Five and 67/100*****************************************************

Nerlyn Cedillo
919 Sheridon St NW apt g2
washington, DC 20011

MEMO

Pay Period: 03/28/2026 - 04/10/2026

⑈003159⑈ ⑆054001725⑆ 444154607

**Back of check**

PAY TO THE ORDER OF
CHICKASS INC.
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
153911692355 08/17/2026 09:46:26

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3100 to 3166** |

**Front of check**

AM

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF David Cerezo

Three Hundred Ninety-One and 24/100**********************************************

David Cerezo
3563 Center St NW
Washington, DC 20010

MEMO

Pay Period: 07/25/2026 - 08/07/2026

⑈003163⑈ ⑆054001725⑆ 4441546079

**Back of check**

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3100 to 3166** |

**Front of check**

AMER

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Adelso Godoy Lopez

One Thousand Eight Hundred Seven and 95/100****************************************

Adelso Godoy Lopez
211 S Lexington St
Arlington, VA 22204

MEMO

Pay Period: 03/14/2026 - 03/27/2026

⑈003110⑈ ⑆054001725⑆ 44415460 7

**Back of check**

Security Features exceed industry standards and include:

- [illegible] Matching account and check number
- [illegible] Mobile Deposit check mark to indicate [illegible]
- [illegible]
- Microprint lines printed on front and back [illegible]
- The words "ORIGINAL DOCUMENT" across the back
- [illegible] Deposit icon visible on front and back

Do not cash if:

- [illegible] features listed above are missing or appear altered
- [illegible] has disappeared
- [illegible] spots appear on both front and back [illegible] Wash Detection Box

# TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3100 to 3166** |

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Yair Morales Garcia

One Thousand One Hundred Fifty-Six and 57/100**************************************

Yair Morales Garcia
301 G st SW
Washigton, DC 20024

MEMO

Pay Period: 07/25/2026 - 08/07/2026

⑈003155⑈ ⑆054001725⑆ 44415460 7

**Back of check**



**TD Bank**

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3100 to 3166** |

**Front of check**

AMER

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Danilo Suchite

Seven Hundred Forty-Nine and 28/100**************************************************

Danilo Suchite
1830 N Scott St Apt 304
Arlington, VA 22209

MEMO

Pay Period: 03/28/2026 - 04/10/2026

⑈003164⑈ ⑆054001725⑆ 444154607

**Back of check**

Security features exceed industry standards and include:

- ImageMark - Matching account and check number on back
- MobileMark - Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave pattern on back designed to deter fraud
- Microprint MP lines printed on front and back
- The words ORIGINAL DOCUMENT across the back
- Photo Safe Deposit Icon visible on front and back

Do not cash if:

- Any of the features listed above are missing or appear altered
- Fog line on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

TD Bank
America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3100 to 3166** |

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mabilia Miranda

Six Hundred Ninety-Eight and 92/100****************************************************

Mabilia Miranda
2014 Columbia Pike #12
Arlington, VA 22204

MEMO

Pay Period: 03/28/2026 - 04/10/2026

⑈003160⑈ ⑆054001725⑆ 44415460

**Back of check**

Security Features exceed industry standards and include:

- Matching account and check number
- check mark to indicate ... deposited via mobile device
- ... pattern on back designed to deter fraud
- ... printed on front and back
- ... across the back
- ... Deposit ... icon visible on front and back

- ... features listed above are missing or appear altered
- ... has disappeared
- ... appear on both front and back, ... Detection Box

**TD Bank**

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3100 to 3166** |

**Front of check**

AMER

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Teresa Lopez

Eight Hundred Fourteen and 78/100**************************************************************

Teresa Lopez
1437 11th St NW
Washington, DC 20001

MEMO

Pay Period: 03/14/2026 - 03/27/2026

⑈003111⑈ ⑆054001725⑆ 4441546079

**Back of check**

PAY TO THE ORDER OF
CHICKASS INC.
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
153911692355 08/26/2026 16:27:07

