## YEAR 2027

**12 - MONTH FINANCIAL PROJECTIONS**

| COMPANY NAME |
|---|
| Melben Inc dba FLAVIO RESTAURANT |

| 2027 | **TOTAL 2027** | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SALES** | | | | | | | | | | | | | |
| Gross Sales | $ 2,426,865.00 | $ 148,220.00 | $ 155,237.00 | $ 211,620.00 | $ 225,105.00 | $ 242,025.00 | $ 210,130.00 | $ 213,748.00 | $ 189,493.00 | $ 218,312.00 | $ 222,412.00 | $ 184,263.00 | $ 206,300.00 |
| Less Sales Tax | $ 220,619.60 | $ 13,474.00 | $ 14,112.00 | $ 19,238.00 | $ 20,464.00 | $ 22,002.00 | $ 19,102.00 | $ 19,431.00 | $ 17,226.60 | $ 19,846.00 | $ 20,219.00 | $ 16,751.00 | $ 18,754.00 |
| **NET SALES** | **$ 2,206,245.40** | **$ 134,746.00** | **$ 141,125.00** | **$ 192,382.00** | **$ 204,641.00** | **$ 220,023.00** | **$ 191,028.00** | **$ 194,317.00** | **$ 172,266.40** | **$ 198,466.00** | **$ 202,193.00** | **$ 167,512.00** | **$ 187,546.00** |
| **COST OF GOODS SOLD** | | | | | | | | | | | | | |
| Food and Liquor Cost | $ 487,528.00 | $ 26,949.00 | $ 28,225.00 | $ 48,095.00 | $ 51,160.00 | $ 55,005.00 | $ 38,205.00 | $ 38,863.00 | $ 34,453.00 | $ 43,329.00 | $ 44,482.00 | $ 37,502.00 | $ 41,260.00 |
| **TOTAL COST OF GOODS SOLD** | **$ 487,528.00** | **$ 26,949.00** | **$ 28,225.00** | **$ 48,095.00** | **$ 51,160.00** | **$ 55,005.00** | **$ 38,205.00** | **$ 38,863.00** | **$ 34,453.00** | **$ 43,329.00** | **$ 44,482.00** | **$ 37,502.00** | **$ 41,260.00** |
| **GROSS MARGIN** | **$ 1,718,717.40** | **$ 107,797.00** | **$ 112,900.00** | **$ 144,287.00** | **$ 153,481.00** | **$ 165,018.00** | **$ 152,823.00** | **$ 155,454.00** | **$ 137,813.40** | **$ 155,137.00** | **$ 157,711.00** | **$ 130,010.00** | **$ 146,286.00** |
| **OPERATING EXPENSES** | | | | | | | | | | | | | |
| Rent | $ 572,278.00 | $ 47,374.00 | $ 47,374.00 | $ 47,374.00 | $ 47,374.00 | $ 47,374.00 | $ 47,374.00 | $ 47,374.00 | $ 47,374.00 | $ 47,374.00 | $ 47,374.00 | $ 49,269.00 | $ 49,269.00 |
| Washington Gas | $ 28,800.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 |
| PEPCO | $ 31,680.00 | $ 2,640.00 | $ 2,640.00 | $ 2,640.00 | $ 2,640.00 | $ 2,640.00 | $ 2,640.00 | $ 2,640.00 | $ 2,640.00 | $ 2,640.00 | $ 2,640.00 | $ 2,640.00 | $ 2,640.00 |
| DC Water | $ 16,560.00 | $ 1,380.00 | $ 1,380.00 | $ 1,380.00 | $ 1,380.00 | $ 1,380.00 | $ 1,380.00 | $ 1,380.00 | $ 1,380.00 | $ 1,380.00 | $ 1,380.00 | $ 1,380.00 | $ 1,380.00 |
| Opentable | $ 3,216.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 |
| Marketing | $ 6,000.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| Phone/Cable | $ 7,800.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 |
| Trash | $ 6,600.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 |
