**Fill in this information to identify the case:**

Debtor Name: Melben, Inc.

United States Bankruptcy Court for the: District of Columbia

Case number: 24-00232

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: September 2026

Date report filed: 10/21/2026 (MM / DD / YYYY)

Line of business: Restaurant

NAISC code: ____________

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Mekki Marrakchou

Original signature of responsible party: DocuSigned by: Mekki Marrakchou 1B4B54202D984D7...

Printed name of responsible party: Mekki Marrakchou

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Melben, Inc. Case number 24-00232

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 30,981.50

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 125,533.62

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ 139,888.63

22. **Net cash flow** + $ -14,355.01

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 16,626.49

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 0.00

*(Exhibit E)*

Debtor Name Melben, Inc. Case number 24-00232

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 0.00

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 29

27. What is the number of employees as of the date of this monthly report? 29

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 11,000.00

30. How much have you paid this month in other professional fees? $ 1,497.00

31. How much have you paid in total other professional fees since filing the case? $ 8,982.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 137,000.00 | – | $ 125,533.62 | = | $ 11,466.38 |
| 33. **Cash disbursements** | $ -120,000.0( | – | $ 139,888.63 | = | $ 259,888.63 |
| 34. **Net cash flow** | $ 17,000.00 | – | $ -14,355.01 | = | $ -31,355.01 |

35. Total projected cash receipts for the next month: $ 115,000.00

36. Total projected cash disbursements for the next month: - $ 145,000.00

37. Total projected net cash flow for the next month: = $ -12,000.00

Debtor Name Melben, Inc. Case number 24-00232

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

# Exhibit C - Cash Receipts

| Date | Source/Payor | Amount |
|---|---|---|
| 9/1/26 | Uber | $225.60 |
| 9/1/26 | Owner.com | $45.22 |
| 9/1/26 | SpotOn | $2,956.78 |
| 9/2/26 | Owner.com | $120.64 |
| 9/2/26 | SpotOn | $528.22 |
| 9/3/26 | SpotOn | $756.07 |
| 9/4/26 | Door Dash | $146.50 |
| 9/4/26 | SpotOn | $3,088.67 |
| 9/8/26 | Owner.com | $582.08 |
| 9/8/26 | Owner.com | $145.13 |
| 9/8/26 | Owner.com | $52.66 |
| 9/8/26 | Owner.com | $31.12 |
| 9/8/26 | Home Depot | $855.42 |
| 9/8/26 | SpotOn | $8,889.23 |
| 9/8/26 | SpotOn | $7,986.08 |
| 9/8/26 | SpotOn | $4,394.76 |
| 9/8/26 | SpotOn | $1,507.75 |
| 9/9/26 | Uber | $578.88 |
| 9/9/26 | SpotOn | $3,183.01 |
| 9/10/26 | SpotOn | $6,297.16 |
| 9/11/26 | Door Dash | $212.00 |
| 9/11/26 | SpotOn | $2,109.07 |
| 9/14/26 | SpotOn | $7,647.01 |
| 9/14/26 | SpotOn | $4,579.97 |
| 9/14/26 | SpotOn | $1,265.93 |
| 9/15/26 | Uber | $546.12 |
| 9/15/26 | Owner.com | $95.52 |
| 9/15/26 | SpotOn | $2,566.39 |
| 9/16/26 | SpotOn | $4,957.57 |
| 9/17/26 | SpotOn | $2,920.77 |
| 9/18/26 | Door Dash | $173.60 |
| 9/18/26 | Owner.com | $57.01 |
| 9/18/26 | SpotOn | $2,184.13 |
| 9/21/26 | SpotOn | $9,584.67 |
| 9/21/26 | SpotOn | $4,025.77 |
| 9/21/26 | SpotOn | $2,806.83 |
| 9/22/26 | Uber | $534.24 |
| 9/22/26 | Owner.com | $138.94 |
| 9/22/26 | SpotOn | $3,855.52 |
| 9/23/26 | SpotOn | $788.99 |
| 9/24/26 | SpotOn | $1,904.50 |
| 9/25/26 | Door Dash | $203.75 |
| 9/25/26 | SpotOn | $2,431.92 |
| 9/28/26 | SpotOn | $11,510.09 |
| 9/28/26 | SpotOn | $8,773.36 |
| 9/28/26 | SpotOn | $1,219.99 |
| 9/29/26 | Uber | $503.60 |
| 9/29/26 | SpotOn | $3,716.10 |
| 9/30/26 | SpotOn | $1,849.28 |
| | | **$125,533.62** |

**Exhibit D - Cash Disbursement (Checks)**

| Check # | Name | Reason | Amount |
|---|---|---|---|
| 3142 | Nerlyn Cedillo | 5/9 to 5/22 | $ 1,280.58 |
| 3145 | Eliseo Lopez | 8/29 to 9/11 | $ 549.95 |
| 3146 | David Cerezo | 9/5 to 9/18 | $ 830.87 |
| 3148 | Teresa Lopez | 4/25 to 5/8 | $ 905.31 |
| 3149 | Rogelio Gonzalez | 4/25 to 5/8 | $ 1,095.19 |
| 3150 | Mekki Karrakchou | 8/15 to 8/28 | $ 4,099.89 |
| 3151 | Aziza Naji | 7/17 to 7/31 | $ 2,885.00 |
| 3152 | Heberto Lopez | 5/23 to 6/5 | $ 2,884.62 |
| 3154 | Leonel Suchite | 4/25 to 5/8 | $ 975.00 |
| 3158 | Nikauly Lineros | 7/18 to 7/31 | $ 378.56 |
| 3167 | Nerlyn Cedillo | 4/25 to 5/8 | $ 842.51 |
| 3168 | Redouane Salhami | 3/14 to 3/27 | $ 72.64 |
| 3169 | Mostafa Belainass | 3/14 to 3/27 | $ 0.68 |
| 3171 | Gamaliel Landores | 3/14 to 3/27 | $ 171.57 |
| 3172 | Redouane Salhami | 2/28 to 3/13 | $ 203.91 |
| 3173 | Mostafa Belainass | 2/28 to 3/13 | $ 0.43 |
| 3175 | Gamaliel Landores | 2/28 to 3/13 | $ 187.83 |
| 3176 | Redouane Salhami | 2/14 to 2/27 | $ 32.02 |
| 3177 | Mostafa Belainass | 2/14 to 2/27 | $ 0.93 |
| 3178 | Melvin Garcia | 2/14 to 2/27 | $ 477.46 |
| 3179 | Gamaliel Landores | 2/14 to 2/27 | $ 170.65 |
| 3180 | Redouane Salhami | 1/31 to 2/13 | $ 217.90 |
| 3181 | Mostafa Belainass | 1/31 to 2/13 | $ 191.59 |
| 3182 | Melvin Garcia | 1/31 to 2/13 | $ 482.70 |
| 3183 | Gamaliel Landores | 1/31 to 2/13 | $ 183.19 |
| 3184 | Redouane Salhami | 1/17 to 1/30 | $ 231.92 |
| 3185 | Mostafa Belainass | 1/17 to 1/30 | $ 266.34 |
| 3186 | Melvin Garcia | 1/17 to 1/30 | $ 559.23 |
| 3187 | Gamaliel Landores | 1/17 to 1/30 | $ 84.08 |
| 3188 | Redouane Salhami | 1/3 to 1/16 | $ 315.85 |
| 3189 | Mostafa Belainass | 1/3 to 1/16 | $ 206.57 |
| 3190 | Melvin Garcia | 1/3 to 1/16 | $ 570.15 |
| 3191 | Gamaliel Landores | 1/3 to 1/16 | $ 176.93 |
| 3192 | Yair Garcia | 8/8 to 8/21 | $ 303.02 |

**Exhibit D - Cash Disbursement (Checks)**

| Check # | Name | Reason | Amount |
|---|---|---|---|
| 3193 | Teresa Lopez | 4/11 to 4/24 | $ 728.90 |
| 3194 | Rogelio Gonzalez | 4/11 to 4/24 | $ 1,105.88 |
| 3195 | Nerlyn Cedillo | 4/11 to 4/24 | $ 1,156.72 |
| 3196 | Mabilia Miranda | 4/11 to 4/24 | $ 687.83 |
| 3197 | Erick Lopez | 4/11 to 4/24 | $ 1,962.53 |
| 3199 | David Cerezo | 8/8 to 8/21 | $ 943.99 |
| 3200 | Danilo Suchite | 4/11 to 4/24 | $ 709.60 |
| 3201 | Alieska Cordova | 8/1 to 8/14 | $ 413.20 |
| 3202 | Adelso Lopez | 5/23 to 6/5 | $ 586.72 |
| 3203 | Leonel Suchite | 5/9 to 6/3 | $ 1,950.00 |
| 3204 | Heberto Lopez | 5/23 to 6/5 | $ 2,884.62 |
| 3205 | Edwin lopez | 5/9 to 5/22 | $ 1,914.32 |
| 3206 | Aziza Naji | 6/20 to 7/3 | $ 2,885.00 |
| 3207 | Gamaliel Landores | Tips | $ 219.00 |
| 3208 | Mabilia Miranda | 4/25 to 5/8 | $ 683.99 |
| 3209 | Erick Lopez | 4/25 to 5/8 | $ 1,790.28 |
| 3210 | Eliseo Lopez | 8/15 to 8/28 | $ 460.68 |
| 3211 | David Cerezo | 8/22 to 9/4 | $ 875.52 |
| 3112 | Danilo Suchite | 4/25 to 5/8 | $ 904.57 |
| 3213 | Ana Vega | 8/19 to 9/4 | $ 920.16 |
| 3214 | Alieska Cordova | 8/15 to 8/28 | $ 588.17 |
| 3215 | Adelso Lopez | 6/6 to 7/3 | $ 531.00 |
| 3216 | Leonel Suchite | 6/6 to 7/3 | $ 1,950.00 |
| 3217 | Nikauly Lineros | 8/15 to 8/28 | $ 378.55 |
| 3220 | isaac coloto | 8/15 to 8/28 | $ 208.54 |
| 3238 | Edwin lopez | 5/23 to 6/5 | $ 1,869.85 |
| 3239 | Aziza Naji | 7/4 to 7/17 | $ 2,885.00 |
| 3240 | Cash | April Tipout Busser/ Runner | $ 4,003.00 |
| 3247 | uliziikhaand | Tips | $ 963.00 |
| 3255 | Aziza Naji | 8/15 to 8/28 | $ 2,885.00 |
| 3256 | Mekki Karrakchou | 8/29 to 9/11 | $ 4,099.89 |
| 3258 | Cengizhan Sahin | Tips | $ 2,012.00 |
| 3259 | Mostafa Belainass | Tips | $ 1,288.00 |
| 3260 | Redouane Salhami | Tips | $ 1,638.00 |

