Steven L. Goldberg (Fed Bar No. MD 0218)
Offit Kurman, P.A.
1954 Greenspring Drive
Suite 605
Baltimore, MD 21093
410-209-6414
sgoldberg@offitkurman.com
*Counsel for 1069-73 31st Street Limited Partnership*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>MELBEN, INC.<br><br>Debtor | Case No.: 24-00232-ELG<br>Chapter 11 |

**NOTICE OF ENTRY OF APPEARANCE**
**AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

**PLEASE TAKE NOTICE** that the undersigned, Steven L. Goldberg, hereby enter his appearance as counsel for 1069-73 31st Street Limited Partnership, pursuant to § 1109 of the United States Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010(b). Such counsel hereby requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, and 9007, and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices, pleadings and other papers given or filed in the above-captioned case be served upon his at the following address:

Steven L. Goldberg
Offit Kurman, P.A.
1954 Greenspring Drive, Suite 605
Timonium, Maryland 21093
Email: sgoldberg@offitkurman.com
Telephone: (410) 209-6414
Fax: (410) 209-6435

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, any application, motion, complaint, petition, pleading, demand, notice, plan, disclosure statement, or report, whether formal or informal, whether written or oral, and whether transmitted by mail, delivery, telephone, telecopier or otherwise.

Dated: November 12, 2026

Respectfully submitted,

OFFIT KURMAN, P.A.
/s/ Steven L. Goldberg
Steven L. Goldberg (Fed Bar 28089)
Offit Kurman, P.A.
1954 Greenspring Drive, Suite 605
Baltimore, Maryland 21093
T: 410-209-6414 / F: 410-209-6435
sgoldberg@offitkurman.com
*Attorneys to 1069-73 31st Street Limited Partnership*

## CERTIFICATE OF SERVICE

I certify that on this 12th day of November, 2026, a true and correct copy of the foregoing was served via the Court's CM/ECF system on all the following registered users who have noticed an appearance in this matter, including

Maurice VerStandig mac@mdvesq.com
Kristen S. Eustis Kristen.S.Eustis@usdoj.gov
Monique Almy malmy@crowell.com

/s/ Steven L. Goldberg
Steven L. Goldberg