**TD Bank**

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3100 to 3166** |

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

AM

PAY TO THE ORDER OF Erick J Perez Lopez

One Thousand Eight Hundred Eighty-Nine and 89/100******************************

Erick J Perez Lopez
211 S LExington St
Arlington, VA 22204

MEMO

Pay Period: 03/28/2026 - 04/10/2026

⑈003161⑈ ⑆054001725⑆ 44415460 7

**Back of check**

# TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3100 to 3166** |

**Front of check**

AMER

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Alieska M Cordova

Four Hundred Twenty-Nine and 95/100**************************************************

Alieska M Cordova
1531 N Pierce St
Arlington, VA 22209

MEMO

Pay Period: 07/18/2026 - 07/31/2026

⑈003165⑈ ⑆054001725⑆ 444154607

**Back of check**

**TD Bank**

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

---

| Search: | Search my | **Checks** |
|---|---|---|
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3100 to 3166** |

**Front of check**

AMER

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Teresa Lopez

Two Hundred Sixteen and 32/100**************************************************************

Teresa Lopez
1437 11th St NW
Washington, DC 20001

MEMO

Pay Period: 03/28/2026 - 04/10/2026

⑈003156⑈ ⑆054001725⑆ 444154607

**Back of check**

PAY TO THE ORDER OF
CHICKASS INC.
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
153911692355 08/26/2026 16:27:22

**TD Bank**

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3100 to 3166** |

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Edwin Wilfredo Lopez y Lopez

One Thousand Eight Hundred Forty-Six and 47/100*********************************

Edwin Wilfredo Lopez y Lopez
2303 10th St N
Arlington, VA 22201

MEMO

PP 04/25/2026 - 05/08/2026

⑈003153⑈ ⑆054001725⑆ 44415460

**Back of check**

Security Features exceed industry standards and include:

- [illegible]
- [illegible] to detect fraud
- [illegible]
- [illegible] back
- [illegible] Deposit [illegible]

[illegible]

- [illegible]
- [illegible]
- [illegible] front and back [illegible]

TD Bank
America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3198 to 3249** |

**Front of check**

AM

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE
ORDER OF Mostafa Belainass

Three Thousand Fifty Three 00/100...,,.,

Half. Tips April & May

MEMO

⑈003230⑈ ⑆054001725⑆ 44415460

**Back of check**

08042026

08042026 402901000776370

b426hb0

402901000776370

>05

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3100 to 3166** |

**Front of check**

AMERI

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Rogelio Estrada Gonzalez

One Thousand One Hundred Twenty-Seven and 44/100*******************************

Rogelio Estrada Gonzalez
211 S Lexington St
Arlington, VA 22204

MEMO

Pay Period: 03/28/2026 - 04/10/2026

⑈003157⑈ ⑆054001725⑆ 444154607

**Back of check**

[illegible]

S[illegible] Features [illegible] industry standards and include:

- [illegible] Match [illegible] and check number [illegible]
- [illegible] deposit [illegible] to indicate [illegible]
- [illegible] pattern on back designed to deter fraud
- [illegible] printed [illegible]
- [illegible] across the back
- [illegible] Safe Deposit Icon visible on front and back

[illegible] not [illegible]!

- [illegible] features listed above are missing or appear altered
- [illegible] check looks pink or has disappeared
- [illegible] spots appear on both front and back [illegible] Wash Detection Box

**TD Bank**

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3198 to 3249** |

**Front of check**

AMER

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Nerlyn Cedillo

One Thousand One Hundred Nine and 14/100*******************************************

Nerlyn Cedillo
919 Sheridon St NW apt g2
washington, DC 20011

MEMO

Pay Period: 03/14/2026 - 03/27/2026

⑈003218⑈ ⑆054001725⑆ 444154607

**Back of check**

PAY TO THE ORDER OF
CHICKASS INC.
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
153911692355 08/04/2026 15:44:59

**TD Bank**

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3198 to 3249** |

**Front of check**

AMER

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Aziza Naji.