| Kitchen Hood | $ 3,396.00 | $ 283.00 | $ 283.00 | $ 283.00 | $ 283.00 | $ 283.00 | $ 283.00 | $ 283.00 | $ 283.00 | $ 283.00 | $ 283.00 | $ 283.00 | $ 283.00 |
| American Filter | $ 2,832.00 | $ 236.00 | $ 236.00 | $ 236.00 | $ 236.00 | $ 236.00 | $ 236.00 | $ 236.00 | $ 236.00 | $ 236.00 | $ 236.00 | $ 236.00 | $ 236.00 |
| Insurance | $ 48,240.00 | $ 4,020.00 | $ 4,020.00 | $ 4,020.00 | $ 4,020.00 | $ 4,020.00 | $ 4,020.00 | $ 4,020.00 | $ 4,020.00 | $ 4,020.00 | $ 4,020.00 | $ 4,020.00 | $ 4,020.00 |
| Chef Car / Insurance | $ 6,000.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| Bookkeeping | $ 17,940.00 | $ 1,495.00 | $ 1,495.00 | $ 1,495.00 | $ 1,495.00 | $ 1,495.00 | $ 1,495.00 | $ 1,495.00 | $ 1,495.00 | $ 1,495.00 | $ 1,495.00 | $ 1,495.00 | $ 1,495.00 |
| Ecolob | $ 2,880.00 | $ 240.00 | $ 240.00 | $ 240.00 | $ 240.00 | $ 240.00 | $ 240.00 | $ 240.00 | $ 240.00 | $ 240.00 | $ 240.00 | $ 240.00 | $ 240.00 |
| Alsco | $ 20,400.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 |
| Facility/BuildingMaintenance | $ 18,000.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 |
| Payroll / Labor Cost | $ 467,175.20 | $ 24,254.00 | $ 25,402.00 | $ 42,324.00 | $ 51,160.00 | $ 55,005.00 | $ 42,026.00 | $ 42,749.00 | $ 31,008.00 | $ 39,296.00 | $ 42,940.00 | $ 33,502.00 | $ 37,509.20 |
| Payroll Expenses - Employer Tax Portion IRS 94 | $ 115,218.30 | $ 6,737.30 | $ 7,056.00 | $ 9,619.00 | $ 11,368.00 | $ 11,910.00 | $ 9,551.00 | $ 9,715.00 | $ 8,631.00 | $ 10,832.00 | $ 10,109.00 | $ 10,313.00 | $ 9,377.00 |
| Credit Card Fee | $ 71,133.47 | $ 4,446.60 | $ 4,657.11 | $ 6,348.60 | $ 6,753.15 | $ 7,260.75 | $ 6,303.90 | $ 6,412.40 | $ 5,684.79 | $ 6,549.00 | $ 6,065.79 | $ 5,025.00 | $ 5,626.38 |
| | | | | | | | | | | | | | |
| **TOTAL OPERATING EXPENSES** | $ 1,446,148.97 | **$ 101,173.90** | **$ 102,851.11** | **$ 124,027.60** | **$ 135,017.15** | **$ 139,911.75** | **$ 123,616.90** | **$ 124,612.40** | **$ 111,059.79** | **$ 122,413.00** | **$ 124,850.79** | **$ 116,471.00** | **$ 120,143.58** |
| **NET INCOME** | **$ 272,568.43** | **$ 6,623.10** | **$ 10,048.89** | **$ 20,259.40** | **$ 18,463.85** | **$ 25,106.25** | **$ 29,206.10** | **$ 30,841.60** | **$ 26,753.61** | **$ 32,724.00** | **$ 32,860.21** | **$ 13,539.00** | **$ 26,142.42** |
| **Year End Tax Liability** | **$ (57,239.37)** | **$ (1,390.85)** | **$ (2,110.27)** | **$ (4,254.47)** | **$ (3,877.41)** | **$ (5,272.31)** | **$ (6,133.28)** | **$ (6,476.74)** | **$ (5,618.26)** | **$ (6,872.04)** | **$ (6,900.64)** | **$ (2,843.19)** | **$ (5,489.91)** |
| **NET CASHFLOW** | **$ 215,329.06** | **$ 5,232.25** | **$ 7,938.62** | **$ 16,004.93** | **$ 14,586.44** | **$ 19,833.94** | **$ 23,072.82** | **$ 24,364.86** | **$ 21,135.35** | **$ 25,851.96** | **$ 25,959.57** | **$ 10,695.81** | **$ 20,652.51** |