# Exhibit D - Cash Disbursement (Checks)

| Check # | Name | Reason | Amount |
|---|---|---|---|
| 3264 | Melvin Garcia | Tips | $ 997.00 |
| 3266 | cash | Bathroom Maintenance | $ 704.00 |
| 3279 | Aziza Naji | 8/1 to 8/14 | $ 2,885.00 |
| 3313 | Aziza Naji | Rest Depot | $ 708.00 |
| 3314 | Mariam | Mariam Tips for August | $ 825.00 |
| 3331 | Mekki Karrakchou | 8/1 to 8/14 | $ 4,099.89 |
| 3343 | Cash | Tipout May Busser / Runner | $ 3,598.00 |
| 3344 | Elite Wine | Wine | $ 332.00 |
| 3345 | RBG | Liquor | $ 390.79 |
| 3347 | Elite Wine | Wine | $ 347.64 |
| 3348 | Gamaliel Landores | Tips | $ 219.00 |
| 3349 | Elite Wine | Tips | $ 562.00 |
| 3364 | cheaspeake | Beer | $ 302.15 |
| | | **TOTAL** | **$ 86,889.05** |

**Exhibit D - Cash Disbursements (Payments)**

| Name | Reason | Amount | |
|---|---|---|---|
| Potomac | Restaurant Supplies | $ | 440.86 |
| American Filter | Monthly Payment | $ | 118.48 |
| Home Depot | Restaurant Supplies | $ | 893.39 |
| Amazon | Restaurant Supplies | $ | 9.53 |
| Ally | Car Payment | $ | 1,024.09 |
| Amazon | Restaurant Supplies | $ | 169.57 |
| Pie insurance | Employees Insurance | $ | 3,698.00 |
| Owmer | Monthly Payment | $ | 528.94 |
| Home Depot | Restaurant Supplies | $ | 104.41 |
| Fedex | new Menu Poster | $ | 89.03 |
| Amazon | Restaurant Supplies | $ | 37.09 |
| Att | Payment | $ | 949.80 |
| Potomac | Restaurant Supplies | $ | 451.89 |
| Marshalls | Bathroom supplies | $ | 289.35 |
| Alsco | Restaurant Supplies | $ | 458.02 |
| Geico | Car Insurance | $ | 373.41 |
| Michaels | Candels | $ | 56.96 |
| Dollartree | Restaurant Supplies | $ | 45.78 |
| Amazon | Restaurant Supplies | $ | 364.27 |
| Espigas | Co2 | $ | 24.38 |
| Amazon | Restaurant Supplies | $ | 343.45 |
| Walmart | fee | $ | 1.99 |
| Potomac | Restaurant Supplies | $ | 681.90 |
| Resy | Monthly Payment | $ | 263.94 |
| Adobe | Monthly Payment | $ | 21.19 |
| Amazon | Restaurant Supplies | $ | 147.86 |
| Dc Tax | Payroll tax | $ | 1,261.79 |
| Va Tax | 2nd qt Payment | $ | 1,790.00 |
| Microsoft | Monthly Payment | $ | 9.99 |
| Dc Tax | Sales Tax | $ | 10,976.76 |
| Spotify | Monthly Payment | $ | 20.13 |
| Potomac | Restaurant Supplies | $ | 467.50 |
| Aldana Assioc | Monthly Payment | $ | 1,497.00 |
| Owmer | Charged back | $ | 150.00 |
| Espigas | Co2 | $ | 24.38 |
| Potomac | Restaurant Supplies | $ | 670.17 |
| Alsco | Restaurant Supplies | $ | 458.02 |
| American Filter | Monthly Payment | $ | 118.48 |
| | **TOTAL** | **$** | **29,031.80** |

| Food | Amount | |
|---|---|---|
| Rest Depot | $ | 684.98 |
| Rest Depot | $ | 2,058.25 |
| Rest Depot | $ | 1,966.87 |
| Lidl | $ | 240.96 |
| lidl | $ | 90.90 |
| Lidl | $ | 50.40 |
| Rest Depot | $ | 1,082.25 |
| Safeway | $ | 213.86 |
| Walmart | $ | 52.88 |
| Rest Depot | $ | 971.48 |
| Rest Depot | $ | 2,634.23 |
| Rest Depot | $ | 745.62 |
| wegmans | $ | 66.27 |
| Safeway | $ | 30.79 |
| Rest Depot | $ | 773.72 |
| Rest Depot | $ | 2,274.67 |
| Rest Depot | $ | 1,299.68 |
| Rest Depot | $ | 1,070.60 |
| Safeway | $ | 155.91 |
| Safeway | $ | 102.31 |
| Rest Depot | $ | 777.40 |
| Rest Depot | $ | 770.00 |
| Rest Depot | $ | 2,158.43 |
| Rest Depot | $ | 1,340.75 |
| Rest Depot | $ | 1,240.75 |
| Safeway | $ | 56.61 |
| Rest Depot | $ | 1,057.21 |
| **TOTAL** | **$** | **23,967.78** |

Go paperless.
Scan the QR code to opt in to paperless statements.

T

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DC
1073 31ST STREET NW
WASHINGTON DC 20007

Page: 1 of 9
Statement Period: Sep 01 2026-Sep 30 2026
Cust Ref #: [redacted]
Primary Account #: [redacted]6079

## Chapter 11 Checking

MELBEN INC
DIP CASE 24-00232 DC

Account # [redacted]6079

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 30,981.50 | Average Collected Balance | 22,822.54 |
| Electronic Deposits | 125,533.62 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 86,889.05 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 52,999.58 | Days in Period | 30 |
| Ending Balance | 16,626.49 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

If you would like written communication in an alternative accessible format, please contact us at 1-866-610-8501 Ext 2030 or dial 711 for TTY, Mon-Fri 9-6 EST. We offer Large Print, Accessible PDF, Braille (uncontracted or contracted) or Audio CD.

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/01 | ACH DEPOSIT, UBER USA, LLC PARTNER 8ZTV26UDFKAWRGP | 225.60 |
| 09/01 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-O0Q0S2X0T6J0 | 45.22 |
| 09/01 | RTP RCVD, SpotOn-4445079388088 92b3d999 | 2,956.78 |
| 09/02 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-W7I7F3Y3V4J8 | 120.64 |
| 09/02 | RTP RCVD, SpotOn-4445079388088 m7x6t3kh | 528.22 |
| 09/03 | RTP RCVD, SpotOn-4445079388088 475ycpp3 | 756.07 |
| 09/04 | CCD DEPOSIT, DOORDASH, INC. 1073 31ST ST-X0I3D7H8J8F1 | 146.50 |
| 09/04 | RTP RCVD, SpotOn-4445079388088 ncpsq6tk | 3,088.67 |
| 09/08 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-L9U6U7F4Q3S2 | 582.08 |
| 09/08 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-E3Q3N8B2E2E4 | 145.13 |
| 09/08 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-M5S4K0U6V5X0 | 52.66 |
| 09/08 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-D1B3Q3U1Q2S0 | 31.12 |
| 09/08 | POS CREDIT, *****04037062399, AUT 090826 DDA PURCH REF THE HOME DEPOT 4608 FALLS CHURCH * VA | 855.42 |
| 09/08 | RTP RCVD, SpotOn-4445079388088 725mzvn7 | 8,889.23 |
| 09/08 | RTP RCVD, SpotOn-4445079388088 xdnj1rwk | 7,986.08 |
| 09/08 | RTP RCVD, SpotOn-4445079388088 h7gh8fjv | 4,394.76 |
| 09/08 | RTP RCVD, SpotOn-4445079388088 8v1dh4bj | 1,507.75 |
| 09/09 | ACH DEPOSIT, UBER USA, LLC PARTNER AS4CL1XZYQ77AF7 | 578.88 |
| 09/09 | RTP RCVD, SpotOn-4445079388088 qz3vx1f9 | 3,183.01 |
| 09/10 | RTP RCVD, SpotOn-4445079388088 5xv5tvy7 | 6,297.16 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account



**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| 1 | Ending Balance | 16,626.49 |
| 2 | Total Deposits | + |
| 3 | Sub Total | |
| 4 | Total Withdrawals | - |
| 5 | Adjusted Balance | |

2

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | 2 |

4

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | 4 |

### FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

### INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

### FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DC

| | |
|---|---|
| Page: | 3 of 9 |
| Statement Period: | Sep 01 2026-Sep 30 2026 |
| Cust Ref #: | [redacted] |
| Primary Account #: | 4[redacted]6079 |