Two Thousand Eight Hundred Eighty-Five and 00/100************************************

Aziza Naji.
1538 Linclon Way #103
McLean, VA 22102

MEMO

PP 06/06/2026 - 06/19/2026

⑈003222⑈ ⑆054001725⑆ 44415460 7

**Back of check**

520823019023 094118 20260804 00000000
DDA_DEBIT TAQ6812 2885.00
Tysons Corner 0208 94004 5208 0001 0011

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3100 to 3166** |

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Adelso Godoy Lopez

One Thousand One Hundred Fifty-Eight and 60/100******************************

Adelso Godoy Lopez
211 S Lexington St
Arlington, VA 22204

MEMO

Pay Period: 04/25/2026 - 05/22/2026

⑈003166⑈ ⑆054001725⑆ 444154

**Back of check**

[illegible]

[illegible] exceed industry standards and include:
- [illegible] and check number
- [illegible]
- [illegible] Mobile Deposit [illegible] check to indicate [illegible]
- [illegible] pattern back designed to deter fraud
- [illegible] front and [illegible]
- [illegible] ORIGINAL DOCUMENT [illegible] the back
- [illegible] Safe Deposit [illegible] visible on front and back

[illegible]
- [illegible] features listed above are missing or appear altered
- [illegible] has pink or has disappeared
- [illegible] colored spots appear on both front and back
- [illegible] Wash Detection Box

**TD Bank**
America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3198 to 3249** |

**Front of check**

AM

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Isaac Colato

One Thousand Seven and 73/100**********************************************************

Isaac Colato
812 Jefferson St NW Apt # 210
Washington, DC 20011

MEMO
Pay Period: 06/20/2026 - 07/03/2026

⑈003235⑈ ⑆054001725⑆ 444154607

**Back of check**

**TD Bank**
America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3198 to 3249** |

**Front of check**

AMEI

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Cengizhan Sahin

One Thousand Eight Hundred. Ninety. Fo

Half. Tips April & May

MEMO

⑈003236⑈ ⑆054001725⑆ 44415460 7

**Back of check**

[illegible] features exceed industry standards and include:

[illegible] and check number

[illegible] mark to indicate

[illegible] designed to deter fraud

[illegible] DOCUMENT [illegible] back

[illegible] on front and back

[illegible] above are missing or appear altered

[illegible] front and back.

**TD Bank**
America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3198 to 3249** |

**Front of check**

AME

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Redouane. Salhami

Two Thousand Four Hundred. Twenty

Tips April & May

MEMO

⑈003229⑈ ⑆054001725⑆ 444154607

**Back of check**

>053101121< 08/06/2026 005041414

2061212 0007 00111

**TD Bank**
America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3198 to 3249** |

**Front of check**


MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF MELVIN M GARCIA

Six HunDRed Ten 00/100

MEMO Tips April/May

⑈003242⑈ ⑆054001725⑆ 444154

**Back of check**

[illegible]

Security features exceed industry standards and include

- [illegible] and [illegible]
- [illegible] mark to indicate [illegible]
- [illegible] signed to deter fraud
- [illegible] printed [illegible] and back
- [illegible] ss the back
- [illegible] visible [illegible] and back

[illegible]

- [illegible] sing or appear altered
- [illegible] sappe red
- [illegible] both front and back
- [illegible] rection [illegible]

TD Bank
America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3198 to 3249** |

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE
ORDER OF Yair Morales Garcia

One Thousand Two Hundred Eighty-Four and 18/100*********************************

Yair Morales Garcia
301 G st SW
Washigton, DC 20024

MEMO

Pay Period: 04/11/2026 - 04/24/2026

⑈003233⑈ ⑆054001725⑆ 444154607

**Back of check**

#9

TD Bank
America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3198 to 3249** |

**Front of check**

AMI

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF UL Zii KHAND ChuluuNBaato

ONE Thousand Three HunDRed FifT

MEMO Tips FOR JUNE

⑈003243⑈ ⑆054001725⑆ 44415460?