## YEAR 2028

**12 - MONTH FINANCIAL PROJECTIONS**

| COMPANY NAME |
|---|
| Melben Inc dba FLAVIO RESTAURANT |

| 2028 | TOTAL 2028 | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SALES** | | | | | | | | | | | | | |
| Gross Sales | $ 2,668,595.00 | $ 162,042.00 | $ 170,764.00 | $ 232,782.00 | $ 247,615.00 | $ 266,227.00 | $ 231,143.00 | $ 235,122.00 | $ 208,485.00 | $ 240,143.00 | $ 244,653.00 | $ 202,689.00 | $ 226,930.00 |
| Less Sales Tax | $ 242,688.00 | $ 14,822.00 | $ 15,524.00 | $ 21,162.00 | $ 22,510.00 | $ 24,202.00 | $ 21,013.00 | $ 21,374.00 | $ 18,953.00 | $ 21,831.00 | $ 22,241.00 | $ 18,426.00 | $ 20,630.00 |
| **NET SALES** | **$ 2,426,907.00** | **$ 148,220.00** | **$ 155,240.00** | **$ 211,620.00** | **$ 225,105.00** | **$ 242,025.00** | **$ 210,130.00** | **$ 213,748.00** | **$ 189,532.00** | **$ 218,312.00** | **$ 222,412.00** | **$ 184,263.00** | **$ 206,300.00** |
| **COST OF GOODS SOLD** | | | | | | | | | | | | | |
| Food and Liquor Cost | $ 522,021.00 | $ 29,644.00 | $ 31,048.00 | $ 46,556.00 | $ 49,523.00 | $ 58,086.00 | $ 48,329.00 | $ 42,749.00 | $ 41,697.00 | $ 43,662.00 | $ 48,930.00 | $ 40,537.00 | $ 41,260.00 |
| **TOTAL COST OF GOODS SOLD** | **$ 514,439.00** | **$ 29,644.00** | **$ 31,048.00** | **$ 46,556.00** | **$ 49,523.00** | **$ 58,086.00** | **$ 48,329.00** | **$ 42,749.00** | **$ 34,115.00** | **$ 43,662.00** | **$ 48,930.00** | **$ 40,537.00** | **$ 41,260.00** |
| **GROSS MARGIN** | **$ 1,912,468.00** | **$ 118,576.00** | **$ 124,192.00** | **$ 165,064.00** | **$ 175,582.00** | **$ 183,939.00** | **$ 161,801.00** | **$ 170,999.00** | **$ 155,417.00** | **$ 174,650.00** | **$ 173,482.00** | **$ 143,726.00** | **$ 165,040.00** |
| **OPERATING EXPENSES** | | | | | | | | | | | | | |
| Rent | $ 595,170.00 | $ 49,269.00 | $ 49,269.00 | $ 49,269.00 | $ 49,269.00 | $ 49,269.00 | $ 49,269.00 | $ 49,269.00 | $ 49,269.00 | $ 49,269.00 | $ 49,269.00 | $ 51,240.00 | $ 51,240.00 |
| Washington Gas | $ 28,800.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 |
| PEPCO | $ 31,680.00 | $ 2,640.00 | $ 2,640.00 | $ 2,640.00 | $ 2,640.00 | $ 2,640.00 | $ 2,640.00 | $ 2,640.00 | $ 2,640.00 | $ 2,640.00 | $ 2,640.00 | $ 2,640.00 | $ 2,640.00 |
| DC Water | $ 16,560.00 | $ 1,380.00 | $ 1,380.00 | $ 1,380.00 | $ 1,380.00 | $ 1,380.00 | $ 1,380.00 | $ 1,380.00 | $ 1,380.00 | $ 1,380.00 | $ 1,380.00 | $ 1,380.00 | $ 1,380.00 |
| Opentable | $ 3,216.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 |
| Marketing | $ 6,000.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| Phone/Cable | $ 7,800.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 |
| Trash | $ 6,600.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 |