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/11 | CCD DEPOSIT, DOORDASH, INC. 1073 31ST ST-F0T9W6V5W5K9 | 212.00 |
| 09/11 | RTP RCVD, SpotOn-4445079388088 g4vp7e5t | 2,109.07 |
| 09/14 | RTP RCVD, SpotOn-4445079388088 gqhcweem | 7,647.01 |
| 09/14 | RTP RCVD, SpotOn-4445079388088 v0fp6kxd | 4,579.97 |
| 09/14 | RTP RCVD, SpotOn-4445079388088 cah8yv4j | 1,265.93 |
| 09/15 | ACH DEPOSIT, UBER USA, LLC PARTNER UJ8B53J127GX6VB | 546.12 |
| 09/15 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-U5M3R6E5W4V5 | 95.52 |
| 09/15 | RTP RCVD, SpotOn-4445079388088 40163f5z | 2,566.39 |
| 09/16 | RTP RCVD, SpotOn-4445079388088 55q60vjy | 4,957.57 |
| 09/17 | RTP RCVD, SpotOn-4445079388088 k3s0e1yn | 2,920.77 |
| 09/18 | CCD DEPOSIT, DOORDASH, INC. 1073 31ST ST-C2V4U9P8V2L9 | 173.60 |
| 09/18 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-J5S4Q7Z5P6A1 | 57.01 |
| 09/18 | RTP RCVD, SpotOn-4445079388088 n9anmhg6 | 2,184.13 |
| 09/21 | RTP RCVD, SpotOn-4445079388088 exn98qnb | 9,584.67 |
| 09/21 | RTP RCVD, SpotOn-4445079388088 a01mbyam | 4,025.77 |
| 09/21 | RTP RCVD, SpotOn-4445079388088 gcsfc2x5 | 2,806.83 |
| 09/22 | ACH DEPOSIT, UBER USA, LLC PARTNER VEJ9297OLS70CT6 | 534.24 |
| 09/22 | CCD DEPOSIT, OWNER.COM OWNER.COM ST-W3E8S0O3Y5G3 | 138.94 |
| 09/22 | RTP RCVD, SpotOn-4445079388088 rhabx3t0 | 3,855.52 |
| 09/23 | RTP RCVD, SpotOn-4445079388088 y4gm069y | 788.99 |
| 09/24 | RTP RCVD, SpotOn-4445079388088 zxxpfsfq | 1,904.50 |
| 09/25 | CCD DEPOSIT, DOORDASH, INC. 1073 31ST ST-H0J3L1N6O5Q6 | 203.75 |
| 09/25 | RTP RCVD, SpotOn-4445079388088 f6npq9gn | 2,431.92 |
| 09/28 | RTP RCVD, SpotOn-4445079388088 vf737hp0 | 11,510.09 |
| 09/28 | RTP RCVD, SpotOn-4445079388088 azpz2tnk | 8,773.36 |
| 09/28 | RTP RCVD, SpotOn-4445079388088 fr4yh90k | 1,219.99 |
| 09/29 | ACH DEPOSIT, UBER USA, LLC PARTNER 7NPMS5SZTH7TYBI | 503.60 |
| 09/29 | RTP RCVD, SpotOn-4445079388088 tcyn04s7 | 3,716.10 |
| 09/30 | RTP RCVD, SpotOn-4445079388088 1a9ky6wz | 1,849.28 |
| | Subtotal: | 125,533.62 |

### Checks Paid

No. Checks: 81

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 09/28 | 3142 | 1,280.58 | 09/17 | 3150 | 4,099.89 |
| 09/28 | 3145* | 549.95 | 09/14 | 3151 | 2,885.00 |
| 09/29 | 3146 | 830.87 | 09/04 | 3152 | 2,884.62 |
| 09/17 | 3148* | 905.31 | 09/01 | 3154* | 975.00 |
| 09/28 | 3149 | 1,095.19 | 09/23 | 3158* | 378.56 |

TD

**STATEMENT OF ACCOUNT**

MELBEN INC
DIP CASE 24-00232 DC

Page: 4 of 9
Statement Period: Sep 01 2026-Sep 30 2026
Cust Ref #: [redacted]
Primary Account #: [redacted]6079

## DAILY ACCOUNT ACTIVITY

**Checks Paid (continued)**

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 09/14 | 3167* | 842.51 | 09/15 | 3203 | 1,950.00 |
| 09/11 | 3168 | 72.64 | 09/21 | 3204 | 2,884.62 |
| 09/11 | 3169 | 0.68 | 09/14 | 3205 | 1,914.32 |
| 09/02 | 3171* | 171.57 | 09/04 | 3206 | 2,885.00 |
| 09/11 | 3172 | 203.91 | 09/02 | 3207 | 219.00 |
| 09/11 | 3173 | 0.43 | 09/21 | 3208 | 683.99 |
| 09/02 | 3175* | 187.83 | 09/21 | 3209 | 1,790.28 |
| 09/11 | 3176 | 32.02 | 09/14 | 3210 | 460.68 |
| 09/11 | 3177 | 0.93 | 09/15 | 3211 | 875.52 |
| 09/22 | 3178 | 477.46 | 09/22 | 3212 | 904.57 |
| 09/02 | 3179 | 170.65 | 09/14 | 3213 | 920.16 |
| 09/11 | 3180 | 217.90 | 09/30 | 3214 | 588.17 |
| 09/11 | 3181 | 191.59 | 09/25 | 3215 | 531.00 |
| 09/22 | 3182 | 482.70 | 09/29 | 3216 | 1,950.00 |
| 09/02 | 3183 | 183.19 | 09/23 | 3217 | 378.55 |
| 09/11 | 3184 | 231.92 | 09/02 | 3220* | 208.54 |
| 09/11 | 3185 | 266.34 | 09/21 | 3238* | 1,869.85 |
| 09/04 | 3186 | 559.23 | 09/14 | 3239 | 2,885.00 |
| 09/02 | 3187 | 84.08 | 09/14 | 3240 | 4,003.00 |
| 09/11 | 3188 | 315.85 | 09/03 | 3247* | 963.00 |
| 09/11 | 3189 | 206.57 | 09/30 | 3255* | 2,885.00 |
| 09/04 | 3190 | 570.15 | 09/30 | 3256 | 4,099.89 |
| 09/02 | 3191 | 176.93 | 09/10 | 3258* | 2,012.00 |
| 09/15 | 3192 | 303.02 | 09/11 | 3259 | 1,288.00 |
| 09/17 | 3193 | 728.90 | 09/14 | 3260 | 1,638.00 |
| 09/14 | 3194 | 1,105.88 | 09/29 | 3264* | 997.00 |
| 09/01 | 3195 | 1,156.72 | 09/30 | 3266* | 704.00 |
| 09/08 | 3196 | 687.83 | 09/14 | 3279* | 2,885.00 |
| 09/14 | 3197 | 1,962.53 | 09/08 | 3313* | 708.00 |
| 09/01 | 3199* | 943.99 | 09/10 | 3314 | 825.00 |
| 09/15 | 3200 | 709.60 | 09/08 | 3331* | 4,099.89 |
| 09/11 | 3201 | 413.20 | 09/23 | 3343* | 3,598.00 |
| 09/15 | 3202 | 586.72 | 09/04 | 3344 | 332.00 |

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DC

Page: 5 of 9
Statement Period: Sep 01 2026-Sep 30 2026
Cust Ref #: [redacted]
Primary Account #: [redacted]6079

## DAILY ACCOUNT ACTIVITY

### Checks Paid (continued)

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 09/16 | 3345 | 390.79 | 09/25 | 3349 | 562.00 |
| 09/09 | 3347* | 347.64 | 09/28 | 3364* | 302.15 |
| 09/24 | 3348 | 219.00 | | | |

Subtotal: 86,889.05

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/01 | DBCRD PUR AP, *****04037062399, AUT 083126 VISA DDA PUR AP<br>POTOMAC WINES SPIRITS WASHINGTON * DC | 440.86 |
| 09/01 | DBCRD PUR AP, *****04037062399, AUT 083126 VISA DDA PUR AP<br>AMERICAN FILTER STEAM 202 8296060 * DC | 118.48 |
| 09/02 | DEBIT POS AP, *****04037062399, AUT 090226 DDA PURCHASE AP<br>THE HOME DEPOT 4605 FAIRFAX * VA | 893.39 |
| 09/02 | DBCRD PUR AP, *****04036012809, AUT 090126 VISA DDA PUR AP<br>RESTAURANT DEPOT ALEXANDRIA * VA | 684.98 |
| 09/03 | DBCRD PUR AP, *****04037062399, AUT 090226 VISA DDA PUR AP<br>PRIME VIDEO CHANNELS AMZN COM BILL * WA | 9.53 |
| 09/04 | ELECTRONIC PMT-TEL, ACI PAYMENTS INC ACI ALLYFI ****33035890 | 1,024.09 |
| 09/04 | DBCRD PUR AP, *****04037062399, AUT 090326 VISA DDA PUR AP<br>AMAZON MKTPL 539N21EW1 AMZN COM BILL * WA | 148.38 |
| 09/04 | DBCRD PUR AP, *****04037062399, AUT 090326 VISA DDA PUR AP<br>PRIME VIDEO 5Q41C9WO0 888 802 3080 * WA | 21.19 |
| 09/08 | DBCRD PMT AP, *****04037062399, AUT 090626 VISA DDA PUR AP<br>PIE INSURANCE WWW PIEINSURA * CO | 3,698.00 |
| 09/08 | DBCRD PUR AP, *****04036012809, AUT 090626 VISA DDA PUR AP<br>RESTAURANT DEPOT ALEXANDRIA * VA | 2,058.25 |
| 09/08 | DBCRD PUR AP, *****04036012809, AUT 090426 VISA DDA PUR AP<br>RESTAURANT DEPOT ALEXANDRIA * VA | 1,966.87 |
| 09/08 | DBCRD PMT AP, *****04037062399, AUT 090426 VISA DDA PUR AP<br>OWNER COM OWNER COM * CA | 528.94 |
| 09/08 | DEBIT POS AP, *****04037062399, AUT 090526 DDA PURCHASE AP<br>LIDL 1546 8387 LEESBU VIENNA * VA | 240.96 |
| 09/08 | DEBIT POS AP, *****04037062399, AUT 090826 DDA PURCHASE AP<br>THE HOME DEPOT 4608 FALLS CHURCH * VA | 104.41 |
| 09/08 | DEBIT POS AP, *****04037062399, AUT 090726 DDA PURCHASE AP<br>LIDL 1546 8387 LEESBU VIENNA * VA | 90.90 |
| 09/08 | DBCRD PUR AP, *****04037062399, AUT 090526 VISA DDA PUR AP<br>FEDEX OFFICE 1821 WGOKO VIENNA * VA | 89.03 |
| 09/08 | DEBIT POS AP, *****04037062399, AUT 090726 DDA PURCHASE AP<br>LIDL 1546 8387 LEESBU VIENNA * VA | 50.40 |
| 09/08 | DBCRD PUR AP, *****04037062399, AUT 090526 VISA DDA PUR AP<br>AMAZON MKTPL 534FS2302 AMZN COM BILL * WA | 37.09 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DC

Page: 6 of 9
Statement Period: Sep 01 2026-Sep 30 2026
Cust Ref #: [redacted]
Primary Account #: [redacted]6079