**Back of check**

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3198 to 3249** |

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Erick J Perez Lopez

One Thousand Five Hundred One and 39/100****************************************

Erick J Perez Lopez
211 S LExington St
Arlington, VA 22204

MEMO

Pay Period: 03/14/2026 - 03/27/2026

⑈003221⑈ ⑆054001725⑆ 44415460

**Back of check**

TD Bank
America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3198 to 3249** |

**Front of check**


MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

AMERICA'S MOS

PAY TO THE ORDER OF Mabila Miranda

Six Hundred Seventy-Five and 89/100****************************************************

Mabila Miranda
2014 Columbia Pike #12
Arlington, VA 22204

MEMO

Pay Period: 03/14/2026 - 03/27/2026

⑈003219⑈ ⑆054001725⑆ 4441546079⑈

**Back of check**



TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3198 to 3249** |

**Front of check**

AMER

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mostafa Belainass

Three Thousand Fifty Two 00/100...,,.,

Rest Tips April & May

MEMO

⑈003231⑈ ⑆054001725⑆ 44415607

**Back of check**

08132026

302401001143580

>051

08132026 302401001143580

b426cw2

**TD Bank**

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3198 to 3249** |

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Edwin Wilfredo Lopez y Lopez

One Thousand Nine Hundred Fourteen and 33/100***********************************

Edwin Wilfredo Lopez y Lopez
2303 10th St N
Arlington, VA 22201

MEMO

PP 04/11/2026 - 04/24/2026

⑈003225⑈ ⑆054001725⑆ 44415460

**Back of check**

# TD Bank
America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3198 to 3249** |

**Front of check**



MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mohammed El Qaddry

Six Hundred Seventy Five 00

MEMO

⑈003244⑈ ⑆054001725⑆ 444154607

**Back of check**

Security features exceed industry standards and include:

For Deposit Only - JPMC

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3198 to 3249** |

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Leonel Vasquez Suchite

Nine Hundred Seventy-Five and 00/100**************************************************

Leonel Vasquez Suchite
1230 N Scott St Apt 304
Arlington, VA 22209

MEMO

PP 04/11/2026 -04/2/2026

⑈003224⑈ ⑆054001725⑆ 4441546O7

**Back of check**

08172026

08172026 402901000783430

b426502

402901000783430

>0!

# TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| Search: | Search my | **Checks** |
| --- | --- | --- |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3198 to 3249** |

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Aziza Naji.

One Thousand Six Hundred Eighty-Five and 00/100****************************************

Aziza Naji.
1538 Linclon Way #103
McLean, VA 22102

MEMO

PP 06/20/2026 - 06/27/2026

⑈003234⑈ ⑆054001725⑆ 44415460'

**Back of check**

0753889265 TD Mobile Deposit
8/21/2026 12:32:53 PM
4407969405

Security Features exceed industry standards and include:
[illegible] check number
[illegible] Deposit check mark to indicate
[illegible] mobile device
[illegible] pattern on back designed to deter fraud
[illegible] on front and back
[illegible] DOCUMENT across the back
[illegible] Deposit icon visible on front and back

[illegible]
[illegible] features listed above are missing or appear altered
[illegible] looks pink or has disappeared
[illegible] appear on both front and back.
[illegible] Wash Detection Box

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3198 to 3249** |

**Front of check**




**Back of check**

... features exceed industry standards and include:

- ... account and check number
- ... check mark to indicate ... mobile device
- ... designed to deter fraud
- ... front and back
- ... DOCUMENT across the back
- ... visible on front and back