| Kitchen Hood | $ 3,396.00 | $ 283.00 | $ 283.00 | $ 283.00 | $ 283.00 | $ 283.00 | $ 283.00 | $ 283.00 | $ 283.00 | $ 283.00 | $ 283.00 | $ 283.00 | $ 283.00 |
| American Filter | $ 2,832.00 | $ 236.00 | $ 236.00 | $ 236.00 | $ 236.00 | $ 236.00 | $ 236.00 | $ 236.00 | $ 236.00 | $ 236.00 | $ 236.00 | $ 236.00 | $ 236.00 |
| Insurance | $ 48,240.00 | $ 4,020.00 | $ 4,020.00 | $ 4,020.00 | $ 4,020.00 | $ 4,020.00 | $ 4,020.00 | $ 4,020.00 | $ 4,020.00 | $ 4,020.00 | $ 4,020.00 | $ 4,020.00 | $ 4,020.00 |
| Chef Car / Insurance | $ 6,000.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| Bookkeeping | $ 17,940.00 | $ 1,495.00 | $ 1,495.00 | $ 1,495.00 | $ 1,495.00 | $ 1,495.00 | $ 1,495.00 | $ 1,495.00 | $ 1,495.00 | $ 1,495.00 | $ 1,495.00 | $ 1,495.00 | $ 1,495.00 |
| Ecolob | $ 2,880.00 | $ 240.00 | $ 240.00 | $ 240.00 | $ 240.00 | $ 240.00 | $ 240.00 | $ 240.00 | $ 240.00 | $ 240.00 | $ 240.00 | $ 240.00 | $ 240.00 |
| Alsco | $ 20,400.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 |
| Facility/BuildingMaintenance | $ 18,000.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 |
| Payroll / Labor Cost | $ 566,942.00 | $ 35,572.00 | $ 38,810.00 | $ 52,905.00 | $ 56,276.00 | $ 53,245.00 | $ 42,026.00 | $ 44,673.00 | $ 45,488.00 | $ 54,578.00 | $ 55,603.00 | $ 42,380.00 | $ 45,386.00 |
| Payroll Expenses - Employer Tax Portion IRS 94 | $ 121,347.00 | $ 7,411.00 | $ 7,766.00 | $ 10,581.00 | $ 11,255.00 | $ 12,101.00 | $ 10,506.00 | $ 10,687.00 | $ 9,477.00 | $ 10,915.00 | $ 11,120.00 | $ 9,213.00 | $ 10,315.00 |
| Credit Card Fee | $ 80,054.50 | $ 4,861.00 | $ 5,122.00 | $ 6,983.00 | $ 7,428.00 | $ 7,987.00 | $ 6,934.00 | $ 7,054.00 | $ 6,254.50 | $ 7,204.00 | $ 7,339.00 | $ 6,080.00 | $ 6,808.00 |
| | $ - | | | | | | | | | | | | |
| **TOTAL OPERATING EXPENSES** | $ 1,583,857.50 | **$ 115,475.00** | **$ 119,329.00** | **$ 138,100.00** | **$ 142,590.00** | **$ 140,964.00** | **$ 127,097.00** | **$ 130,045.00** | **$ 128,850.50** | **$ 140,328.00** | **$ 141,693.00** | **$ 127,275.00** | **$ 132,111.00** |
| **NET INCOME** | **$ 328,610.50** | **$ 3,101.00** | **$ 4,863.00** | **$ 26,964.00** | **$ 32,992.00** | **$ 42,975.00** | **$ 34,704.00** | **$ 40,954.00** | **$ 26,566.50** | **$ 34,322.00** | **$ 31,789.00** | **$ 16,451.00** | **$ 32,929.00** |
| **Year End Tax Liability** | **$ (69,008.21)** | **$ (651.21)** | **$ (1,021.23)** | **$ (5,662.44)** | **$ (6,928.32)** | **$ (9,024.75)** | **$ (7,287.84)** | **$ (8,600.34)** | **$ (5,578.97)** | **$ (7,207.62)** | **$ (6,675.69)** | **$ (3,454.71)** | **$ (6,915.09)** |
| **NET CASHFLOW** | **$ 259,602.30** | **$ 2,449.79** | **$ 3,841.77** | **$ 21,301.56** | **$ 26,063.68** | **$ 33,950.25** | **$ 27,416.16** | **$ 32,353.66** | **$ 20,987.54** | **$ 27,114.38** | **$ 25,113.31** | **$ 12,996.29** | **$ 26,013.91** |