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/09 | DBCRD PUR AP, *****04036012809, AUT 090826 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 1,082.25 |
| 09/09 | DBCRD PUR AP, *****04037062399, AUT 090826 VISA DDA PUR AP AT T BILL PAYMENT 800 331 0500 * TX | 949.80 |
| 09/09 | DBCRD PUR AP, *****04037062399, AUT 090826 VISA DDA PUR AP POTOMAC WINES SPIRITS WASHINGTON * DC | 451.89 |
| 09/09 | DEBIT POS AP, *****04037062399, AUT 090926 DDA PURCHASE AP MARSHALLS 0139 VIENNA * VA | 289.35 |
| 09/09 | DBCRD PUR AP, *****04036012809, AUT 090726 VISA DDA PUR AP SAFEWAY 2912 WASHINGTON * DC | 213.86 |
| 09/09 | DEBIT POS AP, *****04037062399, AUT 090826 DDA PURCHASE AP WALMART COM 8009256278 BENTONVILLE * AR | 52.88 |
| 09/11 | DBCRD PUR AP, *****04036012809, AUT 091026 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 971.48 |
| 09/11 | DBCRD PUR AP, *****04037062399, AUT 091026 VISA DDA PUR AP ALSCO INC 703 751 5785 * VA | 458.02 |
| 09/11 | DBCRD PMT AP, *****04037062399, AUT 091026 VISA DDA PUR AP GEICO AUTO 800 841 3000 * DC | 373.41 |
| 09/11 | DEBIT POS AP, *****04037062399, AUT 091126 DDA PURCHASE AP MICHAELS STORES 9712 3 VIENNA * VA | 56.96 |
| 09/11 | DEBIT POS AP, *****04037062399, AUT 091126 DDA PURCHASE AP DOLLARTREE VIENNA * VA | 45.78 |
| 09/11 | DBCRD PUR AP, *****04037062399, AUT 091026 VISA DDA PUR AP AMAZON MKTPL 5L2SX8ON2 AMZN COM BILL * WA | 27.33 |
| 09/11 | DBCRD PUR AP, *****04037062399, AUT 091026 VISA DDA PUR AP WWW ESPRIGAS COM ORDER ESPRIGA * TX | 24.38 |
| 09/11 | DBCRD PUR AP, *****04037062399, AUT 091026 VISA DDA PUR AP PRIME VIDEO 5L4WM7M41 888 802 3080 * WA | 21.19 |
| 09/14 | DBCRD PUR AP, *****04036012809, AUT 091126 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 2,634.23 |
| 09/14 | DBCRD PUR AP, *****04036012809, AUT 091326 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 745.62 |
| 09/14 | DBCRD PUR AP, *****04037062399, AUT 091226 VISA DDA PUR AP AMAZON MKTPL 5L1CS8GF2 AMZN COM BILL * WA | 104.94 |
| 09/14 | DBCRD PUR AP, *****04037062399, AUT 091226 VISA DDA PUR AP AMAZON MKTPL 5L14S1X00 AMZN COM BILL * WA | 93.28 |
| 09/14 | DBCRD PUR AP, *****04037062399, AUT 091426 VISA DDA PUR AP DD DOORDASH WEGMANS DOORDASH COM * CA | 66.27 |
| 09/14 | DBCRD PUR AP, *****04037062399, AUT 091226 VISA DDA PUR AP AMAZON MKTPL 5L74X5XI0 AMZN COM BILL * WA | 60.56 |
| 09/14 | DBCRD PUR AP, *****04037062399, AUT 091226 VISA DDA PUR AP AMAZON RETA 5L1HL7IT1 WWW AMAZON CO * WA | 56.97 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TD

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DC

| | |
|---|---|
| Page: | 7 of 9 |
| Statement Period: | Sep 01 2026-Sep 30 2026 |
| Cust Ref #: | [redacted] |
| Primary Account #: | [redacted]6079 |

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/14 | DBCRD PUR AP, *****04037062399, AUT 091126 VISA DDA PUR AP AMAZON COM 5L1YU0Z62 AMZN COM BILL * WA | 54.49 |
| 09/14 | DBCRD PUR AP, *****04037062399, AUT 091226 VISA DDA PUR AP AMAZON MKTPL 5L9MS5R21 AMZN COM BILL * WA | 52.58 |
| 09/14 | DBCRD PUR AP, *****04037062399, AUT 091226 VISA DDA PUR AP AMAZON MKTPL 5L2YC6GS2 AMZN COM BILL * WA | 36.04 |
| 09/14 | DBCRD PUR AP, *****04037062399, AUT 091226 VISA DDA PUR AP AMAZON RETA 5L4CP0GI2 WWW AMAZON CO * WA | 35.08 |
| 09/14 | DBCRD PUR AP, *****04037062399, AUT 091226 VISA DDA PUR AP AMAZON MKTPL 5L9EA1PA2 AMZN COM BILL * WA | 31.79 |
| 09/14 | DBCRD PUR AP, *****04036012809, AUT 091226 VISA DDA PUR AP SAFEWAY 2912 WASHINGTON * DC | 30.79 |
| 09/14 | DBCRD PUR AP, *****04037062399, AUT 091226 VISA DDA PUR AP AMAZON MKTPL 5L84Q7X40 AMZN COM BILL * WA | 29.66 |
| 09/14 | DBCRD PUR AP, *****04037062399, AUT 091226 VISA DDA PUR AP AMAZON MKTPL 5L39T5RB1 AMZN COM BILL * WA | 26.49 |
| 09/14 | DBCRD PUR AP, *****04037062399, AUT 091126 VISA DDA PUR AP AMAZON RETA 5L6O78DF1 WWW AMAZON CO * WA | 23.28 |
| 09/14 | DBCRD PUR AP, *****04037062399, AUT 091226 VISA DDA PUR AP PRIME VIDEO 5L8H74ST1 888 802 3080 * WA | 21.19 |
| 09/14 | DBCRD PUR AP, *****04037062399, AUT 091326 VISA DDA PUR AP PRIME VIDEO 5L89I2IG1 888 802 3080 * WA | 21.19 |
| 09/14 | DBCRD PUR AP, *****04037062399, AUT 091226 VISA DDA PUR AP AMAZON RETA 5L2HL9IU1 WWW AMAZON CO * WA | 19.96 |
| 09/14 | DBCRD PUR AP, *****04037062399, AUT 091226 VISA DDA PUR AP AMAZON RETA 5L52R7X00 WWW AMAZON CO * WA | 7.89 |
| 09/14 | DBCRD PUR AP, *****04037062399, AUT 091226 VISA DDA PUR AP AMAZON TIPS 5L7KE2AD2 AMZN COM BILL * WA | 5.00 |
| 09/14 | DEBIT POS AP, *****04037062399, AUT 091426 DDA PURCHASE AP WALMART COM 8009256278 BENTONVILLE * AR | 1.99 |
| 09/15 | DBCRD PUR AP, *****04037062399, AUT 091426 VISA DDA PUR AP POTOMAC WINES SPIRITS WASHINGTON * DC | 681.90 |
| 09/15 | DBCRD PMT AP, *****04037062399, AUT 091426 VISA DDA PUR AP RESYNETWORKINC RESY COM * NY | 263.94 |
| 09/15 | DBCRD PMT AP, *****04037062399, AUT 091426 VISA DDA PUR AP ADOBE ADOBE 408 536 6000 * CA | 21.19 |
| 09/15 | DBCRD PUR AP, *****04037062399, AUT 091426 VISA DDA PUR AP AMAZON MKTPL 5R0BB03G1 AMZN COM BILL * WA | 14.83 |
| 09/16 | CCD DEBIT, DC-OTR-WEB-WTH PAYMENTS 8460488 | 1,261.79 |
| 09/16 | DBCRD PUR AP, *****04036012809, AUT 091526 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 773.72 |
| 09/16 | DBCRD PUR AP, *****04037062399, AUT 091526 VISA DDA PUR AP PRIME VIDEO 5L65A7KR0 888 802 3080 * WA | 21.19 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DC

Page: 8 of 9
Statement Period: Sep 01 2026-Sep 30 2026
Cust Ref #: [redacted]
Primary Account #: [redacted]6079

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/18 | CCD DEBIT, VA DEPT TAXATION TAX PAYMEN 115921 | 1,790.00 |
| 09/18 | DBCRD PMT AP, *****04037062399, AUT 091726 VISA DDA PUR AP MICROSOFT MICROSOFT 36 MICROSOFT COM * WA | 9.99 |
| 09/21 | DBCRD PUR AP, *****04036012809, AUT 092026 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 2,274.67 |
| 09/21 | DBCRD PUR AP, *****04036012809, AUT 091726 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 1,299.68 |
| 09/21 | DBCRD PUR AP, *****04036012809, AUT 091826 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 1,070.60 |
| 09/21 | DBCRD PUR AP, *****04036012809, AUT 091926 VISA DDA PUR AP SAFEWAY 2912 WASHINGTON * DC | 155.91 |
| 09/21 | DBCRD PUR AP, *****04036012809, AUT 091826 VISA DDA PUR AP SAFEWAY 2912 WASHINGTON * DC | 102.31 |
| 09/21 | DBCRD PUR AP, *****04037062399, AUT 091826 VISA DDA PUR AP PRIME VIDEO 5R07B6JL2 888 802 3080 * WA | 21.19 |
| 09/21 | DBCRD PMT AP, *****04037062399, AUT 091926 VISA DDA PUR AP SPOTIFY P470D73166 NEW YORK * NY | 20.13 |
| 09/21 | DBCRD PMT AP, *****04037062399, AUT 091826 VISA DDA PUR AP AMAZON PRIME 3963F2PC3 AMZN COM BILL * WA | 15.89 |
| 09/22 | CCD DEBIT, DC-OTR-WEB-SLU PAYMENTS 8570171 | 10,976.76 |
| 09/22 | DBCRD PUR AP, *****04037062399, AUT 092126 VISA DDA PUR AP POTOMAC WINES SPIRITS 202 333 2848 * DC | 467.50 |
| 09/23 | DBCRD PUR AP, *****04036012809, AUT 092226 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 777.40 |
| 09/23 | DBCRD PUR AP, *****04037062399, AUT 092226 VISA DDA PUR AP PRIME VIDEO 5R51R17L2 888 802 3080 * WA | 21.19 |
| 09/25 | ACH DEBIT, ALDANA & ASSOCIA SALE | 1,497.00 |
| 09/25 | DBCRD PUR AP, *****04036012809, AUT 092426 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 770.00 |
| 09/25 | CCD DEBIT, OWNER.COM OWNER.COM ST-P6S6A5Q5J5C8 | 150.00 |
| 09/28 | DBCRD PUR AP, *****04036012809, AUT 092626 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 2,158.43 |
| 09/28 | DBCRD PUR AP, *****04036012809, AUT 092526 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 1,340.75 |
| 09/28 | DBCRD PUR AP, *****04036012809, AUT 092726 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 1,240.30 |
| 09/28 | DBCRD PUR AP, *****04036012809, AUT 092626 VISA DDA PUR AP SAFEWAY 2912 WASHINGTON * DC | 56.61 |
| 09/28 | DBCRD PUR AP, *****04037062399, AUT 092526 VISA DDA PUR AP WWW ESPRIGAS COM ORDER ESPRIGA * TX | 24.38 |
| 09/28 | DBCRD PMT AP, *****04037062399, AUT 092726 VISA DDA PUR AP AMAZON PRIME B44I184V3 AMZN COM BILL * WA | 15.89 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