- ... above are missing, or appear altered
- ... appeared
- ... appear on both front and back,

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3198 to 3249** |

**Front of check**

AMERICA

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Cengizhan Sahin

One Thousand Eight Hundred Ninety Four

Rest Of Tips April & May

MEMO

⑈003228⑈ ⑆054001725⑆ 4441546079⑈

**Back of check**

...based industry standards ... not include

...ate

...ter fraud

...referred

...of back

**TD Bank**

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| Search: | Search my | **Checks** |
|---|---|---|
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3198 to 3249** |

**Front of check**



AME

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF GAMALiEL LANDORES

FOUR HUNDRED TWENTY FOUR 00/100

MEMO 3 host + 75 4/20 + $30 Missig

⑈003245⑈ ⑆054001725⑆ 44415460 7

**Back of check**

[illegible] exceed industry standards and include:
- [illegible] Matching account and check number [illegible]
- [illegible] Mobile Deposit check mark to indicate check has been deposited via mobile device
- [illegible] pattern on back designed to deter fraud
- [illegible] lines printed on front and back
- [illegible] across the back
- [illegible] visible on front and back

[illegible]
- [illegible] listed above are missing or appear altered
- [illegible] on back looks pink or has disappeared
- [illegible] spots appear on both front and back, and in Chemical Wash Detection box

2235
2026-08-24
T426144
051500481
United Bank

**TD Bank**

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3198 to 3249** |

**Front of check**



AME

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Eliseo Lopez

Five Hundred Sixty-One and 09/100*****************************************************

Eliseo Lopez
5807 14th St NW Apt# 200
Washington, DC 20011

MEMO

Pay Period: 08/01/2026 - 08/14/2026

⑈003198⑈ ⑆054001725⑆ 444154607

**Back of check**

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3198 to 3249** |

**Front of check**

AMEF

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mohamed El Mekki Karrakchou

Four Thousand Ninety -Nine and 89/100••••..

Mohamed El Mekki Karrakchou
7902 Tyson One Pl #1903
Mcclean, VA 22102

MEMO Pay Period:7/18/26-7/31/26

⑈003246⑈ ⑆054001725⑆ 4441546079

**Back of check**

20260826325000737080 NCB 054000056 TLR# 0000401

**TD Bank**

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3198 to 3249** |

**Front of check**


AMEF

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Cash

Four Hundred Seventy. Three 00/100

Reimbursement Maria
Beer cleaning $265

MEMO

⑈003249⑈ ⑆054001725⑆ 44415607

**Back of check**

520822021393 122138 20260831 00000000
DDA_DEBIT TAQ6812 473.00
Tysons Corner 0208 94004 5208 0001 0017

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3198 to 3249** |

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Leonel Vasquez Suchite

Nine Hundred Seventy-Five and 00/100*****************************************************

Leonel Vasquez Suchite
1230 N Scott St Apt 304
Arlington, VA 22209

MEMO

PP 04/11/2026 -04/2/2026

⑈003224⑈ ⑆054001725⑆ 44415460

**Back of check**

08172026
08172026 402901000783430
b426502

402901000783430 >0

# TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3198 to 3249** |

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Herberto Lopez Ordonez

Two Thousand Eight Hundred Eighty-Four and 62/100**********************************

Herberto Lopez Ordonez
1004 S Queen St
Arlington, VA 22204

MEMO

PP 05/09/2026 - 05/22/2026

⑈003223⑈ ⑆054001725⑆ 44154607

**Back of check**

[illegible] features exceed industry standards and include:

- [illegible] account and check number
- [illegible] check mark to indicate [illegible] mobile device
- [illegible] designed to deter fraud
- [illegible] front and back
- [illegible] ORIGINAL DOCUMENT across the back
- [illegible] visible on front and back

[illegible]

- [illegible] above are missing, or appear altered
- [illegible] disappeared
- [illegible] appear on both front and back, [illegible] Detection Box