## YEAR 2029

**12 - MONTH FINANCIAL PROJECTIONS**

| COMPANY NAME |
| --- |
| Melben Inc dba FLAVIO RESTAURANT |

| 2029 | TOTAL 2029 | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **SALES** | | | | | | | | | | | | | |
| Gross Sales | $ 2,936,550.00 | $ 179,346.00 | $ 187,840.00 | $ 256,060.00 | $ 272,376.00 | $ 292,849.00 | $ 254,257.00 | $ 258,634.00 | $ 229,333.00 | $ 264,157.00 | $ 269,118.00 | $ 222,957.00 | $ 249,623.00 |
| Less Sales Tax | $ 266,955.00 | $ 16,304.00 | $ 17,076.00 | $ 23,278.00 | $ 24,761.00 | $ 26,622.00 | $ 23,114.00 | $ 23,512.00 | $ 20,848.00 | $ 24,014.00 | $ 24,465.00 | $ 20,268.00 | $ 22,693.00 |
| **NET SALES** | **$ 3,203,505.00** | **$ 163,042.00** | **$ 170,764.00** | **$ 232,782.00** | **$ 247,615.00** | **$ 266,227.00** | **$ 231,143.00** | **$ 235,122.00** | **$ 208,485.00** | **$ 240,143.00** | **$ 244,653.00** | **$ 202,689.00** | **$ 226,930.00** |
| **COST OF GOODS SOLD** | | | | | | | | | | | | | |
| Food and Liquor Cost | $ 611,033.55 | $ 35,869.00 | $ 39,275.00 | $ 58,195.00 | $ 56,951.00 | $ 61,232.00 | $ 50,851.00 | $ 54,078.00 | $ 47,951.55 | $ 52,831.00 | $ 53,823.00 | $ 44,591.00 | $ 55,386.00 |
| **TOTAL COST OF GOODS SOLD** | **$ 611,033.55** | **$ 35,869.00** | **$ 39,275.00** | **$ 58,195.00** | **$ 56,951.00** | **$ 61,232.00** | **$ 50,851.00** | **$ 54,078.00** | **$ 47,951.55** | **$ 52,831.00** | **$ 53,823.00** | **$ 44,591.00** | **$ 55,386.00** |
| **GROSS MARGIN** | **$ 2,592,471.45** | **$ 127,173.00** | **$ 131,489.00** | **$ 174,587.00** | **$ 190,664.00** | **$ 204,995.00** | **$ 180,292.00** | **$ 181,044.00** | **$ 160,533.45** | **$ 187,312.00** | **$ 190,830.00** | **$ 158,098.00** | **$ 171,544.00** |
| **OPERATING EXPENSES** | | | | | | | | | | | | | |
| rent | $ 617,954.00 | $ 51,240.00 | $ 51,240.00 | $ 51,240.00 | $ 51,240.00 | $ 51,240.00 | $ 51,240.00 | $ 51,240.00 | $ 51,240.00 | $ 51,240.00 | $ 51,240.00 | $ 52,777.00 | $ 52,777.00 |
| WASHINGTON GAS | $ 28,800.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 |
| PEPCO | $ 31,680.00 | $ 2,640.00 | $ 2,640.00 | $ 2,640.00 | $ 2,640.00 | $ 2,640.00 | $ 2,640.00 | $ 2,640.00 | $ 2,640.00 | $ 2,640.00 | $ 2,640.00 | $ 2,640.00 | $ 2,640.00 |
| DC WATER | $ 16,560.00 | $ 1,380.00 | $ 1,380.00 | $ 1,380.00 | $ 1,380.00 | $ 1,380.00 | $ 1,380.00 | $ 1,380.00 | $ 1,380.00 | $ 1,380.00 | $ 1,380.00 | $ 1,380.00 | $ 1,380.00 |
| OPENTABLE | $ 3,216.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 |
| MARKETING | $ 6,000.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| PHONE | $ 7,800.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 |
| TRASH | $ 6,600.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 |