STATEMENT OF ACCOUNT

MELBEN INC
DIP CASE 24-00232 DC

| | |
|---|---|
| Page: | 9 of 9 |
| Statement Period: | Sep 01 2026-Sep 30 2026 |
| Cust Ref #: | [redacted] |
| Primary Account #: | [redacted]6079 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/28 | DBCRD PUR AP, *****04037062399, AUT 092726 VISA DDA PUR AP PRIME VIDEO CHANNELS AMZN COM BILL * WA | 11.65 |
| 09/29 | DBCRD PUR AP, *****04037062399, AUT 092826 VISA DDA PUR AP POTOMAC WINES SPIRITS WASHINGTON * DC | 670.17 |
| 09/29 | DBCRD PUR AP, *****04037062399, AUT 092826 VISA DDA PUR AP ALSCO INC 703 751 5785 * VA | 458.02 |
| 09/30 | DBCRD PUR AP, *****04036012809, AUT 092926 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 1,057.21 |
| 09/30 | DBCRD PUR AP, *****04037062399, AUT 092926 VISA DDA PUR AP AMERICAN FILTER STEAM 202 8296060 * DC | 118.48 |
| 09/30 | DBCRD PUR AP, *****04037062399, AUT 092926 VISA DDA PUR AP AMAZON PRIME 511HD0T80 AMZN COM BILL * WA | 5.29 |
| | Subtotal: | 52,999.58 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 30,981.50 | 09/16 | 21,798.31 |
| 09/01 | 30,574.05 | 09/17 | 18,984.98 |
| 09/02 | 28,242.75 | 09/18 | 19,599.73 |
| 09/03 | 28,026.29 | 09/21 | 23,827.88 |
| 09/04 | 22,836.80 | 09/22 | 15,047.59 |
| 09/08 | 32,920.46 | 09/23 | 10,682.88 |
| 09/09 | 33,294.68 | 09/24 | 12,368.38 |
| 09/10 | 36,754.84 | 09/25 | 11,494.05 |
| 09/11 | 33,655.38 | 09/28 | 24,921.61 |
| 09/14 | 21,486.92 | 09/29 | 24,235.25 |
| 09/15 | 19,288.23 | 09/30 | 16,626.49 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

Filter: **Last 30 days**

**Front of check**

AMER

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Teresa Lopez

Nine Hundred Five and 31/100**************************************************************

Teresa Lopez
1437 11th St NW
Washington, DC 20001

MEMO

Pay Period: 04/25/2026 - 05/08/2026

⑈003148⑈ ⑆054001725⑆ 44415460 7

**Back of check**

PAY TO THE ORDER OF
CHICKASS INC.
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
153911692355 09/16/2026 16:04:30

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3142 to 3149** |

**Front of check**

AMER

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Nerlyn Cedillo

One Thousand Two Hundred Eighty and 58/100****************************************

Nerlyn Cedillo
919 Sheridon St NW apt g2
washington, DC 20011

MEMO

Pay Period: 05/09/2026 - 05/22/2026

⑈003142⑈ ⑆054001725⑆ 444154607

**Back of check**

PAY TO THE ORDER OF
CHICKASS INC.
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
153911692355 09/27/2026 09:21:33

**TD Bank**

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3142 to 3149** |

**Front of check**

AMERICA'S

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Rogelio Estrada Gonzalez

One Thousand Ninety-Five and 19/100*************************************************************

Rogelio Estrada Gonzalez
211 S Lexington St
Arlington, VA 22204

MEMO

Pay Period: 04/25/2026 - 05/08/2026

⑈003149⑈ ⑆054001725⑆ 4441546079⑈

**Back of check**

[illegible] features exceed industry standards and include:

[illegible] account and check number

[illegible]

Mobile Deposit check mark to indicate [illegible] device

[illegible] designed to deter fraud

[illegible] on front and [illegible]

[illegible] DOCUMENT [illegible] across the back

[illegible] visible on front and back

[illegible] if

[illegible] listed above are missing or appear altered

[illegible] looks pink or has discolored

[illegible] spots appear on both front and back.

[illegible] Detection Box

TD Bank
America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3142 to 3149** |

**Front of check**

AME

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Eliseo Lopez

Five Hundred Forty-Nine and 95/100*****************************************************

Eliseo Lopez
5807 14th St NW Apt# 200
Washington, DC 20011

MEMO

Pay Period: 08/29/2026 - 09/11/2026

⑈003145⑈ ⑆054001725⑆ 444154607

**Back of check**

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3142 to 3149** |

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF David Cerezo

Eight Hundred Thirty and 87/100***********************************************************

David Cerezo
3563 Center St NW
Washington, DC 20010

MEMO

Pay Period: 09/05/2026 - 09/18/2026

⑈003146⑈ ⑆054001725⑆ 44415460 7

**Back of check**

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3150 to 3158** |

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Leonel Vasquez Suchite

Nine Hundred Seventy-Five and 00/100*************************************************

Leonel Vasquez Suchite
1230 N Scott St Apt 304
Arlington, VA 22209

MEMO

PP 04/25/2026 -05/08/2026

⑈003154⑈ ⑆054001725⑆ 4441546O7

**Back of check**

08292026

402901000790650

>05

08292026 402901000790650

b426hb0

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3150 to 3158** |

**Front of check**

AMER

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Herberto Lopez Ordonez

Two Thousand Eight Hundred Eighty-Four and 62/100************************************

Herberto Lopez Ordonez
1004 S Queen St
Arlington, VA 22204

MEMO

PP 05/23/2026 - 06/05/2026

⑈003152⑈ ⑆054001725⑆ 444154607

**Back of check**

[illegible] standards and include:

[illegible] check [illegible] to indicate

[illegible] to deter fraud

[illegible] back

[illegible] listed above are missing or appear altered

[illegible] and back.

[illegible] box

# TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| Search: | Search my | **Checks** |
|---|---|---|
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3150 to 3158** |

**Front of check**



AME

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Aziza. Naji

Two Thousand Two Hundred. Eighty Five 00

PP : PTO

MEMO

⑈003151⑈ ⑆054001725⑆ 44415460 7

**Back of check**

0033448275 TD Mobile Deposit
9/12/2026 12:18:10 PM
4407969405

exceed ... and include
Mic...
... mark to indicate
... to deter fraud
... back
... back
... altered
... front and back.

# TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3150 to 3158** |

**Front of check**

AME

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mohamed El Mekki Karrakchou

Four Thousand Ninety -Nine and 89/100

Mohamed El Mekki Karrakchou
7902 Tyson One Pl #1903
Mcclean, VA 22102

MEMO Pay Period.8/15/26 to 8/28/26

⑈003150⑈ ⑆054001725⑆ 44154607

**Back of check**

20260917325000751820 NCB 054000056 LL R# 0000401

# TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| Search: | Search my | **Checks** |
|---|---|---|
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3150 to 3158** |

**Front of check**

AMERIC

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Nikauly Lineros

Three Hundred Seventy-Eight and 56/100*****************************************************

Nikauly Lineros
4301 Columbia Pike
Arlington, VA 22204

MEMO

Pay Period: 07/18/2026 - 07/31/2026

⑈003158⑈ ⑆054001725⑆ 4441546079

**Back of check**

10

.'PMorganChaseBank 092301 349271 964010057318

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3167 to 3180** |

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Gamaliel Landeros

One Hundred Eighty-Seven and 83/100*************************************************

Gamaliel Landeros
1440 Meridian Pl NW #202
Washington, DC 20010

MEMO

Pay Period: 02/28/2026 - 03/13/2026

⑈003175⑈ ⑆054001725⑆ 444154607

**Back of check**

09012026

**09012026 402901000791870**

b426hb0

402901000791870

>05

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3167 to 3180** |

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Gamaliel Landeros

One Hundred Seventy-One and 57/100*************************************************

Gamaliel Landeros
1440 Meridian Pl NW #202
Washington, DC 20010

MEMO

Pay Period: 03/14/2026 - 03/27/2026

⑈003171⑈ ⑆054001725⑆ 44415460

**Back of check**

09012026

09012026 402901000791880

b426hb0

402901000791880

>05

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3167 to 3180** |

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Gamaliel Landeros

One Hundred Seventy and 65/100**************************************************************

Gamaliel Landeros
1440 Meridian Pl NW #202
Washington, DC 20010

MEMO

Pay Period: 02/14/2026 - 02/27/2026

⑈003179⑈ ⑆054001725⑆ 444154607

**Back of check**

09012026

09012026 402901000791900

b426hb0

402901000791900

>05

# TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3167 to 3180** |

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Redouane Salhami

Two Hundred Seventeen and 90/100**************************************************

Redouane Salhami
609 Yoakum PKWY #912
Alexandria, VA 22304

MEMO

Pay Period: 01/31/2026 - 02/13/2026

⑈003180⑈ ⑆054001725⑆ 44415460

**Back of check**

09102026

09102026 402901000797180

b426hb0

402901000797180 >05

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| Search: | Search my | **Checks** |
|---|---|---|
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3167 to 3180** |

**Front of check**

AM

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Redouane Salhami

Two Hundred Three and 91/100*************************************************************