| KITCHEN HOOD | $ 3,396.00 | $ 283.00 | $ 283.00 | $ 283.00 | $ 283.00 | $ 283.00 | $ 283.00 | $ 283.00 | $ 283.00 | $ 283.00 | $ 283.00 | $ 283.00 | $ 283.00 |
| AMERICAN FILTER | $ 2,832.00 | $ 236.00 | $ 236.00 | $ 236.00 | $ 236.00 | $ 236.00 | $ 236.00 | $ 236.00 | $ 236.00 | $ 236.00 | $ 236.00 | $ 236.00 | $ 236.00 |
| INSURANCE | $ 48,240.00 | $ 4,020.00 | $ 4,020.00 | $ 4,020.00 | $ 4,020.00 | $ 4,020.00 | $ 4,020.00 | $ 4,020.00 | $ 4,020.00 | $ 4,020.00 | $ 4,020.00 | $ 4,020.00 | $ 4,020.00 |
| CHEF CAR / INSURANCE | $ 6,000.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| BOOKKEEPING | $ 17,940.00 | $ 1,495.00 | $ 1,495.00 | $ 1,495.00 | $ 1,495.00 | $ 1,495.00 | $ 1,495.00 | $ 1,495.00 | $ 1,495.00 | $ 1,495.00 | $ 1,495.00 | $ 1,495.00 | $ 1,495.00 |
| ECOLOB | $ 2,880.00 | $ 240.00 | $ 240.00 | $ 240.00 | $ 240.00 | $ 240.00 | $ 240.00 | $ 240.00 | $ 240.00 | $ 240.00 | $ 240.00 | $ 240.00 | $ 240.00 |
| ALSCO | $ 20,400.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 |
| FACILITY/BUILDING/MAINTENANCE | $ 18,000.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 |
| PAYROLL / LABOR COST | $ 621,672.80 | $ 40,760.00 | $ 42,691.00 | $ 58,195.00 | $ 61,903.00 | $ 66,556.00 | $ 57,785.00 | $ 58,780.00 | $ 52,121.00 | $ 48,028.00 | $ 48,930.00 | $ 40,537.80 | $ 45,386.00 |
| CREDIT CARD FEE | $ 100,047.49 | $ 6,241.00 | $ 6,536.00 | $ 8,911.00 | $ 8,171.28 | $ 10,191.00 | $ 8,848.00 | $ 9,000.46 | $ 7,980.78 | $ 8,356.97 | $ 9,365.30 | $ 7,758.90 | $ 8,686.80 |
| PAYROLL EXPENSES - EMPLOYER TAX PORTION IRS | $ 134,635.45 | $ 8,152.10 | $ 8,538.20 | $ 11,639.10 | $ 12,380.75 | $ 13,311.35 | $ 12,712.85 | $ 11,756.10 | $ 10,424.25 | $ 12,007.15 | $ 12,232.65 | $ 10,134.45 | $ 11,346.50 |
| | | | | | | | | | | | | | |
| **TOTAL OPERATING EXPENSES** | **$ 1,694,653.74** | **$ 124,755.10** | **$ 127,367.20** | **$ 148,347.10** | **$ 152,057.03** | **$ 159,660.35** | **$ 148,947.85** | **$ 149,138.56** | **$ 140,128.03** | **$ 137,994.12** | **$ 140,129.95** | **$ 129,570.15** | **$ 136,558.30** |
| **NET INCOME** | $ 366,981.71 | $ 2,417.90 | $ 4,121.80 | $ 26,239.90 | $ 38,606.97 | $ 45,334.65 | $ 31,344.15 | $ 31,905.44 | $ 20,405.42 | $ 49,317.88 | $ 50,700.05 | $ 28,527.85 | $ 34,985.70 |
| **Year End Tax Liability** | **$ (76,420.62)** | **$ (507.76)** | **$ (865.58)** | **$ (5,510.38)** | **$ (8,107.46)** | **$ (9,520.28)** | **$ (6,582.27)** | **$ (6,700.14)** | **$ (4,285.14)** | **$ (10,356.75)** | **$ (10,647.01)** | **$ (5,990.85)** | **$ (7,347.00)** |
| **NET CASHFLOW** | $ 289,915.55 | $ 1,910.14 | $ 3,256.22 | $ 20,729.52 | $ 30,499.51 | $ 35,814.37 | $ 24,761.88 | $ 25,205.30 | $ 16,120.28 | $ 38,961.13 | $ 40,053.04 | $ 22,537.00 | $ 27,638.70 |