Redouane Salhami
609 Yoakum PKWY #912
Alexandria, VA 22304

MEMO

Pay Period: 02/28/2026 - 03/13/2026

⑈003172⑈ ⑆054001725⑆ 44415460

**Back of check**

09102026

09102026 402901000797160

b426hb0

402901000797160 >05

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3167 to 3180** |

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Redouane Salhami

Seventy-Two and 64/100*********************************************************************

Redouane Salhami
609 Yoakum PKWY #912
Alexandria, VA 22304

MEMO

Pay Period: 03/14/2026 - 03/27/2026

⑈003168⑈ ⑆054001725⑆ 44415460

**Back of check**

09102026

09102026.402901000797150.

b426hb0

402901000797150

>05

**TD Bank**

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3167 to 3180** |

**Front of check**

AM

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Redouane Salhami

Thirty-Two and 02/100**********************************************************************

Redouane Salhami
609 Yoakum PKWY #912
Alexandria, VA 22304

MEMO

Pay Period: 02/14/2026 - 02/27/2026

⑈003176⑈ ⑆054001725⑆ 44415460

**Back of check**

09102026

**09102026 402901000797170**

b426hb0

402901000797170

>05

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3167 to 3180** |

**Front of check**

AMER

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mostafa Belainass

Zero and 93/100**********************************************************************************

Mostafa Belainass
5550 Columbia Pike Apt# 775
Arlington, VA 22204

MEMO

Pay Period: 02/14/2026 - 02/27/2026

⑈003177⑈ ⑆054001725⑆ 44415460 7

**Back of check**

09102026 302401001170290 >051

09102026 302401001170290

b426648

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3167 to 3180** |

**Front of check**

AMER

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mostafa Belainass

Zero and 68/100************************************************************************

Mostafa Belainass
5550 Columbia Pike Apt# 775
Arlington, VA 22204

MEMO

Pay Period: 03/14/2026 - 03/27/2026

⑈003169⑈ ⑆054001725⑆ 444154607

**Back of check**

09102026

302401001170320

>051

09102026.302401001170320

b426648

# TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3167 to 3180** |

**Front of check**

AMER

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mostafa Belainass

Zero and 43/100*****************************************************************************************

Mostafa Belainass
5550 Columbia Pike Apt# 775
Arlington, VA 22204

MEMO

Pay Period: 02/28/2026 - 03/13/2026

⑈003173⑈ ⑆054001725⑆ 444154607

**Back of check**

09102026

302401001170310

>051

09102026 302401001170310

b426648

**TD Bank**

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3167 to 3180** |

**Front of check**

AMER

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Nerlyn Cedillo

Eight Hundred Forty-Two and 51/100**********************************************************

Nerlyn Cedillo
919 Sheridon St NW apt g2
washington, DC 20011

MEMO

Pay Period: 04/25/2026 - 05/08/2026

⑈003167⑈ ⑆054001725⑆ 444154607

**Back of check**

PAY TO THE ORDER OF
CHICKASS INC.
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
153911692355 09/13/2026 10:47:03

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3167 to 3180** |

**Front of check**


MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Melvin A Miranda

Four Hundred Seventy-Seven and 46/100**********

Melvin A Miranda
3701 16st NW Apt 106
Washington, DC 20010

MEMO

Pay Period: 02/14/2026 - 02/27/2026

⑈003178⑈ ⑆054001725⑆ 4441546

**Back of check**

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3181 to 3195** |

**Front of check**

AMERI

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Nerlyn Cedillo

One Thousand One Hundred Fifty-Six and 72/100****************************************

Nerlyn Cedillo
919 Sheridon St NW apt g2
washington, DC 20011

MEMO

Pay Period: 04/11/2026 - 04/24/2026

⑈003195⑈ ⑆054001725⑆ 44415460799

**Back of check**

PAY TO THE ORDER OF
CHICKASS INC.
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
153911692355 08/31/2026 14:32:38

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3181 to 3195** |

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Gamaliel Landeros

One Hundred Eighty-Three and 19/100*****************************************************

Gamaliel Landeros
1440 Meridian Pl NW #202
Washington, DC 20010

MEMO

Pay Period: 01/31/2026 - 02/13/2026

⑈003183⑈ ⑆054001725⑆ 444154607

**Back of check**

09012026

402901000791890

>05

09012026 402901000791890

b426hb0

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3181 to 3195** |

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Gamaliel Landeros

One Hundred Seventy-Six and 93/100************************************************

Gamaliel Landeros
1440 Meridian Pl NW #202
Washington, DC 20010

MEMO

Pay Period: 01/03/2026 - 01/16/2026

⑈003191⑈ ⑆054001725⑆ 44415460 7

**Back of check**

09012026

402901000791920

>05

**09012026 402901000791920**

b426hb0

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3181 to 3195** |

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Gamaliel Landeros

Eighty-Four and 08/100***************************************************************

Gamaliel Landeros
1440 Meridian Pl NW #202
Washington, DC 20010

MEMO

Pay Period: 01/17/2026 - 01/30/2026

⑈003187⑈ ⑆054001725⑆ 44415460

**Back of check**

09012026

09012026 402901000791910

b426hb0

402901000791910

>05

# TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3181 to 3195** |

**Front of check**


MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Melvin A Miranda

Five Hundred Seventy and 15/100

Melvin A Miranda
3701 16st NW Apt 106
Washington, DC 20010

MEMO

Pay Period: 01/03/2026 - 01/16/2026

⑈003190⑈ ⑆054001725⑆ 44415460?

**Back of check**



**TD Bank**

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3181 to 3195** |

**Front of check**

AMER

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Melvin A Miranda

Five Hundred Fifty-Nine and 23/100**************************************

Melvin A Miranda
3701 16st NW Apt 106
Washington, DC 20010

MEMO

Pay Period: 01/17/2026 - 01/30/2026

⑈003186⑈ ⑆054001725⑆ 4441546O

**Back of check**

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3181 to 3195** |

**Front of check**

AM

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Redouane Salhami

Three Hundred Fifteen and 85/100****************************************************

Redouane Salhami
609 Yoakum PKWY #912
Alexandria, VA 22304

MEMO

Pay Period: 01/03/2026 - 01/16/2026

⑈003188⑈ ⑆054001725⑆ 44415460

**Back of check**

09102026

09102026 402901000797200

b426hb0

402901000797200

>05

TD Bank
America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3181 to 3195** |

**Front of check**

AMER

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mostafa Belainass

Two Hundred Sixty-Six and 34/100*************************************************************

Mostafa Belainass
5550 Columbia Pike Apt# 775
Arlington, VA 22204

MEMO

Pay Period: 01/17/2026 - 01/30/2026

⑈003185⑈ ⑆054001725⑆ 444154607

**Back of check**

ID: Known

Customer

84711629 Non UB Ck $266.34

TR:68 3024-13 09/10/26 01:41 PM

09102026

302401001170450

>051

09102026 302401001170450

b426648

# TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3181 to 3195** |

**Front of check**

AM

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Redouane Salhami

Two Hundred Thirty-One and 92/100**************************************************

Redouane Salhami
609 Yoakum PKWY #912
Alexandria, VA 22304

MEMO

Pay Period: 01/17/2026 - 01/30/2026

⑈003184⑈ ⑆054001725⑆ 44415460

**Back of check**

09102026

**09102026 402901000797190**

b426hb0

402901000797190

>05

TD Bank
America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3181 to 3195** |

**Front of check**

AMER

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mostafa Belainass

Two Hundred Six and 57/100*****************************************************************

Mostafa Belainass
5550 Columbia Pike Apt# 775
Arlington, VA 22204

MEMO

Pay Period: 01/03/2026 - 01/16/2026

⑈003189⑈ ⑆054001725⑆ 444154607

**Back of check**

09102026 302401001170300 >051

09102026 302401001170300

b426648

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3181 to 3195** |

**Front of check**

AMER

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mostafa Belainass

One Hundred Ninety-One and 59/100*******************************************************

Mostafa Belainass
5550 Columbia Pike Apt# 775
Arlington, VA 22204

MEMO

Pay Period: 01/31/2026 - 02/13/2026

⑈003181⑈ ⑆054001725⑆ 44415460?

**Back of check**

09102026

09102026.302401001170280

b426648

302401001170280

>051

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3181 to 3195** |

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Rogelio Estrada Gonzalez

One Thousand One Hundred Five and 88/100***************************************

Rogelio Estrada Gonzalez
211 S Lexington St
Arlington, VA 22204

MEMO

Pay Period: 04/11/2026 - 04/24/2026

⑈003194⑈ ⑆054001725⑆ 4441546079

**Back of check**

Security features exceed industry standards and include:

- [illegible] Matching account and check number [illegible]
- [illegible] Mobile Deposit check mark to indicate [illegible] deposited via mobile device
- [illegible] pattern on back designed to deter fraud
- [illegible] printed on front and back
- [illegible] ORIGINAL DOCUMENT across the back
- [illegible] Image visible on front and back

[illegible]

- [illegible] features listed above are missing or appear altered
- [illegible] check turns pink or has disappeared
- [illegible] spots appear on both front and back
- [illegible] Wash Detection Box

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3181 to 3195** |

**Front of check**

AM

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Yair Morales Garcia

Three Hundred Three and 02/100*********************************************************

Yair Morales Garcia
301 G st SW
Washigton, DC 20024

MEMO

Pay Period: 08/08/2026 - 08/21/2026

⑈003192⑈ ⑆054001725⑆ 44415460 7

**Back of check**



TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3181 to 3195** |

**Front of check**

:

AMERI

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Teresa Lopez

Seven Hundred Twenty-Eight and 90/100**************************************************

Teresa Lopez
1437 11th St NW
Washington, DC 20001

MEMO

Pay Period: 04/11/2026 - 04/24/2026

⑈003193⑈ ⑆054001725⑆ 4441546079

**Back of check**

PAY TO THE ORDER OF
CHICKASS INC.
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
153911692355 09/16/2026 16:04:30

**TD Bank**

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3181 to 3195** |

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Melvin A Miranda

Four Hundred Eighty-Two and 70/100*****************************

Melvin A Miranda
3701 16st NW Apt 106
Washington, DC 20010

MEMO

Pay Period: 01/31/2026 - 02/13/2026

⑈003182⑈ ⑆054001725⑆ 44415460

**Back of check**

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3196 to 3215** |

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF David Cerezo

Nine Hundred Forty-Three and 99/100*********************************************

David Cerezo
3563 Center St NW
Washington, DC 20010

MEMO

Pay Period: 08/08/2026 - 08/21/2026

⑈003199⑈ ⑆054001725⑆ 44415460?

**Back of check**

**TD Bank**

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3196 to 3215** |

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Gamaliel. Landeros

Two Hundred nineteen 00/100

August 15th and 22

MEMO

⑈003207⑈ ⑆054001725⑆ 44415460

**Back of check**

09012026

09012026 402901000791940

b426hb0

402901000791940

>05

**TD Bank**

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3196 to 3215** |

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Aziza Naji.

Two Thousand Eight Hundred Eighty-Five and 00/100************************************

Aziza Naji.
1538 Linclon Way #103
McLean, VA 22102

MEMO

PP 06/20/2026 - 06/26/2026

⑈003206⑈ ⑆054001725⑆ 4441546079

**Back of check**

0779000265 TD Mobile Deposit
9/4/2026 12:27:43 PM
4407969405

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3196 to 3215** |

**Front of check**

AMEI

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mabilia Miranda

Six Hundred Eighty-Seven and 83/100**************************************************

Mabilia Miranda
2014 Columbia Pike #12
Arlington, VA 22204

MEMO

Pay Period: 04/11/2026 - 04/24/2026

⑈003196⑈ ⑆054001725⑆ 444154607

**Back of check**

# TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3196 to 3215** |

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Alieska M Cordova

Four Hundred Thirteen and 20/100**********************************************

Alieska M Cordova
1531 N Pierce St
Arlington, VA 22209

MEMO
Pay Period: 08/01/2026 - 08/14/2026

⑈003201⑈ ⑆054001725⑆ 44415460

**Back of check**

Security Features [illegible] cards and include:

- [illegible] number
- [illegible] Mobile [illegible] indicate [illegible]
- [illegible] fraud
- [illegible]
- [illegible] back
- [illegible] front [illegible] back

Do not cash if

- [illegible] features [illegible] or appear altered
- [illegible] red
- [illegible] front and back.

**TD Bank**

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3196 to 3215** |

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Erick J Perez Lopez

One Thousand Nine Hundred Sixty-Two and 53/100******************************

Erick J Perez Lopez
211 S LExington St
Arlington, VA 22204

MEMO

Pay Period: 04/11/2026 - 04/24/2026

⑈003197⑈ ⑆054001725⑆ 44415460

**Back of check**

**TD Bank**
America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3238 to 3344** |

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Aziza Naji.

Two Thousand Eight Hundred Eighty-Five and 00/100*********************************

Aziza Naji.
1538 Linclon Way #103
McLean, VA 22102

MEMO

PP 08/15/2026 - 08/28/2026

⑈003255⑈ ⑆054001725⑆ 44415460 7

**Back of check**

0784278252 TD Mobile Deposit
9/30/2026 10:28:03 AM
4407969405

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3196 to 3215** |

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Edwin Wilfredo Lopez y Lopez

Ono Thousand Nine Hundred Fourteen and 32/100*********************************

Edwin Wilfredo Lopez y Lopez
2303 10th St N
Arlington, VA 22201

MEMO

PP 05/09/2026 - 05/22/2026

⑈003205⑈ ⑆054001725⑆ 44415460

**Back of check**

[illegible] and include [illegible]

[illegible] fraud [illegible]

TD Bank
America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3196 to 3215** |

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Ana Marleny Vargas Vega

Nine Hundred Twenty and 16/100**********************************************

Ana Marleny Vargas Vega
3200 16th St NW Apt 107
Washington, DC 20010

MEMO

Pay Period: 08/19/2026 - 09/04/2026

⑈003213⑈ ⑆054001725⑆ 4441546

**Back of check**

# TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

---

| Search: | Search my | **Checks** |
|---|---|---|
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3196 to 3215** |

**Front of check**

AME

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Eliseo Lopez

Four Hundred Sixty and 68/100*********************************************************

Eliseo Lopez
5807 14th St NW Apt# 200
Washington, DC 20011

MEMO

Pay Period: 08/15/2026 - 08/28/2026

⑈003210⑈ ⑆054001725⑆ 44415460 7

**Back of check**

[illegible]

# TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3196 to 3215** |

**Front of check**

AM

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Leonel Vasquez Suchite

One Thousand Nine Hundred Fifty and 00/100*******************************************

Leonel Vasquez Suchite
1230 N Scott St Apt 304
Arlington, VA 22209

MEMO

PP 05/09/2026 -06/05/2026

⑈003203⑈ ⑆054001725⑆ 44415460

**Back of check**

[illegible]

Security features exceed industry standards and include
- [illegible] Matching account and check number [illegible]
- [illegible] Mobile Deposit check mark to indicate check has been deposited via mobile device
- [illegible] Security Weave pattern on back designed to deter [illegible]
- [illegible] printed on front and back
- [illegible] across the back
- [illegible] Deposit [illegible] on front and back

Do not cash if:
- [illegible] features listed above are missing or appear altered
- [illegible] box on back looks pink or has disappeared
- [illegible] or colored spots appear on front and back [illegible] in the [illegible] Wash Detection box

2344
2026-09-13
T426144
051500481
United Bank

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3196 to 3215** |

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF David Cerezo

Eight Hundred Seventy-Five and 52/100************************************************

David Cerezo
3563 Center St NW
Washington, DC 20010

MEMO

Pay Period: 08/22/2026 - 09/04/2026

⑈003211⑈ ⑆054001725⑆ 444154607

**Back of check**

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3196 to 3215** |

**Front of check**

AME

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Danilo Suchite

Seven Hundred Nine and 60/100**************************************************

Danilo Suchite
1830 N Scott St Apt 304
Arlington, VA 22209

MEMO

Pay Period: 04/11/2026 - 04/24/2026

⑈003200⑈ ⑆054001725⑆ 444154607

**Back of check**

[illegible] ...urity F...atures exceed industry standards and include:

- [illegible] Matching account and check number [illegible]
- [illegible] Mobile Deposit check mark to indicate [illegible] deposited via mobile device
- The Security Weave [illegible] pattern on back designed to deter fraud
- [illegible] lines printed on front and back
- The word "ORIGINAL DOCUMENT" across the back
- [illegible] Safe Deposit icon visible on front and back

[illegible] if:

- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks [illegible] or has disappeared
- [illegible] stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

**TD Bank**

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3196 to 3215** |

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Adelso Godoy Lopez

Five Hundred Eighty-Six and 72/100**********************************************

Adelso Godoy Lopez
211 S Lexington St
Arlington, VA 22204

MEMO

Pay Period: 05/23/2026 - 06/05/2026

⑈003202⑈ ⑆054001725⑆ 44415460

**Back of check**



TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3196 to 3215** |

**Front of check**



AMERICA'S

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Heberto Lopez Ordonez

Two Thousand Eight Hundred Eighty-Four and 62/100*************************************

Herberto Lopez Ordonez
1004 S Queen St
Arlington, VA 22204

MEMO

PP 05/23/2026 - 06/05/2026

⑈003204⑈ ⑆054001725⑆ 4441546079⑈

**Back of check**

[illegible] 24

Security Features exceed industry standards and [illegible]

- [illegible] Matching account and check number [illegible]
- [illegible] Mobile Deposit check mark to indicate [illegible]
- [illegible] on back [illegible]
- [illegible] lines [illegible] on front and back
- The words ORIGINAL DOCUMENT across the back
- [illegible] Safe Deposit [illegible] on front [illegible]

Do not cash if:

- [illegible] features listed above [illegible]
- [illegible]
- [illegible] on back [illegible]

**TD Bank**

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3196 to 3215** |

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Erick J Perez Lopez

One Thousand Seven Hundred Ninety and 28/100**********************************

Erick J Perez Lopez
211 S LExington St
Arlington, VA 22204

MEMO

Pay Period: 04/25/2026 - 05/08/2026

⑈003209⑈ ⑆054001725⑆ 4441546O

**Back of check**

**TD Bank**
America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3196 to 3215** |

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mabilia Miranda

Six Hundred Eighty-Three and 99/100**********************************************

Mabilia Miranda
2014 Columbia Pike #12
Arlington, VA 22204

MEMO
Pay Period: 04/25/2026 - 05/08/2026

⑈003208⑈ ⑆054001725⑆ 44415460

**Back of check**

[illegible]

# TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

---

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3196 to 3215** |

**Front of check**

AMER

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Danilo Suchite

Nine Hundred Four and 57/100*****************************************************

Danilo Suchite
1830 N Scott St Apt 304
Arlington, VA 22209

MEMO

Pay Period: 04/25/2026 - 05/08/2026

⑈003212⑈ ⑆054001725⑆ 444154607

**Back of check**

Security features exceed industry standards and include

- Matching ... and check number
- ... check mark to indicate
- ... Security Weave ... pattern ... back designed to deter fraud
- ... printed ... front and back
- ... ORIGINAL DOCUMENT across the back
- ... Safe Deposit ... icon visible on front and back

Do not cash if:

- ... features listed above are missing or appear altered
- ... disappeared
- ... colored ... appear on both front and back

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3196 to 3215** |

**Front of check**

AME

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Adelso Godoy Lopez

Five Hundred Thirty-One and 00/100**************************************************

Adelso Godoy Lopez
211 S Lexington St
Arlington, VA 22204

MEMO

Pay Period: 06/06/2026 - 07/03/2026

⑈003215⑈ ⑆054001725⑆ 4441546O

**Back of check**

Security features exceed industry standards and include:

- [illegible] matching account and check number [illegible]
- [illegible] Mobile Deposit check mark to indicate [illegible] deposited via mobile device
- [illegible] pattern on back designed to deter fraud
- [illegible] lines printed on front and back
- [illegible] "ORIGINAL DOCUMENT" across the back
- [illegible] Deposit icon visible on front and back

Do not cash if:

- Any of the features listed above are missing or appear altered
- [illegible] looks [illegible] or has disappeared
- [illegible] appear on both front and back
- [illegible] Wash Detection Box

TD Bank
America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3196 to 3215** |

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Alieska M Cordova

Five Hundred Eighty-Eight and 17/100**********************************************

Alieska M Cordova
1531 N Pierce St
Arlington, VA 22209

MEMO

Pay Period: 08/15/2026 - 08/28/2026

⑈003214⑈ ⑆054001725⑆ 44415460

**Back of check**

TD Bank
America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3216 to 3220** |

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Isaac Colato

Two Hundred Eight and 54/100****************************************************************

Isaac Colato
812 Jefferson St NW Apt # 210
Washington, DC 20011

MEMO
Pay Period: 03/14/2026 - 03/27/2026

⑈003220⑈ ⑆054001725⑆ 44415460

**Back of check**

**TD Bank**

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3216 to 3220** |

**Front of check**

AMERIC

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Nikauly Lineros

Three Hundred Seventy-Eight and 55/100*****************************************************

Nikauly Lineros
4301 Columbia Pike
Arlington, VA 22204

MEMO

Pay Period: 03/14/2026 - 03/27/2026

⑈003217⑈ ⑆054001725⑆ 4441546079

**Back of check**

JPMorganChaseBank 092301 349271 964010057319

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3216 to 3220** |

**Front of check**

AMI

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Leonel Vasquez Suchite

One Thousand Nine Hundred Fifty and 00/100*******************************************

Leonel Vasquez Suchite
1230 N Scott St Apt 304
Arlington, VA 22209

MEMO

PP 06/06/2026 - 07/03/2026

⑈003216⑈ ⑆054001725⑆ 44154607

**Back of check**

09262026

09262026 402901000805680

b426502

402901000805680

>05

# TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3238 to 3344** |

**Front of check**

AME

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Ulziikhand Chuluunbaatar

Nine. Hundred Sixty. Three 00/000...,,,,,,,,

Tips. for July and May 9th

MEMO

⑈003247⑈ ⑆054001725⑆ 444154607

**Back of check**

# TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3238 to 3344** |

**Front of check**


AMEI

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF ELITE WINE

three hundred thirty two

MEMO Dc414061

⑈003344⑈ ⑆054001725⑆ 444154607

**Back of check**

>065000090<
CAPITAL ONE, NA
0050183338 09042026
RICHMOND, VA 058 23
Deposit 1361022714

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3238 to 3344** |

**Front of check**

AMEI

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mohamed El Mekki Karrakchou

Four Thousand Ninety -Nine and 89/100

Mohamed El Mekki Karrakchou
7902 Tyson One Pl #1903
Mcclean, VA 22102

MEMO Pay Period.8/1/26 to 8/14/26

⑈003331⑈ ⑆054001725⑆ 44415460 7

**Back of check**

20260908325000744060 NCB 054000056 TLR# 0000401

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3238 to 3344** |

**Front of check**

AMEF

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Aziza. Naji

Seven Hundred. Eight 00/100

Reimbursement For rest depot 9/3/26

MEMO

⑈003313⑈ ⑆054001725⑆ 444154607

**Back of check**

520829001458 111738 20260908 00000000
DDA_DEBIT TAE6387 708.00
Tysons Corner 0208 94004 5208 0005 0030

**TD Bank**

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3238 to 3344** |

**Front of check**


AMERI

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Cengizhan Sahin

Two Thousand Twelve 00/100

Tips For June July

MEMO

⑈003258⑈ ⑆054001725⑆ 4441546079

**Back of check**

...atures exceed industry standards and include:

account and check

Mobile Deposit check mark

visible device

fraud

front

DOCUMENT back

visible on front back

listed above are missing or appear altered

has

appear both front and back.

Detection Box

# TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| Search: | Search my | **Checks** |
|---|---|---|
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3238 to 3344** |

**Front of check**

AMER

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE
ORDER OF Cash

Eight Hundred. Twenty five 00/100

Mariam tips for August

MEMO

⑈003314⑈ ⑆054001725⑆ 44415607

**Back of check**

520823020594 112056 20260910 00000000
DDA_DEBIT TAT3338 825.00
Tysons Corner 0208 94004 5208 0004 0022

# TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| Search: | Search my | **Checks** |
|---|---|---|
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3238 to 3344** |

**Front of check**

AMER

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mostafa Belainass

One Thousand Two Hundred Eighty Eight 00/10

Tips For June July

MEMO

⑈003259⑈ ⑆054001725⑆ 444154607

**Back of check**

09102026

09102026 302401001170330

b426648

302401001170330

>051

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3238 to 3344** |

**Front of check**

AMER

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Aziza Naji.

Two Thousand Eight Hundred Eighty-Five and 00/100**********************************

Aziza Naji.
1538 Linclon Way #103
McLean, VA 22102

MEMO

PP 06/27/2026 - 07/03/2026

⑈003239⑈ ⑆054001725⑆ 44415460 7

**Back of check**

520823020731 102835 20260914 00000000
DDA_DEBIT TAT3338 2885.00
Tysons Corner 0208 94004 5208 0004 0029

TD Bank
America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3238 to 3344** |

**Front of check**

AME

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Redouane. Salhami

One Thousand Six Hundred Thirty Eight 00/100...,

Tips For June July

MEMO

⑈003260⑈ ⑆054001725⑆ 44415460 7

**Back of check**

# TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| Search: | Search my | **Checks** |
| --- | --- | --- |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3238 to 3344** |

**Front of check**

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Edwin Wilfredo Lopez y Lopez

One Thousand Eight Hundred Sixty-Nine and 85/100************************************

Edwin Wilfredo Lopez y Lopez
2303 10th St N
Arlington, VA 22201

MEMO
PP 05/23/2026 - 06/05/2026

⑈003238⑈ ⑆054001725⑆ 44415460

**Back of check**

# TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3238 to 3344** |

**Front of check**

AME

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Cash

ThReeTHousand Five HUNDRed NiNE

MEMO Tipout Busser/RuNNer
Redouane Salhami $1434
Cengizhan Sahin $1312
ANy $859

⑈003343⑈ ⑆054001725⑆ 44415607

**Back of check**

559509021603 160236 20260923 00000000
DDA_DEBIT TAR2764 3598.00
Clarendon Wilson 0595 94004 5595 0004 003

# TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3238 to 3344** |

**Front of check**


AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Melvin. M Garcia

Nine. Hundred. Ninety. Seven 00/000.......

Tips August 2026 plus two wed

MEMO

⑈003264⑈ ⑆054001725⑆ 4441546C

**Back of check**

# TD Bank
America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| Search: | Search my | **Checks** |
|---|---|---|
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3238 to 3344** |

**Front of check**

AME

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Mohamed El Mekki Karrakchou

Four Thousand Ninety -Nine and 89/100

Mohamed El Mekki Karrakchou
7902 Tyson One Pl #1903
Mcclean, VA 22102

MEMO Pay Period.8/29/26. To 9/11/26

⑈003256⑈ ⑆054001725⑆ 44415460 7

**Back of check**

20260930325000760350 NCB 054000056 TLR# 0000401

**TD Bank**

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3238 to 3344** |

**Front of check**

AMEI

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Cash

Seven Hundred Four 00/100

MEMO Reimbursement For bathroom maintenance

⑈003266⑈ ⑆054001725⑆ 444154607

**Back of check**

520822022363 104308 20260930 00000000
DDA_DEBIT TAQ6812 704.00
Tysons Corner 0208 94004 5208 0001 0025

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3238 to 3344** |

**Front of check**

AMER

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Cash

Four . Thousand Three 00/000..,..,,,,,,

MEMO

Tipout. April
Mostafa Belainass $1789
Melvin Garcia $1532
Gamaliel landeros $682

⑈003240⑈ ⑆054001725⑆ 44415460 7

**Back of check**

520823020784 151059 20260914 00000000
DDA_DEBIT TAT3338 4003.00
Tysons Corner 0208 94004 5208 0004 0059

**TD Bank**

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3345 to 3364** |

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Opici Wine

three hundred forty seve

MEMO 1N6200014924

1067373

⑈003347⑈ ⑆054001725⑆ 444154607

**Back of check**

[illegible]

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3345 to 3364** |

**Front of check**

AMEI

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF E-WINE

five hundred sixty two

MEMO DC114667

⑈003349⑈ ⑆054001725⑆ 44415460 7

**Back of check**

>065000090<
CAPITAL ONE, NA
0060554678 09252026
RICHMOND, VA 050 23
Deposit 1361022714

**TD Bank**

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| Search: | Search my | **Checks** |
|---|---|---|
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3345 to 3364** |

**Front of check**

AM

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF RBG.

threehundred NiNty dollars & 79/100

MEMO

⑈003345⑈ ⑆054001725⑆ 44415460 7

**Back of check**

Seq:9 09/16/26 Dep:050495 AG:1 C

TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3345 to 3364** |

**Front of check**

AM

MELBEN INC 07-24
DIP 24 00332 ELG
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF GAMALIEL LANDEROS

TWO HUNDRED NINETEEN

MEMO

⑈003348⑈ ⑆054001725⑆ 4441546079

**Back of check**

09232026

09232026 402901000803630

b426hb0

402901000803630

>05

# TD Bank

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| Search: | Search my | **Checks** |
|---|---|---|
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3238 to 3344** |

**Front of check**

AMER

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

Aziza. Naji

PAY TO THE
ORDER OF

Two Thousand Two Hundred. Eighty Five 00

PP : 08-1-2026 To 08-14-26

MEMO

⑈003279⑈ ⑆054001725⑆ 444154607

**Back of check**

520823020782 150819 20260914 00000000
DDA_DEBIT TAT3338 2885.00
Tysons Corner 0208 94004 5208 0004 0058

**TD Bank**

America's Most Convenient Bank®

CHAPTER 11 CHECKING (x6079)

| | | |
|---|---|---|
| Search: | Search my | **Checks** |
| | What type of check search? | **Check number** |
| | Enter range for check numbers | **From 3345 to 3364** |

**Front of check**

AM

**MELBEN INC** 07-24
**DIP 24 00332 ELG**
1073 31ST ST NW
WASHINGTON DC US 20007

PAY TO THE ORDER OF Chesapeake

Three Hundred Two 15/100

MEMO inv Today + 34.

⑈003364⑈ ⑆054001725⑆ 444154607

**Back of check**